Lisa Douglass
PO Box 480913
Los Angeles, CA 90848
323-346-5175
lisa-douglass@
icloud.com



FILED
CLERK, U.S. DISTRICT COURT

JUL 20 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA

CV20-6448-DSF (JEMx)

FIS
21 Days

FIS
60 Days

PAID

JUL 20 2020

Clerk, US District Court
COURT 4612

| | |
|---|---|
| LISA DOUGLASS and others so situated<br>UNITED STATES OF AMERICA | CIVIL ACTION NO |
| v. | |
| UNITED STATES OF AMERICA | COMPLAINT – CLASS ACTION<br>JURY DEMANDED |
| US DEPARTMENT OF JUSTICE<br>ROTHSCHILD & CO<br>EDGAR BRONFMAN<br>JEWISH TELEGRAPH AGENCY<br>DE BEERS CONSOLIDATED MINES | MONOPOLY<br><br>FIRST AMENDMENT RIGHTS in<br>Religious Observance and Freedom of<br>Speech Online and Elsewhere |
| ERIC GARCETTI, CITY OF LOS<br>ANGELES MAYOR | UNFAIR EMPLOYMENT PRACTICE<br>(HIRED FOR MAIMING AND<br>RAPING); GENOCIDE |
| ARTHUR LEVINSON CEO<br>CALICO (GOOGLE'S LABORATORY)<br>& HEAD OF<br>APPLE, INC | MONEY LAUNDERING<br>FALSE IDENTIES; FAKING DEATHS |
| SUSAN WOJICKI<br>LARRY PAGE<br>GOOGLE, INC | NON CONSENSUAL HUMAN<br>EXPERIMENTS; GANGRAPE;<br>TORTURE |
| LES WEXNER<br>L BRANDS | GANGSTALKING<br><br>CHILD TRAFFICKING; TORTURE<br>AND RAPE |
| RICK BURKLE | MURDER FOR HIRE |
| NANCY PELOSI | Violations of the Thirteenth Amendment<br>SLAVERY AND GENOCIDE |
| ADAM SCHIFF<br>MEDTRONIC | Fourteenth Amendment Violations |
| Michel Moore, Chief of POlice<br>Los angeles police department | 18 U.S.C. § 1503 obstruction by<br>mutilation & rape and ovary theft and<br>lobotomy ordered by Xavier Becerra |
| GAVIN NEWSOM, GOVERNOR OF<br>CALIFORNIA | claiming inflation allowed it in |

1

| | |
|---|---|
| UNIVERSITY OF CALIFORNIA BOARD OF REGENTS<br><br>PRIYANKA BHANOT<br><br>SHARON MCCUTCHEON<br><br>AMY PASCAL<br>SONY MUSIC ENTERTAINMENT<br><br>MARVEL | retaliation of my claims (thus ordered the rape and torture in retaliation of my state court claims(.AFTER I SUED THE STATE while I was an employee of the state)<br><br>RICO §1962<br>§ 806.  Harassment or abuse  in debt collection by cutting it out of victims (NAVIENT, BANK OF AMERICA, CITIBANK, NA, USAA FINANCIAL SERVICES) |
| MARK KNOWLES<br>AMERICAN ACADEMY OF DRAMATIC ARTS (KATARINA OTTER) | **18 U.S. Code § 091. Genocide :  18 U.S. Code § 241. Conspiracy against rights : 18 U.S. Code § 1591 Lynching; FOURTH AMENDMENT** |
| PHILIP MORRIS INTERNATIONAL INC., ANDRÉ CALANTZOPOULOS, MARTIN G.<br>KING and JACEK OLCZAK | **1983** of the Federal Civil Rights Act (**42 U.S.C. § 1983**), Violation of Constitutional right to bodily integrity |
| MARK RUBIN<br>HARVARD CORPORATION | **1983** of the Federal Civil Rights Act (**42 U.S.C. § 1983**), Violation of Constitutional Due Process to bodily integrity |
| ERIC GARCETTI, CITY OF LOS ANGELES MAYOR | 18 U.S. Code § 249; HATE crime against white Christian women |
| ARTHUR LEVINSON CEO CALICO (GOOGLE'S LABORATORY) & HEAD OF<br>APPLE, INC | TORTURE UNDER BIVENS<br>TORTURE UNDER EIGHTH<br>AND FOURTH AMENDMENT |
| SUSAN WOJICKI<br>LARRY PAGE<br>GOOGLE, INC | **1983** of the Federal Civil Rights Act (**42 U.S.C. § 1983**), Unlawful seizure |
| WRITER'S GUILD | **1983** of the Federal Civil Rights Act (**42 U.S.C. § 1983**), No knock warrant with intent to cause bodily harm AND RAPE |
| SUE PETERS AKA SUE KAWASHIMI<br><br>JOHN DOUGLASS AKA JOHN STEHNDAL<br><br>DINA DOUGLASS AKA ANDRENA | **VIOLATIONS UNDER BIVENS EIGHTH AMENDMENT** |

DOUGLASS

EXXON

LOS ANGELES COUNTY BOARD OF
SUPERVISORS

AND THEIR AGENTS AND AFFILIATES
UNDER LA COUNTY'S AFFILIATE
AGREEMENT PER BRAD SPELLBERG:

THE WALT DISNEY CORPORATION

CREATIVE ARTISTS AGENCY

PEW RESEARCH (HATE CRIMES)

NICOLE KELLY
ETHOS LABORATORIES & UC
REGENTS

RUPERT MURDOCH

POPE FRANCIS
THE VATICAN

GORDON GETTY

CITY OF LONDON CORPORATION

ANDREW CUOMO, NEW YORK GOVERNOR

**De Beers Uk Ltd (agent Colin McGuiness)**

**LEIGH ROTHSCHILD**

**ROTHSCHILD PATENT IMAGING**

JOHNNY DEPP

WORLD BANK GROUP

EXXON MOBIL CORPORATION

8. Crimes Committed Within The Special
Maritime Jurisdiction Of The U.S. (18
U.S.C. 7, 113, 114, 1111, 1112, 1201,
2031, 2111)

28 **U.S.C.** § 994 note Sec. 280003,
requires **the United States** Sentencing
Commission to increase the penalties
for **hate crimes** committed on the
basis **of** the actual or perceived **race**,
color, religion, national origin,
**ethnicity**, or gender **of** any person.

**POLICE SEIZURE :**
**18 USC §1343; 18 USC §1346**
THIRTEENTH AMENDMENT
VIOLATIONS18 U.S. Code § 2340A.
Torture; Rape in the United States is
defined by the Department of Justice as
"Penetration, no matter how slight, of
the vagina or anus with any body part
or object, or oral penetration by a sex
organ of another person, without the
consent of the victim."
RICO 18 U.S. Code § 1962. Prohibited
activities : 10 U.S. Code § 920 - Art. 120.
Rape and sexual assault generally

ASSET SEIZURE AND FORFEITURE BY
VIOLENT MEANS

OBSTRUCTION INVOLVING CHILD
TRAFFICKING

Bad faith in insurance

PUBLIC LYNCHING

Section 2340A—Torture is cited in:
**U.S.C TITLE 18—CRIMES AND**
**CRIMINAL PROCEDURE**
• Section 1841—Protection of

unborn children      Section
1841—Protection of unborn

MICROSOFT

ELON MUSK

ELSEVIER, INC.

DAVID MISCAVAGE
CHURCH OF SCIENTOLOGY

EXXON

NEW YORK BOARD OF FINANCE AND
RETIREMENT

Gretchen Whitmer
MICHIGAN ANIMAL HUMANE
SOCIETY

NEW YORK PSYCHIATRIC INSTITUTE

NICK CAVE

ANNHEUSER BUSCH

WILL FARRELL, DOCTOR OF HUMANE
LETTERS USC (ZEROVILLE CO-ACTOR)

HARVARD CORPORATION

GWEN STEFANI

**Gurmukh Kaur Khalsa**
Gurushabd Singh Khalsa

GOLDEN BRIDGE YOGA

KANYE WEST

BABAK AZZISADEH
LA PEER PEDIATRICS

PARIS REVIEW

The University Board of Trustees

children (a)(1) Whoever engages in conduct that violates any of the provisions of law listed in subsection (b) and thereby causes the death of, or bodily injury (as defined in section 1365) to, a child, who is in utero at the time the conduct takes place, is guilty of a separate offense under this section.
(2)(A) Except as otherwise provided in this paragraph, the punishment for that separate offense is the same as the punishment provided under Federal law for that conduct had that injury or death occurred to the unborn child's mother.

15 U.S. Code § 2. Monopolizing trade a felony; penalty
18 U.S. Code § 2340A. Torture

Title 18, U.S.C., Section 245 - Federally Protected Activities ; Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law;
18 U.S. Code § 1513 - Retaliating against a witness, victim, or ...:
DISCRIMINATION AGAINST AGE, GENDERA AND RACE (CALLING US WHITE TRASH IN WB LYNCHING DOCUMENTS); 18 U.S.
Section 2242. Sexual Abuse
Section 2241. Aggravated Sexual Abuse 50 U.S. Code § 1520a. Restrictions on use of human subjects for testing of chemical or biological agents

War-Crimes
18 U.S. Code § 1030
STOLEN BABIES; STOLEN ART; STOLEN OVUM; CRIMES AGAINST HUMANITY
HOAXES AND FRAUDS
CONSPIRACY AGAINST RIGHTS

| | |
|---|---|
| *Maharishi University of Management* | UNLAWFUL SPYING FROM WITHIN MY BUILDING BY UCLA EMPLOYEES MONOPOLY |
| California Commission On Peace Officer Standards And Training — POST—torture of children | |
| | Unlawful ovum theft, and unlawful torture, harassment and spying by placing people inside the building and paying them to report on me after sterilization, gang rape and cutting out my facial bones for money |
| THE WALT DISNEY CORPORATION | |
| UC BOARD OF REGENTS | CONSPIRACY AGAINST RIGHTS RACIST POLICY |
| | Identity theft |
| XAVIER BECERRA, ATTORNEY GENERAL (MURDER FOR HIRE) | |
| | 18 USC §§ 1030 (a)(7)(C) and |
| ROTHSCHILD IMAGE PATENTING | |
| NEW YORK STATE | 18 U.S. Code § 1513. Retaliating against a witness, victim, or an informant |
| HILTON HOTEL INTERNATIONAL | (c)(3)(A)(B)(C)(D)(E)-(i). |
| ROCKEFELLER FOUNDATION | |
| | GENOCIDE AGAINST WHITE CHRISTIAN NATIONALS; TORTURE |
| NEW YORK | |
| STEVEN MANDEL, MD | FAILURE TO INVESTIGATE BLACKLISTING IN SCHOOL |
| Their agents: | |
| DEL WESTON, AOF FILM, INTERNATIONAL | HATE CRIME AGAINST WHITE CHRISTIAN REPUBLICANS; CIS-GENDERED WOMEN; AND GENOCIDE AGAINST WHITE CHRISTIANS; |
| KENNETH LOMBINO (AKA MR. FERRARI) | |
| MERRILL LYNCH | GANGRAPE; OVUM THEFT; KIDNAPPING |
| RABBI SCHLOMO | |
| | LYNCHING |
| EMILY GREEN FOR UC REGENTS | To amend title 18, *United States Code*, to specify *lynching* as a deprivation of civil rights |
| ESMA YOUNIS | |
| BONEI OLAM (stolen babies) | FRAUDS AND HOAXES FRAUD AGAINST THE FEDERAL GOVERNMENT |
| SAN ANTONIO MILITARY | |
| DUPONT CORPORATION | CONSPIRACY AGAINST RIGHTS BY |

| | |
|---|---|
| LOCKHEED MARTIN | ESPIONAGE |
| INDIAN HEALTH | HUMAN TRAFFICKING FOR RAPE, TORTURE, SLAVERY AND HARVESTED BODY PARTS IN DEFIANCE OF CHRISTIAN RIGHTS, BELIEFS AND WISHES, FORCED STERILATION BY GOVERNMENT; FORCED MUTILATION ORDERED BY GOVERNMENT OFFICIALS; VIOLENT DEPRIVATION OF RIGHTS, STALKING, SURVEILLANCE IN THE APARTMENT |
| DR LANE THAUT, MD | |
| MICHELE LATIOLAIS | |
| NATHAN OLSEN U.S. AIR FORCE | |
| GORDON GETTY | |
| THE GETTY TRUST | |
| Wells Weymouth , | CIVIL RIGHTS UNDER BIVENS SPOILATION OF EVIDENCE by STATE OF CALIFORNIA; UCLA; USC; RACHEL GREYBILL; KENNY CARROLL; LOS ANGELES CITY COLLEGE; AND THEIR AGENTS |
| Lane Thaut , | |
| ALFRE WOODARD | |
| NESTOR CAMBELL | |
| PAZ VEGA | PUBLIC FRAUDS AND HOAXES JURY TRIAL DEMANDED |
| ROB LOWE | TORTURE OF CHILDREN **Torture** (18 U.S.C. 2340A) Section 2340A of Title 18, **United States Code**, prohibits **torture** committed by public officials under color of law against persons within the public official's custody or control. **Torture** is defined to include acts specifically intended to inflict severe physical or mental pain or suffering |
| Nathan Olson | |
| CUREUS (HUMAN TRAFFICKING AND TORTURE) | |
| Saudi Arabia's Crown Prince Mohammed bin Salman | |
| | FEE EXEMPT |
| CALIFORNIA DEPARTMENT OF INSURANCE (intent to commit crimes agasint me) | |
| FOX SPORTS (SELLING WHITE CHRISTIAN WOMEN AS SLAVES FOR TORTURE AND RAPE) | |
| LA COUNTY BOARD OF SUPERVISORS | |

LA FOLLETTE JOHNSON

GIL BURKWITZ

Cordence Worldwide

PATRICK CAIN

MARIA HOVSEPIAN

ALICE GAMBRELL

CEDARS SINAI HEALTH CARE
FOUNDATION

SONY MUSIC ENTERTAINMENT

MARK URATA, MD

CITIBANK, N.A.

BANK OF AMERICA

USAA Financial Services

NAVIENT

ALDY DAMIAN (FAILURE TO PAY FOR
CAR ACCIDENT AS ACTOR FOR USC)

NETFLIX (RACE CRIMES)

KAISER FAMILY FOUNDATION

JONATHAN SHAW

LOCKHEED MARTIN

CAROL ANN EMQUIES
BLACK CHIILD
PRODUCTIONS

JIMMY IOVINE

DAVID GEFFEN

NEVA KAYA (PUERTO RICO BUS FOR
LAUNDERING FOR THE STATE OF
CALIFORNIA; STERLIZED AND
ORGAZINED TORTURE UPON ME
FROM AA; playboy and Disney AND NHS
EMPLOYEE)

NEW YORK TIMES
MUSIC CARES
LOS ANGELES TIMES

COLIN MCGUINESS

MARK BURNETTE
MGM RESORTS

NATIONAL AMUSEMENTS

NBC UNIVERSAL MEDIA

LOS ANGELES MUSEUM OF ART

BRITISH MUSEUM OF ART

CREATIVE ARTISTS AGENCY

ON DEMAND, INC

UNIVERSAL MUSIC

ALCOHOLICS ANONYMOUS WORLD
CONFERENCE

L BRANDS

JIMMY IOVINE

THE GETTY TRUST

LOS ANGELES COMMUNITY COLLEGE
BOARD OF TRUSTEES

LOS ANGELES UNIFIED SCHOOL
DISTRICT

BRAD SPELLBERG

NATIONAL FOOTBALL LEAGUE

KAREEM ABDUL JABAAR

NETFLIX

MARK ZUCKERBERG
FACEBOOK

CHIA SOO

DAMONE ROBERTS

GREG LAUREN

CAL-QUAKE

NIKE

MGM RESORTS

PLAYBOY

WARNER BROTHERS

MICROSOFT_____

PARIS REVIEW

INTERNATIONAL BUSINESS
MACHINES

KANYE WEST

KAREEM ABDUL JABAAR

LOS ANGELES TIMES

CLV HOLDINGS

ALICE GAMBRELL

_____

MARK GOLDSTEIN
CENTRAL CASTING
ENTERTAINMENT PARTNERS
(SLAVERY AND SELLING SLAVES
WHO THINK THEY ARE GOING for JOB
INTERVIEWS)

SUE DOUGLASS AKA SUE PETERS
(CALIFORNIA PHYSICIANS SERVICE;
USC; AND FISA COURTS)

JOHN DOUGLASS AKA JOHN
STEHNDAHL

RONNIE HOLMAN

 G.P.P., INC. d/b/a
 GUARDIAN INNOVATIVE
 SOLUTIONS,

FRANK GIBSON
 GUARDIAN PROTECTION
 PRODUCTS, INC., RPM WOOD
 FINISHES GROUP, INC.,

GIDON ROSMAN

RPM INTERNATIONAL, INC

FRANK KAMER, MD

CAMPUS LIVING VILLAGES, INC
(AUSTRALIA AND TEXAS)

DINA DOUGLASS

MIKE COULTER

WOLFE AIR

VINH HA
BOEING

LES WEXNER

ANDREW FRANKEL

LUCIAN ION

JUDGE TERRY GREEN (Obstruction OF
RIGHTS)

RABBI SCHNUR

YOSEF GOLDBERGER
CAL-QUAKE

SHELLY PERLUSS

TRINA SAUNDERS

LOUIS DEHAAS

SHELBY MINER

KYLE TODD

Narbeh Bagdasarian

DANIEL AHN

*Defendants.*

**And 1-1000 does
Defendants**

LEGAL DESCRIPTION; torture and violent
sexual assault with a military weapon and arson
with intent to eradicate a race; Warcrimes of
gangrape and holocaust; head injury and spinal
crushing; gangrape and ovum theft;
LOBOTOMY BY KAISER
LYNCHING ORGANIZED BY KAISER

05 -135 9967 (DEATH) FAKE

HIGUERA OFFICE, LLC
515 S. FIGUEROA STREET STE. 1600, LOS
ANGELES, CA
90071

YITAL IDA REALTY, LLC 515 S. FIGURO
STREET, STRE 16TH FLOOR, LOS
ANGELES
CA 90071
IDSC-YJV, LLC

YITAI REALTY INVESTMENT USA, LLC
IDS REAL ESTATE GROUP

APPLE INC 1 INFINITE LOOP MS-17-1PO
CUPERTINO, CA 95014

EXXON PATENTS STOLEN FROM
INNOCENT AMERICANS
87546809; 1412809;1415453;2902588

PATENTS AND OTHER  LEGAL
DESCRIPTIONS of property seized

SCPViMcWFBCa

**Permit #15041-90000-15550 (Electrical 1 or Family Dwelling, No Plan Check)**

**Permit #15041-90000-15554 (Electrical 1 or Family Dwelling, No Plan C**

87405451

21345695
868125
87

849 S. Shenandoah Street (all parties)

#: *26678840 (MADE IN USA STOLEN ASSET*
Legal Description:
**Document Number(s)**
65544
**Record Description**
**Record ID:** 71105257
**Doc Type:** CONVEYANCE COMMERCIA
**Sub Type:** LOAD TESTS
**Doc Date:** 03/02/2015
**Status:** None
**Doc Version:** None
**AKA Address:** None
**Project Name:** None
**Disaster ID:** None
**Subject:** None
**Product Name:** None
**Manufacturer's Name:** None
**Expired Date:** None
**Receipt Number:** None
**Case Number:** None
**Scan Number:** 5000313201700104124
**Dwelling Units:** None

Taslimi Construction Demolition
20150993364

STOLEN OVARIES

**Permit #15041-10000-30386**
**Permit #15041-10000-26066**
**Permit #15041-10000-38937**
868570 (installed by Andy Anderson)
Air West Mechanical Construction Inc,

INSTALLATION LEGAL DESCRIPTION
CHIP INSTALL SERIAL NUMBER:
994697
T 9640342
280818
838229 (USC LOCAL ADDRESS)
868922 USC (MY MOTHER'S HAWAII
DOCS CF FAKE DEATH--HAWAII)

4417 Waverly

**Property Address(es)**
3551 TROUSDALE PKWY
Legal Description:
**Document Number(s)**
130345

**Record Description**
**Record ID:** 71073970
**Doc Type:** CONVEYANCE COMMERCIA
**Sub Type:** REINSPECTION REPORT
**Doc Date:** 01/31/2015
**Status:** None
**Doc Version:** None
**AKA Address:** None
**Project Name:** None
**Disaster ID:** None
**Subject:** None
**Product Name:** None
**Manufacturer's Name:** None
**Expired Date:** None
**Receipt Number:** None
**Case Number:** None
**Scan Number:** 5000313201700105781
**Dwelling Units:** None

**Property Address(es)**
3551 TROUSDALE PKWY

**Legal Description(s)**
**Tract:**
**Block:**    **Lot:**    **Arb:**
**Modifier:**    **Map Reference:**
Memorial ID, *71073979*

**Legal Description Documents**

**Permit #14016-10000-04701**
986047 (UC CAPITAL SYSTEMS—IE. A
PERSON)

CASE NUMBER BC 648115
        85219261
(Contract for install)
Johnson Controls, Inc. Fire & Security
**991547740 (FLIGHTCAR REPORT)**
514208AB0100 located at 2309 Park Ln
Hollywood 33021
Shipment for 27 pieces of personal
Effects (2015) (IE. my bones and eggs and
muscles and blood)
**Document Number(s)**
137398
• **Heaton Robert B + Barbara** —
C21362913030600030 located at 3116
Prospect Ave Lake Placid 33852
• **Juteram-mohammed Glenda** —
494128HH0080 located at 8220 Sunrise
Lakes Blvd Sunrise 33322
• **Mousseau Benoit R** — 514110101100
located at 7504 Cleveland St Hollywood
33024
**Record Description**
**Record ID:** 74667101
**Doc Type:** CONVEYANCE COMMERCIA
**Sub Type:** REINSPECTION REPORT
**Doc Date:** 03/04/2019
**Status:** None
**Doc Version:** None
**AKA Address:** None
**Project Name:** None
**Disaster ID:** None
**Subject:** None
**Product Name:** None
**Manufacturer's Name:** None
**Expired Date:** None
**Receipt Number:** None
**Case Number:** None
**Scan Number:** 1060422201975521
**Dwelling Units:** None

**Property Address(es)**
3501 S TROUSDALE PKWY

**Legal Description(s)**
**Tract:**
**Block:      Lot:      Arb:**
**Modifier:      Map Reference:**
*LEGAL DESCRIPTION; DEATH*
*COUNCIL FILE; 14-0582*
**Permit #15045-90000-00277 (Pressure Vess**
**Commercial, No Plan Check)**
120696
*LEGAL DESCRIPTION; GRAND LARCENY;*
*CONVERSION*
*Oil and gas leases legal description:*
OIL & GAS LEASES:
MF109998
Included tracts: 150611-Land type 08
150618 Land Type 08
150619 Land Type 08
150622 Land Type 08
150623 Land Type 08
150626 Land Type 08
150629 Land type 08
150630 Land type 08
150631 Land Type 08
150632 Land Type 08
150635 Land Type 08
150666 Land Type 08
*Firearm Safety Certificate: 224416*
*Legal file # 169151 (Cedars-Sinai Medical*
*group; Physicians Services*
*Legal description: file number 53279*
*Legal description Concurrent oil and Gas*
*MF109998*
*Warrant: 131548163 (magnolia health)*
*Tuttle Gregory Brann.*
*Account number Harry Schein: 114004599*
*Aeshtetic Plastic Surgery*
*1499 S. Harbor City blvd.*
*Ste. 301*
*Melbourne, FL 32901*
*PATENT: 24499416*
   244994
   15
*Jeffrey Hoops; Revelation Engergy*
*Chapter 11*
*332807018*

*11-27-18-HDA-HI*
*11-8-18 5758*
*NO. BR-093-1(028)*
(Tissue clonality of de
ndritic cell subsets and emergency DCpoiesis
revealed by multicolor fate mapping of DC
progenitors (illegal gene editing and cloning
without consent)
86437060
1665539;3151010;3786977;AND OTHERS
*LEGAL DESCRIPTION: FORFEITURE AND*
*SEIZURUE OF BONES, TISSUE, EGGS AND*
*BLOOD FROM LIVING HUMANS WITH*
*INTENT TO MAIM; personal effects*
*Stolen currency*
*& sell ovum to make a baby without legal*
*authority or consent to do so*
*Legal description: Sexual assault with a*
*violent weapon*

*59c Station*

Legal Description; M.B 188-1 (legal
description)
Legal Description : 849 S. Shenandoah St. #1
Los Angeles, CA,
Legal Desciption: XEA900241821
Legal Description: Content ID 16271616
Legal Description: Content ID; 16271514
Legal Description: Content ID; 16271373
All Fraud taking place from 849 Shenandoah
Street. Los Angeles
VENDOR Checks 124720414
506 SW 113 WY
Building 11
Pembroke Pines, Florida 33025
Legal Description: CRFA
DEA seizure
1/29/2015 & 11/27/2018
Legal Description: DO NOT BUY LIST
(blacklisted fro sale of art and redlined from
healthcare by Koch Ind. And Carol Ann
Emquies for UC Regents and LACMA)
*Transplants taken on 1/29/2015 at Lasky*
*Clniic*
*ID 16271616*

LAM3MT05236-01 (VACCINES; TERMINAL

*ID 16271514*

*ID 16271373*

*Live Baby belonging to Lisa Douglass made from egg taken on 1/29/2015 and sold according to CDC ART technologies report* Transplants & CURRENCY taken on 11/27/2018 at Weymouth clinic in the United Kingdom

Brain, facial muscle, facial bone, eggs and blood

SPINAL IMPLANT BY MEDTRONIC INTERNAL MASK TO PREVENT BREATHING AND SMILING CHILDHOOD SEXUAL ASSAULT AND TORTURE BY PARENTS ; LAUSD; LAVS; KAISER AND OTHERS

SECTION   3.   Section 17-5-560 of the 1976 Code is amended to read:

"Section   17-5-560.   (A)   The coroner, deputy coroner, medical examiner, or deputy medical examiner must, in any case investigated, complete and sign the medical certification portion of the death certificate within twenty-four hours after being notified of the death.

(B)   The coroner, deputy coroner, medical examiner, or deputy medical examiner must, in any case investigated by autopsy, complete and sign a cause of death report as soon as practicable but no later than seventy-two hours after completion of the final autopsy report. The cause of death report must include:

(1)   the decedent's name;

(2)   the decedent's date of birth;

(3)   the location of the decedent's death;

(4)   the date of the decedent's death; and

(5)   the cause and manner of the decedent's death.

(B)(C)   The coroner or medical examiner must, at the time of releasing a body to a funeral director or person acting as a funeral director, or as soon as practical after releasing the body, execute and sign the medical certification of the cause of death on the prescribed form.

(C)(D)   In any case where autopsy is scheduled and the coroner or medical examiner wishes to await its gross findings to confirm a tentative clinical finding, the coroner or medical examiner must give the funeral director notice as to when he expects to have the medical data necessary for the certification of cause of death. If the certificate cannot be signed within the prescribed time set forth, the coroner or medical examiner must indicate that the cause of death is pending and sign the certification accordingly. Immediately after the medical data necessary for determining the cause of death has been made known, the coroner or medical examiner must, over his signature, forward the cause of death to the registrar and notify the funeral director involved that this action has been taken.

(D)(E)   As used in this section, the terms 'sign', 'signed

or 'signature' mean a written signature or an electronic
signature authorized in the Electronic Commerce Act,
Chapter 5, Title 26."
SECTION   4.   This act takes effect upon approval by
the Governor.

Sim Choroomi while unlicensed raped and cut out my
facial bones, brain and ovary as an agent of CLV
Holding, USC and others on this list.

I was raped and tortured for 5 years by the federal go
vernment here and overseas.

Install of a permanent mask to prevent breathing and
smiling

$100,000 state court fees and costs associated with
BC648115

Defendants and 1-1000 co-conspirators

Between 1919 and 2020, United States's government, and Department of Education,

Department of Transportation, Rockefeller Foundation, New York Times, Los

Angeles Times World Bank, Exxon, Creative Artists AGENCY, Warner Brothers,

Universal NBC, Universal Music Group, Sumner Redstone, Harpers Collins,  Planned

Parenthood, National Health Foundation (England using California); GOOGLE and

The Vatican—through Alcoholics Anonymous CONSPIRED WITH others ON this list

and others unknown, carried out a deliberate, calculated attack on White Christian

American Women and Men to eradicate the species, targeted them to burn and

maim women and steal their eggs AND ovaries and facial bones in surgical

procedures after paying people to gang stalk them and bully them (calling it

Lynching of White Trash in WB documents which will be proven in court), ostracize

them and make up lies about them in the press, education facilities and in their

social circles. Thereby enacting institutional racism with intent on maiming

innoncent White Chrisitan Nationals and with intent on eradication of the species
COMMITTING genocide and slavery upon us. Further, the documentation of
University of Southern California shows that the plot included getting the women to
take abilify to **"get to publically lynch them."** USC's documentation of Jeffrey
Doucette and Ronee Uyeshiro will show plot against white women, targeting by age
and bullying organized through the Writer's Guild, CAA, On Demand WB and many
other corporations. Debeers policies to eradicate White Christians is barbaric.

LACCD, Creative Artists Agency, Warner Brothers, Sony Music Entertainment,
MARVEL, Disney, UC REGENTS, used racist practice to target White Christians for
mutilation and experimentation by withholding rights to work, harassing them,
targeting them, then deprived them of healthcare, mocked them in the press after
"murdering them" at the Superbowl, after years of gangstalking.

City of London is one square mile in London and conducts many studies in Los
Angeles and uses procurement policies that violate slavery, torture and other laws
of international conscience. Given my state court refused to tell us who had our
documents, I make the assumption, since I was raped on London Soil, and stalked by
the Head of Defense of Saudi Arabia for dissection and torture, that the World Bank,
and City of London and Vatican are involved with my rapes as a child and stolen
ovaries and brain and maiming. These facts are of of my personal experience being
trafficked and torutred by my parents and by USC, Keck and others on this list. After
I sued, many of these agents spoiled records, including Fox Sports (Tom Henson aka

Tom Benson); NFL, USC, UC Regents, CIA, Yosef Goldberg, Scientology, Greg Lauren, Damone Roberts and their agents).

When LA COUNTY's Brad Spellberg bragged that LA county could afford to pay the victims of criminal actions, a fact I got on recording while at City Hall in a public Space, he claimed that LA county covered the co-conspirators in the "Affiliate Agreement," but that does not include genocide, baby theft and torture that the other agencies were engaged in.

Or, Google's and LACCD's unlawful discrimination againt me as a whistleblower who retaliated while I was working as a creator on Youtube and a teacher for the state of California.

However, I will list all the co-conspirators at the bottom of this complaint. As I cannot practicably sue each one, according to Brad Spellberg, these were LA County Affiliates and LA County should pay out those who conspired to conduct violent actions, illegal spinal surgery, illegal lobotomy, stolen ovaries, stolen eggs and withholding of rights to medical care and employment and slavery of White Christian American people. Systematic lifelong discrimination in the schools that receive federal funding? Or faked deaths? Or laundering stolen money? Not sure his affiliate agreement will cover that. Still, those involved, who profited and exploited white Christians for Genocide, those persons should be investigated, yet no one did investigate anyone. Not for rape. Not for stolen ovaries. Not for obstruction,

lobotomy or gangrape even when criminal child trafficking took place. Does Brad Spellberg's agreement cover RICO violations and Kareem Abdul Jabaar's influence on my family to torture me? Or the church's involvement? If so, as Affiliates, please disgorge the profits from each name who stole and plotted against White Chrisitans. Those listed and those unknown. As during covid- those that laundered money for California will show a plot against America itself.

Mark Goldstein to commit his crimes, forced women to tell their age at Central Casting. He owns Central Casting and Entertainment Partners. Then if they were of age, he would send them on jobs to be procured by celebrities, Paz Vega, Rob Lowe, Alfre Woodard all spoke to Lisa and studied her on jobs like State of Affairs for procurement for NBC Universal and Warner Brothers. These jobs were for procurement for bullying and gangrape and mutilation. For Public Lynching, which is bad faith in employment.

After lynching the women by falsifying their deaths and cashing out life insurance policies (a fact that would not have taken place without the plot of employers, teachers, Nicole Kelly and AA friends), LA County and USC and their agents Debra Diaz, Jennifer Walby, Mark Rubin (who thanked the US Government for providing me for rape and sterilization) perjured themselves in state court. The list of their co-conspirators, is believed to show intend to commit genocide upon us. I cannot sue all of them, but will list them and their participation and assume according to fact these acts were under the orders of LA COUNTY Board of Supervisors, Rupert

Murdoch and David Geffen. Thus, by Brad Spellberg's admission, he includes each act by former employers? Each act by friends who conspired against me? Each deprivation of legal rights my parents engaged in? Brad Spellberg himself is a rich man, and knows policy and has abused it to torture white women with intent on eradicating a race. He did not act alone. He acted with Johnny Depp and Walt Disney and NBC and LA Times and UCLA and with my own parents, whose torture of one daughter is so sinister I was trafficked as a small child and deprived all rights in America. Does Brad Spellberg's Affiliate agreement handle Iggy Pop? And Marilyn Manson and Alfre Woodard and Allison Janey and Mark Burnett? Because if it does, I'll also ask, if it covers pornography sent by his own agents? Sex Acts to torture? People posing as boyfriends before the rape and torture. Does Brad Spellberg's affiliate agreement include slavery by Great Britain's City of London? Violent acts conducted by Nicole Kelly for UCIrvine and Gavin Newsom? What else does it include? Planned eradication of a race? No. An Affiliate agreement cannot include crimes of the Vatican or the stolen children. Brad Spellberg, is wrong.

When I was trying to build my channel on Google's Youtube, they showed bad faith as I paid for my documents naming Arthur Levinson on the destruction documents for Taslimi Contruction—Arthur Levinson runs Google's Calico and is the CEO of Apple, Inc.

Arthur Levinson hired someone to destroy my face and body and for longterm harassment for my gender and race and Christianity, I do have proof that they

targeted white Christians for Genocide.

In the WB, White Trash Mermaids Rewrite plotting to commit a public lynching against a white female. I also have documents that mention me by name. All facts and acts were under Google's enormous umbrella. As they conspired with other named defendants to rape and torture and mutilate White Christian women for planned destruction, then flagged their charts to get permanent indentured servants. Then censored them on Youtube and withheld their right to monies they had earned. Ronee Uyeshiro and Jeffrey Doucette's documents will reveal that not only did they work for Google, but Ronnee worked for the U.N. and wrote the most disturbing messages of intent to cut women up for money for a Jesuit cause.

In my state court case BC648115 Maria Hovsepian, Kyle Todd, Daniel Anh, Patrick Cain, Narbeh (LA County's attorney and California State attorney) conspired with Gil Burkwitz and many others to withhold documents so I could not get health care, then conspired with others to kill me, rape me and mutilate me overseas, by my Judge forcing me to say who my overseas doctor was. Not only did the lawyers violate the law but the conspiracy shows my lawyers took money to throw my case in violation of the code of conduct American Bar Association Rule 3.4 prohibits a lawyer from destroying or assisting another in destroying evidence pertaining to a case.  Likewise Title 18 of United States Code Sections 1503, 1510, 1512 and 1519 prohibits a party from destroying or assisting another in destroying evidence, and provides for criminal prosecution against the wrongdoer.  Under Title 18 United

States Code Section 1519. Further the lawyers acted to conspire with the Judge to murder me overseas as I told the Judge they tried to kill me and he forced me to give up the name of the doctor overseas even though I told him I was in physical danger by the US Military and USC agents, at which point the lawyers and others contacted that doctor to get me to travel for rape and torture and to commit brain death by lobotomy by USC agents and the Military AFTER I sued the State of California, USC and Andrew Frankel and Lasky Clinic, which has always been owned by Frank Kamer who works for my bank and for Paramount to use the facility for gangrape, torture and barbarically cutting off the upper jaw of innocent Americans for Exxon's plot against America.

The City of Los angeles has a treaty with the City of London an though they claim on their site: Modern Slavery Statement

The City Corporation's first Modern Slavery Statement brings together the roles, remits, commitments and all work undertaken to tackle modern slavery and human trafficking by the City of London Police, Department for Children and Community Services, Community Safety, Port Health & Public Protection, HR, City Procurement, the Barbican, City Bridge Trust and Heart of the City. Does Brad Spellberg's affiliate agreement include child rape and slavery? Withholding of medical care for those his agency harmed? Plots against Americans? As this, is Treason.

California however, is enslaving white women and men through the treaty by using governments in other jurisdictions to allow rape, torture and human slavery, after

longterm gangstalking and deprivation of right to work. When Lisa reported her rape,
stolen ovary and torture to the British Museum and the Commonwealth of Great Britain
that unlawfully claims peopole are mentally ill and then incarcerating them permanently,
The City of London has evaded modern slavery lawsuits only because people first try to
sue those who exploited them. However, when I sued the CIA for records, Judge Wilson
claimed to not have jurisdiction. Thus the lack of allowance for a suit to go forward when
I was rape'd and tortured, my ovaries stolen and my spine crushed and lobotomized and
facially maimed, shows that someone else has jurisdiction.

Through use of th UN and World Bank, these government are keeping people as slaves
and stealing their eggs, ovaries and babies after human torture organized by their own
schools and employers.

I sue parties mentioned under the doctrine of Respondeat Superior as the City of Los
Angeles, Los Angeles County and State of California not only allow Florida, Texas,
Australia, China, the UK and New york to violently harvest women while sleeping,
but they themselves as government entities perjured themselves in court, tampered
with rights and defamed me publically through mutilation, rape and torture and USC
publications.

The Judge not only tampered with my rights in court and denied due process but the
Judge's wife took money from NBC Universal which I believe was a bribe to hurt my
case, Judge Green deprived me of due process in case number BC648115 for over
two years and forced me to say who my overseas surgeon was even after I told him

my life was in danger. Enabling other parties to . try to murder me and lobotomize me and rape me and steal my only remaining ovary on orders by Xavier Becerra.

After telling the Judge who my overseas surgeon was, Keck School of Medicine and The US Military with UCLA and others came and raped and lobotomized me and disfigured me overseas while I was owned by the World Bank, and NHS and Apple and by extention the federal government. Therefore all acts of the Judge were to obstruct justice, not in his capacity as a judge.

### EXXON'S DISCRIMINATION AND VIOLENCE TOWARDS HETEROSEXUAL WHITE CHRISTIANS for planned ERADICATION OF US AS A SPECIES AND TO UNLAWFULLY PROFIT ON STOLEN OVARIES, BRAIN TISSUE, FACIAL TISSUE AND SLAVERY

IN A letter related to unlawfully raping and torturing me, Exxon opines that they treat all sexes fairly, but they do not. I was hired and chosen for the role of rape and torture, by Exxon's agents. They employed harassment, sexual exploitation and their agents sent me pornography and bullied me, in order to steal my facial bones and get patents from my body and did not pay me for the role they chose me for.

Thus, due to the recent change of U.S. federal law, the Company has now taken precisely the action requested by the Proposal to "amend its written equal employment opportunity policy to explicitly prohibit discrimination based on sexual orientation and gender identity" and has also made the same amendment to the Company's related Harassment Policy.

Exxon's inhumane torture of women is revealed in their letter to the FCC related to

their hidden "proxy materials" where it states:

THE PROPOSAL
The Proposal states:

Resolved: The Shareholders request that ExxonMobil amend its written equal
employment opportunity policy to explicitly prohibit discrimination based on
sexual orientation and gender identity and to substantially implement the policy.
A copy of the Proposal, as well as related correspondence from the Proponents, is
attached to this

letter as Exhibit A.

On the date of Lisa's kidnapping rape and torture, Exxon sent this exact letter to the

Chief Counsel of the Corporation finance related to the proposal of the State of New

York Office of the Comptroller Securities Exchange Act of 1934 Rule, 1 4a-8. However,

it is verified that Exxon's Celia Flores asked to injure me in front of the CALTRANS in

California two days before the letter was approved, Metronci was fined millions for

unlawful spinal surgery, ie. Planned mutilation, planned spinal torture, planned against

White Christians, rape and torture, sterilzationa and mutilation with a fire weapone to

make money for New York. Claiming I was a wide load that needed to be cut down.

Without my consent to bodily integrity, not only did Celia Flores acting for all who raped

and tortured me not let me leave the facilty knowing they intended to rape cut off my

bones, knowing I was an actress, lobotomize me for Steven Mandel's hedge fund but

signed up for that mutilation two days prior, in a planned Lynching that included the WB,

SAG-AFTRA, UCLA, LACCD and others on this List. Thus, the Proxy materials will

reveal the government KNOWINGLY accepted torture of a white Christian against her

Christian Faith, did order Lisa sterilized after stealing her eggs and mutilating her, then

accepted the hidden Proxy Materials as co-conspirators in her planned lynching.

VL4 E-MAIL to shareholderproposals@sec.gov
Office of Chief Counsel
Division of Corporation Finance
Securities and Exchange Commission
1 00 F Street. NE
Washington. DC 20549
Re: Exxon Mobil Corporation
James E. Parsons
Coordinator
Corporate Securities & Finance

## EJf(onMobil

Shareholder Proposal of the State of New York Office of the Comptroller
Securities Exchange Act of 1 934  Ru/e 1 4a-8
Ladies and Gentlemen:
This letter is to inform you that Exxon Mobil Corporation ("ExxonMobil" or the
"Company")
intends to omit from its proxy statement and form of proxy for its 2015 Annual Meeting of
Shareholders (collectively, the "2015 Proxy Materials") a shareholder proposal (the
"Proposal")
and statements in support thereof received from the State of New York Office of the State
Comptroller, as trustee of the New York State Common Retirement Fund and administrative
head of the New York State and Local Retirement System, as lead filer, and by the
Unitarian •
Universalist Association, the Pride Foundation, and Trillium Asset Management, on behalf of
Louise B. Rice, as co-filers (collectively, the "Proponents").


FURTHER, Exxon knowingly targeted White Christians Nationals even though their

statements claim they do not discriminate. they do in terms of human trafficking human

slavery sexual acts for money and gangstalking and did not pay the women they exploited

any money for their hiring for "mutilation, lynching and gang rape and sterlization after

stealing their eggs". Exxon Mobile's practice to hide the proposal of white genocide,

makes them responsible with all on this list in the plot against America. Ie. Treason

against White Christians.

We hereby respectfully request that the Staff concur in our view that the Proposal may be
excluded from ExxonMobil's 2015 Proxy Materials pursuant to Rule 14a-8(i)(10)
because the
Company has substantially implemented the Proposal. It has always been the Company's
policy
to prohibit any form of discrimination or harassment including that on the basis of sexual
orientation or gender identity. Due to a recent change in U.S. federal law, those
categories have
become enumerated protected categories and in line with the Company's long standing
practice,
both categories have now been specifically listed in our US. Equal Employment
Opportunity
Policy.

EXXON'S GENOCIDE PLOT IS KNOWINGLY hiding from the public, New York's

unlawful use of Christian Heterosexual White Californians to earn money for their

retirement, by stripping viitms of their right to earn. propagate and live freely, New York

and their agents keep White Christians enslaved by placing them in Clinical Trials

without consent allowing parents to sell the children for rape and torture and hidden

proposals include crimes against humanity.


Harvard Coroporation too admits to Critical White Studies. As Whites are being targeted

for extinction.


In the letter to  US Faction, Exxon further admits that this type of process is "routine."

How can murder, rape and torture and lynching be routine?

Rule 14a-8(i)(10) permits a company to exclude a shareholder proposal from its proxy
materials
if the company has substantially implemented the proposal. The Commission stated in
1976 that
the predecessor to Rule 14a-8(i)( 1 0) was "designed to avoid the possibility of
shareholders
having to consider matters which already have been favorably acted upon by the
management."

Exchange Act Release No. 12598 (July 7, 1976) (the "1976 Release").

However the goal of genocide, sexual slavery, torture, and ongoing forced servitude employment without pay, shows that the women they targeted were not paid for their roles they were cast for, which was murder, life insurance cashing out, rape and torture and to get continual monies from their torture by patenting and trademarking their cut out flesh and bones, further. Exxon's patents will reveal human trafficking so severe that intend to eradicate a race by targeting women thinking they were being hired for acting jobs or having minor plastic surgery.

Celia Flores actions were so injumane as to constitute treason against America and she knowing exposed me to rape and torture as an agent for those on this list.

So any claim of Exxon's **Essential Objective**, which includes gangrape, sterlization and lynching should not be hidden in proxies as Exxon Freely admits this is common practice and their proxy materials hide crimes against White Chrisitans and expose genocide and hate crimes so severe they must be substantially penalized, their profits disgorged and their agents reprimanded for crimes against Americans.

Givne the New York State retirement fund is unlawfully violently cutting out facial bones of women to pay for their retirement, but they are exerting jurisdiction in California to do so, through Damone Roberts, as will be proven, is unlawful and unfair to use Californian Christians and Whites as crops to harvest while living.

DAVID MISCAVAGE is the head of the Church of Scientology and even though they claim to not believe in slavery have a covenant that says, **You can hurt someone for a cause.**

This covenant has stolen rights from millions of people through targeting and pyramid schemes using USC's Clinical Trials which ties non-consenting vitims to being a cash cow for those that exploited and raped and stole eggs from.

Scientology's financial pyramid scheme and practice of cutting out flesh bones brain and eggs, then installing MASKS so the persons canot breathe is a disturbing torture on American soil and their open gateway policy employs other countries to do such conduct through a bullying scheme so sinister that the church must be named a CRIMINAL GANG. This torture is considered 'oberservance" of Scientologys's credo of harming people for "a cause." They have siphoned trillions of dollars from American Citizens AND profit indefinitely through the scheme and hidden their facts, through bullying and stalking online and in person using men to seduce women they want the eggs bones and brain from. They use methods of sexual abuse, abuse of rights nad their own members target friends and their own children for torture. This is not fair to Christians and represents crimes against Children. David Miscavage has profited and run the organization based on the credo "hurting people is okay, for a cause," to allow people to make up any cause they want to steal bones

brain and eggs and bodily integrity from innocent victims. His organization targets

people using self-help groups like AA to "set up victims" for torture.


Through the City of Los Angeles' Mission of Evangelistic policies and practices of

rape and torture, they themselves ordered "murders, public lynching" and profited

off commercial sex acts of women sold into slavery for their profit. Facts that will be

proven are tied to My parents house in Malibou Lake to hide USC's criminal conduct

of violent rape and torture. The conspiracy against rights started in my childhood as

my parents sold me as a slave and tortured me and used my hair to make products

for LA County's gifted torture program which deprived righs of White Christian

Female Children, ordained by the Vatican to be slaves.


The Judge to obstruct these facts and acts and acted with state and federal agents,

which included my mother Sue Douglass, Kyle Todd, my former lawyers and others

on this list to violently injure me. I found Shelby miner (my lawyer at the time)

taking 20,000 from a New South Wales organization to tamper with my rights. After

Maria Hovsepian, Andrew Frankel and Lasky Clnic, the clinic where I was raped for

Department of Defense interests, the  lawyer admitted to having ACGME intern

Trauma records at Lasky, the judge told me she said she did not have it. I did a

motion to compel and her reply still said she had those records and he claimed it did

not. He actively obstructed justice knowing I was raped. Mocked me in the

courtroom for my missing bones, claiming they were bones and tissue I didn't really

need and conspired with Patrick Cain to deprive me of the legal right to subpoena

records acting with US Legal's Yolanda Huff to make up lies about me and my friend who was a witness and my process server at the time. This is defamation and conspiracy against rights.

There is no jurisdiction in State Court and I dismissed it because it is a military training program that seizes assets with Los Angeles City, however, they are coming after me for $40,000. Ogletree Deakins perjured themselves in  state court as well to hide criminal conduct of the military and Scientology who are gang raping women after stalking them for torture.

In retaliaion of my lawsuit the State of California and USC Keck got my doctor oversease to lure me back so Elon Musk and the US Military could rape and injure me again.  This is sadistic as they already received lifelong patents from my stolen eggs and bones and did this in retaliation of  whislelblwoing while I worked as a teacher for the State of California, lobotomized me for speech. Installed a mask internally to prevent breathing and raped me and covered me with silicone to disfigure me. The military knew who I was, as I wrote hundreds of letter about being gangraped at Lasky Clinic. Which Exxon, Cedars and others use to torture women unlawfully. This document shows telemedicine without consent at the point of care. San Antonio Military lied and performed tissue theft overseas and cuased me to travel to rape me. They sent the Saudi Department of Defense Leader to stalk me at Cavendish, so he could see who his team would be mutilating and raping. As an agent for the World Bank, Saudi Arabia's Crown Prince Mohammed bin Salman

34

stalked me at Cavendish where they lied about my missing bones. Cavendish works to hide criminal conduct for the British Museum and police who are seizing bones and eggs from innocent Americans.



**Cureus**

Open Access Original Article

DOI: 10.7759/cureus.3662

Point of View Telemedicine at Point of Care

Wells Weymouth , Lane Thaut , Nathan Olson

Emergency Medicine, San Antonio Military Medical Center, San Antonio, USA

✉ **Corresponding** a     Wells Weymouth, weymouthmd@gmail.com
Disclosures can be f     dditional Information at the end of the article

Each act was at the behest of Disney and National Health Service of Great Britian who Frank Kamer and World Bank sold me to as a slave, as property to be raped and gifted to Islam, UNIVERSITY OF SOUTHERN CALIFORNIA, Los Angeles Community College Strategic Plan, NBC Universal, Warner Brothers, CAA, Netflix, arranged and employed agents to target, hire, surround, feign friendship, have sexual relationships, send pornography to, harass, gangstalk and paid out from California Physicians Service many of these agents WITH explicit intent on LYNCHING white Christian women, Neva Kaya, Nicole Kelly, Gordon Getty, David Geffen, Father Greg Boyle, Vinh Ha, Jeffrey Guzenhauser, James Goodwin, Mike Coulter, NBC Universal, Alfre Woodard, Allison Janey, Mark Urata, Yosef Goldberg, Chris Gibbs, John Douglass, Sue Douglass aka Sue Kawashimi Peters, Kat Okomoto, John Stendahl, Rabbi Schnur, Maya Lazar, Jake Anthony, Robert Nagel, MD, Celia Flores, Stephen

Mandel, Kenneth Lombino, Jamie Anisko, Eddie Anisko, Sonja Kinski, Kelly

McDonald, Luka Pecel, Joe Ryan, Jonathan Shaw, Johnny Depp, Iggy Pop, Marilyn

Manson (aka Brian Warner); Lydia Lunch, Mike Coulter, Ronee Uyeshiro, Jeffrey

Doucette, Kenneth Carroll, Rachel Greybill (Bosley and Nike), PAUL BEAHAN, LA

FOLLETTE JOHNSON, MARIA HOVSEPIAN, THE GUARDIAN

PATRICK CAIN, ALICE GAMBRELL, KYLE TODD, DANIEL AHN, GLADYS

SANTILLES, LUKE LEGRAFF, Mike Corridori, Jim Friedl,

SHELBY MINER, Thomas M. Priselac, California Reproductive Associates,

CEDARS SINAI MEDICAL CENTER, STEVEN POPLAWSKI, Lucian Ion, Leslie

Stevens, Behrooz Torkian, Rand, Richard Mcleese, Ed Ringle,

NORM BLOCK, Micheal Moore, chief of Police, Andra Hoffman, SCHLOMO BEN

ARBON, Jerusalem Auto Repair, Edgar Bronfman, Jeremy Landau, Scott Lazarus of

Office Furniture Group, Luke LeGraff, NATHALIE BAST-ZION, Kanye West, Thomas

Henson, Jerrod Cornish, Fernando Cerrvantes, Sharon McCutcheon, Priyanka Bhanot,

CC Wright, Jenny Dubasso, Mark Burnett, Bradley Bello, Robert Fulps, Andrew Vega,

Stephen Hilton, Mark Rabkin, Janice Dickenson, Kenneth Schiffrin, Michele Latiolais,

Leslie Fleishman, Christina Janssen, KENNETH HICKMAN, Yolanda Huff, US Legal,

Duke DeHaas, Colin McGuiness, Chandra Dyani, Linda Medvene, Tony Moore, Nico

Fedderer,  (for gang rape and torture) all acted in conspiracy against my rights.


I sue judge Green for Acts that were not judicial. For defamation, telling me my rape

wasn't really rape, for obstruction of justice, for telling me I was not allowed to

subpoena, for making me serve Sim Choroomi in New South Wales who while an

unlicensed student at USC was a fellow that allowed rape and torture and did conduct surgeries without consent admitted to in state court.

Judge Terry Green found the judicial process to be one of mockery of individuals raped and tortured by Univversity of Southern California Students who while under jurisdiction of the City of Los Angeles were told to violently torture white Christians on orders of Eric Garcetti, Nancy Pelosi and Gavin Newsom, and Adam Schiff, while two others are suing for violent crimes right now.

USC is illegally using facilities with LA County to seize bones and eggs without legal consent and performing lobotomies and spinal crushing surgeries with Microsoft, NFL and Chefs who are called the GMC Player Experience.

But, Judge Green made sure I could not get my records, so I could get well, he made fun of my injuries repeatedly on the record . USC performed the same tampering conduct on a Geoffrey Keyes/Kate Marchioni Lawsuit whereas they dissected a woman's chin while she was living. This is torture and by reading the legal description you can see USC is conducted the torture. Instead, LA Court's assign us to judge's that hide criminal conduct. LA Court's hide Chia Soo's stealing of facial bones. LA Court's do not let real criminal actions and torture to advace. USC and Judge Green engaged in obstruction of justice and Judge Green's wife took money from NBC Universal during my case, and Judge Green bought a property tied to USC, called marina properties and hid money with his wife and daughter. That is not judicial but criminal corruption. I sue for non-judicial

acts of mocking my rape and torture, claiming the bones stolen from my jaw and cheeks were not bones I really needed and for mocking me so that USC agents could then write a mockery piece about me. Judge Green went behind my back to ask Kyle Todd my former lawyer to come in to lie to the court about an email that Patrick Cair, and Kyle todd Admitted to having. Judget Green went out of his way to make sure I could not seek justice, forcing me to tel who my doctor overseas was so they could try to murder me oversease after telling him that they tried to kill me at Andrew Frankel's offices. That is not judicial acts. That is conspiracy to maim.

**Realize you may sue for non-judicial acts.** Non-judicial acts are those acts which are not normally performed by a judge.[3] Some acts which have been found "non-judicial" include:[4]

- making repeated racially-charged comments about a party with the hopes of getting people, including the party's attorney, to distance themselves from the party
- making repeated derogatory comments to the media about a party
- trying to get a party fired from his or her job
- physically assaulting one of the parties in the courtroom.

Further I sue for costs in State court—in the amount of $100,000, while University of Southern California agents defamed me and failed to turn over any documents except the ones proving that while an unlicensed student, Sim Choroomi, a USC agent, performed unlawful surgery, went into my vagina for rape or and watched those involved steal my eggs and mutilate me with fire weaponry and rape and sterilization with others and stood by while I was raped and mutilated FOR A RAND STUDY which allowed children under age to observe rape and torture, as WB documents will prove, publically lynched me as "White Trash".

Given Navient was my loan officer and Bank of America USAA and Citibank my banks, I had debt though I had never defaulted or missed payments. Yet Bank of America through the World Bank uses Frank Kamer to illegally seize assets by cutting it out of victims, who though were in debt had not defaulted or not paid. Further, Navient's scheme includes fake names organized with Cedars, Children's Hospital and their foundations, hiding the fact of asset seizure for a debt. California department of insurance took out a Criminal Policy to violently steal my assets, yet I stil owe Navient, Bank of Ameirica, USAA and Citibank my former debt. Not only did these entities each unlawfully conspire against me for the right to rape and torture me for their profit, but left me with debt even though they made billions of dollars on theu laundering, extortion and violent scheme of bone, muscles,, plasma nad tissue theft which in this case included my eggs to sell them through California Reproductive Associates. At all times relevant the scheme was executed by University of Southern California and their agents, it was USC who paid, Disney who paid all on the list who paid for the right to rape and torture Whtie Americans. To make matters worse, Emily Green aka Emily Perlman, Katarina Otto and others seem to have 25 jobs whereas certain citizens are not afforded right to work. This is unfair competition organized by California government itself.

I am currently being sued by Maria Hovsepian for USC agent Andrew Frankel even though she conspired to withhold my rights in state court and hurt me overseas by together with Judge Terry Green forcing disclosure of my doctor so they could hire him to lure me for military rape, lobotomy and torture. This event caused me to travel overseas internationally for the acts which LAPD refused to investigate even though Eric

Garcetti ordered me maimed in documents, claiminig he didn't "want" exotic people in his community but wanted me sterilized, lobotomized and mutilated for his profit?

All those who acted  USC agents AND actively withheld my documents in state court after admitting to have them in relation to Trauma studies performed by ACGME interns who studied at USC, UCLA Harbor, UCLA and LACCD. Though Maria Hovsepian conspired with Judge Terry Green to not let me advance my case, and is now suing me for $40,000. Judge Terry Green acted for the State of California and the County of Los Angeles to conspire with the other Lawyers and workers for US LEGAL against me and made accusations related to my character in open court which was later published to defame me by USC agents.

Maria (and others lawyers Shelby Miner, Kyle Todd, Jacob Emrani took bribes to actively hurt my case as will be proven). The Judge's Wife took money from NBC Universal, which was a conflict of interest and he failed to recuse himself. I watched the Judge deny women rights in his court again and again using charm while working for USC as a teacher during my case. Then USC published defamatory statements in the Press about my allegations.

Before rapeing and mutilating me, Colin McGuiness flagged me online by saying Stick the F-cking Kettle on. He used the phrase under all my photos on Faceook to alert others I was to be mutilated and gangraped.  I asked him what the phrase meant and he lied. Later he was seen to have patents related to my injuries as an agent of DeBeers and Sony.

40

McGuiness was not a citizen of America at the time, thus Los Angeles County frequently brings treasonous traitors to America to vote on others' injuries, commit espionage by violent cutting, to gangstalk and to use sexual manipulation or fake friendship through Alcoholics Anonymous which is really a gang operating to target one invididual by ostracization, sexual manipulation, and torture. He pretended to be my friend in AA, acted with Kent Geib to extract a naked photo of me, then made up lies I had slept with his girlfriend Carrie Westbrook who works for Playboy.

The City used AA and my parents (my mother works for the Police) to torture me, target me, send me pornography, have men pose as lovers when really they ordered me murdered to Cash out my life insurance in banking, and deprive me of legal rights in education, employment and in insurance (Kaiser, State Farm USAA all insured me, profited on my injuries and withheld fair treatment for the disaster they themselves profited on---MY PUBLic lynching).

California Department of insurance to strip white Christians of money, filed a criminal case to get to rape and hurt me. Thus, all acts of Banks, who are now suing me, Citibank and Bank of America, USAA were at behest of a larger criminal enterprise and did launder money for that enterprise of bone and tissue theft and egg theft and did then sue me for money owed after the State of California seized my assets by Bankruptcy.

I do not know if my mother and father kidnapped me, but I do know they told those at Malibou Lake I was a gift to Islam, which my father organized with Kareem Abdul Jabaar, Michael O'Brien and Black Sparrow Press and would be injured someday and "gifted" as a slave to Islam, which will be proven.

I do know my Mother and Father, Sue Peters and John Douglass faked crimes and faked deaths and used fake names for University of Southern California and UCLA and others in conspiracy to lynch healthy American White Women for what seems to be a cult focusing on torture and cruelty.

WHEREAS THE facts and acts are their own, they are at behest of Los Angeles Community College's Strategic plan, LA COUNTY'S AFFILIATE AGREEMENT and the LOS ANGELES POLICE DEPARTMENT using Google, Facebook and AA to procure victims, which includes bullying and sexual manipulation of students that they want to exploit. This strategic plan targets White Chrisitan WITH intent on torture to install a device to cause permanent waterboarding so the women cannot breathe. Exxon Agents stole the ovaries and mutilated the Women.

Joe Ryan as their agent exploited me in class and plotted to do so while at Los Angeles Community College. I was not there for a writing class but for intent to gangrape and cut open my face and body after he was through with the class bullying me with Netflix and Rupert Murdoch and Disney Agents. He used agents like Luke Legraff, Jerry Stahl and Jonathan Shaw to meet his goal of gangrape and torture of a student.

Leigh Rothschild has a patent imaging trademark that allows deletion of an image, this trademark is being used for criminal conduct and rape and torture of American Christian National Women. Thus, when I went in to Andrew Frankel's office I told him I didn't want photos taken or any tissue removed. And I was mutilated, burned and raped and my ovary stolen. USC knowingly uses the patents to delete tissue as the trademark admits to it as I proved in State court, Istar shows they illegally disclose HIPPA  and do not get consent to steal tissue and bones and admit in the document it will hurt patients. They violate HIPPA as not only do they flag our charts to prevent further healthcare but they disclose us by name so we cannot work.

Further, in State Court the  lawyers acted in ethical violation of the law and withheld writings that they admitted to having in emails about my case, showing a conspiracy with my lawyer Kyle Todd. Patrick Cain conspired with Judge Terry Green as did others TO limit my rights to subpoena. The Judge actively worked to prevent my healthcare or gaining of records knowning I had been lynched by Los Angeles County. What should have been a cut and dried fact of ACGME documents, was withheld the ENTIRE case. He forced me to spend money again and again trying to serve the fellow in New South Wales who watched my rape and mutilation or conspired to cut out my facial bones and brain on 1/29/2015 when I tried to leave the clinic and did rape me. I sue University of Southern California under Respondeat Superior all who acted under them. Andrew Frankel worked for them as well to conspire to gain bodies to dissect for the state of California he was their fellow and USC used the facility and was in control of Andrew Frankel who used a form

claiming no one else would touch us, when that was not true as it was a public lynching. Frank Kamer worked to hide criminal conduct for the university. All acts discussed were at the helm of USC, the Trojan Horse of America who conspired to commit genocide upon white Chrisians through a labyrinth of bullying and contracts.

In 2015 I had what I thought was a minor surgery at plastic surgery clinic where I consented only to my bridge of my nose being slightly taller a fact I was talked into by Andrew Frankel, who knew I would be raped and tortured there. Instead of the agreed procedure, he cut off my entire nose, but not only that, rented his facilty to Disney, Microsoft, USC, UCLA, which acted as an Exxon Refinery to commit crimes against women.

During the procedure my upper jaw was severely shortened to steal bones and muscles, spinal surgery was performed and I was raped and tortured by intentional disfigurement and my ovary was stolen ---as will be proven. I was also lobotomized, then to disfigure me they covered me in silicone. Microsoft documents reveal we were also exposed to HIV and to Coronavirus.

I was kept there againt my will by Celia Flores of Exxon. But, there is a conspiracy that got me to go to the clinic that is insidious and organized USC, UCLA, and LACCD, and Alcoholics Anonymous to target, bully and then drug someone for gang rape and to gamble on the person by betting supported and advocated by LA Phil, and other

44

Los Angeles torture missions as will be proven by documents and testimony. Defendants and agents however tell students to flag the charts to prevent healthcare after they injured women and men. Google used Calico's hidden scheme to torture women at the facility by ordering them Destroyed in conspiracy with all on this list and those unknown. Jeffrey Doucette worked for Google at the time of the conspiracy and signed an NDA which wil be proven in court.

GIVEN the acts of autopsy while living have to be approved by the state governor and the state claims on my date of "death" that a black girl went missing on a public website and a black man died a day later, our governor acted with the LAPD to deliberately falsify crimes **hide crimes against white women** as both disappearances shared the date of my rape and torture. 1/29/2015.

My state case is numbered BC648115. Patrick Cain, Alice Gambrell, Maria HOvsepian, Kyle Todd, Shelby Miner and the Judge himself tried to stall my case so I oculd not get medical charts or care. Patrick Cain acted so badly in lower court and Maria organized someone from a legal transcription firm to make up lies about me claiming I was going to her house and unless someone broke into my computer, the Judge joined in on abusing me and my rights to records claimign I did not have the right to subpoena when I had been raped and violently cut up.  All took money related to my case. I eventually dismissed the case due to Federal Aspects of the events and the obstruction organized by the lawyers and the Judges.

The documents of autopsy while living are approved by Gavin Newsom, but he is also providing our bodies to State of Michigan's Humane Society, State of New York Employment Development (according to Damone Roberts douments) State of Florida, Great Britian, Australia, and Oregon and Canada FOR egg theft and other crimes. This is unfair torture and abuse of Caucasian Christian women and he targets them through "casting calls" and "job interviews" to hide his criminal conduct and need to violently rape and torture women by withholding their rights..

When I was little My family trafficked me for sex acts to OHIO, and I sue for those crimes, as I was at Immaculate Heart as a child which ic connected to the Vatican and all acts and facts of Los Angeles are using Vatican laws and Evangelical scripture to injure and commit genocide on white Christians.

In Lawsuit BC648115, Lisa told the judge she had been sexually assaulted and he repeatedly told her it wasn't "really sexual assault". Lisa subpoenaed RAND, LA COUNTY, USC and they all committed perjury in court, EVEN though Lisa had the documentation proving that RAND did a study forcing children to watch while she was raped and sterilized SO children could write observations on that fact, they asked the judge to seal the query to hide those facts from public view.

Further, after the study—Lisa's employers the State of California's Xavier Becerra, they then tried to kill Lisa overseas using World Bank, USC's Keck Medicine and her physician overseas to lure her back to remove a torture device placed by Elon Musk

in 2015 and this time caused her to travel overseas on 11/27/2018, where the

Military of the United states acted with UCLA to cut out brain tissue and incarcerate

her in Mennonite Virginia Rehab ordered by NEW YORK's Pyschiatric Institute. Lisa

was raped at the second facility and her bones and facial muscles cut out and then

those that committed the act bragged about all over the internet using Boeing

claiming they wanted to kill her and finally did kill her.


**Deutsche High Income Opportunities Fund, Inc. gave navient over a billion dollars on 1/29/2015. This fund looks suspicious as all of the documents thrown out from Cedars and USC had the name Navi on them. Michelle Navi. Ryan Navi etc. Fake Charities were also set up through Deutch and Cedars to steal from public persons their currency to pay for Navient loans.**


The US Military was there to rape and torture and cut out Lisa's brain tissue again

after she had complained about her gang-rape at Lasky clinic and facial mutilation.

The US itself never prosecuted or did anything to Andrew Frankel who lured the

(15) women and men for torture and to steal their genetic material, facial bones and

eggs. The government knowingly covered up facial bone theft, currency theft and

other kinds of crimes against humanity committed in part by their agents.


The US Government lied repeatedly about why Andrew Frankel was listed on

government subpoenas withholding rights to records as Autopsy while living is an

"exception" as was "racial healing lynching" an exception that Lisa later found proof
of in a spoiled record revealing USC organized lynching of White Women with CAA,
WB and others.

Lisa was beaten up by the police in 2011 while teaching in Graduate school at UC
Irvine. The LAPD claimed she battered them but they had never investigated any
rape or beatings conducted by their agents every time she reported a crime. Victoria
Pynchon beat Lisa up within her own home, while LIsa was an employee and when
lisa reported this crime or any other crime the LAPD refused to conduct any
investigation, as Lisa was on a list to be tortured by the Police and to be used by the
city for gangrape and torture flagged by her own mother who without cause made
her a ward of the state using rights from the Archdiocese and Immaculate Heart and
USC while she was a child so she could not get ahead financially. Given Lisa was
trafficked as a child overstate lines, LIsa's parents did commit child trafficking as
well as ongoing torture in the home as agents for the NHS and the Vatican. They
forced their daughter Dina to have sex when she was only 13 as a rite with the
Seventh Day Adventist church. Lisa was not raised as a Seventh Day Adventist, in
fact she was not allowed to go to church even though she was Christian and wanted
to attend.

Sue and John and Dina made up crimes with the LAPD to affect policy and used these
crimes to steal money located within the American people and injured LIsa's unborn
baby. For example, Sue posed as Sue Kawashimi Peters and pretended to be dead

and took money for fraud. A crime that Chia Soo also committed for the City of Los Angeles to steal currency from others to unlawfully profit for her Bone Biologics corporation which makes products for NASA out of stolen bones, which she calls fixtures.

It is believed that all act were commited at request of the Los Angeles City Council, their agents, UC Regents, their agents and a labyrinth of others that commited unlawful extortion of a something of value in exchange for destruction of a protected computer and with intent on committing genocide on the white race. Lisa's knowledge of facts to hurt White Christians caused the military to want to lobotomize her in retaliation, and the State officials ordered her beaten claiming rights to "inflation." Sheila Jackson was on those orders prior to her retirement. Thes are hate crimes against a race. And genocide.

UTA, CAA and Disney's packaging deals show violent nonconsensual acts to pay for their shows, targeting women by race, age, reliious faith and gender after hiring them or interviewing them for work, which is antitrust and bad faith and RICO.

Given Lisa was in debt to Bank of America and UCLA's Navient, but had not missed payments on either, this is debt collection by cutting out Lisa's bones brain and eggs to sell them.

When Piers Morgan's manager contacted me, John Ferriter, he suggested I speak

with Jim Moret of Inside Edition related to my case of violent harms at what I thought was a plastic surgery clinic, but which was really where LA County performed deaths on innocent victims and after stopping their hearts, dissected them while living to steal bones and tissue. When I looked into Mr. Moret, and after speaking to him, I realized Inside Edition is primarily controlled by CBC VIACOM. Sumner Redstone's National Amusements (aka paramount where I worked from time to time as an extra before I was injured). Thus Jim Moret was calling to "check what I knew" not to support our case against University of Southern California and their agents, which was bad faith. Suddenly after speaking to Mr. Moret, John Ferriter died suddenly. He was not sick.

Reality Church is in London and in Los Angeles and their shepard is Jesus. When reading their mission one can instantly see an issue with targeteing individuals to "feed the world." I was brought the LA Reality Church by CC Wright and met the pastor, who looked exactly like Father Greg Boyle, a Jesuit who is in the right clubs reforming gangs with the slogan about "lethal hope."

The City of Los Angeles's PENIEL Mission TRANSFORMATION CENTER includes rape and torture and violently and barbarically cutting off the upper jaws of innocent Caucasian Women's so they cannot smile or breathe----callling it "Transformation" as per the city's religion. Claiming to support evangelical "operations" Los Angeles City's Penial Mission, but organizing a conspiracy against rights shows tht the city officials are engaged in human trafficking, RICO crimes,

commercial sex acts and did receive money for the maiming and sterlization by allowing people to bully and send pornographic images to Lisa and to violate the law after stealing Lisa's eggs and did allow people to rape her and did take money for such "reform."

Lisa sued for human mutilation and disfigurement that included loss of function of her spine and face, but University of Southern California and their agents perjured themselves in court as did Los Angeles County who used Lisa's parents house to commit illegal clinical trials without consent upon LIsa.

I do believe our City and their agents are murdering individuals and that John Ferriter's death is very suspicious As is River Phoenix's and Heather O'Rourke, Phillip Seymour Hoffman and others. The fact the LA County coronor and their medical examiners are committing crimes with Jeffrey Guzenhauser and Cedars, who unlawfully falsified my "death" then threw out documents proving who was involved, through a bullying scheme that ends in mutilation, and torture is a violation of constitutional rights. Yet instruct LA Times to never report on crimes aginst white women in plastic surgery and conspire against them in court.

Our City officials engaged in conspiracy to murder, conspiracy to maim and did so with international corporations, then shipped out properties as will be proven in federal wire fraud, did receive money for illegally stolen cultural objects as will be proven in Damone Roberts, Greg Lauren, Kenneth Carroll and Rachel Greybill,

Ronnee Uyeshiro and Jeffrey Doucette and Tom Hansen documentation, . At all times relevant, the acts, omissions and facts were at the Planning an Co-operation of City of Los Angeles and School officials who used Lisa's friends to target her to rape her for money and to extort through the mails things of value in connection with destruction of a protected computer.

Microsoft, NFL engaged in genocide by their actions by using the facility without consent of the women who were injured in the facility. As did Google.

Incalculable numbers likely in the millions of white chrisitan women according to documents have been sterilized, tortured and enslaved through these programs that violate conscience by refusal to investigate our stories, refusal to report on our stories and then mock us in the press as will be proven before a jury.

Further, not only has Google, WARNER BROTHERS, NBC UNIVERSAL, UNIVERSAL MUSIC GROUP, CREATIVE ARTISTS AGENCY, Meryly Streep's Women on the Verge, UCLA, USC LACCD and their agents acted to monopolize the industry and unfairly discriminate against white christians, but they, together with others, used fake names, false interviews for jobs, to screen for "maiming" innocent actresses who are White Female Christians to fund their projects, thus displaying bad faith in employment or interviewing for maiming while the women and men were seeking lawful employment or placement for their writing.  Using proxy corporations like Paramount International and Newscycle to hide the criminal targeted of white

chrisitan nationals, did discriminate and call in "actors" for screening to ultimately "maim them" lynch them and otherwise harm them, according to fact.

In California's gifted program the Los Angeles Unified School District, children were chosen to for severe torture, by deprivation, deprivation of rights, sexual assault and molestation of teachers, babysitters and were trafficked by their parents and others in power for sex acts while Under Age. Lisa was chosen to be deprived of all rights by her parents who trafficked her and profited on patents and trademarks made from her torture, her hair and her psychological and physical abuse. Her mother put her in a study whereas she was deprived all rights and her sister was given knowledge and worked for the City of Los Angeles in music and photography.  The abuse was so severe in the home, Lisa came to school with broken arms and black eyes. Before this she was trafficked when she was five years old to Ohio, where her father and mother signed up to work for the National Health Service for England. Under the circumstances of severe and violent sexual abuse and deprivation of facts of life, Lisa was subjected to torture by her father as an agent for Los Angeles County, and the Rockefeller Foundation. He forced her to listen to tapes where there was a trigger word, so later in life after the City ostracized her and blacklisted her right to work, she would feel she needed surgery after being bullied for her facial features repeatedly by City of Los Angeles paid agents through Alcholoics Anonymous and UCLA and LACCD. These persons included Netflix Luke LeGraff and Gladys Santilles and her friends Jamie Anisko, Eddi Anisko, Sonja Kinski, Bradley Bello, Jonathan Shaw and Kamil Koros.

Lisa tried to get work repeatedly and signed up for Central Casting. Central Casting using unlawful disctiminatory practices, forced the women to give their real age for "targeting" for "a scheme of torture, rape and cashing out life insurance policies." Facts that can be proven.

At the very least screening for lynching BY feigning employment interviews or rights to extras violates the spirit of the law and conscience, mutilation, rape and torture is unconstitutional, but represents crimes against humanity in a global network that includes Jawbone Publishing, LA TIMES, New York Times, Disney, Paris Review's insane use of journalistic freedom to cut off the upper jaw of innocent men and women and maim them for "sport" or "radical selfies."  Being gangraped is not only a violation but to be targeted by friends and teachers and family? Another thing entirely.

Sony's Amy Pascal's letter related to RAND's unlawful use of terrorist attacks on to fund a project, shows that even Korean Directors felt their tactics were inhumane and "an act of terrorism".

Google, the online platform hired and supported Jeffrey Doucette, a Nurse, an Actor and a program runner for WB, Newscycle, CAA and Google, by acting fraudulently against White Chrisitans NATIONALS with intent to maim them and Green Light their projects using the body parts and eggs, without consent by "teaching students"

who were underage, to conduct surgeries and violent maiming on the victims, so

they could not be held accountable and without ever informeing the victims they

were at a training facility posed to Maim and Mutilate and in fact, according to

Ronnee Uyeshiro and Jeffrey Doucette, maim and lynch white "hitchockian blondes."

Further, the WB, CAA documents detail writings reflecting hate speech against

**White Caucasian Americans Nationals women calling them "White Trash" or**

**admitting to a planned "Public Lynching," of innocent White Christians.**

**This lynching, is really holocaust as we were burned with arson according to**

**holocaust documents that allow burning of women.**

Lisa was working for Central Casting at the time of being targeted after being

blacklisted by UCLA, whose Mark Richard (Exxon) mocked subjecting Lisa to A

sucker punch during a writing award she thought she had won. Mark Richard works

for Exxon and flagged her for torture while she was studying at UCLA. Later she was

sent on productions with intent to target her to maim her after being able to find no

other work, began working for Central Casting as an extra (and entertainment

partners became a member of SAG-AFTRA). On one occasion she was sent to Illiad

Bookstore on location by Central Casting for example which is owned by Daniel

Weinstein of Jams. This shows the convoluted unreasonableness of being targeted

by location, age, color and gender through work and discrimination in employment

to target someone for rape and torture and lynching. And unconstitutional

placement of judges, on locations whereas women went to earn money to support

themselves. The blacklisting WB, CAA, USC, LACCD and the City of Los Angeles and State of California UCLA engaged in used extortion tactics while LIsa was at Squaw Valley Writer's Colony, whereas Gavin Newsom holds the concession agreement which presents intentional misuse of political power to target women for torture through Squaw Valley as detailed in Gordon Getty's slave documents which will be presented later in court.

**While in Grad school, Lisa was forced to attend Squaw Valley where one of the methods was to extract childhood secrets to use against her later—using extortion and interview techniques. Lisa was not comfortable attending the conference or the class and was told she "had to" by Michelle Latiolais who is an agent of Exxon, and CHABAD and worked as her advisor at grad school. Squaw valley's targeting scheme where we were forced to attend, then subjected to extortion methods by agents and Authors, shows bad faith.**

**Michelle Latiolais's husband also died suddenly in conjunction with Kaiser and given Michelle's evil plot against Lisa (while a student) to target her for torture whilie under the auspices of University of California Baord of Trustees that death should be investigated as well as it seems LA County is haphazardly engaged in murder of innconet children and other victims to gain access to their barbaric transplant program through a labyrinth of selling off licensing for reproduction, cloning an stolen lives and cashed out life insurance by Metropolitan Life and Johnson controls effectivel stealing years from innocent**

**American Caucasian Nationals. The letters from Julep Marketing cruelly claim to target white hitchockian blondes for upwards of 1000 clinical trials per month. Literally enslaveing the women permanently to turn them into forced servitude and strip them of rights in America.**

Further, the State of California Unemployment Division engaged in Federal Fraud as they removed the stimulus right (in two verifiable cases) and would not address why the FEDERAL moneies were removed or withheld. The State of California has engaged in a federal fraud to siphon off stimulus money granted by our federal government during Covid-19 GRANTING US RIGHT TO SUE for intentional emotional distress dugring a national emergency.

Jeremy Landau of UTA is using addresses on Sycamore and works for the Jewish Telegraph Agency in a federal fraud so enormous that all the regular suspects have evaded capture and continued to eradicate White Christians with the help and assistance of David Geffen, Rick Burkle, Rupert Murdoch, George Soros and the Jewish Telegraph Agency and other publishing houses because our LAPD refuses to look into why we were mutilated and gang raped ie. Lynched for being White according to WB and CAA, Google, NEwscycle Jeffrey Doucette and Ronee Uyeshiro documentation, .

The State of California has the authority to order women and children murdered by cashing out life insurance and ordering the women raped and sterilized. California

took out a Criminal insurance policy then ordered LIsa bullied repeatedly through Alcoholics Anonymous and through her employers and while at school unlawfully using knowledge gained while LIsa was at UCLA studying writing and withheld normal rights in education and employed actors to have sex with Lisa, pretend to date her and send her pornographic images with intent to harass her.  State and City officials engaged in distribution of pornography (through Neva Kaya, Scott King, Andrew Vega, Kate Lubahn, Robert Fulps and others), child sex trafficking and commercial sex trafficking through their "fight clubs," and failed to investigate gangrape, lynching of White Chrisitans as they are referred to in WB documents "White Trash".

Whether or not Department of Defense is allowing rape and torture of innocent Americans or eradication of the species, this is holocaust and genocide. Lisa repeatedly sent documents of her torture to the Federal Department of Justice before having evidence of illegal name use, illegal faked deaths and illegal postal and wire fraud committed by NFL agents like Tom Hansen and UCLA's Emily Green aka Emily Perlman.

California Governor Gavin Newsom, Nancy Pelosi, Eric Garcetti, Kamala Harris who has misused the law, allowing Department of Commerce, Mighigan, Oregon and New York and Florida and Texas and Oregon to profit on the theft of Californians (White Chrisitans Nationals) money, ie. their currency located within their bodies. In no way was this currency "trash" or "abandoned" as it was located within the bodies of

the victims and cut out barbarically to line the pockets of politicians and friends of the victims. Ie. Sonja Kinski, Bradley Bello, Nicole Kelly, Robert Fulps, Neva Kaya and parents Sue Peters and John Douglass, and sister Dina Douglass (who works for Disney, Canon and others) who used Lisa's home address to enslave her and other victims of clinical trials without consent through an elaborate scheme that involved Johnny Depp, Marilyn Manson, aka Brian Warner, Iggy Pop, Lydia Lunch and Jerry Stahl and their publishers, Harpers Collins.

Lisa was aaked to call Harpers Collins by Janice Dickenson who she met while in AA. Then targeted in a maiming mutilation scheme by the publishers thtat included CAA, WB, USC, UCLA and the State withholding rights to employment and blacklisting LIsa while using Netflix agents Luke LEgraff to bully her while at LACCD in Joe Ryan's writing class. Joe Ryan invited witches to the class to cast spells and it is the only class lisa has ever attended where all of the attendees started singing their submissions. Singing is spells and was used by Joe Ryan to target bully and injure Lisa.

The State of California, to accomplish their goals hired men and women to send pornographic images to Lisa to harass her through City organized Clubs like the Breakfast Club, which will be proven in Court. As actors for Blue Shield of California, Disney, and Ethos Laboratories aka California Physcians Service, Neva Kaya, Mike Coulter, Robert Fulps, Scott King, Anthony Moore, Andrew Vega, sent and distributed pornography and images of penises to Lisa with intent on severe

harassment, ostracized her in AA and targeted her for giant organizations like Wolfgang Puck and Scientology, who her parents were members of.

The State of California has a bullying scheme so severe that they organize ostraciztion through the schools, employers to commit crimes against humanity even though these schools receive federal funding, they withhold rights to White Chrisitan children, blacklisting them from ever advancing financially and grant these same rights capriciously to other races while torturing, trafficking and intentionally harming White Chrisiants for holocaust and eradication---and used federal funds to do such conduct against Whtie National Christians when they were underage and later.

At all times relevant Sue Douglass, aka Sue Kawashimi, aka Sue Peters, did sign illegally documents of fake deaths and was paid as an employee, affiliate and associate of California Physicians Service and the FISA courts---thus a State and Federal Employee who targeted and trafficked her own child when she was under age and later. Sue Peters and John Stendahl also engaged in trafficking of their child—LIsa--- and an ongong bullying Scheme with Malibou Mountain Club while she was a child of 6 years old, denying Lisa all rights as she grew up, where she was severely abused in the family and severely abused in the community. All of those at the Lake knew of the seheme and defamed her, lied about her and Lisa was trafficked for commercial sex acts when she was only 5 years old as agents for the State of California, Los Angeles County and Los Angeles City College, and the

Rockefellers according to their book, the Lost Language.

Further, due to the financial ruin that University of Southern California and UCLA and LACCD, State of California engaged in, Later when Lisa got pregnant, Sue Peters ordered her to have an abortion (because Lisa did not have money or the means to take care of the baby due to Sue and john's depriving her of financial rights, Lisa could not afford or figure out how to afford to have a baby without money or a job, There is a Transfer of money that looks like it was associated with the State of California for Lisa's abortion in the amount of $500,000. This shows a criminal intent against rights of children and against reproductive rights. That Sue would mock Lisa for not making a good living when she conspired with the County of Los Angeles to withhold rights in Education and Employment to her daughter, she did such conduct with a malice that is not normal in society.

The ongoing cruelty of LIsa's parents of Lisa showed organized criminal bullying by USC, AA, and the State of California through schools systems that take federal funds, showing inequitable treatment of White Chrisitan Americans and speicifically those that are women, as LIsa's eggs were stolen and created the first Live Birth according to Disney and CDC documents. Working under Reproductive Biology Associates and California Reproductive Associates.

INTENTIONAL PAIN AND SUFFERING ACTIONS DURING COVID BY THE STATE OF CALIFORNIA (WITHHOLIND FEDERAL FUNDS) AND GOOGLE, INC.

Lisa has a YouTube Channel along with Alice Down the Rabbit hole. Both are Republican, very active and supportive of Donald Trump and actively post related to trafficking of children and crimes against Americans,  Google routinely, for no ascertainable reason, demonetizes their sites and to this day keeps money from Lisa in the amount of $5300, during COVID with intent on causing pain and suffering. LIsa informed the site she had been hacked by an agent identifying themselves as a Google Employee last year approximately 3/1/2019, which was really a UNITED PARCEL SERVICE EMPLOYEE who hacked her site so she could not get paid.  This United Parcel Service Employee stole money and rights to get viewers by systematically deleting viewers and their comments. James Fourcette claimed he was working for Google, however, after Google was informed they never followed up or gave Lisa any indication of how to recoup the stolen money.  After Lisa informed google, they never gave her the 5300 dollars. Lisa lost money for a year due to James attack of her site as a United Parcel Service Employee.

UNITED PARCEL SERVICE IS AN authorized Government provider for the federal government and given the amounts of payouts to lawyers, it is likely James was hired by federal agents to hack Lisa's site.

Google admitted in writitng Lisa's had been phished and instantly her site shot up to 17,000 viewers with over 50,000 hits a day on her site—but Google never offered her a way to get money stolen from her site or provide her with reasonable legal

avenues for the stolen 5300 per month, which would not even include the active growing of her site for 2000 Percent growth per day.

Google to this day has withheld Lisa's money, then capriciously took down her monetization claiming she disobeyed rules----firing her from the Youtube Partner program, without warning in retaliation of her whistleblowing status. When their own rules claim they must warn the creators of what they are doing wrong and Lisa did not have such a warning or any strikes on her account. Then, she found out they did it to another Truther channel, Alice Down the Rabbit Hole and did not give either creator reasons.

LATER, Lisa found the NDA documents related to Google's employment of Jeffrey Doucette, showing that they censored her site not for legitimate reason but for retaliation of whistleblowing during Covid-19.

When querying why, Google does not respond, but does say, maybe or maybe not they will have their legal team contact the women. Further, LIsa's unemployment

and PUA from the federal government has been withheld from her without cause.
Given Lisa knows another person who California is unlawfully withholding Federal
Monies, she sees this as a hinderance and obstruction to child trafficking the state
has beeen engaged in.

Alice Down the Rabbit Hole has 100,000 followers, no small feat in Google's
antitrust economy. Girltown is a smaller channel but has 50,000 hits a day.

FEDERAL DEATH FRAUD AND HOAXES --- The boy named Jack SAKE PHoenix
Nick Phoenix ran a fight club out of SAKE on La Brea claiming their child is dead and
the organization allows a D. Savage to "make art" in memoriam. This fight club
seems to have a photo of the same person associated with Yosef Goldberger aka
Jossph Goldberger's son Simcha. I have photos of children and tried to give them to
the police as this looks to be a child trafficking ring, where fake deaths and real
missing children disappear at the same time, yet in court, no one would let me
advance my case and the LAPD and BH Police would not allow me to show the
photos of the children that someone had thrown into the garbage, their clothing or
their toys,

The LAPD and BHPD obstructed justice to hide criminal conduct of rape and
maiming (as will be detailed in WB documents, of a planned Lynching" for Lydia
Lunch, Jonathan Shaw, Johnny Depp, Nicole Kelly, Vinh Ha and Joe Ryan of LACCD
among others. With intent to gangrape Lisa and "melt her face" according to NBC

documents related to a Katy Perry Superbowl halftime event.

This is government fraud and fraud to allow men to rape women through a gambling ring that allows women to be tortured and gangraped by gambing and gaming methods.

119 S. Sycamore Av. is unlawfully using one location to commit government federal fraud using Joel Fish, Yosef Goldberger; Simcha Goldberger and many others who are actually Israeli Citizens.

In a discarded computer, it is clear, Ronee Uyeshiro is licensed by University of Southern California and that UNIVERSITY OF SOUTHERN CALIFORNIA themselves ran a trafficking ring designed to torture White Chrisitan Women and men for holocaust of the species. At latest count 60 million White national are interned falsely through the scheme, whereas they cannot get work or move freely in the country.

Lisa's Youtube Girltown, which has been blocked by a man who accessed her site claimng to work for google, when in reality it looks like he was a hired contractor through CAA, UPS and other affiliates to severely injure Lisa's right to make money. CAA, WB, USC have targeted white Christian women for violent rape and torture and unfair employment practice. The documents will prove a laundering scheme through the corporations that involve millions of dollars through UBS, and using

fake names like Lia Stango (to name just one) to launder and steal money from the American people. These fake names laundered litereally billions of dollars from the American people, which will be proven. And will be proven that USC lied in State court, perjuring themselves when LIsa asked for her documentation of injury. Claiming they were not responsible even though all the payments go directly through their Ronee Uyeshiro and Jeffrey Doucette and Yosef Goldberger funds Rochester, Damone Roberts and Greg Lauren.

Further, CDC admits openly to stealing eggs from innocent Americans, which again can easily be proven through Technicolor's agreement to "reproduce" material. The schem is so large, and unfair and represents a holocaust and genocide as well as government fraud and financial crimes as well as planned rape, planned torture and planned bullying after Lisa went for a job at CAA, worked at Universal and Warner Brothers, Entertainment Partners and Central Casting, all of which who targeted her for maiming by age and race and gender and was procured by friend Jonathan Shaw for Disney through her school LACCD where her own teacher engaged in bullying. Later Joe Ryan's contract fell into Ms. Douglass hands which will prove targeting women through school systems, hidden in books, publishing, films and music, those that profited on LIsa's rape and torture, did so knowingly and with intent to kill, cashed out her life insurance policy, withheld her legal right to State Farm insurance after a Lyft accident which involves Aldy Damian of USC, who intentionally withheld rights through payment to Jacob Emrani. Not only this but her own sponsors in Alanon, Nina Bergman (of NBC Universal) ostracized her with others yet somehow

was involved in her injuries with AA friend Mike Coulter. Whether it be the City of Los Angeles, or CAA itself, these employment practices not only prove to be bad faith but also endanger women who are exposed to rape and maiming to fund CAA's projects. That the city of Los angeles, CAA and USC and LACCD, UCLA reeive federal funding, the U.N. and World Bank run the slavery section of the projects to hide the truth from the American people.

Lisa's parents also engaged in fraud, hoaxes with LAPD tocreate fake crimes to affect Democratic policy.

Gooogle, repeatedly takes their sites down for expressing viewpoints, along with their audience, against Google's Democratic, BLM support. Lisa's site is Girltown, but, when presenting the monopoly scheme in court, including Newscycle and News Corp and the HEarsts, it will be clear that these companies knowingly defrauded the federal government with intent to eradicate the white race, target women, and violently rape them in plastic surgery clinics through the fraudulent scheme.

The documents available came directly from a computer which was in the hands of Jeffrey Doucette, who also goes under the name of Ronee Uyeshiro, these documents will show diaries intending to cut open women for many different agencies and Jeffrey Doucette, Maya Lazar and others are placed in 25 positions to monopolize the market, then spied on Lisa at her home, at school and through her computer.

These acts were violent, dehumanizing an involve banking fraud, housing fraud, insurance fraud, education loan fraud, illegal espionage, child rape, child torture and involve attacks at home, stolen babies, stolen body parts, at school and in the family as well as in education.

Not only did USC, UCLA, Exxon, Phllip Morris and others knowingly mislead patients to gain access to the human body as detailed in USC's ISTAR documents which prove that not only did they steal body parts but did so without regard for the health an well being of patients and in violation of military protocols and in violation of HIPPA protocols, then flagged the charts of the women at urging of Federal Agency Department of Transportation ensuring the women and men would not be treated fairly in employment, education and medical facilities for the remainder of their lives, in violation of free speech, freedom of religion did target White Christians for "eradication" of the species.

Further, they used a person to pose as a plastic surgeon to gain access to allow egg theft, gangrape and, torture, and sterlize women without regard for constitututional rights, employing Bullying protocol, pornography being sent to Lisa, and actual men who posed as lovers who were trying to GROOM lisa for torture and did such conduct through directives from Eric Garcetti, Alcoholics Anonymous and Lisa's own employers, Les Weinstein, Victoria Pynchon, Anne Laborde, UCLA and LA Valley College and did perform Sex acts as part of the bullying torture scheme at urging of state officials, in violation of commercial trafficking crimes did such conduct to gain

access to inhumane experimentation, non consensual experimentation and auctioned of the women for rape and torture through gaming facilities like Union and SAKE on La Brea under LA County's inhumane trauma training protocols.

Given the amount of oppression against White Republican Christians after torturing them, Google, Inc, has limited popular Youtubers to earn on the platform even after beign stripped of other earning methods. Not only was Lisa's site taken down, but there was no warning related, in fact she only had one warning and never a flag on her profile. When she reported she had been phished, Google's, Youtube refused to pay her what was earned and would not invetigate. When Lisa reported abuse related to her disability and her race, and gender, Youtube took away her rights to earn on two occasions even though it was she who had been harassed and Google, LLC is listed on her original injuries. Other youtubers claimed the same discriminatory treatment.

Given Lisa suffered a hate crime from students with the help of UC Irvine, advistor who encouraged bullying and then mocked LIsa later in a book, after she had been targeted by African American "friend" Nicole Kelly and AA friend Andre Roberts and Dimitrius of Monchuka---whose website boasts crimes as "anything else is history", who wanted to harm her and enslave her as "African Rights, then laughed about it in Podcasts.' Nicole Kelly posed as a writing partner after Lisa had left UCI and no longer worked there. Nicole Kelly asked Lisa to do a project, naming it, incredibly Wonderland. Nicole told Lisa that she had joined the Binders, an online writing

group and encouraged Lisa to Join, so she could get thousands to vote on Lisa's maiming and murder.

This treatment by Youtube shows systemic policies to eradicate ability to earn for White Creators---they even have Christian as a blocked word on their site. Not only was there no warning, about removing Lisa's channel but when Lisa reported harassment on two occasions they demonetized her. Once after she had been phished and once with 5,000 dollars sitting in the bank. Refused to address the issue and withheld her earnings or back earnings eventhough those that targeted her were proven to have told her they worked for Google. Lisa's page was demonetized and stolen from by actors working with the federal government at UPS and Google and Black Child productions.

On July 2, LIsa was notified that her entire site was demonetized without warning. But, her followers had requested she do "transinvestigations." Google seems to think any exploration of trans or trans issues are harrasement, when they themselves are sterilizing, maiming and torturing White Chrisitans through a complex labyrinth that will be proven.

Recently as June 2020, YouTube CEO Susan Wojcicki shot down the allegations during a Washington Post Live event. "It's not like our systems understand race or any of those different demographics," she said.  Yet Youtube's reason for removing monetization for entire site stated that Lisa **had threatened protected groups** and

attacked them, even though LIsa was raped as a child and is in a protected group herself, Youtube refused to look into the harassment and hate speech related to her race and disability (which cannot be recognized as the Federal Government is stealing brain and then refusing to allow disability insurance for their own hate crimes against White Christians), Lisa's site monetization was removed for violations against "protected groups." The claim of Youtube that a substantial part of Lisa's videos were violating the terms, did not reflect that ANY videos had been taken down but one, and she received only one warning which did not reflect the same situation, that was a video about the JFK Assassintaion—which she had also been asked to do. Thus, Lisa did not attack or harrasss any group, nor did Youtube Articulate which group was attacked, instead she questioned many different theories of fake news or slavery of whites by such giants like Facebook, education and the Press who failed to report on any of them. This attack of her and others Wojiki, claims that her systems do not understand race, yet, the site routinely removes any speech related to oppression of White Christians. And Christian is even a blocked word on the site. Wojicki cannot now claim she does not know the actions of Calico, their lab division that routinely through Apple orders a person maimed and destroyed for profit. Wojcki and Page cannot claim that these targeted attacks on Chrisitans or the White race are legal in any way of that they do not know about Arthur Levinson's actions aagainst White Chrisitan heterosexual women, attempting genocide. Lisa has been deprived legal counsel. Her own lawyers took 20,000 from an Australian firm to stop her lawsuit, then Xavier Becerra ordered her murdered. An order Our military tried to carry out by crushing her face, lobotomizing her again

overseas and raping her.

All of these facts and acts were ignored by LAPD and the Department of Justice.



Shane Dawson Transvestigation

1,364 views · Jan 31, 2019

The photo indicates two women, one who works for Texas Instruments as detailed on her page and the other who works for Skate USA, both corporations involved in holocaust and genocide crimes against whites. Yet, Aby Herrera refers to Lisa as

"Karen" a derogatory term related to the white "race." Lisa has been attacked for wanting her race to survive, when Los Angeles City College and UCLA's Umoja Back porch allows violent dissection of White Christians while living and engaged in a bullying scheme with their agent Joe Ryan while alive in plastic surgery and their communication departments encourage ignoring the violations of laws and constitututional rights of students. "Angie" has been blocked before from Girltown's channel for hate speech, yet any time I report her hate speech, calling me an idiot, when I am disabled, **Youtube's reaction  is to demonetize  me and withhold my money that I earned**.

When Lisa pointed this out, Youtube took down her monetization (again) on July 1, before paying her her earnings of $5,300, claiming she had disparaged others for their physical properties. Though Lisa has done several Transinvestigation Videos (most likely because she was asked to do so by Google's Staffing), none were reported and she was careful to never say for sure if she knew what was true related to the Trans investigations..

This is an educational investigation, not hate speech, yet Youtube, who owns Calico Labs and is listed on Lisa's criminal rape and torture at Lasky Clinic, claims that a substantial number of Lisa's 1000 plus videos reflect such harassment, when "Girltown" has only done three or four such investigations, thus that could not be true. Most of her site deals with being raped and tortured and having her bones and brain cut out at Lasky Clinic, a lab that Calico Lab uses.

Lisa did say she would sue bullies as she is disabled and being bullied for her brain damage, gender and race and in a protected class due to being raped as a child and satanically abused by her parents, yet, this harassment on the site is largely ignored, but that is not a threat, it is fact and did not come out of the harrassers gender or race, only their speech calling her racial slurs and mocking her disability.

As cyberbullying is ongoing and LIsa has been deprived any other means to make a living due to her parents evil actions of flagging her so she could never be hired or make a legitimate living-----acts that violate the credo of the pledge of allegiance,, claiming all have rights to liberty and justice, yet our federal government turned a blind eye against us for their financial interests and keeps us as slaves permanently. Slaves attached to University of Southern California's agents address, my parents.

Youtube failed to conduct any investigation related to the phishing and withheld money so she could not be paid for her work.

Yet, Ms. Wojicki claims the following is true:

> But she said the fairness of machine learning algorithms is a "huge area of work" across the industry. "We always want to make sure that our machines haven't by accident learned something that isn't what we intended," she said. "If we ever find that it did, then we will retrain our machines to make sure that they now have the right, that whatever that issue was has been removed from the training set of our machines."

Without ever investigating why she and another White Christian were demonetized. Thus, this is untrue and unfair discrimination, one Ms. Wojicki has no intent on changing. Ms. Wojicki also knows Lisa was called White Trash in the WB documents for Apple and Calico's destruction. Thus an act of hate against her for the color of her skin according to Google's agent, Jeffrey Doucette and Ronnee Uyeshiro.

During Covid-19, those that conspired against White Christians to commit holocaust upon the race and commit genocide, did spoil evidence in Los Angeles County which prove criminal egg theft, sale of eggs through Kaori Aikawa, violent torture diaries by Ronne Uyesishiro, Robert Fulps and Katarina Otto, and multitudes of documentation of torture intended against Christian Whites for their eradication.

Not only did USC routinely launder money but they used fake names for the City of Los Angeles, Rochester Fund, and UBS. For Example Lia rose Stango is Stango Electronics. The amount of money stolen from the federal government to murder and steal eggs, is continually overlooked as their participation and earnings from these hate crimes is enormous.

Subverting separation of state and federal government, Lisa was targeted through employers and education facilities and Alcoholics Anonymous to be gangraped and tortured to maim her after severe bullying. Her parents trafficked LIsa when she

was only 5 years old as agents for USC, UCLA and the State of California as Sue

Peters works for the Fisa courts, NASA and the NHS and California Physicians

Service, is a federal agent and did traffick, target and deprive any rights to Lisa by

selling her as a slave to the state's gifted program and did conspire with LAPD to

create fake crimes with them, Sotheby's and Interpol to hurt the White Population

from its survival and milk them by faking deaths and stripping them of financial

rights.


VOTER FRAUD; ID FRAUD


I have proof that LA County, and the U.N. issues fake ID's to hide their criminal

conduct as actors of the Vatican, the UN, the World Bank, Israel and Great Britain,

then use those same names to VOTE, and to affect VOTER fraud. Further, they use

these same names to provide unemployment to those that work for them, rather

than the citizens who deserve it. Uses fake names, employs parents to bully and

torture their daughters, to falsify crimes to affect policy, to fake deaths to steal rights

of the citizens for paid for prostitution, drugging and raping innocent Americans for

Sport as Fox Sports calls it and NFL's illegal use of spinal crushing injuries and

murder of US children and citizens for their Half-Time show and rape of women

who think they are having minor plastic surgery after a systematic gangstalking

took place through their schools, churches and social groups.


Yet, no matter how many times we reported our rape, torture, and holcaust against

us, the Department of Justice did not seek monetary compensation for the raped and maimed women and totally disabled women, nor order their insurance to provide rights to healthcare, under title III of the ADA or attempt to cure the vast violations of civil rights against White Christians to preserve our race. The Attorney General is authorized to seek civil penalties and monetary damages pursuant to 42 U.S.C. ï½§ 12188(b)(2)(C), but instead organized to murder Lisa after she reported the crimes with Xavier Becerra claiming she could be raped and tortured for money for his Dreamers program, wheras his display of hatred of white women and organized bullying of a race, is a federal crime and a crime against humanity. This time though he caused her to travel overseas for the promise of the doctor to remove the torture device installed to prevent breathing and smiling.

In this way, the Department of Justice, Department of Education and other Federal agencies did display violations of ADA **by disabling women targeting** them by race, age and gender who were white and Chrisitan with intent to eradicate a race. Then, forbade their stories from reaching the Press who was actually organizing gangstalking and violence against White Christian women for their profit. Given the protocols of military training claims to not affect finances of those they injure and prohibits non disclosure of the training taking place, the government used Facebook to procure women to enslave and used Facebook, NFL, California-Quake as passthroughs to hide laundering activity for the CIA's Shelly Perluss.

Using unlawful intent to defraud and cause phsycial harm to innocent pateitns and

innconent workers, Warner Brothers Pictures, NBC Universal, Disney, USC, UCLA, the City of Los Angeles, The World Bank and others listed took federal funds to conspire to enslave innocent American Christians, for forced servitude and currency theft. Further, the Department of Justice knew the disabled women and tortured women ad sexually trafficked women were being deprived health care and disability insurance rights, yet failed to investigate child torture, gang rape and Shelly Perluss and his gang laying in wait to burn and maim the women alive to steal their bones and eggs, thereby permanently enslaving the women that Apple, Calico, Google and the World Bank owned against Constitutional rights that forbid slavery or targeting of a race.

This is holocaust to allow members of the community, AA and education and employment to target a women for murder, maiming and to steal her eggs.

Union, Chris Gibbs Corporation is a hub for Michigan State Treasury, Department of Commerce and New York State to target innocent White Chrisitian Californians using a myriad of LLC's to hide RICO violations in our own government in the state, using Nike, Converse and Ugg's and STAMPD to hide what they are really selling, which is human body parts.

Yet, the Department of FBI and Homeland Security refuses to allow any case of rape or torture to go forward as they themselves study the rape and torture and Satanic Abuse of children. And to study means, these children have no rights in America

forever.  This is unconstitutional and they broke their covenant of liberty and justice for all, the Pledge of Allegiance we learned in school. Further, there is no Bill of Rights that allows such violent targeting, yet they employ Nicole Kelly to stalk and arrange a maiming calling it "radical media".

Further, Homeland Security mentions they use social media to target innocent Americans. And use others to *send a message to their target*, thus the ultimate blame should be Eric Garcetti, Nancy Pelosi, Kamala Harris, for targeting white Christians for eradication but it is our government using them as a shield for wanting to eradicate white Christians and use them as crops.

Not only does Homeland Security Advisory admit to using social media, education and employers and friends to target innocent Americans but only targeted white Christians for eradication and holocaust, thus, the scheme is unlawful holocaust and genocide of a race. Under Judge William H. Weber, many women and men and children were murdered, maimed and raped. But, these all were stripped of anything human by his policies for the federal government to disallow fighting back or showing proof of the crimes.

UNIVERSITY OF SOUTHERN CALIFORNIA, acting with publishers, banking, education facilities, did promote holocaust against white Christians, then prohibit them from working or healthcare to gain permanent slaves and indentured servants in clinical trials using Lisa's Parents address in Malibou Lake.

If any of the treaties between Great Britain, Israel and Australia and Canada involve fake ID's, fake Social Security cards, multiple persons using the same name (Yossi, Yosef Goldenberger has four names and Shelly Perluss is a CIA agent, who has abused American White Christians and committed crimes above and beyond his role) whereas women are raped in plastic surgery clinics and tortured and their eggs stolen.

Further, these crimes include my being trafficked for sexual acts when I was a small child under authority of Christian Science Monitor, Exxon, LA County's USC and UCLA and the World Bank by my own parents, Sue Douglass and John Douglass aka Sue Kawashimi Peters and John Stendal, the most cruel and inhumane parents alive.

I have recorded evidence of a County of Los Angeles official bragging about **indemnification of those responsible**, referring to rape stolen eggs. Facial burning and maiming and torture by LA County's Brad Spellberg, claiming there is no insurance for crimes against humanity but LA county has enough money to pay out victims—yet instead of providing the victims the actual documents when they sue, the government tampered with LIsa's rights in state court BC648115, then USC published defamatory remarks about her to mock her after they themselves profited on selling her for a commercial sex act and violent maiming.

At all times relevant the World Bank engaged in federal fraud, Identity theft, human

slavery fake Identifications and hid their conduct through LLC's and the U.N. Affiliate programs through the schools, churches and self help groups like Alcoholics Anonymous. Not only was their gangstalking illegal, they created illegal social security cards, birth certificates and names to hide such holocaust against White Christians and enslaved them and organized violence and gang rape claiming right to "radical selfies" and "hate crimes against Republican Crhistians" through Pew Research.

After suing for two years in a stonewall by Judge Green and his co-conpsirators at University of Southern California, which included perjury, USC published defamatory statements about Lisa and the US government arranged with Xavier **Becerra to have me raped and killed overseas and caused me to travel to maim me and lobotomize me**. Organized through the World Bank and UCLA's Telemedicine to trick me to steal brain and bones and then mocked me in the press, using San Antonio Military to gang-rape me and traffic me for money.



Even though LIsa was a very popular Facebook user, Mark Zuckerberg lied to congress about using his platform to sell humans as slaves for rape and torture and did such conduct with a smile on his face and took 45,000,0000 after Lisa's rape, facial mutilation and torture for his police academy.

Yet they then tried to murder me for my speech, by Xavier Becerra claiming inflation allowed more rape and torture, while he was my employer and I worked for the state as a teacher for Los Angeles Valey College, then I lost my job without ever telling me what I did.

The hate Xaveir Beccerra has against White Chrisitans. This is sexual commercial sex acts that occurred through fraud, through Saudi Arabia, through Great Britain's scheme to violate international torture laws and mandates and Xavier Becerra acted

82

in conspiracy with others to traffick me overseas for violent sex acts, lobotomy and crimes against humanity. In violation of RICO.

I have printed grammatical evidence of plots of murder on the American people and intent to steal their rights and "close out a life." Stealing the ovaries of women to prevent them from reproducing is genocide.

After what I consented to be a minor plastic surgery, my ovary was missing. When I mentioned this in court, the court did not see this as a human rights violation.

With Final Cut being used as "everything else is history," or "everything else ends up on the cutting room floor, Hollywood, is a Satanic church of stealing, using gangstalking, Unfair employment practices and forced servitude by those they steal from as people like Tom Hanks readily admit at the Golden Globes.

Basing their actions on racist beliefs that the only crimes worth reporting were against Black Americans or Mexican Americans or Japanese Americans or Jewish Americans, or Indians --- the media, education facilities like LAUSD and UC Regents and federal government organized a holocaust and genocide against White female Nationals by targeting them for bullying, rape, commercial sex acts, childhood sex acts for money and slavery, SEX inversion, ovum theft and exposure to chemical warfare (by Phillip Morris and Exxon) with intent on eradiction of a race and took federal funds to target these individuals through the school system, depriving them

of equal rights by law to equal opportunity and fair hiring practices.

Using Race and media as a primary means to accomplish their goals, over 60 million White Women & Men lost their rights to reproduce, had their eggs stolen and faces maimed by burning (then Mocked in the Press by NBC who called Katy Perry's halftime show a **MELTING of faces extravaganza**)  and are currently held interned without legal rights in America. This fact has been largely kept from the  public by Jewish Telegraph Agency, Edgar Bronfman and 70 Faces, as well as other large multinationals that run the Media, and curriculum in schools, teaching White Hate, White Privilege as a means to torture, and commit violence against the White Chrisitans who believe in God.  Jewish organizations went as far as setting up blogs making fun of Christians for donating their bodies which were not donated but STOLEN from them, along with their rights and all things human.

THE US DEPARTMENT OF Education taught curriculum and targeted white Christian heterosexual women students for unfair policy and treatment, and withheld legal rights to them in employment, education and in livelihood.

After being Trafficked as a child by her parents as members of a cult and secret society for sex. LIsa was also targeted by the federal government and their agents online in an onslaught of hate speech related to her protected class as a victims of child sexual abuse. Child Trafficking and violent crimes that the government participated in—this is gangstalking by their agents and Google.

On July 1st, 2020, Aby Herrera made a racial slur related to Lisa's race as a White Christian as an agent for United Skates of Ameirca Corporation. Given The United States is doing the trafficking and flagged Lisa's charts so she could not make money and caused her to lose her jobs, this online onslaught resulted in her being taken down from Youtube's monetization Partner Program. The United States has attacked her profits other times with malicious intent to harm a child that they profited on violent measures, child trafficking and ongoing torture. The United States Government through United Postal Service also hired James aka The Sherrif to Youtube to Phish Lisa's account so she could not make money or build her channel. After which would repeatedly accuse her of crimes against protected classes, when gang rape, child rape, and disability gave Lisa the protected class status and her site never discusses protected classes in anyway derogatory. The United States Government used proxies as they had enslaved White Women for rape and torture and child trafficking and gave the women no way to fight back. No way to work. Took away their ability to travel and allowed gang rape by claiming "military rights" or "Indian rights" or "affirmative action" using BLM policies to rape and torture white Chrisitans, whcih is targeting of a class for eradication. At the time Lisa as Girltown responded to Aby Herrera it was clear both women worked for Texas Instruments but not clear they worked for the Federal Government, under US skates, Incorporated.



Shane Dawson Transvestigation

1,364 views • Jan 31, 2019

Their policies aslos show intent to eradicate Lisa for no other reason than her race and age and gender, which is unlawful under the First Amendment.

NOT ONLY did Ken Widmer bully me online as an agent for the Federal government but so did many others using hate speecha gaisnt Whites and disparaging my disability and sex trafficking that they profited from that they themselves caused by violent gangrape and lobotomy to sell my brain tissue to Musculoskeletal Transplant Foundation, which is unlawful under the constitution.

86



This said, all who acted, at first, Lisa assumed acted under Eric Garcetti's authority but now believe the child trafficking and sex trafficking over international warters was organized by the military, as San Antonio Military showed up in Great Britain under promise to remove Elon Musk's torture device (a promise made by Lucian Ion, a federal agent attached to Florida and CIA)..

To bully me online for my race and the slavery of the White American People, the National Endowments of the Arts and Wells Fargo gave money to author, Claudia Rankine who received governent grants for works supporting and then, mocking violence against whites being kept as slaves and encouraged violence against innocent White Americans simply for their being white, claiming violence against them is correct, and urging others to commit such violence against white women. With George Lucas, Lucas Books and others, did profit on the genocide and holocaust of White Chrisitans Women.

Angie (Youtuber, has spoken in violence repeatedly on my page and she works for Exxon and Texas Instruments according to her page). Though I do not know her last name, the gangstalking is from my own government and their agents for committing torture upon my person and withholding my rights to fairness in insurance, disability and even fairness during Covid and my exposing what is true.

THE ISRAEL TREATY is not only unfair but illegal as I was gangraped and tortured

using that law and the laws of the Holy See, but also the banking system was not legal. As the banking system of chattel was using fake ID's and multiple names through an Agency of Talent of the World Health Organization claiming people like Emily Green aka Emily Perlman is the not the same person. I have documentation of fake ID's, Israeli passports and Yosef Goldenberger using different faces on different ID's. Thus the contracts were fraudulently obtained, gangrape is not only terrorist tactics but the methods of the Vatican were illegal.

The US Department of Educations resolve to eradicate white Christians population was so great that they provided others in school opportunity jobs and econonmic benefits yet withheld those same opportunities from White Christians Students with intent on bullying and inevitable torture and to keep them enslaved.

Basing their actions on racist beliefs that White Privilege allowed them to enslave, torture, rape and burn them alive (BURNING OFF FLESH ON A PYRE)---Eric Garcetti ordered Lisa and othes sterilized, raped, maimed and tortured, resulting in suspicious deaths of Heather O'Rourke, Dominique Dunne, Asa Ferry, River Phoenix, Phillip Seymour Hoffman, Hunter Thompson, Heath Ledger (and many others) and falsifying many deaths and organizing accidents and fires to justify theft of rights guarded in our constitution, systematically engendered a Holocaust against White Christians globally and in America. Using antisemitic ideology, NAZI warfare techniques and using World War II as a primary means to achieve their goals, these Hate Groups targeted White Christians as the main enemy, burning them alive on alters and stealing bones and eggs, then Placing these White Women and Men in false incarceration---effectively enslaving them for forced USC CLINICAL TRIALS servitude by use of clinical trials (in LIsa's

88

case **attached to her parents address in Malibou Lake** where she was bullied and tortured since a little girl by an entire community (forced to be in plays where she would be mocked, called The Little clown, Noah's Ark and Bermuda Trianble that her own family told the community that she was to be sacrificed, asked them to bully her and withheld constitutionally guarded rights from her since childbirth), over 60 Million Whites who are kept as slaves through a complex scheme undertaken to eradicate the species. Along with many who were raped for money, had eggs stolen from them and many other crimes carefully hidden by false internment, gangrape, child torture, child murder and maiming of many actresses who appeared for audition not knowing the audition was for "stealing their eggs and bones and to murder them" using Alfre Woodard, Mark Burnett and Allison Janey, Paz Vega, Rob Lowe as screeners.

Targeting these individuals through schools and productions, UCLA, Netflix, LACCD, Exxon, Universal, CBS Radford, NBC,Warner Brothers, and Disney, Alcoholics Anonymous (aka General Services Administration) WARNER BROTHERS, SAG AFTRA, ENTERTAINMENT PARTNERS, NATIONAL FOOTBALL LEAGUE, CREATIVE ARTISTS AGENCY, IMAGINE ENTERTAINMENT, Microsoft, Kaiser, MGM, Playboy, Microsoft, NBC Universal, Universal Music Group, Blue Sheild California and Alchoholics Anonymous aka General Services Administration and all other defendants committed crimes against children, crimes against humanity and inhumanely maimed and stole rights and equity from many indivudals who went to work for these organizationgs or studied in their schools.These facts were kept from the public by LA Times, who published the intentional extrajudicial murders as and maimings hits in their Crosswords, the Guardian, The Atlantic and Jewish Telegraphic Agency, Paris Review to commit genocdice AND HOLOCAUST ON WHITE WOMEN and men but Yosef Goldenberger's documents show that the target of torture is Women and that the goal is **1000 clinical trials a month through his corporation Julep Marketing.**

Temples used Nike organizations as a shield to hide trafficking, violence and burning alive and targeting of women.  Paramount overseas productions, Thomas Henson, Tickemaster use fake names, American Academy of Dramatic Arts, to hide torture, audition for murder and unfair employment and education practices, this group, targeted White Hitccgockian women for torture, gangrape (through gaming and betting) and mutilation of innocent Americans.

SUE BETKA AND BRUCE MONBLATT delegated permanent imprisonment, permanent disfigurement, permanent lack of breathing, claiming no one could re-delegate for set free those they enslaved. Sue Betka and Bruce Monblatt through the Department of Education targeted women by AGE and race to intern them permanently, traffick them for gangrape, steal their genetic heritage and exile them from their social circiles-----which is unfair practice in Education.

It is believed that murders through the Superbowl, Lottery ssyterms and fight clubs that Los Angeles County ran and hired men to seduce, sleep with and infiltrate the lives of those they wanted to mutiale and maim. Then when the women sued as is their legal right, targeed them through their employers, through the internet n an onslught of harassment to prevent money coming in so they could not make a living while suffering through Elon Musk's installation of a torture device to track and trace them. The City Officials engaged ina crime so disturbing, that the women had no idea that their own boyfriends were sent to sleep with them and took money to murder them (as will be proven by notebooks that describe criminal intent to murder, maim and totrute the women). The County Department of public Health after committing an ongoing bullying campaing with the help of federal officials through Genderal Services, ostracized, targeted, and destroyed the lives of women

they wanted to maim and steal eggs from for money. City and County officials used the school system in California to provide women for longterm torture so they could profit and took Federal funds to deprive white women of the same rights as children of other ethnicities. Which is crimes against children through education. Using the Cremation society, Corrupt Police on the LAPD and BHPD force who refused to investigate gang rape at Andrew Frankel's Lasky Clinic by USC students, interns, Exxon interns, Microsoft, NFL and Elon musk,  and Facebook Police Trauma training, stole upwards of trillions of dollars from innocent Americans, then flagged their charts so they could not get helath care, placed observers in their buildings and made up lies about the women for years of suffering. This conduct was done through AA, a self-help organization, LACCD, a school, UCLA, a public school whereas Exxon agent Mark Richard made fun of Lisa who was targeted for a bullying and smear campaign by her own advisors. Jeffrey Guzenhauzer and Mark Urata routinely falsified evidence and then destroyed evidence that could help the victims advance their cases. USC also made up lies and defamed Lisa in print and paid people to infiltrate her page on Youtube so she could not bring this case.

Kenny Carroll, Susan Frankel, and Jeremy Perlin used the cover of Nike, Fleet  to hide criminal orgaznized crime for LA County to steal equity and rights from innocent civilians that they wanted to have sex with for money, used innocent Americans for rape and torture, cutting out their facial bones and eggs then sterilizing them at the whim of Eric Garcetti, Xavier Becerra and Gavin Newsom's violent hate policy against white Christian women. Did deprive those women of fair rights to integrity of the body and fairness in employment and education.

Plaintiffs Lisa Douglass and other's so situated (who are hesitant to come forward due to the maiming of Lisa Douglass BY her trusted ALCOHOLICS ANONYMOUS (AKA

91

GENERAL SERVICES of the Federal Government) friend Mike Coulter, BRADLEY BELLO, JONATHAN SHAW, JOE RYAN (OF LACCD) whose conduct through a school shows targeting through education, JAMES GOODWIN, NICOLE KELLY (for the Gettys and Kimilio Fellowship) and by Neva Kaya, ANDREW FRANKEL and others for the Nattioal Football League, Microsoft, Tesla networks during which she was burned, maimed and her upper jaw inhumantely sawed off to sell it, then gangraped and her eggs stolen by AGENTS of Jewish Networks and the CDC to create a live birth aka her baby **stolen ON 1/29/2015** AND in the "murder for hire" in retaliation of her first lawsuit BC648115 Xavier Beccera claimed that **Inflation allowed total mutilation and maiming and murder of Lisa's Face and poisoning through Phlip Morris (**ie. Holocaust and Genocide by sterilizing, raping and torturing innocent white women to pay for his dreamers program and for African American programs--- and did so as Lisa's employer and in retaliation of her freedom of speech and whistleblowing hired her overseas doctor to trick her), UC Irvine AND through agents caused Lisa to travel for a commercial sex act **and lobotomy** and facial mutilation to prevent Lisa from testitfying as to the Capital crimes herein some which include child trafficking and war crimes against children enacted by LAUSD, LACSD, LACCD and USC and UCLA and Lisa's trusted advisors Michele Latiolais, Mona Simpson and Ron Carlson, her parents and sister and Jonathan Shaw who worked with Johnny Depp and Jerry Stahl and Joe Ryan of LACCD to conspire against Lisa with intent on rape and torture and burning alive to name a few.

Rupert Murdoch owns Perennial and Harpers Collins and Janice Dickenson told me to

call Harper Collins before the gang rape and mutilation.

Mr. Rabbi Chaim Schnur, Gidon Roseman, and others at RPM management told Lisa they did not want her in her building due to rent control. Mr. Spinrad, their lawyer threatened her, Gidon Threatened her and stole her bike with a hacksaw. When she called the Police, the LAPD, they told her it was fine for a Landlord to violently steal, threaten or do whatever to her including death threats. As the LAPD targeted Lisa with City officials and her parents a long time ago and she was engaged in a battery by a police officer whereas Anthony Brooklier represented her and also showed up on other "curious" deaths as an associate of her boss, Carol Ann Emquies, aka Carol Ann Blinken, who unlawfully interned White Christians Women through her Democratic African Schoolhouse organization to enslave women she didn't like and make certain they could not get work, as a hate crime against her former employee, who watched Carol Ann Emquies Twins be neglected.

Lisa was beaten by a police officer of the Los Angeles Police  Department and when she reported it, the City of Los Angeles refused to look into it. She spent over 3000 to get out of jail.

Then the LAPD used that point against her when voting on her mutilation, gangrape and torture. However, they never looked into her battery by Victoria Pynchon or the threats by her Landlord, claiming unless she could sue, she had no rights. It was only later LIsa Found out Victoria Pynchon was part of the City, Jams, and ADR's intent to torture and

enslave Lisa. More facts will be proven in the jury that afte LIsa sued Victoria Pychon,

Victoria conspired with All State or State Farm to withhold Lisa's money and then sued

her. When the court's told her the suit was illogical, Victoria Pynchon did not tell LIsa

that the 50,000 suit had been dropped. Thus ignoring the orders of the Court.

FURTHER, LISA HAS Evidence of fake names, fake social security cards and false birth

certificates so the County of Los Angeles can commit fraud by stealing bones and eggs

from innocent individuals who are Chrisitan and White while taking federal funds to do

so.

Using a prayer about hearts, those in the cult pray to enter the body as if a demonic

possession..

**Johnny Depp.had agents Sal Jenco target Lisa with his son to infect LIsa With Lice**

**after participating with Jonathan Shaw, Harpers Collins, News corp in her violent**

**rape and other mutilation injuries through Joe Ryan at Los Angeles Community**

**college and Netflix orders. Gladys Santilles, Neva Kaya, Jamie Ghazal, Donald**

**Hewitt, Robert Fulps, Steven Hilton, Laura Clery and others targeted Lisa to cash**

**out her life insurance policy, using complex schemes of ostracization, slander and**

**actual rape to attain their goals.**

Jonthan Shwaw told LIsa he liked her writing to target her through a class wherein

Netflix Agents bullied her incessantly as did the Instructor, Joe Ryan who works for

LACCD and Netflix. Fred Spinrad sued Lisa and tried to evict her and is listed on her ownershiop documents as he owns Lisa as a slave for forced services.

Eric Garcetti and the City of Los Angeles target women, withhold right to work and then lay in wait to cut out their facial bones and eggs, claiming racial healing or holocaust gives them the right to allow men to pay to gangrape them, burn and maim them and injure their posture. This is unfair racial targeting and targeting by gender. Frank Kamer owns the facility we were at and transferred us as real property selling us as slaves to be raped, mutilated and tortured. Facebook Mark Zuckerberg received 45,000,000 for rights to violently torture me. Kareem Abdul Jabaar who knew my father received 20,000,000 to torture me. And JPL, Gettys, Geffens and many others received money for the right to rape, torture and place me in clinical trials with intent to kill me and study me like a lab rat.

Lydia Lunch, Jerry Stahl, Iggy Pop, Marilyn Manson all contributed to the book they called "Our lady of Ashes" which actually has Lisa's name on the cover. They make fun of burning and maiming lisa and of raping her and also glorify sex with underage girls in the book. Glorifying Pedophilia.

After paying for grad school, Michele Latiolais made sure Lisa could not get work or sell her books, then made fun of her in a book she wrote after providing lisa for severe bullying by a group in Grad school.

95

After John D'Amico and Eric Garcetti hired others through AA to ostracize and bully individuals, he claims so many miracles took place after the women were raped and melted as NBC admits in a Katy Perry article at the NFL halftime. He steals their equity and gives it away and makes fun of his crimes in the press.

Given thes relationship, targeting of Sonja Kinski, Bradley Bello, Demi Lovato, Kate Lubahn, Jonathan Shaw, Johnny Depp, Neva Kaya, John and Sue Douglass and Dina Douglass, Victoria Pynchon, Les Weinstein (who worked for Qualcomm and UCLA), and Carol Ann Emquies and then those that targeted her after like Sal Jenco, who gave her LICE by asking if she could babysit his child. Literally they have destroyed Lisa's life for years yet are profiting upon her by stealing patents and raping her and taking out eggs and brain tissue for sale and then using Lisa for forced servitude. Given she went to their schools but was not allowed all the rights of the other children, this is crimes against humanity through education, family and a cult that the government protects as it allowed Sue and John douglass to sell Lisa for commercial sex when she was a child  (only 5). Steal her reproductive rights by forcing her to abort a baby, then took $500,000 for that abortion, and many other crimes attached to University of Southern California that used their address to commit criminal clinical trials without consent and hide it in Utah.

Kareem Abdul Jabaar's talk about theft of black culture, while empowering blacks to steal facial bones AND EGGS, THEN sterilizing innocent White Women, and the daughter of his friend of innocent whites calling it money and then interning the women with the help of our own school sytem where we were targeted and bullied not only

represents targeting of a group, but Kareem himself acted with Lisa` parents to enslave her for the World Bank and others.

Further, before this "Sacred Spaces" expression of hate, and imprisonment, Michelle Latiolais encouraged bullying, sexual assault an then mocked Lisa in her book after she had been bullied for years and went to get plastic surgery to stop the bullying.

Lisa was shunned, made fun of, and then placed on a do not buy list so she could not sell her work. Kat Lewin repeatedly told Lisa she wanted to kill her in various ways. Yet, Michelle Latiolais and Ron Carlson approved and even encouraged the bullying. The City orders a group that got paid after the war crimes against Lisa, to target, sexually seduce, send pornographic images to, by their agents in a group they simply call the Death Squad.

LISA was trafficked for her body parts (DRUG trafficking to steal body parts in an organized crime ring run against White Christian Females representing HOLOCAUST against White Americans who our city officials are ordereing raped and murdered IN violation aof Eighth Amendment rights of cruel and unusual punishment and for commercial sex acts enacted through the Network of Universal, Fox, NFL, Microsoft and Tesla, Disney, UCLA and LACCD and LAUSD to commit war crimes and Holocaust against the White Female women by burning them alive then incarcerating them permanently so they have no legal rights in America.

Kareem acted with the network which included Dina Douglass, Sue Douglass, Sue Kawashimi Peters, John douglass aka John Stendahl to fake deaths to steal people's organs while living. Dina Douglass worked for Disney, Canon and many others to help hide the criminal conduct. The facts, acts and targeting of Lisa Douglass who was born into slavery as her parents sold her with the help of USC, The Rockefeller Foundaiton and The LAPD and th World Bank is a holocaust, as this happened to millions of other people whereas these women are kept ensallved for continually rape and torture.

. The Helm of the program is UC Irvine who fostered bullying, and accepted Lisa into the program with intent on sacrificing her, cashing out life insrucenand and cutting opern her face, in hate, interning her due to radical expression, and permanently imprisoning hundreds of white women.

FURTHER, Lucian Ion promised to remove a torture device on 11/27/2018 and was paid by Kaiser and others to violently injure Lisa overseas and caued her to trave overseas through communications did intend on destroying a protected computer in exchange for money or other things of value (ie. her body parts) and did such conduct with explicit intent to torture Lisa AND LAUNDER such Instruments for Kaiser her own health plan. Lucian Ion caused a woman to kill herself after building her nose and tricking her and then cutting it off. He did this purposefully and tricked Lisa too with intent on providing her for a commercial sex act and for facial mutilation and to cut out brain tissue ordered by Keck Medical School, New York Pschicatric institutue and USC and UCLA. As you can see Kaiser, Ramiro Diazgrandos (the same exact name on my mother's documents),

98

Bank of America ( the bank that illegally cut out my body parts even though I had never missed any payments); 8201 Page Street is Paul Chiriac. Both Chiriac and Diazgrandoes are members of the Southern California School of Architechture.



.ıl AT&T 🛜  .          4:39 PM          63% 🔋 ⚡

Done          **53 of 263**

‹     🔒 fltreasurehunt.gov     ⟳   🔖

| lcome Web User | Page 1 of 1 | Search has 1 Record(s) |

### Search Results

Click on an account number for more information and options.
*You will later be given the opportunity to return to this list to choose more accounts.*

| Account Number | Reported Name | Reported Address City/State |
|---|---|---|
| 124720414 | IONESCU, LUCIAN | 506 SW 113 WY BLDG 11 PEMBROKE PINES, FL 33025 |

**Search For Additional Names**

ida **Department of Financial Services**
East Gaines Street, Tallahassee, FL 32399-0358
rns Customer Support: (888) 258-0358 or (850) 413-5555
ail: FloridaUnclaimedProperty@MyFloridaCFO.com

Statute / Administrative Rules



California State Controller

# UNCLAIMED PROPERTY PROPERTY DETAILS SCREEN

Date: **12/23/2019**      Source: **INT**      Property ID: **995832112**

Owner(s) Name: **ION LUCIAN**
Reported Owner **8201 PAGE ST**
        Address: **BUENA PARK CA 90621**
Type of Property: **Cashier's Checks**
Cash Reported: **$76.34**
    Reported By: **BANK OF AMERICA - FLORIDA**

According to our records, you may be entitled to the money, property, or proceeds from any sale of the property listed above. You may be eligible to file your

101

**California State Controller**



# UNCLAIMED PROPERTY
# PROPERTY DETAILS
# SCREEN

Date:              Source: **INT**     Property ID: **982400551**
**12/23/2019**

Owner(s) Name: **ION LUCIAN**
Reported Owner**ATTN SCANNER**
        Address: **UNIT 250**
                **VAN NUYS CA 91405**
Type of Property: **Refunds Due**
Cash Reported: **$26.30**
    Reported By: **AT&T SERVICES INC.**

According to our records, you may be entitled to the



According to fact---**The Underwater Dive Unit (UDU) of the LAPD counter-terrorism Unit** is permanently staffed by a 1 Sergeant---Lietenant Timothy KALKUS and a select number of sworn personnel assigned to Metro. The balance of the cadre is comprised of officers assigned throughout the Department on an on-call basis. The UDU is responsible for investigations of underwater crime scenes in the City of Los Angeles, Narcotic vessel hull searches, Reservoir and Dam searches and inspections, Vehicle search and recovery operations, Offshore Oil Rig searches and investigations and missions involving Homeland Security in the Port of Los Angeles. The permanent employees, assigned to Metro, are responsible for maintaining the UDU boats, the call out response vehicle, and all dive equipment, as well as responding to dive searches and call-outs.'

On April 5, 2020 lisa attempted again to report gang rape and torture at Andre Frankel's offices. The officer proceded to claim LIsa was mentally unstable even after she explained Andre Frankel did this to 14 other victims who have no rights. Lisa brought evidence of Child Trafficking and he still did not take her seriously.

Accordingly ANDREW Frankel sold Lisa as real property, accused her of a crime to steal her body parts, as a slave to be killed by faking my death and falsifying a criminal action, which did not take place—he did this on January 7, 2015. Mike Coulter, Neva Kaya an others had already gangstalked me and abused me very severely in AA and outside for Caifornia Physicians Service aka Disney. Thus LAPD's

claim I murdered someone is false. Did LAPD also claim my 14 White American Chsitian nationals also murdered someone? AS they were mutilated by USC agents Sim Choroomi, Christian Paquet, Stephanie Culver, Michael Bassiri, Arik Park and many others who snuck in to ssteal their currency, ie. body parts. Thus the state profited on stealing our identity and our lives and the LAPD watched us be mutilated in a hate crime against our gender and our age and our RACE and Religion.

One of the victims spoke to an attorney to negotiate a deal for Andre Frankel's severe mutilation of her face, then Ani Reddy paid him $28,000 to not take her case.

Thus whwat was done to the women was not only unfair but unconstitutional as many paid off my former lawyer, Kyle Todd, Daniel Ahn and Shelby Miner with intent on murdering me overseas and causing me to travel overseas. Withheld correspondence that was proven to exist in state court and took money to kill me.



After Boeing illegally cut off Lisa's entire nose and gangraped her overseas at Weymouth wells with UCLA, Lockheed, Bureau of Indian Affairs AND THE Antonio Military System and USC agents Lucian Ion and Gregor Bran as well as Leslie Flieshman, Chrisitne Janssen, they and lockhheed made fun of her mutilation in print as will be proven.

LUCIAN Ion, acting for CIA, Kaiser and others caused Lisa to travel internationally for a commercial sex act and then lobotomized Lisa and intentionally disfigured her so she could not testify as a witness to genocide of White Christian Women enacted as a hate crime against her by former employers, a known rival and her own mother, who works for the city of Los Angeles and the County faking deaths and illegally stealing people's identiy for USC and the County of LA and others as oppression of our faith and gender and National origin.. Lucian Ion, Elon musk, Gregor Bran for USC cut out Lisa's brain and gangraped her after cutting up her face and stealing her currency in the amount of 150,000.

DEFENDANT Xavier Becerra acted to cause severe facial crushing and brain damage though a criminal investigation was already found to have "slaughtered" Lisa illegally and left her in inhumane condition, claiming he had the right due to inflation and organized Lisa to travel overseas in international commerce with explicit intent on murdering Lisa through means and methods of cmmunication and stealing her currency. Lucian Ion her surgeon oversease took out a larceny claim and intended to steal her nose

bones, eggs and brain. LISA was gangraped at Andrrew Frankel's facility and at Lucian Ion's facility (overseas) both where Elon Musk and Bill Gates used the facilities to lay in wait to torture and rape victims to gain permanent guinea pigs and steal bones by violence and then infect victims with Corona Virus and HIV to claim monitoring privileges after vilently cutting off the women's cheekbones and upper jaw so they could not smile and then flagged the women's charts permenantly to prevent healthcare and freedom of movement. The NFL also used the facilty to provide women for rape and torture by brain crushing injuries and spinal injuries organized by using Priyanka Bhanot and Sharon McCutcheon to falsifying records of sleep issues and mental issues to justify rape, torture, lobotomy and facial crushing of actresses who made their living in front of the camera.

LA County's Capitla Punishment allows for 12 persons to order someone mutilated, sterilized and murdered, which is unconstitutional torture. They used Lucian Ion and Andrew Frankel to gain guinea pigs for their "murder" rape and torture program and then perjured themselves in state court case BC648115 even After I attained recorded Evidence of Brad Spellberg admitting to providing indemnity to all parties who raped Lisa and mutilated her and gave her a lovotomy and spinal crushing injuries, in his Affiilate Agreement. Brad Spellberg has Knowingl injured thousands of women through this unconstitutional protocol that targets women for rape and torture for money.

Lisa's former Employer, Central Casting, aka Entertainment partners, required Lisa to give her real age and targeted her for murder through a network so hideous, that

109

Paramount, NBC, FOX, Honeywell, UCLA, LACCD, The County and Alcoholics Anonymous, CAA and many others were involved in choosing to murder Lisa.

LA COUNTY's and USC's BRAD Spellberg on a recording admitted that he was providing indemnity to those that raped the women at the facility, which is unlawful tampering with justice.

THAT this is an Excessive fines and premeditated murder case by state officials, corporations and rivals of Lisa Douglass, I sue in their personal capacity as these decisions were to protect them from discovery of child trafficking which I have evidence of and I sue in their official capacity as Andrew Frankel raped me and allowed others to rape me and the police were there watching the rape refused to investigate and cut out my facial bones and lobotomized me and drugged me so I could not fight back. USC used the facility that day as did Mike Coulter, Neva Kaya and Edison, Disney and others that lisa knew, CC Wright, Mike Corridori, Jim Friedl, Paul Beahan, Bill Gates, and Elon Musk and students from LACCD and UCLA and USC under Cedars protocol and Kaiser is listed on my records. Damone Roberts nad Greg Lauren used the facilty that day. Playboy used the facility that day. Mark Rubin and Mark Rabkin used the facility that day.

THIS Is a premeditated lynching by a group and the LAPD and Beverly Hills and Malibu Police refused to report the rape and torture that Andrew Frankel put Lisa and 14 other white Christian nationals through. Lisa and her friends were maimed and murdered for their age, race and gender and for being American.

110

Further then Xavier Becerra ordered Lisa raped and tortured Again overseas under special maritime jurisdiction in retaliation of her whistleblowing on 11/27/2018, claiming inflation gave him the legal right to hurt her and cut off her nose SHOWS retaliation and punishment for her discovery of the genocide he and others have engaged in.

Further,.Bill Gates infected Lisa with corona virus on 1/29/2015 (as Microsoft used Lasky for nonconsensual experiments) and with the HIV virus to "study aids." And to destroy her health.

Lisa was violently abused in her home and overcame a lot to be a social media personality, then Neva Kaya became enraged at Lisa's popularity and plotted with others to maim and mutilate her, made up lies about her and spread rumors, but no one would help her when she reported this. In fact Men she had rejected got to sneak in to rape her and cut out her body parts under Neva's plan, who worked for Microsoft, Disney and the World Bank at the time of this Maiming.

Lisa has been enslaved ever since as Disney routinely killed innconet Americans and then flagged them as if they were in prison with state officials placing them on a do not buy list so they cannot work or receive health care.

Lisa did report violent threats and actions by her landlord Mr. Rabbi Chaim Schnur aka Itkin Mendel and Gidon Rosman who threatened to murder her. The LAPD claimed they

could not do anything about it.

Later the LAPD beat Lisa up in aroutine traffic trap and put her in jail for something they did, then after they organized a killing with other parties listed and unknown.

Andrew Frankel and Lucian Ion posed as plastic surgeons willing to help Lisa and other victims, then turned the women over for rape, violent bone theft (calling it currency) and for torture by lobotomizing them to sell their brain tissue and facial tissue to big pharma.

UCLA wanted Lisa's body so badly, Lisa's alma mater placed people in her building to spy on her and to vote on her "killing". Maya Lazar and Jake Anthony both spied and did leave documents naming Lisa for murder in the building claiming to want to steal her bones and send her to Jamaica, the NY location that sells body parts for the FDA.

Though LIsa had ample proof of wrongdoing, USC admitted to stealing her bones and eggs in state court case BC648115 and the Judge would not let her advance her case.

She served Sim Choroomi (acting for USC) in New South Wales, no easy feat, but the judge still attempted to through out the fellow who raped and tortured Lisa for USC and witnessed the murder.

Then the parties threw out their documents all over Los Angeles, to prove illegal bone theft for Israel and New York State in an Organ Sharing Network using Microsoft's

Gateway computers.

All only targeted white women who were Christians and then mocked them in the press Such conduct constituties Lynching by a group. And each acted under authority of Gavin Newsom to conduct the crimes.

Further, when the police violently cut into my face and the face of 14 other innceont White Femailes on 201 S. Lasky Dr. They acted unlawfully as none of the women were engaged in any criminal beharior and did not allow open access to anything. Lisa explicitly told Frankel to do a closed procedure as she didn't believe in tissue removal, due to her Christianity, however stealing eggs is a criminal felony and in no way because a vagina is open would mean you can see ovum. They stole and sold my eggs to make a baby and did make a baby from an egg stolen on 1/29/2015 as reported by the CDC.

AT all times relevant those that targeted Lisa were doing so under authority of the Rockefellers, Disney, UCLA, LACCD and Exxon, Gavin Newsom for his own Newsom Enterprise, places she worked. And Qualcomm she worked for under Les Weinstein.

DEFENDANT Mike Coulter lives at 4730 Wiota Av, in Los Angeles and organized the murder and admitted to it in an album produced by Norm Block FOR A Cautionary Tale Records which is under Manimal which is a division of Universal Music Group owned by Vivendi's Bollore.

Mike had a long term releationship with LISA via text, in person dates and on the phone, one that she thought was friendly though he sent her his penis naked and asked him to send a photo of herself naked.

Lisa met Mike in Alchololics Anonymous which acts as a criminal gang to target women for violent harvesting to steal currency for USC an the Rockefellers, and the Federal Reserve and World Bank.

At no time did Lisa ever fight with Mike or know he hated her. He even took her to a Nick Cave concert. And came over to sign a song called Needle and the Damage done which under the circumstances seems like mocking the situation of him murdering her and intending to murder her by Ketamine Injection admitted to in the song. Even though Mike was her friend to hear the album shows he had severe hatred for her and plotting with Norm, Neva and James goodwin all people she knew to maim her and sterlizer her and cut out her spine and brain.

114



Though many are guilty of lying to the public, of killing people  of targeted white Christians. Mike Coulter was never investigated as to my "ketamine" shot or gangrape, sterlization or other methods of torture.

On July 24, 2014 Mike took me to the ACE Hotel to see Nick Cave and the Bad Seeds, I never knew he hated me and was plotting with Nick Cave, I only found out later when he admitted it was Nick Cave's idea to hurt me. Nor each time I got a small part on TV or a movie they were plotting and using me to later harvest for Entertainment Partners, which is why they mandate you tell them your age, so they won't hire you in good faith but plot to murder you.





Mike Coulter calls himself Mike Oneshot coulter and sent me a letter after the maiming

claiming he got away with it after getting audited by the California Department of Health.

Mike and Donald were not my friends, but targeting me for the Kill.







This is a photo of Donald Hewitt who works for both USC and UCLA and would not let me leave the facilty when I tried to on 1/29/2015—I was dating him at the time. I was raped at the facility and when I got home and the LAPD refused to help me and the Beverly Hills police refused to take a report of my rape and having my currency stolen at the facilty (in excess of 150,000) and my Identiy stolen by violently cutting out my facial bones.

Furhter, I went to the police in both Beverly Hills and LAPD about beign gangraped and having most of my facial bones violently cut off and they refused to investigate.

LACCD and UCLA, Paris Review calls this radical selfies to perform a violent act on innocent American White Christians.

Years prior an LAPD official beat me up and threw me in Jail and I could not sue because no once would take my case, it is clear they never looked into it.

When Gidon Roseman of RPM threatened to murder Lisa, the Police claimed they could not look into it.

When the DIDI HIRSCH on Wilshire called in suicide attempt (which was not true) DIDI Hirch ordered the LAPD to pull guns on Lisa it was clear the City itself targeted her for bullying abuse and torture.

Thus, I sue them for neglecting to investigate our rapes and our violent crimes (14 other victims on US soil and 10 others in London under UCLA's address and through a friend who posed as a record Executive Leslie Fleishman).

Again and again they refused to help me and then targeted me for murder with others.

This lack of investigation was discrimiantoary as they will not investigate crimes againt White Chrisitans Nationals or against women.

121

Further, if they were the ones that seized my bones and eggs, why did they allow a known person I was in a relationshiop with to rape me? Thisis criminal abuse and in violation of the Fourth Amendment, Eighth Amendment and Fourteenth Amendment.

Further, they stole my rights as a citizen, It states as much on Mike Coulter's background check, but I was not arrested. Violent rape and beating is illegal, yet the LAPD did this to me in retaliation of them beating me up before.

They used excessive force cutting my brain and bones out then stealing my ovum in violation of Thirteenth Amendment took away all rights to wrok or rights in banking by redlinging me and 14 other victims.

The police are violently cutting up victims that are White Nationals of America, Christian and of a certain age, that is discrimination. They also drug us so we cannot fight back and watch the rapes and violence.

- **Harassment or Discrimination:** In order to sue a police officer for harassment or discrimination, the victim must prove that there was a pattern of behavior, rather than a singular, isolated incident.

- For example, if a police officer has established a pattern of treating one group of people with undue force, but not another group, it could be claimed that they have a pattern of harassment or discrimination;

- Violating the Victim's Fourth Amendment Rights: The Fourth Amendment of the American Constitution dictates that citizens are protected against unreasonable searches and seizures. This could be used as an argument in a false arrest case. The victim would need to prove that the police officer did not have probable cause to warrant the arrest; and

- Excessive Force, Resulting in the Serious Injury or Death of the Victim: This claim is very serious and must not be made lightly. As there is not currently a concrete definition for excessive force, the victim must prove that the amount of force used against them was absolutely unnecessary, and that the police officer could have come to the same result without as much force as was used

Furtehr Ceunty of Los Angeles has been faking deaths to steal innocent Americans identiy, but this was a systematic bullying scheme undertaken to harm Lisa's face, by someone who hated her in LA, who works for the City, thus No one would investigate the mutlation or the facts surrounding it her stolen identity, the "relations" lisa had with her killers (as Writ of Habeas Cor[us was filed by Mike Coulter to steal her life).

Calico Labs operates at 100 S. La Brea and is owned by Alphabet who owns Google, they have shadow-banned my channel so I cannot make a living.

Facebook earned 45,000,000 from my stolen eggs and facial bones after targeting me through the site and Mark Zuckerberg has shadow banned my page so I cnnaot make a living or reach a wide audience which is illegal censorship.

JURISDICTION

Given Sue Peters is law enforcement according to fact, Defendants did "RAPE, AND CASH OUT LIFE INSURANCE" ON An immediate family member of law enforcement officials. Killing of an Immediate Family Member of Law Enforcement Officials (18

U.S.C. Section 115(b)(3)). FURTHER, crimes against children fall under this jurisdication.

Not only does federal law protect law enforcement officials, but it also protects their family members from threats or retaliation intended to influence the law enforcement official into dropping their investigation.

GIVEN I DID FILE AN Administrative Claim against the State AND DID SUE THEM there is NO way Xavier Beccera didn't know I had been gangraped and tortured at Lasky Clinic by arson and maiming by Mike Coulter, Elon Musk, Neva Kaya, CC Wright, Exxon, Phillip Morris and Bill Gates among others (as the VA claimed 10 art teams came to mutilate LIsa). Thus his order to kill me was to quell my right to sue and get justice and advance my case and to hide facts related to child trafficking which I am in possession of.

FURTHER, XAVIER BECCERA to punish Lisa for her court case ordered her murdered overseas on 11/27/2018   A Killing Designed to Influence the Outcome of a Court Case (18 U.S.C. Section 1512)
Federal law also prohibits murders of court officers and jurors, or killings that are intended to prevent testimony from a witness, police informant, or a victim. In addition, it is also a federal crime to commit murder in retaliation for testimony given at a trial. And each who participated intended to stifle Lisa's speecha s a victim of genocide by cutting out large portions of her brain and placing her in permanent guardianship in New York.

Mike corridori and Jim Friedl also were involed in Lisa's mutilation and rape and were known to Lisa from highschool.

Defendants did commit the murder  During Bank Robbery (18 U.S.C. Section 1111)

Generally, the felony murder rule applies to any killings committed during the course of a felony, such as kidnapping or arson. Bank robbery itself is a federal crime as well as a felony. A murder committed during the course of a bank robbery can result in federal charges.

This includes the killing of any staff, security guards, or customers in the bank, any murders of hostages, or any killings made during the attempt to escape law enforcement.

As Mike Coulter and other defendants were fined  for property damages and drug theft, this was also in violation of 8. Drug-Related Murders (18 U.S.C. Section 36, 924(i)).

Further Mike Coulter knowingly used communication avenues to murder me, arrange for the murder and wrote an album admitting to a hate crime against me. And Eric Garcetti and other public officials paid him for that crime. Murder for Hire (18 U.S.C. Section 1958) in interstate commerce and communicated via pohne, or the internet to commit the murder overseas and on Los Angeles soil.

Why is murder-for-hire potentially a federal crime? Congress has legal jurisdiction over interstate commerce. Interstate commerce includes not only the paths that people can travel between states, but also the use of communication pathways such as the postal service, telephone lines, cellular towers, and other electronic communication.

If the killing can only be accomplished by causing a person to travel over state lines (including the victim), or by communicating the request by phone, mail, or the Internet, the murder-for-hire could be a federal crime.

125

Defendats refer to me as a ship they murdered  in an album Mike Coulter wrote

and produced with the Gettys and Universal Music Group. In commission of a

hate crime, did intentionally kill me as a hate crime .

Murder Aboard a Ship (18 U.S.C. Section 2280)

The official name of this type of crime is "an offense against maritime navigation."

Usually, this refers to piracy, which is the taking by force or threat of force of a ship at

sea. If a murder occurs during a crime that threatens the safe travel of a ship either in U.S.

waters, or if the victim is a U.S. national regardless of where the ship is when the murder

takes place, the homicide can be charged under federal law.


The **Major Crimes Act** (U.S. Statutes at Large, 23:385) is a law passed by the United
States Congress in 1885 as the final section of the Indian Appropriations Act of that year.
The law places certain crimes under federal jurisdiction if they are committed by a Native
American in Native territory. The law follows the 1817 General Crimes Act, which
extended federal jurisdiction to crimes committed in Native territory but did not cover
crimes committed by Native Americans against Native Americans. The Major Crime Act
therefore broadened federal jurisdiction in Native territory by extending it to some crimes
committed by Native Americans against Native Americans. The Major Crimes Act was
passed by Congress in response to the Supreme Court of the United States's ruling in Ex
parte Crow Dog (109 U.S. 556 (1883)) that overturned the federal court conviction of
Brule Lakota sub-chief Crow Dog for the murder of principal chief Spotted Tail on the
Rosebud Indian Reservation.
The original law placed seven major crimes under federal jurisdiction (exclusive of state
jurisdiction) if they were committed by a Native American in Native territory. Those
crimes were:

Give Lisa was Murderd by all meaning of the law
Raped and gang raped
Assaulted wit intent to kill
With Arson
And her body parts stolen, claiming these are drugs or currency
Intentional miming

And Defendants did commit larceney, then mke fun of getting saway with it in letters
written to Lisa.
- Murder
- Manslaughter
- Rape
- Assault with intent to kill
- Arson

126

- Burglary
- Larceny

FURTHER, after Lisa traveled overseas to get repaied on 1/16/2018, her mother, Sue Peters, a State Employee, Kat Okomoto, Xavier Beccera and Defendants, and their agents contacted Lisa's trusted surgeon through communication with explicit intent on receiving money or another thing of value in connection with destruction of a protected computer. As Lisa was an intnernationally protected person while on English soil, this constitutued homicide as Defendants lay in wait and violently cut out Lisa's muscles and bones and brain filing cases claiming she deserved Lobotomy through New York Psychiatrict Institutute, Virginia Mennonnite Rehabilitation and others—these acts were caused by Universtity of Soutehrn California agent Gregor Bran who severely tortured 10 other victims by cutting off their nosese to sell their tissue.

Mike Coulter sent many letters claming "his first Kill" and commissions of war crimes that he got away with.

Paul Beahan and Nathalie Bas-Tzion, aka Nathalie margot committed a violent crime against Lisa, and met with her through Neva Kaya.

The LAST ACT OF RAPE AND TORTURE and Conpiracy

127

Was on 11/27/2018 overseas at Weymouth Wells, wherein Philllip Morris admitted to murdering Lisa and Gregor Bran as agent for USC gave her a lobotomy so he could sell her brains and facial bones "to make pills" as he put it online. He conducted the crime so Lisa could not fight back. It is believed Mike Oneshot, Neva Kaya and others were at the facility as well.

BECAUSE LISA has evidence of child trafficking by some of the parties, it is clear that these crimes were conducted against her rights to commit genocide on White Christains which is against the torture laws and against our constitutional rights. We have been redlined by LACCD, UCLA and Cedars to prevent all rights in America.

As LIsa's life was stolen by Mike Coulter and resulted in Death by infectin hger with HIV and other things with intent to murder her, LIsa is Dead by all meaning of the law.

Cedars falsified records and conspired against her with State and City officials to rape, sterîize and steal her eggs to sell  them.

BACKGROUND

LISA WAS SEVERELY bullied in AA even though she had been a member for over 10 years, not lknowing AA was actually run by the Rockefeller Fund as a harvesting organization wherein they murdered their own  members. It operated illegally as a

parallel grou, one group that harvested and one group that were targets of the harvesting. There were two groups, those that harvested and bullied and those that profited on unbridled murders within the group.

ALCOHOLICS ANONYMOUS HAS ROUTINELY MURDERED white Chrisitans women claiming right to mutilated and "racial healing rights" as the message must have "Depth and Weight" thus the entire book is about harvesting and commits hate speech against women, However, The Rockefeller fund owns AA and runs it through USC, who paid for my maiming and bone and tissue theft of Lisa Douglass.

There were other victims who died as well Caroline Thompson, Lucille (Barry Eppley's patient) and Marianna (Lucian Ion's patient) both who committed suicide after being violently maimed for their currency AND interned without trial. ASA FERRY WAS MURDERED by La county officials who claimed he was a Mexican women. There is much evidence that LA county and LA City procure their victims through AA, a Rockfeller Fund, who then pays for those murders through USC Ethics committee.

EACH did conspire, to injure Lisa, with gangstalking or intent to commit radical violence for Los Angeles Community Colleges, which only protect immigrants, queers, jewish people or afrrican Americans or Asians, do not protect White Heterosexual Christians, make fun of their torture in curriculum and have enslaved them through the scheme for over 45 years.

Futher, Lisa had an enemy, Neva Kaya, who bullied her, stalked her and invited her to a party Mike Coulter was holding as a farewell party to Lisa's life. Then he wrote an album about it. Eric Garcetti, destroyed Lisa's life with Gordon Getty and refused any rights to healthcare or investigation, then tried to murder her again by ordering her killed through Phillip Morris and Disney and Exxon.

I had a longterm relationshiop with Mike Coulter from 2011- who unlawfully targted me for murder after sending me thousands of text messages over years including photos of his penis.

Three AA members were murdered without any investigation ASA Ferry, Caroline Thompson and Kenza (last name unknown).

Alcoholics Anonymous has a parallel system, one for those who will be murdered and another for the cult that is doing the harvesting and able to earn reasonable wages.

With literally thousands of stolen trademarks at issue, Kobe's Bryant's crash is highly suspect as Mamba Sports is a holding company or these stolen trademarks and abandoned meat stolen in an airport or plastic surgery clinc really operating as Exxon's refinery and all on the Helicopter were in the Exxon Refinery fire whereas someone went into illegal airspace, ie. someone's vagina to steal eggs.

The US government fined Medtronic 45,000,000 for performing illegal spinal surgery on

Lisa on 1/29/2015 and thus knowingly did not stop the scheme or investigate her stolen ovum or the created baby from that Ovum or give me any of the proceeds to help my disability. Just took the illegally stolen profits.

LIsa also has found children's photos with the harvesting documents, harvesting packages, bio-packages and this shows something is going on with missing children as well. However, no matter who I told in my gobernment, they tried to murder me on 11/27/2018 bragging about it all over the internet.

The Identity theft was deliberate and done with Ketamine and knives and arson, None of the victims abandoned their meat or property, it was stolen by Lisa's enemies who were hired to sexually abuse her by sending penises and other things to her in AA and abuse her by bullying, ostracization and other means and organized by Eric Garcetti, Gordon Getty and UC Regents and the Rockefeller Fund to strip their own students of rights to work and rights to fair market.

Then to place an observer who is getting paid to watch me in my own apartment shows illegal and unconstitutional abuse of rights. UCLA and Semel placed Maya Lazar to live in my building and ship out body parts as will be proven. Further, they hired her to observe me and be mean to me.

This represents a total monopoly related to murder and withholding of rights to White Americans Chrisitans who are targeted through LA Community College and UC Regents

131

and by their own parent to deprive rights.

At Union, a street style store, the body part packages go to  a website that shows intentional violence towards Christians. Union also ships out body parts for the federal government and as their agent should protect Christians but are going after ONLY White Christians, calling them "soul" or "textiles".

At all points relevant Neva Kaya was paid by Disney and Callifornia Physicians Service to target and murder Lisa to get funding for her dog Rescue. All co-conspirators were acting on authority of Eric Garcetti to commit murder on An American Citizen, with claims that " he didn't want exotic people in his community." Even though he admitted she waould be severely maimed and disabled. But, then as a city

The amount of Money laundered and stolen under Eric Garcetti and Gavin Newsom's authority (who is the true owner of many Getty Houses in Los Angeles under Newsom Associates) these public officials illegally murdered and stole property through their agents to destabilize America and institute a slave system.

Mike Coulter, Neva Kaya Gordon Getty, Carol Ann Emquies, Victoria Pynchon, Chandra Dyani, Paul Hackmeyer, Raytheon and other defendants acted with deliberate malice in targeting Lisa and were all times relevant emloyees, agents and associates of the City of Los Angeles employed to commit such crimes by hiding facts in Rockefeller Funded Alcoholics Anonymous and paid out for murder by Univesrity of Southern California.

For over 20 years, Gordon Getty and UC Board of Regents and LA CITY have ran a scem that enslaves the American people by selling them overseas to Craotian government to "obtain their reproductive Value" as will be proven by documenttion.

The following is a true and correct letter given to me by someone that works for Gordon Getty. I have the real letter aas well and you will see that UC Regents illegally and unlawfully  procuring slaves by selling them to other countries through the School System to sacrifice them by placing them on a black list or do Not Buy List to injure their rights to participate in the market fairly. Then, through AA, a Rockefeller Fund Orgnization run through USC and paid out by USC, they target and bully their members with itnetn on commission of a hate crime.

Mike Coulter, James Goodwin and Norm Block at all times worked for the Gettys and the Getty's ran the schem through the schools. IF that isn't bad enough SEMEL Institutute through UCLA Sciences placed observers in my apartment complex to study me.

In Mike coulte's online profile he thanks James Goodiwin for organizing the scheme to complete his double album which is about my murder.

James works for the Gettys.

133



Saviors - Mike Coulter. New Record.

Liked · Following · Share

Send Message

Saviors - Mike Coulter. New Record.

Home

About

Photos

Posts

Community

About

m.me/mikecoultersaviors

oichange@gmail.com

About

Saviors. A new double album from Mike Oneshot Coulter

This is a record I've been wanting and trying to make for years. A full double record that fairly schizophrenic in the kind of songs that are on it. Hopefully it'll be coming out properly shortly on beautiful double vinyl.

None of this would have ever happened if not for A LOT of help from a lot of truly great friends. A lot of people played on this thing. Special hats off to Norm Block and James Goodwin for truly making it happen.

Biography

Mike Coulter was in band in LA in the 90's called Lifter. After one record and a lot of rehabs, the band ultimately ended in '99. After another decade of no music and more rehabs, Mike started writing and singing again and ultimately it all ended up here with Saviors. A "solo" record only in the sense that there's no band to rehearse with but filled with all sorts of great people whose playing, singing and ideas made it actually happen.

Current Location

Los Angeles, CA

Musician/Band

GORDON P GETTY
[illegible]
[illegible]

July 23, 1991

Professor Elizabeth Lloyd
University of California
UCHRI, Adm. 307
Irvine, California  92717

Dear Lisa:

A propos our talk in Squaw Valley on suboptimality, this term is perhaps easier to define in game theory than in the real world.  In game theory, it's the state of affairs where the optimal strategy and the evolutionary stable strategy (ESS) aren't the same.  In the real world, I suppose it's the state of affairs where individuals and their genomes are evolved to miss cooperative strategies that might be of mutual benefit.  To put it another way, competition doesn't imply suboptimality if the winner wins as much as the loser loses. Otherwise it does.

My own two bits' worth is that the evidence for suboptimality by this test was always thin and is seriously challenged by the Hamilton-Zuk gene cycling or "truth in advertising" model.  This model, and the Zahavi handicap idea, suggest that the peacock's tail feathers and the stag's antlers may be optimal after all.  It no longer seems clear that these species would do better collectively if males evolved to grow less clumsy adornments, and females to prefer them.

It seems to me that those who accept the doctrine of suboptimality should take a new inventory of the evidence.  I'm a doubter.

Best regards,

Gordon

bcc:  Mr Lawrence J. Chazen

ECORDED WITH

135

January 4, 1991

Dr. Alan R. Rogers
Department of Anthropology
102 Stewart Hall
University of Utah
Salt Lake City, UT 84112

Dear Alan:

It's a pleasure to get your latest thoughts on our convergent theories. I doubt that a trip to Utah is likely for me soon, but I'm sure we'll meet somewhere on the sociobiology circuit.

On page 2 of your letter you discuss my "matching power" idea. To show how this works, let's say you and I share a grandson ($r = 1/4$). The more I invest in him, up to a quarter of my means in fitness, the more you are encouraged to invest equally, because that's the cheapest way you can buy a grandson. If I somehow blunder into investing more than a fourth of my fitness in him, you will be even more motivated to follow suit, but with a smaller amount since less is now needed. In other words, you will be all the likelier to coinvest, but less likely to match me one for one. Thus my chances to prompt one-to-one matching from you improve as my investment rises toward one-fourth of my fitness, and worsen thereafter.

The effect of the intervening generation needn't change this arithmetic if we consider investments in our children as indirect investments in our grandchildren. Then neither of us may live to see the latter (heaven forbid), and yet we will tend to invest a fourth of our fitness in each of them in our efforts to foist one another past this genic rubicon.

One might distinguish between general and nepotistic forms of the matching principle. The general form holds only that collective males and collective females invest equally in the young. This follows from the truism that the two groups tend to have equal fitness, and from the notion of the heritability of fitness. The nepotistic form depends on Hamilton's rule. It holds that offspring tend to inherit as much fitness from fathers and their kin as from mothers and their kin in proportion to degree of relatedness, rather than from adult males and adult females generally.

I have much faith in the doctrine of genic selfishness. Genes program us to replicate them, not only for one generation but for the broad future. That's why I think the heritability of fitness and the general form of matching principle (by sex if not by actual parent) are implicit in genic selfishness.

The entire book the Rockefellers wrote for AA is about harvesting to make money. Thus, they invoked a fraud on the population by falsifying what they were doing and targeting by bullying their own members for harvesting and murder. Department of Heatlh Care services is a government Agency that prevented any investigation into the murders, into

the plots against White National Christians to commit slavery and genocide and strip them of any rights.

Mike Coulter wrote me a document that shows he thinks he got away with it. After writing an album **claiming to murder me and strip me of my rights to buy Neva a Dog Rescue**.

I never fougth with Mike, but the album claims he hates me and killed me with Ketamine to make a stable for someone else to save the dogs, which is Neva Kaya who is laundering money for the City of Los Angeles, thus they refused to look into the hate crime against Lisa by AA, Neva and Mike Coulter.

Further all names lead back to Exxon. Exxon mobile and literally hundreds of DBA's to hide criminal conduct of stealing other body parts claiming in the news this is a refinery fire on 1/29/2015.

Gavin Newsom's houses show an upside down world, Satanic Symbolism and unfinished Masonic symbols. Why steal bbones and eggs and prevent healthcare forever? Why hide behind the Getty Houses, by placing Cynthia Beck on illegal fencing of tissue documents, whereas the City of Los Angeles profits. Why not investigate crimes of gang rape and torture. Why falsify crimes with people like my family?

UC Board of Regents ran the program through AA and through heavy hitters in Media to

137

commit White National Genocide to fund programs for Gay rights, Transsexuals and Afridcan Americans through a complex money laundering scheme that Includes the Bin Laden dynasty.

Mike Coulter admits in a letter, that DHCS audited them and he got away with it.

Mike Coulter and Neva got me to a water slide party where Neva told me I was a hoarder and was really mean to me in front of many AA members .

But, for years I had been Mike Coulter's friend, not knowing he was not my friend. He was setting me up.  Thus according to his album, even though we sent one another thousands of emails, he claims he hates me. But The Habeas corpus documents show he murdered someone and took away their rights.

GIVEN Eric GArcetti and his office, kept changing jurisdiction to Vernon, to Malibou, to New York with intent to hide criminal conduct and genocide and with intent to murder White Innconent Americans it is not only dishonest for the Los Angeles Police Departmetn to claim they don't have juriditcion but shows fraud on Californias to keepus safe from predators in  Government who not only target but pay people like Neva Kaya to kill Lisa fer a fund so that they can hide more slavery in Puerto Rico. Thus it is the City of Loa Angeles, and Eric Garcetti Himself responsible for all acts, omissions and targeted for murder of Lisa and 14 others who lost all rights in America after the conduct at Lasky Clinic by Andrew Frankel USC and others. Mike Coulter thanks his friends James

Goodwin for truly making it happen and James works for the Gettys. I have literally

thousands of documents of Gordon Getty and his crew defrauding the aAmerican people

with the City. Taking loans against body parts, uncashed checks through Intel and

Computershare.



Though I knew Mike from 2011 to currently, I thought we were friends. But sending me

photos of his penis, and I never sleep with you, and you murder me. That shows plot.

Mike and I were friend for years, then he decided to murder me and steal my rights for

Neva, a known enemy who was always telling everyone she hated me? This makes very little sense. Neva was paid by Mary grace Shaunnessey and The House that Art Built as well as Fernando Cervantes, who shares the documents with the Federal Reserve.

But read on.  Mark Burnett, and the Hiltons are coming up next.

I worked for Allison Janney and Mark Burnett and Roma Downey. All three have very suspicious documents related to my project of murder on the Internet.  Skip collector Works for ABC Disney but the Release was Warner Brothers. Either way Mark Burnett and Allison Janney used me illegally in employment and both met me and both told me I was beautiful, acting as screeners with intent on my ultimate mutilation and for bone theft and egg theft. As I was working with by Linda Medvene for Mark Burnett and Allison Janney to work as an assistant to them for a Styling Job, so this is not only bad faith but predatory behavior to steal my life and my body parts.

> www.imdb.com › title ▾
> "Mom" Kitty Litter and a Class A Felony (TV Episode 2015 ...
> With Anna Faris, Allison Janney, Sadie Calvano, Nate Corddry. Christy performs damage
> control when ... Release Date: 29 January 2015 (USA) See more » ...
> ★ ★ ★ ★ ★ Rating: 7.9/10 - 261 votes
>
> www.salon.com › 2015/01/29 ▾
> "You're only as healthy as your darkest secret": Director

At all times relevant, Damone Roberts ran a scam that targeted murder and genocide of White Christians Individuals through a complex networkd that included LA County and New York State Department murdering their own citizens for their body parts, Medical Examiner Fraud and Affirmative Action to help any other communities than Whites..

LIsa knw Jenny Dubasso who runs the Affirmative Action Stamp Committee for LA County and she targeted Lisa through her daughter who Lisa Sponsored.

Lisa has been kept in indefinite detention by Mike Coulter since 1/29/2015.

**Indefinite detention** is the incarceration of an arrested person by a national government or law enforcement agency without a trial; the practice violates many national and international laws, including human rights laws. In recent years, governments have indefinitely incarcerated individuals suspected of terrorism, often in black sites, sometimes declaring them enemy combatants.

Given Lisa and her friends were not posing any threat and were targeted for their body parts to pay for Neva Kaya's Non Profit  (who posed as a friend to sell me as a slave with Paul Beahan and Mike Coulter and Nathalie Bas_Tzion and Mark Burnett of MGM) that helps launder money and sterlize White Christian Nationals after brutalizing her for years in the program, this murder for hire, is State action and indicative of a hate crime and genocide.

Sandra Spagnoli was informed that we had been raped. Three of us reported it to the Beverly Hills Police depeartment who kept claiming they did not have jurisdiction. Further we also reported our bone currency and tissue theft at LAPD and they also refused to investigate.

The Rockefellers used AA to harvest body parts by bullying their own members until they left the program and murdered them on paper. I can think of four women and men who were murdered by this group.  And there are 14 other Victims of Andrew Frankel luring us, posing as a plastic surgeon to help us, not turn us over for hate crimes and banking collection.

141

USC paid out all of those mentioned on this list through their ethics committee which unlawfully paid for murder, rape and sterlization of many White Chrisitans.

This is unfair violation of employment practice. I was hired by Chandra Dyani to do a job, then introduced to Linda Medvene with intent to murder me for my body parts, then Linda introduced me to Mark Burnett claiming I was helping them style roma Downey for the Emmys, hwoever, why is USC patying all these people for my date of "murder." This was a hit plain and simple. As such Mark Burnett and the Rockefellers were my employer and the retaliation was from LACCD and UCLA as well as other defendants which include the New York State Department who has been committing genocide on White Christians.

AA operated a pyramid scheme as did UCLA and LaccD by preventing a whole group access to financial gain or their secret society18 U.S. Code § 1341. Frauds and swindles .

Starry Hope Studios is Jerrod Cornish who is holding their specimen bags at the locations on La Brea running the Fight Club and torture games.

Or those other women who were mutilated by Andrew Frankel — 14 in number.

OF those that use the facility to mutilate women for their own gain, incalculable.

Further, Rockefller Fund, Inc. Rockefeller Research Institutute, and Rockefeller Foundation and Exxon make well over 100,000,000 per year, thus had to notify patients of being a manufacturing facility and notably did not, instead hired people to bully Lisa through the program, target her by her enemy Neva Kaya, people like the Hiltons and her two trusted friends Mike Coulter and Bobby Hazard..

As such AA (The Rockefellers), Playboy, Exxon, Disney, UCLA LACCD bully and target their prey with intent on cashing out life insurance policies by murder and withholding their constitutional rights) ("Plaintiffs") hereby bring this action for damages and other relief against defendants BP West Coast Products LLC ("BP West"), Chevron U.S.A. Inc. ("Chevron"), Tesoro Refining & Marketing Company LLC ("Tesoro"), Equilon Enterprises LLC (d/b/a Shell Oil Products US) ("Shell"), Exxon Mobil Corporation ("ExxonMobil"), Valero Marketing and Supply Company ("Valero"); ConocoPhillips ("Phillips"), Alon USA Energy, Inc. ("Alon"); Los Angeles Community College Board of Trustees ("LACCD"); UC Regents Board of Trustees ("UCLA") Phillip Morris International ("PMI") Honeywell International ("Honey"); Universal Music Group ("Universal"); Paramount "Paramount"; Warner Brothers ("WB"); Southern California Edison ("SCE Song"), Playboy ("Playboy"); (collectively, "Defendants"), for violations of California's Cartwright Act (California Business & Professions Code §16700, etseq.) and California Unfair Competition Law ("UCL") (Cal. Bus. & Prof. Code §17200, et seq.) Wrongful Termination of Employment as to Exxon and LACCD. Plaintiffs make all allegations upon information and belief except as to those paragraphs that are based on their own personal knowledge.

**18 USC 1001 (Title 18, United States Code, Section 1001) makes it a crime to: 1) knowingly and willfully; 2) make any materially false, fictitious or fraudulent statement or representation; 3) in any matter within the jurisdiction of the executive, legislative or judicial branch of the United States.**

The alleged lie does not have to be made directly to an employee of the national government as long as it is "within the jurisdiction" of the ever expanding federal bureaucracy. The falsehood must be "material" which has been defined mean any

statement which has the "natural tendency to influence or [is] capable of influencing, the decision of the decision making body to which it is addressed." United States v. Gaudin , 515 U.S. 506, 510 (1995

As used in this chapter, unfair competition shall mean and include any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising and any act prohibited by Chapter 1 (commencing with Section 17500) of Part 3 of Division 7 of the Business and Professions Code.

§1583. Enticement into slavery

(a) Defendants did entice lisa through bullying and shunning by the large group and Andrew Freankel knew she would be used as a brualtizing hate crime to maim her face and steal her eggs and ovary

(1) Defendant did kidnaps or carries away any other person, with the intent that such other person be sold into involuntary servitude, or held as a slave;

(2) Defendants did entices, persuades, or induces any other person to go on board any vessel or to any other place with the intent that he or she may be made or held as a slave, or sent out of the country to be so made or held; or

(3) Defendants  obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section,

shall be fined under this title, imprisoned not more than 30 years, or both.

(b) Defendants tampered with my case in State court and then tried to murder me violates this section shall be fined under this title, imprisoned for any term of years or for life, or both if—
(1) I am considered Dead on Paper the violation results in the death of the victim; or

(2) And I was sterilized and gangraped by a group violation includes kidnaping, an attempt to kidnap, aggravated sexual abuse, an attempt to commit aggravated sexual abuse, or an attempt to kill.

Defendants refused to let me get medical care when I couldn't breathe and hired my enemies to rape and torture me for money.

INTRODUCTION

144

1.  Lisa's parent were in a cult that murdered people, faked deaths and then stole others identity for USC, Rockefellers and the FISA courts. Not only did they work with the county committing these crimes, they also prevented Lisa from knowing about them in hopes she would not be able to ever make money.

2.  She struggled due to being trafficked for a commercial sex act when she was only 5 years old within the cult. And still overcame a lot to go to college, college her parents refused to pay for even thought they paid for her sister's many Private Schools and college.

3.  UCLA not only targted her from within the school, but then placed a social worker Maya Lazar in her building to spy on her and target her from within her own building , and injure her. Jake Anthony in the building wrote about harming someone named "Lisa" claiming he hated her. Maya Lazar's letters reveal she is going clear and shouldn't feel guilty for her conspiracy. They have spied on me for years in my own building for Scientology, and the City of Los Angeles, Cedars and Semel.

4.  Lisa's mother tortured her and placed her in AA with sole intent on brain washing. AA has two sides. Those who harvest people and commit financial crimes for celbrities and the Rockefellers who are the true owners of AA Like Mike Coulter and those that think self help means staying sober not self help to the face, eggs and brain of innocent Americans claiming they are a bank or ATM.  And those who think AA is just about sobriety. Lisa was in AA a very long time and bullied from within the program by sponsors, and those that she sponored.

1. Lisa was severely bullied for her selfies and shunned by Neva Kaya, Kate Lubahn, Marlo Page, Anthony Moore, Nysha Alvarez and a gang of others who wanted to murder her to pay for Neva's dog rescue and other projects that would enhance the community. And with Neva's encouragement all of her friends, including sponsor Nina Bergman shunned her, stalked her, targeted her for torture and disfigurement by calling her names and writing her text messages telling her she was ugly and her nose was hideous and they hated her. Because they were constantly being abusive about her looks and her nose especially, Lisa sought help from a plastic surgeon. This bullying was then considered public particpationg in maiming as a hate crime against Lisa and Phillip Morris took out the policy to commit the crimes against her.

2. So, she sought help from a surgeon who claimed he would help her fix what others were making fun of which was a dent on the top of her nose by adding a small piece of cartilage, which Marlo Page said she hated Lisa's selfies and encouraged her to kill herself—naming Neva in the communication. Claiming Neva was a model and a good person and Marlo hated Lisa's selfies and her face.

3. Lisa's bullying included AA memebers Andrew Vega, Neva Kaya, Chandra Dyani, Kenneth Shiffrin, Nina Bergman, Kate Lubahn (Demi Lovatos sober coash), Linda Medvene, taunting her and making fun of her relentlessly.

4. Lisa has proof that Andrew Vega told her to commit suicide because she was so hated in AA. And that he submitted a naked photo of Lisa had given him in the course of a romantic interlude to a website without permission and sent it to her whereas she was called by "swingers" who were interested in the photo which was released on the internet, and that he did such actions to break her psychologically.

5. Lisa's former boss Carol Ann Emquies also targeted Lisa for her "pound of flesh" through a scheme that includes placing her victims on a Do not Buy List and tampering with jobs according to fact.

6. Lisa went to school at UCLA and LACCD and did not know she had been targeted for murder by the schools through Squaw Valley as Detailed in a Gordon Getty letter as to how the scheme works, which is unfair, and that all of those in her MFA program were working for Paramount or Apple to "control the narrative" and that UC Regents Mona Simpson wrote Lawns that detailed stealing facial bones and eggs from innocent victims.

7. When she took out loans for school it was only because her parents withheld money for University even though they gave money to her sister to complete college.

8. When Lisa took loans she did not know a plot was afoot through the school to

target someone for their capital program to steal their facial bones, and eggs which are worth over a billion dollars according to spoiled evidence by UCLA, Damone Roberts Greg Lauren and Cedars Sinai.

9.  Lisa was very popular on Facebook but hated in AA by a group of women, without ever knowing why. Paris Review was however conducting a study called the study of the violence of the female gaze and targeted Lisa for the study without her knowledge.

10. Lisa had several ex boyfriends with a vendetta as well.

11. At all times relevant Lisa did not know AA was an organ harvesting Unit operating as a criminal enterprise for the Rockefellers, Associated Press and West LA City Mayor who claims he makes many miracles happen  and any time Lisa got work through fellows in the program, they would refuse to pay her.

12. After graduate school Lisa had a hard time finding work and saw an old boyfriend Kenneth Raines, aka Kenneth Schiffrin who asked Lisa while laughing if she ever sold her book.

13. Kenneth insinuated that UCI (where she obtained her MFA) had placed Lisa on a Do Not Buy List to cause depression as she was targeted for something.

He kept laughing and asked her to call him when she "sold her book."

14. Lisa had overcome a lot in her household. As her parents worked for the Rockefellers and they withheld all the family secrets from Lisa and always hid what they were doing for money, which was faking their deaths to steal the Identification of Innocent Americans for Exxon and the Rockefellers through USC, UCLA and LACCD and for City officials.

15. To that end, Lisa was trafficked as a small child for a commercial sex act and left with a family that severely abused her in Ohio while Sue and John (her parents were setting up the scheme with the National Health Service).

16. Lisa stopped going to AA as she was so bullied and was in class at UCLA Extention with Donald Hewitt.

17. Donald worked for USC and UCLA as a teacher and procurement agent.

18. When Lisa got to Andrew Frankel's office, she felt something was wrong and tried to leave.

19. Donald Hewitt hit her and Celia Flores and Steven Mandel would not let her leave and drugged her.

20. Neva Kaya, Mike Coulter, Nathalie Bas_Tzion were watining in the dark to maim Lisa permanently by cutting off her cheekbones, cutting off her upper jaw and stealing her brain tissue and eggs to sell them. As is detailed in the LACCD's Nacirema documents, and anthropological studies that claim mutilation of others is a right of the researcher.

21. When Lisa woke up she had been violently raped and her spine crushed, her face severely shortened, her lacrimal glands cut out and covered with permanent petroleum products (fillers). The persons also gave Lsa a Lobotomy by cutting out brain tissue so she could not fight back.

22. During this time Exxon falsified documents in the press claiming there was afire at their refinery. Yet Lisa met Martha Sayres and knows that that is not what happened. Exxon used the plastic surgery clinic to violently injure women through the scheme and has thousands of patents to prove it.

23. Lisa did not know Andrew Frankel's office was a refinery and told Dr. Frankel she was a Christian and did not believe in photos or any tissue removal.

24. At no point did anyone ask to look in her carryons for money or ask why she was carrying so much money.

150

25. Steven Mandel owns a hedge fund and a ketamine clinic (facts detailed in Mike Coulter's song about murdering Lisa).

26. Instead those at the clinic cut out LIsa's currency AS a hate crime enacted by Neva Kaya, Mike Coulter and others listed..

27. Kaiser was at the facility and is LIsa's Insurance.

28. After her injuries she went for help and they refused to assist, telling her though they saw a wire in her head, that it was an experiment so they could not remove it or help her by rebuilding her stolen upper jaw even though she was suffering.

29. Later Lisa found a surgeon to help her overseas.

30. None of the other women or men could get any healthcare here in America. So, six went overseas to Lucian Ion.

31. Lucian Ion rebuild Lisa's nose with her rib.

32. But, apparently the owners of Lisa contacted Lucian Ion and offered him money or something else of value to lure her back witn intent on extorting money or another thing of value from Lisa and did use communications in

relationg to destruction of a protected computer. When she went back, it was on the agreement that in London he would remove the torture device placed by Elon Musk, bbut instead, the US MILITARY jumped her and stole her other ovary brain tissue (with USC and Keck) and many others on this list cut off her nose and mocked her "murder" in the press.

So after being rebuilt, they mutilated her again in violence, claiming right to violence and murder in the documents. Gregor Bran and Lucian Ion claimed Lisa was delusional to steal her brain tissue and her facial bones. Then raped her and took her second ovary.

In other words, an enormous mass of people targeted, gangstalked Lisa with intent on mutilation and gangrape, and killed her on paper so she has no rights.

This records proves Mike Coulter did not grant Lisa Habeas Corpus

CRIMINAL RECORD - CA LOS ANGELES SUPERIOR COURT (CALIFORNIA)

| | |
|---|---|
| Source: | CA Los Angeles Superior Court |
| Source State: | California |
| First Name: | Michael |
| Last Name: | Coulter |
| Sex Offender: | No |
| Receiving Stolen Property: | Crime Location: |
| | California |
| | Charge Category: |
| | Criminal/Traffic |
| | Offense Code: |
| | 496 |
| | Offense Description: |
| | Receiving Stolen Property |
| | Case Type: |
| | Criminal Felony |
| | Case Number: |
| | M0046260I |
| | Court Name: |
| | M Court |
| | |
| | 44641801 |
| | Court Name: |
| | Court |

Previous   Next

CRIMINAL RECORD - CA LOS ANGELES SUPERIOR COURT (CALIFORNIA)

| | |
|---|---|
| Source: | CA Los Angeles Superior Court |
| Source State: | California |
| First Name: | Michael |
| Last Name: | Coulter |
| Sex Offender: | No |
| Phencyclidine/Etc F/Sale: | Crime Location: |
| | California |
| | Charge Category: |
| | Criminal/Traffic |
| | Offense Code: |
| | H 1137B.5 |
| | Offense Description: |
| | Phencyclidine/Etc F/Sale |
| | Case Type: |
| | Criminal Felony |
| | Case Number: |
| | 45373401 |
| | Court Name: |
| | Court |

153

Disposition Date:
Nov. 10, 2009

Previous    Next

## CRIMINAL RECORD - CA LOS ANGELES SUPERIOR COURT (CALIFORNIA)

| | |
|---|---|
| Source: | CA Los Angeles Superior Court |
| Source State: | California |
| First Name: | Michael |
| Last Name: | Coulter |
| Sex Offender: | No |
| Transport/Sale Cont. Substance: | Crime Location: |
| | California |
| | Charge Category: |
| | Criminal/Traffic |
| | Offense Code: |
| | H 11352 |
| | Offense Description: |
| | Transport/Sale Cont. Substance |
| | Case Type: |
| | Criminal Felony |
| | Case Number: |
| | 78266701 |
| | Court Name: |
| | Court |

Court Name:
Court

Previous    Next

## CRIMINAL RECORD - CA LOS ANGELES SUPERIOR COURT (CALIFORNIA)

| | |
|---|---|
| Source: | CA Los Angeles Superior Court |
| Source State: | California |
| First Name: | Michael |
| Last Name: | Coulter |
| Sex Offender: | No |
| Grand Theft/Property: | Crime Location: |
| | California |
| | Charge Category: |
| | Criminal/Traffic |
| | Offense Code: |
| | 487.1 |

Offense Description:
Grand Theft/Property

Case Type:
Criminal Felony

Case Number:
44641801

Court Name:
Court

154



Given Eric GArcetti holds the hunting permit, as can be seen he has authority to actually

kill to influence policy or commit genocide

33. She had sent Lucian Ion hundreds of letters relted to her suffering. And he

155

knew she had a device that she wanted removed.

34. Lucian Ion lured her back claiming he could remove the device with intent on cutting out her jawbone, brain and stealing her eggs, then Phillip Morris exposed her to toxins with intent on murdering her. These toxins include smoke and cancer causing substances as well as HIV and Corona virus according to documents.

35. Then when she was in London, she was sent to Cavendish to scan for the device, but they claimed they could not see it. At Cavendish she was the Saudi Arabian Misniter of Defense.

36. At the time Lisa did not know the World Bank Owned her, nor did she know why the Minster of Defense had stalked her there.

37. But, it was clear that Lucian Ion had alerted him so he could rape and torture Lisa with Neva Kaya, Elon Musk, USC agents and others.

38. Lisa wrote down do not touch my nose and I am a Chrisitan and do not believe in tissue removal. But Pew Research reveals a hate crime took place against a Republican and Philip Morris took out the legal document to commit the rape and torture.

156

39. Lucian ion with others cut off her entire nose and raped her and lobotomized her on 11/27/2018.

40. LIsa then found out about Nathalie Bas_Tzion who did an experimental "film" as harvesting is called film, calling it horror of how she would show someone what "love" really meant. The images are graphic and disturbing.

41. Lisa studied cryptography to figure out the codes that Beatles all you need is love, through communications as Love can mean hate and violence and murder if you want it to.

42. The evidence of Nathalie's and Neva's hate crime is terrifying. But, Mike Coulter was a longtime friend and he is the one who ordered Lisa murdered and took away all her rights. Evidence will prove Lisa knew Mike and they spoke for years before he decided to commit this act against her. Nicole Kelly posed as a writng partner when she and Vihn Ha wanted Lisa as a person to torture and procure for their financial gain on encouragement of Michelle Lattiolais and UC Irvine's UC Board of Regents did engage in tactics of bullying, ostracization then mocked Lisa after she was injured.

43. All actions were at request of USC, Exxon, UC Regents and Google according to fact, Eric Garcetti conspired against many white Christian women based on age and features he took upon himself to destroy.

157

44. Lisa has not lived freely for years as she has no rights to freedom in America, in part due to her parents sellng her as a slave with others at Malibu Lake Mountain Club and the County of Los Angeles LAUSD and The City of Los Angeles no rights to healthcare and no rights to finances as Coulter bankrupted her to pay for Neva's dog rescue, then admitted the crime in songs.

45. LIsa has evidence of others involved too, but the women who were raped, no LAPD or Beverly Hills police would investigate because they are the ones who took the permit to seize the property and stood by while we were raped watching.

46. Kobe Bryant's helicopter crashe was filled with others at the facilty that entered LIsa and stole her eggs for Exxon. Ara Kaboyan supposedly died that day but he was fined for going inot airspace illegally.

47. Mike Coulter has many felonies of aggravated burglary that include drug and property theft, which is attached to Lisa's date of injury and wrote a song mocking her and sent her letters telling her he got away with murder with Nick Cave coming up with the scheme. Mike repeatedly sent photos of pornography and his penis to harass Lisa;.

158

48. This is a hate crime and a consirapcy against rights.

49. Due to Lisa workind for LACCD, she lost her job due to being bullied in class for her speech impediment that she has due to the injuries.

50. When Lisa filed a complaint that LACCD are targeting white Christians for hate crimes, she never heard back from her Union.

51. They simply took her off the schedule permanently.

52. Murder and maiming is not legal. Neva Kaya targeted Lisa with others to steal her identity and my legal rights to pursuit of happiness under the law. I have a letter from Neva that admits she is mean and also uses codes I found that have to do with My little pony and injuring sexy women for a Jewish Foundation that makes fun of Christians. Neva also sent Lisa pornography to harass her

hh

53. This action concerns Defendants' illegal conspiracy to murder and maim Lisa Douglass through a protracted bullying scheme by UC Regents, LACCD, and AA which is owned by Rockefeller Brothers and was set up as a self help, to harvest and steal organs for the large banks.

54. Not only did Andrew Frankel and Lucian Ion pose as plastic surgeons in advertising and speech with intent to mutilate and use the women for hate

159

crimes supported by a curriculum of genocide againt White national Women

to steal bones eggs and brain from the innocent Americans but after Lisa

whistleblew, such defendants tried to kill her on 11/27/2018 and MR Ion

turnedher over to UCLA to rape torture and cut out her brain, with USC's

Keck and others who "own her".

55. Frankel and Ion unfairly and fraudulently deceived women to commit

burglary for the Federal Reserve Exxon, and Phillip Morris but damaged the

women's reputation and restrained them permanently by murdering them on

paper, in false deaths, to cash out policies of their life.

56. Each engaged in fraud in the news to alter the market to inflate certain

policies to "murder" victims claiming crises in drugs or crises in fashion.

EXXON UNLAWFUL TRAFFICKING IN BODY PARTS & FORCED
SERVITUDE

58.   Then, on February 18, 2015, ExxonMobil shut down its Torrance

refinery after a supposed explosion. This Torrance refinery supplies approximately 10%

of California's gasoline. Through the word refined, Exxon claims plastic surgery clinics

are their refineries and unlawfuly seize assets from innocent sleeping white Christians

and then launder the money through an elaborate system and thereby gain perment

workers without paying the women.

59.   The shutdown at ExxonMobil's only California refinery in February

2015 reduced gas supply in Southern California and depleted the state's already short reserves. Further, according to industry insiders, refinery maintenance schedules were inexplicably moved forward despite an apparent lack of supply.

60. The Torrance fire is particularly suspicious. After investigating the Torrance refinery in the wake of its closure, the Division of Occupational Safety andHealth (DOSH) (hereafter, "Cal/OSHA") fined ExxonMobil $566,600 for nineteen workplace health and safety violations, six of which were determined to be willful.

61.     On August 13, 2015, Cal/OSHA issued a press release stating that, "Six of theseserious violations were also classified as willful because Cal/OSHA found thatExxon did not take action to eliminate known hazardous conditions at the refineryand intentionally failed to comply with state safety standards."

62. An August 13, 2015 article in the DailyBreeze described the egregious and willful lapses at the Torrance refinery and the results of the Cal/OSHA investigation as follows:

63.     Officials with the state Department of Industrial Relations said the "investigation revealed severe lapses in Exxon's safety protocols." "It's pretty rare for a compliance officer to issue one willful citation, let alone six willful citations," said Clyde Trombettas, who heads up the department's process safety management unit, which is responsible

for inspecting chemical plants and refineries in California.

64.     "An employer has to be pretty egregious for us to do something like

that," he added. "It's trying to send a message that we need to take

these things seriously."

65.     Indeed, the unusual number of serious citations appears to have

prompted the county District's Attorney's Office to request copies of the citations for

possible criminal prosecution, Trombettas said.

A spokeswoman for the district attorney noted that the agency does

not usually confirm the initiation of criminal investigations; she then

declined comment.

66.     But the CAL/OSHA announcement revealed stunning and deliberate

lapses in fixing potentially dangerous conditions. CAL/OSHA said

Thursday the blast was due to a release of hydrocarbons from the

refinery's fluid catalytic cracker unit into its electrostatic precipitator.

The hydrocarbons ignited and caused the explosion that injured four

workers and hurled debris and contamination over a wide area of

Torrance.

67.     However, even though Lisa IS aware that the refinery fire was her and her and

sued in court case BC648115 for right to life, right to medical care, right to her stolen

bones and eggs, her Judge would not let her advance her case, even when she found evidence of sexual assault in RAND research and sterlization.

68.     And even though USC admitted to stealing her bones and eggs in state court, claiming she donated them, which is not true, they were at the facility in London again to cut off her nose, with intent to cause torture. USC agents for Exxon and PMI lobotomized Douglass and gangraped her on 11/27/2018.

69.     Exxon targeted her for more violent rape and torture overseas and caused her to travel overseas to steal more bones and her second ovary. They lobotomized her AGAIN.

70.     Not only have the parties stolen trademarks and profited on them claiming after cutting them out they were abandoned property, but they have withheld right to disability or healthcare or fairness in jobs or on social media.

71.     Medtronic was fined 45,000,000 for illegal spinal surgery on Lisa' surgical date and the federal government knowingly withheld any profits or any money so Lisa could get better.

72.     Lisa has been forced to drive for Lyft to pay for her rent.

73.     She drives with a severe spinal injury and brain injuy because her state and its functions fail to allow victims of violence and fraud any help at the state level.

163

74.     Lisa was not given right to be placed back ont eh schedule at LAVC and this was
not due  to her teaching but due to Exxon Foundation running the MK Ultra, meaning
violent injury thorugh the school.

75.     Lisa was in a car acciden while in the Lyft Platform and it was with Aldy
Damian's daughter, but because Lisa is under some kind of guardianship by RPM,
Ronnie Holman refuses to let her get paid for her injuries.

76.     State farm withheld care, Johson controls owns Lyft's York Policy and tampered
with her rights to fair payouts from insurance.

77.      Due to that accident it showed a severe spinal injury and implant and severe
skeletal damage and brain removal.

78.     When Lisa begged her parents for help, they refused.

79.     Then Lisa found evidence that will show Gordon Getty intended with the schools
to enslve women. And steal their reproductive value using gaming theory instead of truth
in Advertizing.

80.     Donals Hewitt was sleeping with his 7 year old daughter and Lisa reported it but
the County did nothing about it as he made them money by keeping her at the facilty for

rape and torture. Donald Hewitt also has a human meat farm.

81.    The evidence in Greg Lauren's batch will prove the scheme of cutting and sewing goes through USC, and Kaiser permanente, as well as Cedars and UC Regents and Playboy.

82.    due to the amounts of documents that prove Disney murders that are hidden on UCLA Health letterhead, Lisa has documentation of genocide of a race of people whereas LACCD calls the facial mutilation racial healing.

83.    Bill Gates, Microsoft and NFL were at the facility on the day of Lisa's injuries.

84.    Drilling and mining in people should be illegal, but it isn't. due to the scheme put out by LACCD to murder and maim White Christians.

85.    In a document that proves hate crimes, Wondering Fair mentions that Chrisitans give their lives to others, which is not true. They stole our lives.

Opportunity to Collude—Trade Associations

87. Defendants BP West, Chevron, Tesoro, Shell, ExxonMobil, Valero, Phillips, and Alon, and various subsidiaries and defendant-affiliated entities, are all members of an interconnected group of trade associations and organizations

engaged in extensive lobbying and other activities related to the gas market. These associations, which hold regular meetings, provide numerous opportunities for the defendants to conspire.

88. Since the early 1900s, oil and gas companies such as Alon, Chevron, Phillips, ExxonMobil, Shell, Tesoro, and Valero have been members of industry trade associations such as the WSPA; American Petroleum Institute ("API"); American Fuel & Petrochemical Manufacturers ("AFPM"); Society of Independent Gasoline Marketers of America ("SIGMA"); and Petroleum Marketers Association of America ("PMAA"). These trade associations are dominated and controlled by the Defendants, as their representatives, predecessors, and affiliates, and actively participated in the trade associations' management and oversight. Further, most of the revenue earned by the trade associations comes from membership fees and other payments from Defendants related to research, lobbying, trade shows, and conferences. While the stated purpose of these trade associations is to ensure that consumers continue to have reliable access to petroleum and petroleum products, Plaintiffs allege certain members of these trade organizations have conspired amongst themselves to use these trade organizations to engage in anticompetitive discussions involving pricing, supply, and production levels.

89. The trade associations provided a mechanism and venue through which the conspiracy was facilitated, implemented, and monitored. Defendants met regularly prior to, and following the price spikes in May and October 2012, as well as in 2014 through 2016, attending sponsored meetings, conventions, and

conferences hosted by these associations.

90. For example, Chevron, Phillips, ExxonMobil, Shell, Tesoro, and Valero are all members of WSPA. The dates that WSPA held meetings and conferences include, but are not limited to: January 13-14, 2010; October 6, 2010

February 1-3, 2011; October 4-6, 2011; October 2-3, 2012; October 1-2, 2013, and February 12-13, 2015.

91. Chevron, Phillips (board member), ExxonMobil (board member), and Shell are all members of APL. The dates that API held meetings and conferences include, but are not limited to: April 26-28, 2010; November 15-17, 2010; May 16-18, 2011; November 14-16, 2011; March 19-23, 2012; November 12-16, 2012; November 11-13, 2013; April 22-26, 2013; January 9, 2015; February 12, 2015; March 12, 2015; April 9, 2015; May 19, 2015; June 16, 2015; July 21, 2015; August 18, 2015; September 15, 2015; October 20, 2015; January 19, 2016; February 16, 2016; March 15, 2016; April 19, 2016; May 17, 2016; June 21, 2016; July 19, 2016; and August 16, 2016.

92. Alon, Chevron, Shell, Tesoro, Phillips, ExxonMobil, and Valero (board member) are all members of AFPM. The dates that AFPM held meetings and conferences include, but are not limited to: March 28-30, 2010; March 27-29, 2011; April 2-3, 2012; March 11-13, 2012; March 24-26, 2013; March 17-19, 2013; March 23-25, 2014; March 22-24, 2015; and March 13-15, 2016.

93. Alon, Chevron, Shell, Valero, ExxonMobil, and Tesoro are all members of SIGMA. The dates that SIGMA held meetings and conference include, but

167

are not limited to: April 29-May 2, 2010; July 19-21, 2010; November 12-14, 2010; November 3-6, 2011. In 2014, SIGMA held an Executive Leadership Conference on January 26-29, 2014, along with other conferences throughout the year. In 2015, SIGMA held their Executive Leadership Conference on February 8-11, 2015. SIGMA also advertised their Masters Programs and Field Trips as "One to two day intensive training programs for fuel marketing leaders and executives." Similarly, they described their Share Groups as "One and a half-day subject-focused training, information sharing, and networking programs for employees of fuel marketing businesses."

94. ExxonMobil, Shell, Chevron, and Valero are all members of PMAA. The dates that PMAA had meetings and conferences include, but are not limited to: October 4-5, 2010; September 30-October 1, 2011; February 22-24, 2011; February 21-23, 2012; April 15-16, 2014; May 13-15, 2014; July 29-31, 2014; August 6-8, 2014; September 23-24 , 2014; October 6, 7, 7-10, 15, 28-29, 2014; December 5-8, 9-10, 2014; August 5-7, 20-23, 31, 2015; September 8-10, 11-12, 13-16, 15, 16, 20-22, 21-23, 21-23, 22-23, 28-30, 2015; and October 10-11, 11-14, 21, 27-28, 2015.

95. Not surprisingly, through various organizations, such as WSPA and API, Defendants are also active in lobbying efforts related to the gas industry. WSPA and API members recognized their common interests in promoting the interests of the industry as a whole, and collaborated in lobbying regulatory agencies to further such interests. Because members have a convenient forum to consult each other regarding policy positions, they can ensure that they maintain a united stance.

96. For example, the Center for Responsive Politics reported that from 2010 through 2013, Phillips spent $48,289,514 for lobbying efforts; Valero spent $2,903,000; Tesoro spent $4,547,287; and ExxonMobil spent $51,570,000. Likewise, API also spent $32,550,000 lobbying the oil and gas industry for the same period.

.Opportunity to Collude—Information Sharing Services

97. The Defendants have also had ample opportunity to share pricing information with each other. One manner in which Defendants do this is through OPIS, a market price information service whose client list includes most, if not all, of the Defendants, the top 200 oil companies, thousands of distributors, traders, government and commercial buyers and sellers of petroleum products worldwide. OPIS provides real-time and historical spot, wholesale/rack and retail fuel prices for the refined products, renewable fuels, and natural gas and gas liquids (LPG) industries. In addition, OPIS delivers exclusive news and insightful analysis on the upstream, midstream, and downstream oil markets. OPIS maintains the world's most comprehensive database of U.S. wholesale petroleum prices, publishing more than 30,000 rack prices each day at over 1,500 terminals, in nearly 400 market locations. Through OPIS, Defendants are able to share and access real time information about spot fuel gasoline prices, wholesale rack fuel prices, and retail fuel prices.

98. Another opportunity Defendants have to collude is through Platts, another market intelligence company available to all Defendants. Like OPIS, Platts has a wealth of information about gasoline prices in all steps of the supply chain. More concerning is the "Platts eWindow," which brings an immediacy to Platts price

169

discovery process which cannot be experienced anywhere else. Its real-time trading grid layout provides an enhanced, at-a-glance view of all named bids, offers, and transaction data shared during the Platts Market on Close (MOC) price assessment process. According to Platts, this system allows Defendants to "monitor market activity – know who is participating and use the information to analyze [their] performance against specific participants or the rest of the market. The data is available in near real time, allowing you to see developments as they happen" and "gain new levels of market transparency – see all trade data and every unmatched bid and offer."

99. Both Platts and OPIS provide Defendants with sophisticated platforms which enable the Defendants to both share gasoline pricing information, and give the Defendants the ability monitor the market to ensure that the market is not flooded with excess gasoline which might drive down prices.

Defendants Have Provided Pretextual Explanations for Their Anticompetitive Conduct

100. Throughout the Class Period (as defined herein), the Defendants have provided multiple, pretextual explanations related to their conduct. As detailed above, a fire at the Cherry Point refinery was blamed for the May 2012 price spike, even though the length of delay between the decline in product levels and the price increase was far outside of historical norms. Similarly, when there was a fire at the Richmond refinery, it was blamed for a spike in August 2012. But supply was not affected, as the lost production was more than made up by increased production at other refineries, thus calling into question the purported cause. The public was also

provided with pretextual explanations of supply shortages being the cause of the October 2012 spikes, but this explanation is also contradicted by the data, because inventories actually increased up to, and during the price spikes in 2012. In a competitive market, this should have brought the prices down.

Defendants Have Acted Against Their Independent Self-Interest

101. Indicative of Defendants' conspiratorial conduct are various actions taken against each individual defendant's economic self-interest. Defendants have acted against their independent economic interest in numerous ways, including by exporting gas out of California including during periods where California's gasoline prices were the highest in the nation. Jones Act vessels have come to California without gasoline or refused to unload their cargo in California, despite the fact that stocks were running low. Furthermore, Defendants have decreased production, i.e., supply, by going forward with unnecessary maintenance procedures when other refineries were inoperable due to purportedly unplanned outages. Indeed, the CEO of the company that acquired ExxonMobil's Torrance refinery stated that he "personally believe[d]" that "Exxon probably had made a decision that they were not going to run a single refinery operation in the state of California." Furthermore, a number of refineries permitted dangerous conditions at refineries to fester, which predictably materialized into shutdowns resulting in costly supply decreases

Lack of Transparency ·

102. Analysts have been hamstrung from assessing additional supercompetitiveprice spikes in the California gasoline market by the lack of publicdisclosure of data, including

171

outages and maintenance schedules, among othermatters.

103. The lack of transparency also facilitates collusion, as Consumer Watchdog explained:

Though the industry is far more consolidated than it was 15 years ago, another complicating factor is the total lack of industry transparency. Refineries keep tight control over data concerning their industry and operations. The California Energy Commission, which is the state's primary energy policy and planning agency, does not release any public estimates of days of supply. Indeed, it is not even clear that the agency has the data necessary to make this calculation with 100 percent accuracy

This information would be critical to know in case of a statewide or national disaster. No real time collection of data exists. The EIA's inventory data is three months behind, and this federal agency does not keep track of current days of supply. No federal or state agency maintains centralized information on current or historical refinery status whether a refinery is closed, for how long, whether the refinery had an accident, how much of its capacity the refinery is utilizing, and how big its gas reserves are on hand. Thus the public remains in the dark on refinery operations, and traders can run up the price of gas more easily on mere speculation.

104. At the same time, refineries keep tight control over data concerning

their industry and operations. The California Energy Commission, which is the state's

primary energy policy and planning agency, does not release any public

estimates of days of supply. No real-time collection of data exists. The EIA's

inventory data is three months behind, and this federal agency does not keep track of

current days of supply. No federal or state agency maintains centralized information

on current or historical refinery status, whether a refinery is closed, for how long, if

they had an accident, how much capacity is being utilized, and how big gas reserves

are. Thus, the public remains in the dark on refinery operations. Defendants are

able to take advantage of the dearth of information on refinery operations, thus

allowing prices to be run up on mere speculation and misinformation. By contrast,

refiners are well aware of this information through exchange agreements, which are

agreements that allow refiners to exchange petroleum products with other refiners at

an agreed rate of exchange. Through such agreements, refiners acquire refined products to

supplement supply to their customers when they are short on supply. The exchange

agreements signal to the other refiners the amount of time a refinery will be offline. This

type of signaling is a recognized plus factor.

105. Bob van der Valk, senior editor of the Bakken Oil Business Journal,

reached a similar conclusion, "[w]e have an ill-equipped market, so it is prime to

be manipulated and it is being manipulated."


Opportunity to Collude

106.    Given our state itself profits on organ harvesting, they stood to profit on Neva's

Puerto Rico Dog Rescue and Nicole Kelly and James Goodwin and Johnny Depps and

Sue and John Douglass plot to maim and rape, steal ovaries from and lobotomize and torture Lisa and she acted as an agent of the State when targeting Lisa for murder so they could use the Rescue to hide genocide and sterlization upon White Christian Nationals in Puerto Rico where Neva currently resides yet is being still paid by Disney and the California Physicians Service to undertake criminal conduct which limits competition and is unfair practice.

IN Alcoholics Anonymous, Lisa had Sponsored Laura Clery, Laura is now married to Steven Hilton. When LIsa was sponsoring Laura, a whole group accused her of having material that could be unfavorable to Laura. Lisa did not know the material was unfavorable, she had taken a video of Laura, thinking she was joking, not knowing she was on drugs. At Laura's request, she sent the video to Laura's fiancé Steve Hilton. Who accused with a woman Nico Fedderer Lisa of spreading a video where Laura was clearly on an illicit drug, that Lisa did not realize she had been on. Then Laura and Nico (who held a meeting with Lisa's enemies, Chandra Dyani, Andrew Vega, Anthony Moore and told Lisa the meeting was closed and she was not allowed to come. aT that time Lisa did not know about the bullying and ongoing targeted to "kill her" for body parts that the Hilton's, Flayboy and AA were involved with. Nor did she ever think her friend Laura was on the illicit drug. Laura then accused Lisa on having to know she was On Crack because of her weight. Lisa honestly just thought she was pretty and did not know she was on Crack or any drug during the sponsorship period. Afte this Steve Hilton. Laura Clery (who Lisa had sponsored for a few years) and Nico's group in Silverlake shunned Lisa and Steve actually laughed at lisa and made fun of her when he saw her in person

that he was with Nico, lisa's rival.

LIsa dated Robert Fulps, who told Lisa he was sober for five years. Lisa and Robert had a

romantic relationship, and he began using drugs. Lisa tried to get him in Rehab and he

went to one in Pasadena with Prashant. Then during that Rehab, Nico accused Lisa of

sleeping with Robert while he was on drugs and sharing needles. Claiming that she

preyed on Robert and caused his downfall.

Later another friend of Nico's died suddenly. Lisa did not know of the Plot Against her

but only trusted two people in the entire program. Mike Coulter, who told her he would

always take care of her and look out for her and always told her he cared about her and

that those that hated her were just lowlifes. And Bobby Hazard.

One story, after Robert Fulps was back in Rehab. Lisa got arrested one day while selling

clothing at Wasteland. She made a turn on La Brea and Clinton, a traffic Trap. When she

turned there was a police man, he pulled her over and she complied with his requests but

when she tried to ask if he could please not give her the ticket, the situation escalated.

Though Lisa did not have any weapn, she was dragged out of the car by an LAPD person

who tried to break her arm and dragged her against the asphalt. She aws taken to jail,

because  even though they used force on her claimed she assaulted the officer. Lisa was

teaching at UC Irvine at the time and one of her sponsees made bail for her. Lisa returned

the 2000 dollars (as assault has a 20,0000 fine attached) and called Bobby Hazard who

came over and spent the night while Lisa cried. Later Bobby told her he didn't believe

she hand't done anything wrong. Lisa explained what happened and everyone said she would have a lawsuit against the City but she was in Grad schoool and could find no one to help her. She finally found Anthony Brooklier as the city had a charge against her. Even though the Police wear video, the video was never produced and the photos of her bruises at SIS were taken blown out to protect the City. Anthony Brooklier worked for free as Lisa had no money and kept telling her to not look sexy. Lisa did not know that Jewish organizations and the City were actually killing "sexy" or appealing women. Anthony Brooklier made a deal where Lisa had to pay more money to the City as a fine for "trespassing" which never did occur.

Lisa complained but the City did nothing. She lost 5,000 dollars and owed Anthony Brooklier 2500, but the targeting from AA also prevented Lisa from real work. Anthony Brooklier is involvd financially with the City Attoreney and Carol Ann Emquies who targeted Lisa prevented her from working and who placed her on a list to not get hired. Anthony Brooklier had video footage of LIsa being unfairly beaten by an LAPD member and would not give it to her.

Her friend Kent Geib kept beggin her for a photo of her naked body. Literally would call night and day for years harassing her, until one day Lisa gave him a photo that did not show her face. Kent Geib was her best friend in AA and they did not have a romantic relationship. He had a girlfriend that worked for Playboy, Carrie Westcott. Carrie called her asking about a pair of shoes he told her he was giving her related to his mother's death. Then spread rumors she had slept with Kent Geib for money. The magazine Flaunt

then asked to publish a poem about the incident. The plot took so long and was ongoing and LIsa is a good person and did not feel good about the insinuations of her character, but later found out the government regularly frames women they want to "send a message" to and that through the system they chose women who they had deprived rights of in the first place. This extortion was not just done in this way, it was done by boyfriends trying to catch her in something bad.

She had a friend who asked her about the "N" word and told her she liked to use it. Lisa remembers telling her that it shouldn't be used but all of this was entrapment by the County of Los angeles .trying to catch Lisa in an act of bad character so they could "cash out her life."

Robert Hazard had a friend who was a singer, that LIsa was also friends with. It was clear Robert was in love with the girl, but she suddenly died suspiciously. Then someone in Nico's group died suspiciously, a man who was dating Lisa's friend Jillian.

So, many died around the group, but Lisa didn't know about the targeting bullying was happening to others, only one girl she sponsored told her everyone was mean to her.

Lisa knows of at least ten suspicious deaths surrounding the group, that leads to the Hilton-Playboy-AA scheme of bullying and torture.

Further, LADY GAGA has a women that died named Lina Moraga, LIna was beautiful

177

and her mother claims Lady Gaga murdered her. Given the words that Neva used, who later it turns out worked for the World Health Organization, Medicare, and targeted Lisa for bullying and "intentional maimimg" of her cheekbones jaw and ovaries, Lisa is well aware that lady Gaga might have had a proposal for her Foundation that a group decided to fund by the killing of Lina as that is exactly what happened to Lisa and her 14 other friends as Andrew Frankels surgical center funds OTHER peoples dreams by allowing hate crimes to take place on their pretty faces.

Further, Mike Coulter's song claims my friends hate me and am done with this life, because he was ordereing me murdered.

He claims I had 1000 dollar shoes in his song, which I didn't tell him, but I did tell Andrew Vega that my friend Kent Bought me 900 dollar shoes when his mother died because we were friends for 15 years. I didn't sleep with anyone, though they accused me of it at the time. Kent was my friend. So, Mike's song insinuates that my enemies claimed my 1000 dollars shoes allowed me to be murdered?.



andrew vega ›

Yes I'm hated. I'm so hated people exclude and avoid me. I hate it. It makes me want to kill myself. But I'm too much of a coward and I invest so much energy into making others perceive me a certain way. It's sad. That's why I'm lonely. Because everyone hates me and won't let me play their reindeer games. Because I'm so unique and special no one understands.





andrew vega ›

my texts about how I hate myself because people don't like me?

i thought you were smart

Yeah I thought you were too

Thanks for proving me wrong

Ditto

Actually no one even wastes their time pretending to like you anymore





andrew vega ›

I'm sure. That's why I spend almost every day with nico and hear her talking shit about me. You're a sad old woman

andrew, have a nice time with strawberry, keep writing. i didnt tell anyone your secrets.

nico likes you, of course.

i mean hatred of me.

not of you. you are everyones golden child. the beautiful one who



181



**ıll AT&T** 🤶   10:29 AM   �@ 16% 🔋

‹ 130   A

andrew vega ›

Sep 4, 2013, 1:09 AM

Okay long story short this couple from Burbank wants to meet us because the wife wants to find a new girl for her husband. I showed them your pictures and they like you.

haha. showed them my nakes?

They liked your face







So, Mike is claiming in the song that I was done living, as he ordered me dead. And blamed it on my 900 dollar shoes? Then claimed that someone he met who was perfect was waiting to kill me with Ketamine. The rest of the music on his album shows he wanted to murder me for taking 900 shoes from a friend that I knew for 15 years outside of AA? This was what the standard was for murder by Neva and the other girl?

The Lyrics claim

This girl has 1000 dollar shoes

And She's done with this life

And he met some girl so perfect

184

Who had ketamine waiting to kill me.

Raytheon took out the permit. Under Otis Elevator, That permit was issued on 1/13/2015 to steal my facial bones and eggs, based on a lie someone made up about me. And voted on by a trusted friend who ordered me killed. Metro issued the Permit. X15LA00640 at 15046-10000-00072  and 8720 Beverly which is Cedars.

Then I began looking up ASA and on his death date 10/28/2015 I found an assisted suicide. I believe he wwas murdered for his body parts by the same people that hurt me.

Lisa now suspects that these other suspicious deaths were murders by using the AA scheme to target someone that the person trusted.

Bobby Hazards Mother is Pearl Gibson, who owns C and H, which is a violent harvesting organization that injures women regularly.

They placed us in some form of guardianship so we have no rights in America.

In any group, it would seem this woauld be information LIsa would be told but she was sober for many years when the incidents happened without ever knowing AA was hiring speakers, and that the words in th book were all about harvesting and making money by killing innocent victims for the Rockefeller-Hilton-Playboy-UCLA clubs.

185

After Lisa graduated from UC Irvine she had a meeting wth Mona Simpson, who was always supportive of Lisa's work and told Lisa she was not going to amount to anything and she recommended her giving up.

Mona was the one in school giving Lisa the awards tnd telling her she was talented. But, Mona's brother was steve jobs who routinely Destroyed women as wil be proven by the Demoition Contracts that Arrhur Levinson of Apple put out on LIsa through TAslini Construction. Mona wrote Lawns which is about harvesting.

Lisa was also hypnotized by her father, he made her listen to tapes, these tapes were meant to destroy her freedom and destroy her rights. The family routinely made fun of Lisa "smelling like cookies" which the cookies are organs according to Lawns and Microsoft that they steal while being a sorter in the Post Office.

## DISCRIMINATION

Given the Texas commission refers to the women as Cougars and Dry holes, this is clear it's age and gender they target to steal eggs.

From a letter Neva Kaya sent me when she was first my friend in 2012
She writes about her mother: words like Tale of Sacrifice. "my Little Pony Poster"
"I wonder if I will ever be as pretty as her. The answer is no, I won't. But, I will be just as mean. If not meaner. "

She discusses Gate A12, which is where I found documents related to my injuries.

My Little Pony is where I found all the documents related to murdering Sexy White

Chrisitan women on a Jewish Website.

.

Then Mike Coulter writing about his first Kill o Jan. 18,  2018

.

The†faces†of†the†quiet†ones†as†they†tell†you†about†war†are†something†altoge
ther†different†from
other†storytellersÆ†The†man†considers†the†question†and†looks†stunned†as†if†
the†moment†he's
dreaded†but†expected†to†inevitably†appear†after†years†of†polite†smiles†and†n
ervous†silence†has
finally†found†himÆ†He†looks†down†as†the†camera†pushes†him†against†the†re
nted¨†mottled†grey
canvas†backdropÆ†He†has†no†conception†of†what's†behind†himÆ†"Do†you†re
member†your†first†killø"
Your†first†killÆ†The†first†kill†is†something†we†want†each†other†to†remember
Æ†We†need†it†to†be†a†big
deal¨†something†other†than†an†ordinary†dayÆ†The†quiet†one†looks†down†and
†then†quickly†glances
up†at†the†camera†as†if†caughtÆ†He†starts†to†tell†of†the†time†he†killed†some
one†for†the†first†time†but
he†stammers†and†thinks†better†of†itÆ†He†shakes†his†head†as†if†to†say†I†tak
e†it†back¨†I†made†it†all
up†and†I'm†sorry†for†wasting†your†time¨†you†with†your†camera†and†microph
one†and†backdrop†and
Starbucks†and†croissants†back†there†on†that†white†plastic†table†against†the†
wall†of†a†little
soundstage†in†North†Hollywood†or†anywhere†else's†version†of†North†Hollywo
odÆ†But†thenÆÆÆhe
squeezes†his†eyesÆÆÆand†he†slowly†tilts†his†head†up…Æand†he†says…"Yeah

Æ†I†doÆ"

In Nathalie Bas-Tzion's experimental violent horror film she boasts

.

187

explorations on love and violence.

About the director

Nathalia Bas-Tzion Beahan is an Italian & Spanish filmmaker born in Canada, currently living in Los Angeles, California. Nathalia has been nominated for several awards in 2018 including the Grand Prix Canal award at L'Etrange festival in Paris, France and winning Best Director at Nightmares Film Festival for her film A DEATH STORY CALLED GIRL. She is currently in development for her debut feature film.
Filmography

Filmmaker's note

Essere Amato (To Be Loved) is the second in a trilogy of films in which I explore ultra-violence and isolation from the female gaze. The film being a direct statement on the desensitization of the Catholic church as well as the oppression of young women in an era rampant with misogynistic ideals, Essere Amato explores these themes through the eyes of my protagonist Anna.

Taking cues, from cinematic icons such as Lynch and Cassavetes, my goal is to target these poignant visuals forming an extreme cinematic experience and story told in monochromatic and high contrast Black & White film.

Telling the story of Anna is an extremely volatile and horrific experience, but also a familiar one. Being the child of a mother who was abandoned at childbirth, my mother's mother was also abandoned. This is an all too common story among women that has been living inside us all for some time. The horrific elements are incorporated and important as to visually describe the confusion and paranoia that accompanies labor and thought disorder and at young age. Experiencing what it means to be loved comes in many configurations; whether it's in the form of faith, self-love and self-preservation, lust and idolization, cause and creation. Essere Amato investigates the numerous conditions of love.

The Producer is a navy commander Lt. Cmdr. *Jennifer Goodridge*
*Who watched Lisa get raped and tortured and was well aware who she was, as she sued Xavier Bečcera and it was under his orders she under took the violence..*

*This is unfair practice, to steal and cut out bones so that all who they did this too are suffering.*

The way they are using film and the artist to commit rape and torture of innocent

individuals is unfair and to keep us imprisoned so they can study us, when they are

former friends who were stalking us for our body parts a horror that state officials

ordered ordained and failed to investigate because they gave rights to Jewish, Muslims

and almost every other race except for White, who they are systematically eradicating.

Becaue they planned it with Neva, the murder.

LISA was in Alcoholics Anonymous and Mike Coulter was a long term friend  BEFORE

HER VIOLENT GANGRAPE AND mutilation. Mike Coulter was found guilty of felony

battery and told others what he did to Lisa to cause all AA persons to stop speaking to

her.

Neva Kaya aka Neva Massey did follow Lisa to classes only to observe her facial bones

and then would block her on Facebook while others bullied her for Mike and Neva of

Lisa and very cruel to her repeatedly and organized a bullying campaign against her for

California Physicians Service and Walt Disney Corporation. Mike's mother owns

Renaissance Recovery and Mike is a guardian of those under Captivity and listed on the

aggravated Battery Lists for Lisa' first surgery and had felony charges against him for

Aggravated Drug theft as we are made of materials to make drugs with.


AFTTER VOTING on Lisa' murder and maiming for Neva, Mike sent lisa a bit of

writing about killing and his first kill.


MANIMAL IS IN  Business with INGROOVE which is owned by Universal Music

Group, which is owned by Vivendi, which is Vincent Bollore's corporation.


At all times relevant Vinncent Bollore does commercial business substantially with the

United States and those actions by Paul Beahan can be attributed to his corporations,

Universal Music Group and Vivendi.

189

Though this plot is just one in many whereas high level officials got away with murder and rape of innocent White Chrisitans, but a sinister plot was discovered through LACCD, UC Regents and Michael Glazer, Ron Howard, Chris Gibbs, Richard Hendrix LLC DBA, Union, and SAKE, , which ran fight clubs and gambling rings that included rape and torture of white American national women.

MIKE COULTER, wrote a song about murdering Lisa and her being dead Ketamine shots by a perfect girl. Norm Block owns A CAUTIONARY TAIL RECORD LABEL, Neva was close with both of them and began bullying Lisa with many others in AA for Rockefeller Brothers and the Rockefeller Foundations, California Physicians Service and Walt Disney. Coulter Claimed that a perfect girl came and murdered Lisa with ketamine. Norm Block owns the record label, Cautionary Tail Records. Which is owned by Manimal Records. Lisa was introduced to Paul Behan who kept writing to her telling her she looked like a deer. Now that the CIA codes show a Deer is murdered, and the documents will prove they organized to kill her. Neva set Lisa up to kill her with Mike Coulter and others.

The hospital Cedars Sinai, and Ronnie Holman of RPM and GIS put Lisa in a guardian ship and faked her death so they coud steal her facial organs and mutilate her and steal her eggs. Cedars Sinai then tried to murder Lisa overseas, then dumped her documents proving her stolen eggs and facial bones with names like Mark Urata, Dr. Nagle and many others.

The FSIA gives foreign sovereign gov-
ernments presumptive immunity from
suit, §1604, subject to several statutory
exceptions, including, as relevant
here, an exception for actions based on
commercial activity with a sufficient
nexus with the United States,
§1605(a)(2).

Given Lisa and her friends were violently harvested for their body parts
under the guise of it being a Plastic Surgery Clinic or International Airport,
and no state trooper introduced themselves and no DEA agent asked to look
into their carryons, the women were seized and violently cut open for their
brain, facial bones and eggs. These body parts were stolen and soled, tne the
women have been enslaved by the World Bank, and RPM and Apple ever
since. Voted on Judge Michael Patrick Coulter.

Lisa and her 14 friends were not convicted of any crime, yet lost all
Constitutional right as on paper they were murdered for Life Insurance
payouts by Metropolitan Life.

Given the systems and projects were run by the world bank were tortured

inhumanely by nonconsensual experimentation that included maiming by Neva KAya and others acting for the World Bank, and Dısney and LACCD and other Defendants, this does constitute human trafficking for our body parts by people that Knew Lisa and targeted her by bullying her severely.

I have found materials that will prove UCLA is a holding company for Disney murders, and a fight club run by Michael Berry and Nick Phoenix, aka the Phoenix Group that existed on La Brea, did torture women and make fun of that torture by making stickers and art pieces mocking women's torture.

Given we are under guardianship of our own landlords who threatened to kill me (RPM's GIDEON ROSEMAN)  because of rent control and that the Los Angeles Police Department failed to ever investigate my bike being stolen by a hacksaw and continuous threats by Gidon, I also sue the LAPD for long term abuse as they took out the permit to murder me and would not investigate the gangrape or other crimes Neva Massey, Andrew Frankel, Mike Coulter, Donald Hewitt and and others committed against me.

My job at Los Angeles Valley Colllege (the Monarchs by the way) abused me because Exxon's foundation of facial mutilation of white women runs through the school.

That I worked for Carol Ann Emquies, Victoria Pynchon, Les Weinstein, LACCD and UC Regents, they retaliated by stealing my currency by cutting it out of me and then blacklisting me so I could not work or get health care.

I asked for accommodations due to my disability but given no doctor will help me as the conservator has the legal right to say yes or no, I cannot get disability or proof they took out my brain and spine. Not only did I request review of my case but the school has beeen unlawfully raping and sterilizing young WHITE women by claimng others have the right to mutilate them .

Then, I saved money and got fixed overseas on 1/16/2018 and these persons contacted my surgeon and offered him money to lure me back to remove a torture device that was placed by Elon Musk. But, he lured me back to rape and try to murder me with the others on this list. Most of my nose was cut off, even though the surgery was just to remove the device, instead Elon Musk came back to place another torture device inside of me and sewed it in with intent to cause sever suffereing.

All knew who I was as they eganged in my first lawsuit and were notified I had been gangraped, eggs stolen, lobotomized and had spinal crushing injuries for Kaiser and NFL and Microsoft.

I SPENT four years trying to get better overseas or at least built my nose back and removed the rubber products they put in to disfigure me, and Lucian Ion lured me on 11/27/2018 for Paul Beahan's company to injure me again with Phillip Morris and others

Lucian Ion lured me back claiming he would remove my torture device that they placed

193

in 2015, then, he and others named chopped off my nose with Nasa at the facility with intent to murder me and torture me as will be shown in Phillip Morris documents where they asked for permission to do a hate crime against a Republican and murder me. I was gangraped at both faciities and my facial bones cut out of me and cut out portions of my brain and egg.

At the time of Lisa's kidnapping and torture, Donald Hewitt was sleeping with his 7 year old daughter. When Lisa reported the crime, the Los Angeles County did nothing to stop it.

At each crime that happened to Lisa, the County did nothing. The city did nothing. No one would look into the rapes (of Lisa and others at Andrew Frankel's facility) and violent injuries of 14 white innocent travelers who were violently "murdered" whereas UCLA took out a life insurance policy to "orgaize a killing" of one of their students to collect a debt in over a billion dollars, which is outlandish bad faith.

Michele Latiolais stalked Lisa through the school and bullied her in class, when Lisa was bullied by Vinh, no one did anything. When Aaron Peters tried to rape her, no one did anything. UC Irvine has been stealing reproductive rights for years, but Lisa did not know they intended to murder her.

After Neva Kaya was hired to mutilate her friend Lisa, Neva invited LIsa to a cannibalism party whereas LIsa did not know she as being fed human meat. After the

194

party Neva mocked Lisa and made fun of her loss of facial features and invited her to a "party on the roof," code for facial mutialion by arson.

Kat Lewin also invited Lisa to a part to mock her after her mutilation.

Yet, no LAPD would look into it. No police or Justice Department would help. As they took out the permit to vioelnlyt rape and torture LIsa and hired her friends to kill her.

Given the federal documents said they would be Murdering Lisa—an even organized by Mike Coulter, Norm Block, Neva Kaya and others, it is clear this is a scheme undertaken to eradicate white Nationals thorugh a systematic curriculum of torture, gang rape and hiring former lovers and friends who are in competition to undertake the cutting out of flesh to then sell it.

Who is Lisa's conservatorship? We don't know. Mike Coulter claims on the internet to be in charge of captives, but Ronnie Holman signed up to hurt Lisa too in City official records. She owns RPM and General Innovation Services. Whomever owns her has had her unable to work, unable to breathe, and tortured her relentlessly by mutilation and gang rape, this has been five years.

Lucian Ion did the same thing to aother victim and she killed herself.

Barry Eppley cut off a woman's facial bones and she killed herself.

This is inhumane torture undertaken from spite.

In CDC documents it claims this stolen egg made the first live birth on record.

In my school at Los Angeles City College, my teacher had me read this passage which shows the intentional imprisonment of innocent victims and the erosion of rights for white heterosexual women. Who from choosing a surgeon through false advertizing were acturally killedon paper, LIsa had been relentlessly bullied at school and through AA and her family until finally the hate got to her and sought a minor repair on her nose. The other White Nationals in question were actors and violently tortured and have been interned ever since.

Multiple forms of autoethnography compete for attention: narrative, critical, collaborative, queer, global, grounded, situational, performative, feminist, decolonizing, meta, co-constructed, duo

The affective turn resists the war machine, untangling and redoing nested relations of power, bodies, life, death, and desire. In this new political economy any person is at risk of arrest, of becoming a victim, a prisoner, at best collateral damage in a global space where performance principles and technological rationality regulate daily life.

They open spaces for a focus on the body, trauma, memory, emotions, the tyrannies of language, the economies of space, and the posttechnological body cut loose in free-fall in a postcyber universe

196

And a hit directed Towards Christians in commission of torture and genocide.

"However academically heretical this performance of selves may be, I have learned that heresy is greatly maligned and, when put to good use, can begin a robust dance of agency in one's personal/political/professional life"

"Though emotion and poetics constitute scholarly treason, it is heresy put to good use. And it is heresy I continue to attempt to commit in the "BEING HERE" of my own scholarly reflection."

"Where autoethnography is a radical reaction to realist agendas in ethnography and sociology "which privilege," writes Norman K. Denzin (1992), "the researcher over the subject, method over subject matter, and maintain commitments to outmoded conceptions of validity, truth, and generalizability" (p. 20). Autoethnographic writing resists Grand Theorizing and the facade of objective research that decontextualizes subjects and searches for singular truth."

and On Being White--.

Autoethnographers argue that self-reflexive critique upon one's positionality as researcher inspires readers to reflect critically upon their own life experience, their constructions of self, and their interactions with others within sociohistorical contexts (Ellis & Bochner, 1996; Goodall, 1998). This has certainly been the case for me in making critical, political, and personal sense of my experiences with sexual assault, grief, mental illness, and White privilege (Spry, 1995, 1997, 1998, 2000, 2001). Performing autoethnography has allowed me to position myself as active agent with narrative

197

authority over many hegemonizing dominant cultural myths that restricted my social freedom and personal development, also causing me to realize how my Whiteness and class membership can restrict the social freedom and personal development of others.

Given this is not the only form of Community college that has decided to let others who hate us, cut out our facial bones, watch us be raped, because they want to or steal our eggs, it reprsents a hate crime and unfair competition, this subjects us all to violence.

This Ethnostudy is an affront to America. To the constitutiona and to our White Race and our Christianity where having children is an enormous part.

To hire Neva Kaya, Kat Lewin, and men I had rejected to murder me and imprison me, is murder for hire and unfair as in Rockefeller Brothers AA, I was bullied severely.

As I was in my own home and then LACCD decided we have no rights at all? We don't get to decied, because someone who wanted to rape and kill us felt like it?

This is criminal. LAPD took out the permit to allow such criminality and refused to look into it.

.

This is about Genocide but also the particulars of Kenneth Schiffrin, Andrew Vega, Scott King, Neva Kaya, Michelle Latiolais, Bobby Hazard, Chandra Dyani, Linda Medvene, UC Irvine, Squaw Valley and UCLA who literally cut my flesh out of me to sell it and justified my murder with false instruments and then spoiled evidence of a crime all over Los Angeles, to hide criminal conduct, no matter how well written.

Telling someone to disfigure someone is one criminal. Paying someone for it is murder for hire. Using enemies who targeted me for years through AA, is not only unfair but a systematic gangstalking and murder.

In threshold.

"Threshold" Performing artist Carlos Nakai believes that White people have forgotten their stories. I would say, it's not that we have forgotten our stories, but rather, we don't want to hear them. We do not believe them. They do not constitute . . . knowledge. They do not compute. The kinds of stories Nakai refers to, no matter how well written, argued, and performed, do not stratify, ratify, and phallosize the study of human experience. Rather, these "unbelievable" stories stand in multivocal contrast to the work of academic colonizers who still purport a realist agenda for direct access to Reality

this is a hate crime against all white Chrisitans and under all the laws in America cannot stand.

BEING THERE: "Threshold" Performing artist Carlos Nakai believes that White people have forgotten their stories. I would say, it's not that we have forgotten our stories, but rather, we don't want to hear them. We do not believe them. They do not constitute . . . knowledge. They do not compute. The kinds of stories Nakai refers to, no matter how well written, argued, and performed, do not stratify, ratify, and phallosize the study of human experience. Rather, these "unbelievable" stories stand in multivocal contrast to the work of academic colonizers who still purport a realist agenda for direct access to Reality.

But again you can see White Agenda and access to our bodies for mutilation and sterlization.

And that using the Context of Wizard of Oz, As David Geffen often does to commit such crimes

Autoethnography is a felt-text that does not occur without rhetorical and literary discipline, as well as the courage needed to be vulnerable in rendering scholarship . . . to step out from behind the curtain and reveal the individual at the controls of academic-Oz.

We are interned because they wanted us in prison. Our enemies. Our mothers. This is disgusting Ritual Abuse.

That three schools I studied at and taught for targeted me along with Victoria Pynchon, Anne LaBorde, Les Weinstein, Sue Douglass, Dina Douglass, John Douglass, Carol Ann Emquies, Scott King, Kenneth Shiffrin, Anthony Moore by bullying, depriving me of rights and placing me on a blacklist so I could not sell my work or advance in my career.

Evidence below proves that UCLA threw out vital evidence related to these crimes, even though 2 othes are currently suing USC over similar allegations.  Further, Cedars threw out many documents related to this case, spoiling evidence of a hate crime against me.

200



AT ALL TIMES RELEVANT, the curriculum of torture and maiming was set out by

USC, Los Angeles City College, UCLA and others and their agents to commit violence

and genocide agiainst a RACE of White Christian Women, then MOCK them in the

press, they watned to steal eggs and bones from claiming Policy and programs without

ever giving the owmen a right to a voice, then enslaved them.

201

After Lisa Sued USC maiming her spine, face and brain, and reproductive rights, USC tried to murder her overseas by communicating with her surgeon to collect money or aohter things of value in connection with Destruction of a protected computer.

EACH DEFENDANTS DID ACT with the help of giant multinationals and on their behalf in commission of a crime against me and countless others.

Mark Zuckerberg's facebook enacts the police trauma unit of cutting out bones AND eggs of innocent Americans and did receive 45,000,000 for that crime.

Mark Zuckerberg did hire and pay bullies to make his victims feel something was wrong so he could injure them for money and profit, then he censored those that he ordered raped and injured by blocking their access to Instagram and Facebook, and maimed them so they would lose power, which is unfair competition. He has blocked Lisa on Facebook and on Instagram and did target her through the site using County officials, City actors and others to bully Lisa so they could mutilate her.

He used his site as a open source, to auction off women for rape and torture by allowing their own friends to stalk them for murder and ovum theft and facial mutilation.

Under federal antitrust law, specifically Section 1 of the Sherman Act, competitors generally cannot conspire in ways that impair competition or harm consumers, be it in terms of increased prices or limited choices. If they conspire, they are subject to

Section 1 analysis, which, other than for certain kinds of hard core violations that are per se illegal, balances pro and anti-competitive effects under a "Rule of Reason" standard. Courts also generally apply the Rule of Reason in analyzing the competitive effects of legitimate joint ventures among competitors. Given Lisa and the other victims were actresses or there to better their lives. Facial Crushing injuries, spinal disfigurement and drilling, hate crimes agasint Republicans, petroleum products to cover the bone theft, were all enacted to "severely" damage the face and bodies of their victims by creating false reports by Vlad Gendelman and Priyanka Bhanot not only shock the consciecen but show PLOT to injure White Christian Nationals and persecute them. Rape is not only illegal but is not entertainment as NFL is calling it.

Further, Defendants claim Debate in a status Quo Argument as Los Angeles Community College and what Mark Rabkin's letters descibe does not mean consent if a person is kidnapped and drugged for rape and torture by bone, tissue and currency theft.

Before the incident Del Weston of AOF festival had me on the show, ostensibly to co-host but he was really screening  me for my bones.  Then produced a segment for Luciana Lagana, which traced me to Rose Hills Memorial through CSUN and the CIA.

Lisa's insurance was Kaiser at all times relevant was on my forms, thus they profited

on my injuries and refused to help me. I'm suffering as my face was shortened over

an inch and my neck was drilled out and my brain stolen.

18 U.S. Code § 2261A. Stalking

Lisa was forced to travel to remove a torture device placed by Space X, and Lucian

Ion acted for others on this list with intent on murder gangrape, lobotomy and

torture of Lisa Douglass to make money.

Further, Neva Kaya did travel into Indian Territory with explicit intent on maiming

Lisa due to her long standing competition with her of her and the Rockefeller

Brothers routinely ordered members of AA to violently harvest women and rape

them, then USC paid those people claiming "Ethics Training".

(1) travels in interstate or foreign commerce or is present within the special
maritime and territorial jurisdiction of the United States, or enters or leaves Indian
country, with the intent to kill, injure, harass, intimidate, or place under surveillance
with intent to kill, injure, harass, or intimidate another person, and in the course of,
or as a result of, such travel or presence engages in conduct that—
(A) places that person in reasonable fear of the death of, or serious bodily injury
to—
(i)
that person;
(ii)
an immediate family member (as defined in section 115) of that person;
(iii)

204

a spouse or intimate partner of that person; or
(iv)
the pet, service animal, emotional support animal, or horse of that person; or
(B)
causes, attempts to cause, or would be reasonably expected to cause substantial
emotional distress to a person described in clause (i), (ii), or (iii) of subparagraph
(A); or
(2) with the intent to kill, injure, harass, intimidate, or place under surveillance with
intent to kill, injure, harass, or intimidate another person, uses the mail, any
interactive computer service or electronic communication service or electronic
communication system of interstate commerce, or any other facility of interstate or
foreign commerce to engage in a course of conduct that—
(A)
places that person in reasonable fear of the death of or serious bodily injury to a
person, a pet, a service animal, an emotional support animal, or a horse described in
clause (i), (ii), (iii), or (iv) of paragraph (1)(A); or
(B)
causes, attempts to cause, or would be reasonably expected to cause substantial
emotional distress to a person described in clause (i), (ii), or (iii) of paragraph
(1)(A),
shall be punished as provided in section 2261(b) of this title.


FURTHER, the Rockefeller Brothers Fund shares an address at 475 S. Riverside in

New York and I belived they created AA through USC's AA Radio club to influence

and to target people through gangstalking and as such acted as a criminal gang. Not

only did Exxon and Rockefellers hire Neva Kaya to target me and maim me but she

also did this due to her own competition with me, which is murder. Further, Andrew

Vega, Gidon Roseman, Anthony Moore, Chandra Dyani all gangstalked me through

AA and my residence.


Gideon claimed that he wanted me out of the apartment as I paid low rent due to

rent control. I had no knowledge that Ronnie Holman owned the business but Mr.

Schnur the Rabbi who owns the building left 30,000 from UCLA which shows profit

on my injury and slavery.

This is a true and correct copy of just some of those that participated in Lisa's gangrape, torture and violent maiming of her spine, brain and face. I have substantial evidence of UCLA destroying records, MHA MTA Khala, Cedars, Paul Hackmeyer and many·others destroying records related to the gangrapes and torture that Cedars ran to burn and maim victims with other defendants by then enslaving them to restrain their commercial trade.

Lisa worked for Paramount, NBC, Entertainment Partners, Warner Brothers and Disney and was a SAG-Aftra Actress, those responsible targeted Lisa through her work and school and through Alcoholics Anonymous.

The lawsuit alleges that the Defendants are liable for infringing trademarks in both Plaintiff's name and likeness as Lisa did not give consent for any tissue to be removed and as such, defendants filed to commit a hate crime and torture to steal her bones and eggs. Then used her name at her own school after stealing her identity.

Then After years of saving to be fixed, lisa traveled to rebuild her nose so she could breathe and smile. Then such defendants paid through communication to gain currency or another thing of value in connection to destruction of a protected computer, her surgeon overseas, Lucian Ion to "Maim, Murder, and cut off her nose and perform lobotomy through USC agents Gregor Bran, Abdel Salam and others."

Given LIsa knew of Elon Musk's unlawful unconsensual rape and torture of the

American people and Elon Musk took out another permit to torture her again, this is

criminal acts against a person who he trafficked for body parts.

**NFL EXPERIENCE engineered by GMC PLAYER APPEARANCES**
**FOR Thursday, January 29**
*Autograph Stage is only guaranteed Player Autographs/other Activations may be MEET AND GREET ONLY

| DAY | DATE | START | END | PLAYER | TEAM | LOCATION |
|---|---|---|---|---|---|---|
| THURS | 1/29/2015 | 1:00PM | 2:00PM | IRON CHEF MARC FORGIONE | | NFL SHOP |
| THURS | 1/29/2015 | 2:00PM | 3:00PM | TROY AIKMAN | LEGEND | NFL SHOP |
| THURS | 1/29/2015 | 3:00PM | 4:00PM | TORREY SMITH | BLT | GMC Activation Area |
| THURS | 1/29/2015 | 3:00PM | 5:00PM | DeANGELO WILLIAMS | CAR | NFL Experience Autograph Stage |
| THURS | 1/29/2015 | 3:00PM | 5:00PM | TBD | | NFL Experience Autograph Stage |
| THURS | 1/29/2015 | 3:30PM | 4:30PM | ANDRE ELLINGTON | ARZ | FedEx Activation Area |
| THURS | 1/29/2015 | 3:30PM | 5:30PM | ANTONIO CROMARTIE | ARZ | PLAY 60 YOUTH CLINICS/PLAY 60 ZONE |
| THURS | 1/29/2015 | 4:30PM | 5:00PM | MARK PERLMAN | REFEREE | Game Day Central |
| THURS | 1/29/2015 | 4:30PM | 5:00PM | LANDON TRUSTY | REFEREE | Game Day Central |
| THURS | 1/29/2015 | 5:00PM | 6:00PM | JAY FEELY | ARZ | NFL SHOP |
| THURS | 1/29/2015 | 5:00PM | 6:00PM | JEREMY HILL | CIN | FedEx Activation Area |
| THURS | 1/29/2015 | 5:00PM | 6:00PM | RANDALL CUNNINGHAM | LEGEND | GMC Activation Area |
| THURS | 1/29/2015 | 5:00PM | 7:00PM | NICK FOLES | PHI | Mars Activation Area |
| THURS | 1/29/2015 | 5:00PM | 7:00PM | JUSTIN TUCKER | BLT | Mars Activation Area |
| THURS | 1/29/2015 | 5:00PM | 7:00PM | TODD HEAP | ARZ | NFL Experience Autograph Stage |
| THURS | 1/29/2015 | 5:00PM | 7:00PM | TBD | | NFL Experience Autograph Stage |
| THURS | 1/29/2015 | 5:00PM | 6:30PM | DEMARCO MURRAY | DAL | Microsoft Activation Area |
| THURS | 1/29/2015 | 5:00PM | 6:30PM | TBD - DREW BREES | NO | Microsoft Activation Area |
| THURS | 1/29/2015 | 5:00PM | 6:30PM | TBD - BLAKE BORTLES | JAX | Microsoft Activation Area |
| THURS | 1/29/2015 | 6:00PM | 8:00PM | THOMAS MORSTEAD | NO | PLAY 60 YOUTH CLINICS/PLAY 60 ZONE |
| THURS | 1/29/2015 | 6:00PM | 8:00PM | ERIC EBRON | DET | PLAY 60 YOUTH CLINICS/PLAY 60 ZONE |
| THURS | 1/29/2015 | 6:00PM | 7:00PM | EDDIE LACY | GB | Castrol Activation Area |
| THURS | 1/29/2015 | 6:30PM | 7:00PM | TBD | | PLAY 60 ZONE  ZEBRA DANCE |
| THURS | 1/29/2015 | 7:00PM | 8:00PM | DeANGELO WILLIAMS | CAR | GMC Activation Area |
| THURS | 1/29/2015 | 7:00PM | 9:00PM | ANTONIO CROMARTIE | ARZ | NFL Experience Autograph Stage |
| THURS | 1/29/2015 | 7:00PM | 9:00PM | TBD | | NFL Experience Autograph Stage |
| THURS | 1/29/2015 | TBD | TBD | DEMARCO MURRAY | DAL | Stats Zone |

61. By reason of such conduct, the Individual Defendants are liable pursuant to §20(a) of

the 1934 Act. And to a Section 1 analysis as they violently injured innocent White

Christians at 201 s. Lasky Dr and then tried to murder and maim Lisa at Weymouth using

207

proxies Lucian Ion, Leslie Flieshman and Christine Janssen, Gregor Bran to commit violent cutting of Lisa's muscles and bones and then stealing her currency in the amount of 148,000 which was locked inside a locker and which they broke in and stole. Further, Christine Janssen, covered Lisa in illegal filler made from silicone with intent to disfigure her and did alter photographs with intent on that planned disfigurement. Gregor Bran without a license did cut out Lisa's brain tissue (lobotomy includes allografts for sale) didi unlawfully claim LIsa was delusional and in need of Lobotomy with Woodland Care, Virginia Mennonite Rehablilitaion, Exxon, PMI, USC< UC Regents, LACCD and others with intent on murdering LIsa and did rape her violently at the facility. Lisa was raped at PMI's facility on 1/29/2015 and LAPD refused to investigate and this was in a faliclyt of commerce used by eductatio facilities and thus a hate crime against Lisa was committed by said parties and others. Then on 11/27/2018, Gregor Bran and Abdel Salam raped Lisa again this time, causing her to travel internationally for that sex act and Lucian Ion did accept money to commit violence upon Lisa in a team and did accept over 2 million dollars to injure Lisa with Elon Musk and other gigantic multinationals who wanted to kept the scheme quiet and hurt her interests to disfigure her so she would lose reach across Google and other social media platforms. USC and Keck Medicine, UC Regents and LACCD acted with violence in retalation of Lisa's lawsuit and claims of their rape and torture.

Neva Kaya, Chandra Dyani, worked tirelessly to bully Lisa and Neva herself cut Lisa's face to mutiate her to llimit competitiona and as a hate crime. USC paid the women to bully, isolate and harm Lisa using AA and other methods.

This scheme starts LIsa's childhood, whereas the parents used MK Ultra techniques to torture Lisa, deprive her of rights in the family and program her by giving her "hypnosis" tapes and exposing her to a cult where she was routinely ridiculed by the leader, Torkom Saradaryian.

This cult gave rights to the First child only and sold the second child as a slave to the World Bank through the Rockefeller Foundation which put out Sue Douglass (Aka Sue KO (knockout) Douglass SUEKO Kawashimi Peters) and John Douglass (aka John Stendal's) first book.

Hidden in gangstalking, child rape, torture and fight clubs, Sue and John used false names to claim they were dead, to steal the rights of White Chrisitan Americans, cash out life insurance policies after the "murder" of innocent Americans and told their daughter, "everyone dies" when she begged for help after Andrew Frankel, NFL, Exxon and Microsoft agents ganraped her and used spinal crush injuries and stole her facila bones, spine and lobotomized her.

Their book names the county fire department as Satanist burn their victims with fire and did conduct such crimes with knowledge and support of the LAPD, the City, LAUSD and LAVSD school systems.

Lisa was raped and tortured for many years, without any benefit of the families riches or

209

provided the information or resources to go to school so that she could not advance in any career.

Even so much so as casting her in the Bermuda Triangle and Noah's Ark and The Little Clown. Further, she was left out of the true things that Malibou Lake Mountain Club and Torkom Sarydarian (a torture cult) was doing to Americans through Islamic laws by murdering children and placing them in the LAUSD's gifted program which prevented all rights to the victim.

LISA was bullied by Marlo Page, Neva Kaya, Chandra Dyani, Tony Moore, Linda Medvene, Nina Bergman, Kate Lubahn and others through Facebook and Alcoholics Anonymous whereas Neva Kaya, Marlo Page told Lisa they "hated her" selfies and bullied her relentlessly.

To allow murder by a group is lynching. Lisa was hated and gangstalked by Marlo Page, Kat Lewin (who wrote a letter of intent to muder her) and Neva Kaya intentionally bullied Lisa to profit on her rape and violent harvesting for corporations like O'Neill surfboards, PlayBoy and Williams Sonoma and SpaceX.

Lisa went to the police multiple times but they refused to investigate claiming unlawfully that they didn't have jurisdiction when they took out the permit to conduct such violent rape and torture.

"The protection against excessive fines guards against abuses of government's punitive or criminal law-enforcement authority. This safeguard, we hold, is fundamental to our scheme of ordered liberty, with deep roots in our history and tradition," Justice Ruth Bader Ginsburg wrote in the court's opinion.

Defendant Gavin Newsom owns properties that have been used for his personal financial gain in a money laundering by Violent organ theft crime and currency theft that has deprived many Americans of their legal rights for many years. Using Alchollics Anonymous, Greg Lauren and proxies like Neva Kaya who wanted to murder Lisa in unfair competition, Newsom has allowed murder and violent gangrape of innocent White Christians to go uninvestigated and unreported. NA, Narcotics Anonymous carries the same acronym on the properties hidden by Cynthia Beck, Gordon Getty's longterm partner in the scheme NEWSOM Associates.

LIsa found SAMOHI's Vincent Lawrence's, a student's documents that prove intent to commit violence and genocide on White Christian Nationals, thrown out by the side of the road. Basically the scheme, shows a Qatar organiztion, Marina Logistics, posing as his Mother, to claim he could not attend school, in the packet it also claimed warrants and seizure could take place

This is outrageous fraud to hire young black students to torture and cut open innocent White Americans and hide the documents as Lisa drives for a living and has to run into those that actually violently cut out her currency.

211



Newsom properties hides their true ownership pays the bills to use the land to hide criminal conduct by RAND, Lee Hillborne, Gordon Getty and State Officials who are violently seizing property calling it "fines" in Civil Forfeiture, falsifying deaths and removing Americans from their rights under the Constitutution injuring and maiming White Christians for their facial bones and eggs and then selling them.

Not only is Newsom's name on the properties of the Getty's but he illegally used properties for Financial ruin and torture of innocent Californias for his own gain by violent measures in placing the victims in detentions so they could be gangraped and tortured by fire weaponry and chemical burns to maim the women seeking minor plastic

surgery.

Because Newsom is calling Lasky Clinic an airport, Newsom commited these violent acts through his proxies against Rebpulican White Christians he wanted to injure for their body parts or to make them lose their power on the internet because they were innocent and Whtie and republican.

Eric Garcetti plot to maim and rape and steal LIsa's eggs, and knowingly ordered her sterlizied as a hate crime against me claiming He did not want exotic women in his community shows a deliberate act of violence against an innocent American by a City official to commit murder for his own profit.

Thus, Eric Garcetti who owns the Nuclear Decommissining and Hunting lIcesne for the City, did particpate in violent criminal conduct of "murder for hire" at Lasky Clinic. As it was under his orders that the "murder and gangrapes" by LACCD students took place. And Gavin Newsom have stripped good innent Americans of any legal rights after "murdering them" on paper to collect illegal insurance from Metropolitan Life as well as selling off body parts, which is unlawful.

Adam Schiff is part owner in Totally Kidz, which took shipments of gloves and masks for Nurse Training and did conspire aginst White Christian Nationals in a plot of genocide that went through the school systems, that he profited on and did commit war crimes of payments to install trackers and other violent measures with intent to kill

reproductive value of White Chrisitan Nationals through the complex Scheme as lain out.

Children's hospital Daila Rosales, is Dalia Sandough, using illegal addresses and illegal

names to procure bones and body parts for peole like CarolAnn Emquies, who had a

grudge against Lisa for knowing about her crimes against White Chrisitan Republicans

Individuals and for certain "abuses" against her twins lisa witnessed while working for

her. and

Ron Burkle participates in the fraud against humanity by gaining Syrian citizenship to

hide slavery and torture of Innocent Americans.

UC Andrology Lab is accepting stolen tissue samples from Hamada Zahwadi.
*www.healthgrades.com › Find a group practice › IL › Chicago*

UNIVERSITY OF ILLINOIS MEDICAL CENTER as can be seen on the following
document. This lab deals with Egg theft.

HATE CRIMES AGAINST WHITE CHRISITIANS

Misappropriationg of eggs and conversion and desecration of a White Chrisitan in a hate

crime ordered by state officials and former bosses and "friends".

We did not abandon cells OR FACIAL ORGANS OR EGGS and they were violently cut

out of us claiming seizure and forfeiture rights, however, after commission of the hate

crime they illegally covered us in disfiguring plastic so we could not detect the bone

theft. Further at both facilities over 148,000 was seized that was locked in my carryon

and I did not give anyone rights to look inside.

That they are mocking these crimes at Los Angeles Community College, claiming to place women on a block with a life long lock, shows knowledge and intent to murder and steal identity and rights of innocent Americans.

I had an explicit agreement written for both Andrew Frankel and Lucian Ion not to remove any specimens, currency, or personal effects due to my Christian Faith.  Yet Pew Research did admit to committing hate crimes against White Chrisitans and hate crimes against Republicans on those two dates with Elon Musk and Kanye West.

Xavier Beccera, The Attorney General said I was ordered to be tortured and violently cut up calling it "inflation" on 11/27/2018 after discovery of California's shcme of genocide of White Christian NATIONALS organized by he and other California State officials through a curriculum set out by LAUSD, David Geffen, Cedars, and Lisa's parents who used fake names for Califonria Physicians  Service to "murder Innocent White Americans". Thus due to my lawsuit, each acted with hate as a hate crime in retaliation of my claims and tried to murder me by lobotomy for money that they cut ouf of me and 14 other white Christians using "plasic surgery" to gain their victims.

When the state threw out their documents it was clear the state knowingly cut out body parts to sell them, but also proved they stole my eggs.

Calling communications rape and torture and letting students or competitors kill me, like Neva Massey aka Neva Kaya, shows that murder in Califonia is legal if you are White.

And the second surgery was only to remove Elon Musk's torture devie that prevents breathing and smiling. All actions were done at behest of City and state officials who violently harmed their own consitutents. But Each are responsible as they KNEW who I was and violently raped and tortured me due to my whistleblowing.

All actions were done illegally and with inent to destabilize California's economy and present unfair tactics of competition.

Due to my lawsuit IN 1/292015, Xavier Beccera, as a hate crime ordered me murdered in Great Britain and contacted my surgeon overseas to enact that murder and acted with other Defendants which are substantial.

My mother and father committed crimes of torture and slavery by illegally claiming they were dead to gain profits on body parts for State and City officials. They illegally used FISA court to claim people had the right to die and garnered millions of dollars in illegal profits with the help and coverup of Interpol and city officials..

Phillip Morris, Neva Kaya, USC, all knowingly harmed me for their profit and to commit a crime that the LAPD refused to look into.

NEVA KAYA (aka Neva Massey), VICTORIA PYNCHON, LESLIE FLIESHMAN, LUCIAN ION, CHRISTINE JANSEN, ANNE LABORDE, LINDA MEDVENE, CHANDRA DYANI, KAT LEWIN, NANEA REEVES, CAROL ANN EMQUIES, MOISES EMQUIES, L'ES WEINSTEIN, ANTHONY BROOKLIER, LES WEINSTEIN, KENNETH LOMBINO, AND DONALD HEWITT POSED as friends AND employers to procure me for gang rape, and torture by cutting out my bones and flesh and my eggs TO sell them.

After Informing my own family of the stolen eggs, illegal spine crushing injuries, illegal lobotomy and violent cutting of my facial bones, stolen eye glands and gangrape, My parenst Defendants Sue Peters aka Sue Kawashimi Peters, aka Janet Valdez and John Douglass aka John Stendahl sent Kat Okomoto to spy on me then tried to murder me acting with other defendants.

Each defendant, was engaged in LA COUNTY government fraud, or child abuse as Carol Ann Emquies and her husband lack of care of their twin boys and Donald Hewitt sexual relationship with his 8 year old daughter. Lisa Worked for Carol Ann Emquies and had knowledge of her crimes against White American National Women through her project African Schoolhouse, including the entire roster of persons who laundered money and

committed criminal activites through the organization.

This exhibition received Federal financial assistance for the preservation and interpretation of US confinement sites where Japanese Americans were detained during World War II. Under Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, and the Age Discrimination Act of 1975, as amended, the US Department of the Interior prohibits discrimination on the basis of race, color, national origin, disability or age in its federally funded assisted projects. If you believe you have been discriminated against in any program, activity, or facility as described above, or if you desire further information, please write to: **Office of Equal Opportunity, National Park Service, 1849 C Street NW, Washington, DC 20240**.

355 E. 1st Street, Suite 200, Los Angeles, CA 90012

Yet I was targeted for being white, a woman , my Christianity and my age.

Due to Lisa's knowledge of their crimes, they targeted Lisa for murder.

Then Defendants, which included LACCD and UC Regents, flagged Lisa's chart so she could not get healthcare. After she sued, Defendant through communications contacted my overseas surgeon with request for money or other things of value in connection with destruction of a protected computer.

218

STATE COURT FRAUD BC648115

SHELBY Miner, Kyle Todd and Daniel Ahn can be seen taking enormous amounts of money to throw my case and did alter documents related to my interests. Also Lisa Houle was paid off by Cedars to hurt my interests. It is easy to find bribes being taken online and I will prove that my own lawyers took bribes in attempt to hurt my case at which point the other Defendatns tried to murder me overseas.

Phillip Morris used fake names to ask to participate in public participation of a hate crime and violent rape against me. ANDRÉ CALANTZOPOULOS, MARTIN G. KING and JACEK OLCZAK used false names to hide violent actions against me.

Patrick Cain Admitted to emails in existence and would not forward them to me. I filed a Motion to Compel and he would not turn them over.

Maria Hovsepian—attorney for ANDREW FRANKELA ND LASKY CLINIC admitted that vendors were on the property but refused to give me who had custody and control of the records.

Gil Burkwitz Admitted on paper that USC did steal my organs claiming I donated them. The Judge refused to let me advance my case and conspired to have me murdered.

UCLA HEALTH uses 634 Stone Canyon Rd to hide illegal harvesting. Not only does the hosue belong t a Shell Oil mavel Algoizaibi Muneerva, but many Bin Laden documents show a violent tendency to harbor terrorists against American interests and how they use the house to hide the criminal conduct using Disney harvesters and Federal reserve

harvesters.

Kenneth Hickman aka John Hickman PERJURED HIMSELF in state court---as it is his name who requested violent torture Behavior Modification and is on the letter to the Nuclear Regulatory Commission requesting to violently injure me, even though he knew I was an innocent White Christian American seeking minor plastic surgery, and was dishonest to the judge related to my case, though his name is on the NRC documents asking to torture me through unlawful behavior modification methods which constituted gang-rape, sterilizaion and violent arson to my face to steal bones and brain matter after Steven Mandel drugged me and claimed I was "available equipment" to steal bones and tissue from. Steven Mandel is not a radiologist, he owns a Ketamine clinic so he illegally posed as a radiologist with intent to steal my bones and eggs.

John Hickman, aka Kenneth Hickman sent the following communication related a request for money or something else of value in relation to destruction of a protected computer in violation of extortion laws.

| From: | Hickman, John |
|---|---|
| Sent: | Tuesday, October 31, 2017 4:31 PM |
| To: | 'Tom Rielly' |
| Subject: | RE: Fw: LTP Zion |
| Attachments: | Decom Funding Status Report 2016.pdf |

Tom,

The most recent decommissioning funding status report for Zion is attached.  I will check on reporting for the decommissioning of the ISFSI.

John

**From:** Tom Rielly [mailto:tr649@sbcglobal.net]
**Sent:** Tuesday, October 31, 2017 4:05 PM
**To:** Hickman, John <John.Hickman@nrc.gov>
**Cc:** Hickman, John <John.Hickman@nrc.gov>
**Subject:** [External_Sender] Fw: LTP Zion

Please confirm to Vista 360 the current balances in all trust accounts
Thank you

----- Forwarded Message -----
**From:** Tom Rielly <tr649@sbcglobal.net>
**To:** John Hickman <john.hickman@nrc.gov>
**Cc:** John Hickman <jbh@nrc.gov>
**Sent:** Wednesday, October 25, 2017 12:00 PM
**Subject:** Fw: LTP Zion

Reports and Zion Solutions indicate approximately $ 45 MM remaining in Zion Decmm Trust Funds
What is the amount of the previous waiver ( set aside given for future fuel management) NRC granted.
Our understanding is that these proceeds are still in the Trust Funds but are not reported by the licensee.

Please advise and confirm

Thank you

On or about January 16, 2015 within the Central District of Califorina and elsewhere, The defendant  Scott Moore, with intent to extort money and other things of value transmitted in interstate and foreign commerce a communication containing a demand or request for money or other thing of value in relation to damage to a protected computer, where such damage was to facilitate the extortion in violation of 18 USC §§ 1030 (a)(7)(C) and (c)(3)(A)(B)(C)(D)(E)-(i).

January 16, 2015

Mr. John Sauger, General Manager
Zion Restoration Project
ZionSolutions, LLC
101 Shiloh Blvd.
Zion, IL  60099-2797

SUBJECT:   ZIONSOLUTIONS - TERMINATION OF ORDER FOR IMPLEMENTATION OF
ADDITIONAL SECURITY MEASURES ASSOCIATED WITH ACCESS
AUTHORIZATION, FITNESS FOR DUTY AND BEHAVIOR OBSERVATION
(EA-03-099) FOR ZION NUCLEAR POWER STATION, UNITS 1 AND 2

Dear Mr. Sauger:

On August 18, 2004, the U.S. Nuclear Regulatory Commission (NRC) issued an Order for
Implementation of Additional Security Measures Associated with Access Authorization, Fitness
for Duty and Behavior Observation to Exelon Nuclear, the licensee at that time, for Zion Nuclear
Power Station, Units 1 and 2.  This Order applied to decommissioning nuclear power plants with
spent fuel in the spent fuel pool.  On June 30, 2014, ZionSolutions (ZS) requested that this
order be rescinded once all spent fuel has been removed from the spent fuel pool and
transferred to the Independent Spent Fuel Storage Installation (ISFSI).  In that request you
acknowledge that upon termination of the Order the spent fuel pool will no longer be an
authorized storage location for spent fuel.  By correspondence dated January 12, 2015, you
have reported that all fuel has been removed from the spent fuel pool.  The measures imposed
by Order EA-03-099 relate to spent fuel in the spent fuel pool.  Since there is no longer any fuel
in the Zion Nuclear Power Station spent fuel pool, compliance with this Order is unnecessary.
Accordingly, as provided in Section III of the Order, I find that good cause exists to grant your
request and hereby rescind the Order.  ZS shall continue to adhere to the terms and conditions
of the Zion Nuclear Power Station license, the ISFSI license, and the Commission's regulations.
As a consequence of this action, ZS is no longer authorized to use the Zion Nuclear Power
Station spent fuel pool to store spent fuel.

for Duty and Behavior Observation to Exelon Nuclear, the licensee at that time, for Zion Nuclear Power Station, Units 1 and 2. This Order applied to decommissioning nuclear power plants with spent fuel in the spent fuel pool. On June 30, 2014, Zion*Solutions* (ZS) requested that this order be rescinded once all spent fuel has been removed from the spent fuel pool and transferred to the Independent Spent Fuel Storage Installation (ISFSI). In that request you acknowledge that upon termination of the Order the spent fuel pool will no longer be an authorized storage location for spent fuel. By correspondence dated January 12, 2015, you have reported that all fuel has been removed from the spent fuel pool. The measures imposed by Order EA-03-099 relate to spent fuel in the spent fuel pool. Since there is no longer any fuel in the Zion Nuclear Power Station spent fuel pool, compliance with this Order is unnecessary. Accordingly, as provided in Section III of the Order, I find that good cause exists to grant your request and hereby rescind the Order. ZS shall continue to adhere to the terms and conditions of the Zion Nuclear Power Station license, the ISFSI license, and the Commission's regulations. As a consequence of this action, ZS is no longer authorized to use the Zion Nuclear Power Station spent fuel pool to store spent fuel.

Sincerely,

**/RA/**

Scott W. Moore, Acting Director
Office of Nuclear Material Safety
  and Safeguards

Docket Nos.:  50-295 and 50-304

cc:  Zion Nuclear Power Station Service List

Related to Lisa's destruction and conspiracy against her, Mark Zuckerberg received 45,000,000 for her injuries. And Elon Musk took a 100,000,000 policy to torture Lisa and then to torture her again. The experimental permit is as follows.

OFFICE OF COMMERCIAL SPACE TRANSPORTATION
EXPERIMENTAL PERMIT ORDER REGARDING

**REUSABLE SUBORBITAL ROCKET LAUNCHES**

Under Experimental Permit No. EP 19-012
Issued to

SPACE EXPLORATION TECHNOLOGIES

1.  Authority:  This Order is issued to Space Exploration
    Technologies (SpaceX) under 51 U.S.C. Subtitle V, Chapter
    509 and 14 C.F.R Ch. III.

2.  Purpose:  This Order modifies Experimental Permit No. EP
    19-012(the Permit) issued concurrently by the Federal
    Aviation Administration's Office of Commercial Space
    Transportation (Office), authorizing SpaceX to conduct
    launches of its Starship Hopper reusable launch vehicle.
    This Order prescribes definitions and conditions
    applicable to each launch conducted by SpaceX under the
    Permit.

3.  Definitions:  For purposes of the Permit and any orders

4.  Liability Insurance:  SpaceX must maintain a policy or policies
    of liability insurance (or otherwise demonstrate financial
    responsibility) in accordance with 14 C.F.R. § 440.9(b) in the
    amount of One Hundred Million Dollars ($100,000,000) for covered
    claims resulting from permitted activities performed at the Boca
    Chica Launch Site as described in Experimental Permit Order No.
    EP 19-012A for each launch of Starship Hopper.

OFFICE OF COMMERCIAL SPACE TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

By:  *Kenneth Wong*
     Kenneth Wong, Manager
     Licensing and Evaluation Division

| Original Issued: | June 21, 2019 |
| Rev 1 Issued: | August 23, 2019 |
| Rev 1 Effective: | August 23, 2019 |

On or about January 16, 2015 within the Central District of Califorina and elsewhere,

The defendant  Elon Musk, with intent to extort money and other things of value

transmitted in interstate and foreign commerce a communication containing a demand or

request for money or other thing of value in relation to damage to a protected computer, where such damage was to facilitate the extortion in violation of 18 USC §§ 1030 (a)(7)(C) and (c)(3)(A)(B)(C)(D)(E)-(i).

## FALSE DEATH CERTS TO COLLECT INSURANCE

AT ALL times relevant, Cedars Sinai did falsify deaths, falsify consents with explicit intent on mutilating innoncent Whits Christian women with intent to commit genocide and did perjure themselves in state court as Celia Flores did request to violently harvest me and sterlize me on 1-28-2018 and her true signature is listed below. When Itried to leave the facility she would not let me and KNEW what they intended to do which was violently gangrape me and cut open my face to steal my bones and brain..

Celia Flores  aka Gabriela Flores on January 28, 2015 within the Central District of Califorina and elsewhere, with intent to extort money and other things of value transmitted in interstate and foreign commerce a communication containing a demand or request for money or other thing of value in relation to damage to a protected computer, where such damage was to facilitate the extortion in violation of 18 USC §§ 1030 (a)(7)(C) and (c)(3)(A)(B)(C)(D)(E)-(i).



All the lawyers were paid off by members of this case and withheld documents that

should have been turned over. Not only did my lawyer, Todd Kyle take over 100,000 to

injure my case, then organized to murder me with Defendants overseas,  USC's lawyers

perjured themselves repeatedly in court. Patrick Cain of Gambrell Russell threatened me

and Gil Burkwitz threatened me. USC has threatened other women suing, threatened their

safety and then Phillip Morris and USC tried to murder me overseas.


I have been repeatedly raped, tortured and my rights withheld as my Identity and bones

and eggs were stolen. LACCD uses the law illegally to redline and withhold rights of

226

their own students and receive money to disciminate and commit hate crimes against White Christian nationals.

THIS ACTION deals with human rights violations (Lisa has been kept in Guatanamo Bay DETENTION  for over 5 years WITH no legal rights in America—along with 14 other victims who were not in any way a threat to the nation), gangraped and her bones and beaten to crush her face and spine to cut out her brain tissue to sell it, and auctioned off through gaming done on La Brea through an illegal fight club run by SAKE; Nick Phoenix; Thom Berensen and LA Phil's Chris .

I, Complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

On or about January 7, 2015, within the Central District of Califorina and elsewhere, The defendant :Andrew Frankel, Sue Peters, Dina Douglass, Gregor Bran, Chia Soo, Lucian Ion, Mark Urata, Gurmukh, Elon Musk, Nick Phoenix, Tom Beregsen, Sharon McCutcheon, Gordon Getty; Mark Lauren; Mark Rabkin, Christine Hefner, Gordon Getty, Nina Bergman, Neva Kaya, Chandra Dyani, Nanea Reeves, Kate Lubahn, Victoria Pynchon, Ann Laborde, Kenneth Lombino Priyanka Bhanot aka Priyanka Agarwal, Greg Lauren, Mike Coulter, Norm block, Paul Beahan with intent to extort money and other things of value transmitted in interstate and foreign commerce a communication containing a demand or request for money or other thing of value in relation to damage to a protected computer, where such damage was to facilitate the extortion in violation of 18

227

USC §§ 1030 (a)(7)(C) and (c)(3)(A)(B)(C)(D)(E)-(i).

Also, those mentioned were friends and family who organized a murder, through gangstalking and bullying and using the social media sites Band Camp, Facebook and Instagram.

I further state that I was a whistleblower as to commission of genocide OF a curriculum set out to commit that genocide of White Christian American Nationals through Los Angeles Community College and UC Regents, USC and Cedars and Kaiser using manufacturers Exxon and Phillip Morris "Communication hate crime and violent rape and body part theft scheme" and Mark Lauren for Playboy, Waste Management, and others for the Federal Reserve and the World Bank and that such defendants tried to murder me overseas after gangraping me and cutting up my face here to collect a "pound of flesh" that they could sell for over 12 billion dollars and as a hate crime sterilized me after stealing my ovum to sell it to someone who wanted it. I am a victim of the scheme and was gangraped, tortured and severely injured by said parties, who engaged in federal fraud, created false instruments to commit spinal injuries and cut out giant portions of the women's face and brains and faked deaths, to hide criminal conduct, thus this is based on facts and papers that Defendants spoiled to hide a crime which show Ovum theft and jawbone theft and crimes of torture against humanity.


Name  of Complainant                                    Signature of Claimant.


BACKGROUND

                              State Court Case BC648115

Lisa was a social media star when she was raped, tortured and slaughtered for her facial meat and her eggs. Neva Kaya wanted to build a dog refuge and wanted to maim and mutilate Lisa more than anything. She was jealous and stalked Lisa and introduced her to Paul Beahan, Natalia

In what Bill Gates calls a racial healing initiative, LACCD, UC Regents and others provide White Women for rape and torture and allow long term enemies and family members to target these men and women for such conduct without ever being found guilty of any crime or being charged, are in permanent detainment after having their brains violently cut ouf of them as will be detailed in this complaint.

. Well known on Facebook, but severely neglected and harmed in the family as her parents and sister bullied her and subjected her to severest forms of humiliating conduct by withholding care, withholling family secrets and placing her on a list so she could not get normal jobs or advance in any career. Sue Peters and John Douglass committed war crimes aginst White American Nationals with intent on stealing their lives, and body parts to sell and fence tissue and eggs for breeding and money makng purpose. Did such conduct by using false names and creating false crimes with the help of powerful city officials to earn ill gotten gains.

In State Court case BC648115, Rand, La County, and UNIVERSITY OF SOUTHERN CALIFORNIA, Debra Diaz, Maria Hovsepian, Gil Burkwitz, Patrick Cain and others

229

conspired to obstruct justice and withheld documents and committed perjury related to

LISA'S case, then DEFENDANTS Phillip Morris, USC, Gregor Bran, Lucian Ion, Leslie

Flieshman, Christine Janssen  attempted to murder her overseas.

Nanea Reeves was in AA and a manager of groups that targeted women they wanted to

maim from within the organization. Alcoholics Anonymous routinely bullied those that

did not know it was a harvesting organization. Nanea Reeves, Neva Kaya aka Neva

Massey, Chandra Dyani and others did bully, procure, Lisa for mutiltation in an unfair

competition through online bullying methods and severe isolation methods.

THIS action involves a murder cult, which fakes it's own deaths to steal constitutionals

rights of White Christian American Nationals---through Scientology, Kaiser, Cedars

Exxon, LACCD and UC Regents. It involves the Getty's writing fake stories which we

have handwritten letters of and Disney CIA codes where they hide the records.

Los Angeles County USC boasts they get to kill victims to steal organs by stopping the

heart. This is outrageous abuse to advertize Andrew Frankel as a plastic surgeon then

rape and torture the women and flag their charts to protect the criminal conduct.

Donald Hewitt was at all times Lisa's boyfriend on 12/29/2014,  and organized a hit on

her life with others as he has a HUMAN MEAT FARM, knew I was looking for a

surgeon for minor plastic surgery. It is believed he contacted Lasky Clinic for them to

find me on Realself. Realself is at all times relevant a site devoted to marketing or plastic

surgeons and operated by members of the CIA.

When I tried to leave Lasky Clinic the morning of surgery, Donald Hewitt smacked me in the face and he restrained me. I ran into the hall crying and Celia Flores kept me there and would not let me leave. Then Steven Mandel drugged me and together with Chia Soo, Mark Urata and others cut out my cheekbones, upper jaw, eggs and muscles and gangraped me with other at the facility which accepts money for educational training and for medicare and medicaid. Elon Musk installed a tracking device that prevents breathing and smiling. And Microsoft and NFL use the falcilty with Philip Morris to severely injure White Chrisitan Nationals claiming rights to public participation in Hate Crimes against White Christian Nationals.

Further, UC Irvine forced us to go to Squaw Valley after graduate school to enroll us in a system where we could be "murdered" for our body parts. Gordon Getty Mentions Squaw Valley in his documents that detail destruction of women's reproductive value, inhumanely claiming their loss will be our gain and admitting to using gaming theory rather than truth in adversitzing to gain victims..

I was severely injured in spine crushing injuries, head and body and my face mutilated by those working for LACCD, Federal Reserve and USC, Cedars, Kaiser, NFL and Microsoft and others who lay in wait to mutilate me and steal my facial bones, brain tissue and eggs after performing spinal crushing injuries, head injuries through beating and murder by smothering on 1/29/2015.

MALICIOUS PROSECUTION

I sued and then was sued for Defamation and won my anti-Slapp in State court case BC648115 on or about 7/02/2018.

After which Defendants tried to murder me and maim me in Great Britain where I had found a doctor to help me and at least 5 other Frankel/Exxon/World Bank victims. Defendants USC and others paid Lucian Ion to get me back for a commercial sex act and for violent theft of my brain, upper spine and face on 11/27/2018. Defendants did contact

Christina Janssen of JPL posed as a photographer and then altered my jawline in the editing photos. She is a psychiatrist for NASA, and knew I had been severely injured as I told her. She is associated with JPL and Raytheon and I believe conspired with other defendants to cut off my entire nose to sell it, along with my cheek muscles and facial bones with a team Leslie Fleishman, PMI, Exxon and USC put together.

Leslie Fleishman told me I had to take down my recordings from Band Camp as it is when I used to be beautiful and I believe he was put up to this by Raytheon, USC and uses 59c Station in Great Britain, the same addresss UC Regents used to gain jurisdiction in Great Britain, showing murder and intent to commit a violent crime in retaliation of whistleblowing to steal my currency and my brain and my bones, with intent to murder me.

Even on Leslie Flieshman's Busy b website, it claims they are releasing my album, but one look at his bandmates reveals they re not who they claim to be, but scientists and those who procure human meat to sell it. Thus such actions did constiutie recruitment to rape and steal my facial bones and brain. They are hackers for other organizations and sneak in to steal currency and body parts, then mock the women as "Slaughtered lambs."

On or about Monday: Leslie Fleishman wrote the following message:





threatening email from you, I've seen it, I don't think you meant to send it her but she received it, so she contacted me, she's stressed up as she's in lockdown like we all are except she's on her own and she was really upset, hence me asking if you are ok ?

3:17 PM

i'm not sure what you mean?

3:18 PM ✓✓

what kind of threat?

3:19 PM ✓✓

+44 7774 211808    ~Les
Ok below is what she



threatening email from you, I've seen it, I don't think you meant to send it her but she received it, so she contacted me, she's stressed up as she's in lockdown like we all are except she's on her own and she was really upset, hence me asking if you are ok ?

3:17 PM

i'm not sure what you mean?

3:18 PM ✓✓

what kind of threat?

3:19 PM ✓✓

+44 7774 211808          ~Les

Ok below is what she

236



AT&T     9:45 AM     34%

**Lisa**
+44 7774 211808, You

+44 7774 211808    ~Les
Ok below is what she
received from you.i think I
know who this is aimed at

i'm suing you for everyone
you ever did this to and as a
hate crime against me and
against all women.
I hope you lose everything
and everyone you ever
loved and go to jail
permanently.
I'm finding other victims of
your criminal conduct.
You do not deserve to be
allowed to touch anyone



AT&T 📶 🛜                9:46 AM              🢅 34% 🔋

‹      **Lisa**
       +44 7774 211808, You

~~allowed to touch anyone~~
ever again.
YOU DISFIGURED ME!!
and PLANNED TO.        3:19 PM

you think you know who
what is aimed at? i'm
confused          3:21 PM ✓✓

**+44 7774 211808**        ~Les
Ok, I am assuming this is
written about the surgeon
that 'operated' on you.
All Christina did was take
some pictures of you
                      3:23 PM

Why would she have
received that email from
you, I'm confused now,
~~except it sounds like an~~      ⌄

+  ⬭                    🗒 📷 🎤



**Lisa**
+44 7774 211808, You

3:23 PM

Why would she have received that email from you, I'm confused now, except it sounds like an email sent by accident

3:23 PM

i'm not sure what you are talking about. honestly

3:24 PM ✓✓

**+44 7774 211808**  ~Les

Ok do you remember Christina who took some photos of you

3:24 PM

yes.  3:24 PM

i did ask her recently for the

Why                                                sen,

239

Leslie Felishman p



Flieshman illegally posed as a record exec with intent to mutilate me and sent me



i honestly don't know what

utilation



ot d

Not only was it unusual that Leslie Flieshman claimed I was "upset" and whomever operated on me, but never contacted me after stealing my facial bones, brain and the torturous gangrape.

His "bands" on his page are harvesters of body parts and he used bad faith tactics to steal my facial bones and eggs for UC Regents who already stole my entire life.

One look at Christina Janssen online is she is a psychiatrist and Nurse who works for JPL which was at the facility on the date of my injuries.

Both conspired to act in conjunction with Lucian Ion and Gregor Bran with intent on mutilating me and stealing my currency from within my body on 11/27/2018.

Because the brain and bones are worth billion of dollars and Weymouth is associated with City Fertility who stole my eggs.



AT&T                    9:46 AM                    33%

**Lisa**
+44 7774 211808, You

**+44 7774 211808**                  ~Les
I did but i didn't put the
email heading on it before
3:26 PM

Did you mean to send her
that email ?
3:27 PM

All Christina did was take
some pics of you, she
certainly didn't do anything
else, she has sent me the
pics to pass on to you
3:30 PM

That's why I wanted to
know if you were Ok that's
all
3:34 PM

i honestly don't know what

So, he would not know I was upset about my injuries unless he was the one causing them.

Further one review of his number shows a Japanese Laundry. One look at all the members of his band work for science factions and University of Southern Califonria nd UC Regents who I sued.

After destroying my body, and filing Chapter 11 on me, the Banks turned me into collection agencies after flagging my chart as "Do Not Buy list."

LISA also found that USC had published an article about Lisa discounting her claims of Department of Defense and military testing, mocking her in the Judge Green Article, when they.do hold the mitiary contracts for the state and routinely run programs that are unconstitutional and injurious to many victims. The article was about her Judge, who tried to get information with intent on having Lisa murdered, rather than let her have her own records to rebuild her face or know how many vaccines, viruses (HIV AND CORONA) were put in her or what was done to her and this knowledge allowed USC to gangrape her again and steal her brain tissue again and Phillip Morris admits to trying to kill her in documents available online.

This case is about Malicious prosecution, Crimes against White Nationals whereas those involved committed genocide upon us and other criminal conduct of gangrape, while in custody and severely beating me after drugging me to sell my bones, currency and tissue.

247

Meanwhile I was no security risk when injured, thus TSA and DEA standards would not apply as no one identified themselves as a DEA agent or asked to look in my carryons. Instead actors lay in wait to beat me and rape me and cut me open to steal my bones and brain, then detained me permanently by flagging my chart as Carol Ann Emquies did to hide criminal conduct .

1 Douglass's detention arguably cannot be based "solely on a finding of dangerousness" unless the 18 U.S.C. § 1030(a)(7) charge in the criminal complaint qualifies as a crime of violence under 18 U.S.C. § 3142(f)(1). See United States v. Twine,
344 F.3d 987, 987 (9th Cir. 2003).

Given Lisa was not in any way violent or presenting as violent and was jumped beaten with hammers and gangraped, it is clear the Detention of her and 24 others is unconstitutional torture and presents.

However, for 5 years of detention, Lisa and the other victims of Andrew Frankel and Lucian Ion were never charged with any crime nor told why they were raped and tortured or given back their own currency which was cut inhumanely and sold.

Andrew Frankel is a Threat to the community, he acted with others to violently injure White Chrisitans Americans to enslave them permanently and got away with murder and rape. Andrew Frankel acted with Mark Lauren, USC< Cedars, Kaiser, Elon musk and other Defendants to torture White Christian Nationals to commit genocide by stealing their reprotudctive organs and their rights. Lisa's ovum was

stolen an sold and Elon musk calls this a payload.

I went for a minor plastic surgery on the nose on 1/29/2015 at what I thought was Andrew Frankel's plastic surgery clinic but was really an Exxon Refinery which targeted white Christian Nationals for mutilation, rape and Nazi torture------ I tried to leave the facility on the Morning of 1/29/2015 and was punched in the face by Donald Hewitt and he and Celia Flores (who works for Exxon and took out the permit to harvest me and injure me and sterlize me) and Steven Mandel drugged me with explicit intent on raping me and stealing my bones and eggs and facial meat to sell it.

After stealing my facial bones and meat and eggs on 1/29/2015, they covered me with silicone to permanently disfigure me. My spine was crushed and my brain cut out as in lobotomy. I was also raped again when I got home by Donald Hewitt.

This is a story of many persons victimizing white national Chirstians without reason, unless the reason is money. From Lisa's parents to her lovers, and former bosses, she had been victimized, beaten and the LAPD would never investigate. When her former boss, Victoria Pynchon punched her after working for her for 4 years, the LAPD refused to investigate. When the LAPD police beat her up during Grad school, they refused to investigate. Thus, the LAPD had a grudge against her.

When Donald Hewitt was sexually assaulting his young child (who was 8) and LIsa reported it, no one would investigate.

249

When LIsa was brutally raped as a child, no one would investigate trafficked by her own parents to Ohio for the rape. When Lisa was used illegally in brutal experiments as a child by her parents who deprived her of any rights and gave all rights to her sister and would cut off giant portions of her hair to sell them and forced her to have an abortion to sell the baby for vaccines and other tissue, Lisa was surprisingly well adjusted after growing up with such violence and hatred by her family. Dina Douglass works for the CIA through Disney and Light and Motioin and is a harvester who poses as a photographer. Sue Peters and John Douglass, Lisa's parents routinely faked deaths to injure White Christian Nationals and did at all times relevant withhold care by putting Lisa in experiments to study torture.

When Lisa worked for Linda Medvene who was stealing from Saks Fifth Avenue, no one would investigate. Linda Medvene took Lisa to meet Roma Downy and Mark Burnett, who it is believed were involved in the purchase of her as a slave for forced services. MGM Transformers is on her records of injury and Mark Burnett works for MGM. Lisa is the only one in this story who is not a criminal, who won awards for her writing but was placed on a do not buy list by her parents and former University  UC Regents so she would be poor, which is unfair competition.

The only thing Lisa had of value was her face and body and brain and good health and when she went in for minor plastic surgery, she didn't know Steven Mandel owned a hedge fund which routinely raped an tortured White Chrisitan Nationals in conspiracy

with Steven Speilberg and Cedars, USC, Kaiser (her own health plan), Los Angeles City Colllege, Jams and many other entities. She didn't know Kenneth Lombino, a longtime AA friend wanted to cut her open for her bones and eggs to sell them for his Ferrari Club or Merrill Lynch. She didn't know many things and trusted a surgeon who actually worked for Exxon recruiting actresses for Lasky-Demille Historical Museum, where they would order the women murdered and cut out their bones, facial muscles eggs and perform spinal crushing injuries with lobotomies with giant corporations like NFL, then due to the lack of rights, gang rape the women.  The reports discussed herein were thrown on the sides of the street to spoil them and contain Fraud that generates all the way to the State Department's Eric Summa.


When Lisa went to the police about being gangraped and tortured, they refused to investigate. She told her story online and 14 other victims of Andrew Frankel, Steven Mandel, Celia Flores and others mentioned came forward, then she went overseas to get her nose rebuilt and paid with her rib and wit her life savings.  Because she had been placed on a do not buy racial healing mutilation list, no doctor would help her here, including her own health  plan, Kaiser who ran the White Christian National genocide program for Bill Gates.


Then Defendants wanted to murder her and contacted Lucian Ion, her overseas doctor and offered him money to let them murder and maim her (including enormously famous Elon Musk and Kanye West who claimed to want to do a RADICAL Selfie upon her), whereas they crushed her spine, lobotomized her again and cut out most of her brain.

251

Elon Musk's experimental permit instealls devies to take away the right to smile and to be left alone as the fabric and chips carry extreme electric shocks and allow for war torture.

Lisa sued in State Court not knowing all the parties, then said persons tried to murder me and paid her trusted surgeon overseas to kill her conspiring with a large group who profited illegally on her stolen bones, currency and eggs. Lucian Ion fixed LIsa's stolen nose overseas, so I could breathe and built a nose with my own rib on 1/16/2018 after years of suffering (I paid 148,000 for my nose to be rebuilt in travel and attempted other surgeries with Cedars Doctor Jason Hamilton), then other defendants offered him money to rape and do spinal crushing injuries, more facial crushing injuries and cut off my rebuilt nose, gave her a Lobotomy and more egg theft on 11/27/2018, then mocked Lisa In the press with large corporations like Raytheon and Boeing claiming to "cut off her nose because it was augmented" and to "killing her".

Lucian Ion lured me back with a promise to remove a torture device placed by Elon Musk on 1/29/2015 that prevents breathing and smiling and he lured me back with explicit intent on Elon Musk placing another device and to traffic me for my brain and bones and eggs and for a commercial sex act.

SUMNER REDSTONE is the major owner and voter for National Amusements which does business as **National Amusements, Inc.** is an American privately owned theater company and mass media holding company based in Dedham,

252

Massachusetts and incorporated in Maryland.[1] It is the parent company of ViacomCBS. privately held company **owned** by Sumner M. Redstone and his family, **National Amusements** operates as the parent company of Viacom Inc., which includes **Paramount** Communications, MTV Networks, Nickelodeon, VH1, Blockbuster Video, Simon & Schuster, Showtime Networks, Inc., and other major entertainment properties.

Mr. Redstone routinely used women at Lasky Clinic illegally for commercial sex acts and violent harvesting of women and men who are White Chrisitan Nationals, spinal crushing and facial mutilation. He did so to retrieve forced services and kept the owmen illegally as slaves through a complex scheme which included falsifying deaths and using the foster care sytem to keep the women illegally under Wardship to alter their rights under the Thirteenth Amendment, Fourth Amendment and First Amendment as the women that were mutilated were actresses and could no longer work.

Hearst Communications also used the facility to torture women and men claiming rights to hate speech and violent injuries.

I do not know all who were in the room witnessing the murder for hire but I have proof that they deliberately cut off my nose as mentioned in the Press and "killed me" by hurting my spine, brain and face and then raped me using SMART technology that allows for such rapes and infected me with viruses and vaccines and used Stryker technology to fill me up with rubber with explicit intent on killing my beauty.

Donald Hewitt was my boyfriend on 1/29/2015 and already knew I would be harvested and raped and tortured and at the time was raping his young daughter who was only 8 years old.

When I reported that he was hurting his child the County of Los Angeles did not investigate.

Donald Hewitt, Andrew Frankel, Chia Soo (who sneaks In to steal bone and has faked many deaths to do so, did not act alone in wanting me to be injured. Though I was not a threat to national security and knew nothing about policy, I had a popular online profile.

Mark Zuckerberg used the site for auctioning off women  for their features and used the site to affect social feelings, depression and trauma and wanted to hurt Lisa and others for their eggs and set up a scheme to bully me online to get me to think something was wrong with me. I was extremely well known on social media for my beauty and wit and he targeted me and sold me and auctioned me off as a slave with others mentioned with explicit intent on stealing my genetic tissue and got 45,000,000 for my injuries and tissue. Mark Zuckerberg targets white Christian Nationals for this crime and calls it White Critical Studies and trauma training. He paid the women at the facility to cut out my flesh and blood and bones and then he got 45,000,000 for their keeping me at the facility.

This is only one example of those that conspired to kill me. My Mother and Father

routinely faked deaths using false names for the County of Los Angeles with explict intent on removing rights of White Christian Nationals and did such conduct for ISLAM and other anti_American factions through AA Peters Radio Club at USC. It is believed that at all times relevant many at Malibou Lake participated in "faking deaths" and in injuring Americans for UC Regents David Geffen and LACCD whose Herb Alpert lived at the Lake..

Defendant Microsoft (who used the Lasky Clinic facility and whose employees saw me crying and saw me punched, raped and restrained me by crushing my spine and face) infect innocent Americans with vaccines and viruses after stealing their bones and eggs and face and brain but they then made them sick by infecting innocent travelers HIV and Corona Virus. Bill Gates has many foundations that feed the world by stealing meat from innocent Americans seeking safe surgery claiming the stolen "meat" and currency was "abandoned". As a Publically traded corporation Bill Gates, routinely mislead the public knowingly and knowingly used a plastic surgery clinic for a Level 4 BSL lab to injure innocent victims he injured for his own gain His comments were false and untrue in the media and this was misleading to a general public when making purchases in common stock or investing in it and when making purchases and enslaved countless innocent Americans. His actions cost years of enslavement as the women and men were monitored, their charts flagged and their movement was limited after such theft and exposure to toxins intended to kill his victims. He then covered the women in silicone and drugged them and cut out brain tissue so they could not fight back.

255

NFL Properties, knowingly used an international airport which poses as a plastic surgery clinic to perform spine crushing injuries, concussions and lobotomy on innocent Americans, who were raped "calling it entertainment." Such conduct was done at Lasky Clinic, on 1/29/2015 with Raytheon who mocked the murders and maiming in the Press.

Kenneth Hickman of Zion Solutions wrote to the Nuclear Regulatory Commission asking to Behaviorly Modify Lisa in 2015 (which meant to lobotomize her, rape her and cut out her facial bones then enslave her permanently after such torture) and at all times acted for Defendants UC Regents in doing so and others on this list and did try to murder Lisa by asking for such and order.

Not only did UCLA Defendant falsify deaths to "commit murder and collect life insurance from Metropolitan Life" but did so by targeting White Chrisitan National women in order to steal their eggs and body parts "claiming collection practice."

FURTHER, ATT is drilling out the midface of innocent White Christian Nationals to install a weapon of war and causing severe torture, illegal tracking and suffering of the victims of their Controlled Environmental Device which causes the women and men lack of oxygen. ATT through Bell Telephone's licensee is Malibou Lake Mountain Club where Lisa Grew up and her parents and David Geffen and Herb Alpert committed such crimes against White Chrisitan Nationals for ISLAM and to eradicate a race as will be proven. The follwonig is a document of proof. A lawyer for Malibou Lake named Willaim Burger, threatened Lisa and tried to tamper with her rights to insurance after a

Lyft accident knowing she had been injured by the Malibou Lake license and did so as a hate crime against her with intent on withholding money so she would die. While Pacific Bell's name is no longer used in marketing, they own the rights to this torturous scheme to steal women and mens' midfaces, to get access to the brain and spinal column which are worth enormous amounts of money. IN BOTH documents pulled from the City Registrar's office, it shows they have right of way and allow tree trimming and fixture removal. The nomenclature of bones is fixtures and the San Onofre Nuclear Plant owned and operated with Edison is also involved in destruction of a person.

Lisa did work for Victoria Pynchon, and Stephen Goldberg out of their home, Ann LaBorde was a close friend of Victoria and works for the City of Los Angeles as a social worker, Lisa did not know they used the address for a fight club or for other "crimes." Lisa was introduced to Les Weinstein and worked on a Qualcomm Nokia case that involved crimes against humanity. Les and his wife were very involved with the Nazi faction of the Fowler Museum which routinely named Nazi Batwing Ship (the torture device currently in Lisa) in their materials.

CF0283 R/W EXCLUSIVE UNDERGROUND

00-0367894

RECORD AT THE REQUEST OF

PACIFIC BELL

WHEN RECORDED RETURN TO

Pacific Bell
41 S Chester Avenue
Room 202
Pasadena, CA 91106
ATTN   RIGHT OF WAY DEPT

DOCUMENT CHECKED

APPROVED, MGR R/W

9. 90  DOCUMENTARY TRANSFER TAX DUE   BY V. Todorovich
          PACIFIC BELL                                      AGENT
     —    CITY TAX    —    CITY CODE

Agoura Exchange                                    Tract 2804
B114-26U                                           APN 4464-002-041

**GRANT OF EASEMENT
"EXCLUSIVE"**

The undersigned "Grantor(s)" hereby grant(s) to PACIFIC BELL TELEPHONE COMPANY, a Corporation, its successors, assigns, lessees and agents, hereinafter referred to as "Grantee(s)", an exclusive easement to construct, reconstruct and maintain (place, operate, inspect, repair, replace and remove) such underground facilities as Grantee(s) may from time to time require (including ingress thereto and egress therefrom) consisting of wires, cables, conduits, manholes, handholes, and above-ground markers, pedestals, terminals, terminal equipment cabinets, associated electrical conductors, necessary fixtures and appurtenances in, over, under and upon that certain real property in the County of Los Angeles, State of California, described as follows

**SMALL BUSINESS CONCERN** (Firm Name, Mail Address, City/State/Zip, Phone)
Orbits Lightwave, Inc.
101 Waverly Drive
Pasadena ,CA 91105 - 2513
(626) 795 - 0667

YAAKOV SHEVY IS THE HEAD OF THE TORTURE EXPERIMENT FOR JPL
**PRINCIPAL INVESTIGATOR/PROJECT MANAGER** (Name, E-mail, Mail
Address, City/State/Zip, Phone)
yaakov   Shevy
yshevy@orbitslightwave.com
101 Waverly Drive
Pasadena, CA 91105 -2513
(626) 795 - 0667

258

EXHIBIT "C"        00 0367894

The granting of this exclusive easement will allow Pacific Bell to place a CEV
• (Controlled Environmental Vault) with the existing power pedestal within the easement
area and to connect to underground facilities in street, in order to serve your community
Pacific Bell will contact you at (818) 889-1211 before construction begins   In
consideration of granting the easement, Pacific Bell shall deliver the sum of $8,700 00
paid to Malibou Lake Mountain Club, Ltd , a California corporation

The construction will involve the following

1      Removal of the existing dirt,
2      Digging and placement of the CEV,
3      Replacement of the dirt and placement of a small wall and landscaping, and
4      Restoration of the property to as close the original condition as possible upon
       completion of construction

Pacific Bell will pay for the initial placement of the landscaping, but the property owner
will retain responsibility for the continued maintenance of the landscaping

In addition, Pacific Bell shall pay the Malibou Lake Mountain Club, Ltd , $700 00 toward
the cost of installing DSL service in your company clubhouse

This easement will cover existing facilities as well as the new CEV


Philip Morris and their agents and licensees and affiliates as identified including

enormous Fraud Undertaken by thir agents and affiliates Cedars Care Foundation, Kaiser,

USC, UCLA and LACCD and MALIBOU LAKE MOUNTAIN CLUB LTD showing an

intent to commit genocide upon White Christian Nationals through a curriculum claiming

racial healing AND installation of Controlled Environmental Devices for Bell Telephone,

which is a war weapon and destroys the person's ability to breathe, takes away privacy

rights and shocks the persons repeatedly.


EXXON ROUTINELY STOLE trademarks claiming they were abandoned which

destroyed the rights to many innocent victims and cost them their careers, caused

confusion and then mutilated the spine and brains of the women so they could not fight

back.

We have two suicides from such conduct. Lucille of Barry Eppley's office and Marianna of Lucian Ion's office who inhumanely cut off her nose after building it and she ultimately killed herself. Which is the same conduct done to me. Given the giant multinationals who are commiting the crime, the women have been stalked and sued and it is unfair monopoly as we were victims and not any security threat to the nation.

Steven Mandel violently drugged the women to steal his own trademarks as well. Thus none of the stolen property was "abandoned" and giving women lobotomized and drugging them shows intent so to tamper with the brain so the women could not make a claim and given the outstanding lies by Andrew Frankel and Lucian ion, shows longterm interest in violating the law by rape and torture of innocent White Nationals in commission of genocide.

Given Maria Hovsepian claimed there were too many vendors to tell Lisa who had custody and control of them it is obvious this is an enormous criminal enterprise.

# EXXONMOBIL PREMIUM AFME 200
# Trademark Information

EXXON MOBIL CORPORATION

Fuel oil

| Perfect for these industries | Words that describe this mark |
|---|---|
| Lubricant and Fuel Products | fuel oil |

This is a brand page for the EXXONMOBIL PREMIUM AFME 200 trademark by EXXON MOBIL CORPORATION  in **Irving, TX, 750392298**.

Write a review about a product or service associated with this EXXONMOBIL PREMIUM AFME 200 trademark. Or, contact the owner **EXXON MOBIL CORPORATION** of the EXXONMOBIL PREMIUM AFME 200 trademark by filing a request to communicate with the Legal Correspondent for licensing, use, and/or questions related to the EXXONMOBIL PREMIUM AFME 200 trademark.

On Friday, October 16, 2015, a U.S. federal trademark registration was filed for EXXONMOBIL PREMIUM AFME 200. The USPTO has given the EXXONMOBIL PREMIUM AFME 200 trademark serial number of 86790281. The current federal status of this trademark filing is ABANDONED - FAILURE TO RESPOND OR LATE RESPONSE. The correspondent listed for EXXONMOBIL PREMIUM AFME 200 is VALERIE VERRET of 22777 SPRINGWOODS VILLAGE PARKWAY, ENERGY 2, 4A.384, SPRING, TX 77389 . The EXXONMOBIL PREMIUM AFME 200 trademark is filed in the category of Lubricant and Fuel Products . The description provided to the USPTO for EXXONMOBIL PREMIUM AFME 200 is *Fuel oil*.

Defendants Cedars and Phillip Morris, using alternate locations including 1616 Wooster and 849 S. Shenandoah did spoil evidence related to ovum theft and jawbone theft of innocent victims of Andrew Frankel. Further, UC Regents also spoiled evidence claiming people they sold as slaves are low value items before ordering us destroyed for over a billion dollars, thus, a system of fraud, claiming we knew we were subjecting ourselves to rape and torture (by drilling out our midfaces and removing major portions of the brain and spine to sell it) or that we were subjecting our selves to "pain management procedures" ie. bone and tissue seizures and we did not.  Further, such fraud will prove my stolen egg was taken and then the proof was destroyed even though they knew I was filing a case. Cedars and UCLA both spoiled documents that implicate USC< Children's

261

and many physicians who engaged in defrauding White Christians for a slave initiative and to burn the women alive while claiming rights to study holocaust. This is torture and violates the constitutional right to be safe in our own homes and bodies. These addresses lead exactly to PHILIP MORRIS INTERNATIONAL INC.,

ANDRÉ CALANTZOPOULOS, MARTIN G.

KING and JACEK OLCZAK, showing criminal conduct related to stolen eggs, tissue and crimes against humanity and spoliation related to ongoing cases as two are ongoing in state court Thus, whatever is contained herein is ultimately faked deaths that Phillip Morris and their agents caused to destroy White Christians in commission of genocide.


Not only did Andre Calantzopoulous, Martin G. King and Jacej Olczak know who Lisa Douglass was when she sued Andrew Frankel and USC in California State BC648115 from 2017-2019, whereas the judge refused to allow her to get her own records, but they tried to murder her for my lawsuit, then spoiled records to obstruct justice---this is a rape and torture and slavery for forced services case and Phillip Morris unlawfully claimed we were dead when we were not.


They used Exxon affiliates like my family to create fake death records to seize our bones and eggs and targeted White Christians American Nationals. Thus, at all times relevant all mentioned, whether wanted me injured or not, were and are agents of Phillip Morris and did such conduct under their authority. Each person currently kept enslaved by Phillip Morris has been denied much needed healthcare after Phillip Morris deliberately maimed and destroyed the face, spine and brains and reproductive organs of the women

involved and due to being dead (on paper) then such agents raped their victims in

"SMART" training, claiming rights to sexually assault innocent victims.

Defendants Neva Kaya, Marlo Page, Chandra Dyani, Linda Medvene, Ann LaBorde,

Carol Ann Emquies, Ed Ringle, Sue Douglass, Dina Douglass, all had a longstanding

grudge and or employed Lisa and then threatened her and bullied her before the incident.

Kat Lewin actually wrote a letter that will show she intended to injure Lisa and was on

the Vector Academic Records and was at all times a student at UC Irvine with Lisa.

Sue Peters sent Kat Okomoto and Dina Douglass to spy on Lisa and helped arrange the

murder of her own daughter by depriving her care when she told her she had been

lobotomized and had her spine and face drilled out. Sue Peters knew William Berger and

asked him to withhold money so Lisa could not get better and Sue Peters is on the

documents of the original murder and the second intentional injury. LOS ANGELES

CITY COLLEGE uses Malibou Lake as does UCLA's David Geffen to get access to

unicorporated land which they are calling Innocent White Nationals.  LACC's curriculum

studies how in custody the police are the ones raping and injuring White Americans. The

curriculum mocks disfigurement and imprisoning innocent Whits Nationals Americans.

Phillip Morris International and their agents and licensees attempted to Murder Lisa for

whistleblowing on 11/27/2018 and caused her to travel overseas from America TO

GREAT Britain with intent to commit this violent act with enormous numbers of USC,

Keck and UCLA and LACC persons in conspiracy against Lisa which included former

employers, parents and former friends and did traffic her with explicit intent on stealing her brain tissue, drilling out and stealing her upper spine, disfiguring her and for a commercial sex act using Lucian Ion, Christina Jansen and Leslie Fleishman, USC's Elon Musk, DR. LANE THAUT (VIOLENT SPINAL INJURY, Brain Injury AND RAPE)

NATAHN OLSEN,  Gregor Bran according to proof did steal ovum on two occasions from Lisa to sell it and transplant it for ARABIAN corporations with an interest in committing Genocide on White Christian Nationals.

This fraud also deals with World Bank and Mark Lauren for Federal Reserve's illegal and unfair collection practices wherein they sneak into a plastic surgery clinic to rape, torture and steal bones eggs, spine and brain from innocent White American Chrisitans.

This case deals with Murder for hire, unfair testing of innocent Americans and organized torture by licensees, agents and others who profited violent torture, gangrape and mutilation of innocent White Christians employed through an Education facility and Facility of Commerce and did steal ovum from Lisa Douglass on two occasions calling them oocytes.

In or about and between January 2015 and June 2019, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere including overseas, the defendant ANDREW FRANKEL and LUCIAN ION, together with others, did knowingly and intentionally conspire to recruit, entice, harbor, transport, provide, obtain, maintain, patronize and solicit persons, to wit: Jane Does 1 through