3 and Lisa Douglass, individuals whose identities are known to the undersigned, in and affecting interstate and foreign commerce, knowing that means of force, threats of force, fraud and coercion, as described in Title 18, United States Code, Section 159l(e)(2), and one or more combinations of such means, would be used to cause such persons to engage in one or more commercial sex acts, contrary to Title 18, United States Code, Section 1591 (a)(l ). (Title 18, United States Code, Sections 1594(c), 159l(b)(l) and 3551 et seq.)

(Title 18, United States Code, Sections 1594(c), 159l(b)(l) and 3551 et seq.)

In or about and between January 2015 and June 2019, both dates being approximate and inclusive, within the Central District of California and elsewhere, the defendant ANDREW FRANKEL and LUCIAN ION, together with others, did knowingly and intentionally recrunit, entice, harbor, transport, provide, obtain, maintain, patronize and solicit persons, to wit: Jane Does 1 and 2, individuals whose identities are known to the undersigned, in and affecting interstate and foreign commerce, knowing that means of force, threats of force, fraud and coercion, as described in Title 18, United States Code, Section 159l(e)(2), and one or more combinations of such means, would be used to cause such persons to engage in one or more commercial sex acts. (Title 18, United States Code, Sections 1591(a)(l), 159l(b)(l), 2 and 3551 In or about and between February 2016 and June 2019, both dates being approximate and inclusive, within the Central District of California and elsewhere, the defendant Andrew Frankel and Lucian Ion , together with others, did knowingly

and intentionally conspire to provide and obtain the labor and services of a person,

to wit: Lisa Douglass and Jane Doe 1 - 3, by threats of serious harm to her and one or

more other persons, and by means of one or more schemes, plans and patterns

intended to cause Jane Doe 1 to believe that, if she did not perform such labor and

services, Lisa and Jane Doe 1 - 3 and one or more other persons would suffer serious

harm, contrary to Title 18, United States Code, Sections 1589( a)(2) and 1589( a)(

4). (Title 18, United States Code, Sections 1594(b) and 3551 et seq.)

In or about and between January 2015 and June 2019, both dates being approximate

and inclusive, within the Central District of California and elsewhere, the defendant

Andrew Frankel and Lucian ION, together with others, did knowingly and

intentionally conspire to provide and obtain the labor and services of a person, to

wit: Lisa 1, by threats of serious harm to her and one or more other persons, and by

means of one or more schemes, plans and patterns intended to cause Lisa 1 to

believe that, if she did not perform such labor and services, Lisa and Jane Doe 1-23

and one or more other persons would suffer serious harm, contrary to Title 18,

United States Code, Sections 1589( a)(2) and 1589( a)( 4). (Title 18, United States

Code, Sections 1594(b) and 3551 et seq.)

1.     The source of the sworn statement and grounds for my beliefs are as

       follows:

2.     I was a victim of of Andrew Frankel and Lucian Ion and was raped at both

       facilities. Online I can see an exchange of money for extreme sporting

266

events. Further I have interviewed 24 other victims of the scheme to drug the women, steal body parts to sell them claiming they are currency. During the procedure ovum are stolen, the women were lobotomized and suffered facial crushing injuries, and spinal injuries and brain injuries which are detailed in Priaynka Bhanot's falsified reports to justify such conduct. (Priyanka works for UC Irvine, Kaiser, Cedars, and Johns' Hopkins to violate the law and commit violence upon innocent White Cis-Gendered Christian women to commit genocide.

3.  I have personally participated in the investigation of the offenses discussed below. The information set forth in this Complaint and Affidavit in Support of Arrest Warrant is derived from my participation in the investigation as well as from, among other things, a review of other records, emails, and reports from other law enforcement agents  (who spoiled records) involved in the investigation, which included 152 S. Lasky Dr. In Beverly Hills, 849 S. Shenandoah Street records, which included a huge network of fraud against the federal government.

4.  In particular, the FBI did storm the offices of LA City officials after I turned in the faces of the mutilated women whose faces were shortened severely and , who were mutilated for their body parts by Andrew Frankel who posed at all times relevant as a plastic surgeon when he was really a collection agent for the World Bank banks and was an Exxon Refinery that let Phillip Morris unlawfully test women with intent on murdering them.

5.    I have personally interviewed women and men injured by Andrew
Frankel and Lucian Ion and many additional first-hand witnesses to the
events described herein, researched electronic evidence recovered from
the victims and witnesses, and garnered thousands of records from Mark
Lauren, Lucian Ion, Andrew Frankel and those that used their facilities for
commercial sex acts as NFL and Microsoft call it "Entertainment". Because
this affidavit is submitted only to establish probable cause to arrest, I
have not included each and every fact known to me concerning this
investigation. I have set forth only the facts I believe are necessary to
establish probable cause. In addition, when I refer below to the
statements of others, such references are in sum and substance and in
part.

RAYTHEON did mock the women's deaths in the Press after raping and torturing
them AND DID create fake news to cover the story which was Lisa's death claiming
it was Elisa LAM at the Cecil hotel. Thus, the scheme is so wide-spread it is hard to
calculate how many wanted to murder Lisa or how many hoaxes Raytheon
published after such murders of innocent Americans to mock their rape and
disfigurement.

Raytheon uses 256 S. Lasky, an adjacent address to the crime, and the murder went
though 8700 Beverly at Cedars, who claimed Lisa was Robert Nordin, who is not
actually Dead. There is so much proof, of my parents falsifying deaths to steal the
bones and currency from within bodies of Innocent Americans for Islam, that I am

certain, the court will find the death hoaxes, fake names to be illegal scheme to steal

body parts from innoncent Americans and a plan to murder them to collect

insurance and Medicare benefits as well as other unfair collection practice by

ginormous entities like the World Bank.

CEDARS AGENTS falsified Lisa' death with intent on raping her and torturing her by cutting out her brain and performing spinal crushing injuries upon her.

THE DEATH RECORD IS LISTED AS 05 -135 9967 (DEATH) my parents phone number is 575-9967 thus it is

Rishi Nap Gupta A117486 IS listed as well as Jeffrey Guzenhauser MD as identifying the body, which was me and as such can be interviewed as the person they claimed was dead was listed under David Alan Lasky.

6.

I know these facts through investigation, pulling my Mother's faked death records,

pulling Chia Soo's faked death records, and many other spoiled documents that

show a gang of violent actors attempted to commit genocide on White Chrisitan

Nationals, FOIA requests and spoliation of documents issued by Gurmuhk, MHA

MTA Khalsa, Gordon Getty, Robert Cooter, Sue Peters, John Douglass, Paul

Hackmeyer, Dr. Urata, Dr. Nagel, Dina Douglass, Christine Jansen (both who work for

Disney), Disney, UC Regents, Mark Lauren, Los Angeles City College District, Cedars

Sinai which show not only was Lisa and others injured for her facial bones but also

her eggs were stolen during two procedures to sell them by Andrew Frankel, Lucian

Ion who conspired to such conduct.

Using cultural lessons, the Sikh Idea of "stolen knowledge", school systems, Gurmukh and Mha Atma Khalsa of Golden Bridge did organize to murder Lisa on 1/29/2015 for their own profit and using Sihk's "stolen knowledge agenda" rights as a cover for violent crimes against Christian White Americans. They then sued claiming rights to a body that was "dead." These documents will be shown in court to show a crime against White American Christian Nationals by other races and other religions.

Yet, they are not alone. They are joined by PMI's and Mark Lauren's enormous group of USC Students and affiliates and licensees, World Bank Group, Exxon (including Kobe meat products which claim "abandoned hamburgers" are theirs to claim and Mamba Sports Academy---who CUT out trademarks of innocent American White Nationals for their profit) Kaiser, Cedars and UC Regents who profited illegally on non-consensual inhumane experimentation which included denial of rights to any medical care or any employment or benefits from insurance due to "death" certificates that they cashed out after mutilating the women for their body parts.

In a lawsuit related to Lisa's "death" Gurmuhk's lawsuit in India claims that Lisa is dead, which is obviously not truthful.

This is an excerpt from the faked report

12. Anyhow the three sons of judgment-debtor no. 1 were also parties to the civil suit, as defendant no. 1 executed the sale deeds in their favour subsequent to the date of agreement to sell. The judgment of learned trial Court (Annexure A-6) would reveal that the plea that defendant no. 1 was not

270

competent to execute agreement to sell as the land in question was joint

Hindu family ancestral coparcenary property was taken, but still the suit for

specific performance was decreed. The petitioner was impleaded as one of

the legal heir of defendant no. 3 before the trial Court as defendant no. 3 had

died during pendency of the suit.

Though Lisa would be such a defendant, Gurmuhk's plot in india is attached

to Anji Reddy's "death camp" in India whereas they kill an innocent White

Christians American on paper in order to violently harvest them while living

for Big Pharma and nonconsensual experimentation.

The scheme is such, have a plastic surgeon pose as a doctor who wants to do minor

surgery, then have them gangape you, drug you and torture you while you are sleeping by

illegally cutting out the women's midfaces, muscles and eggs calling it "exploration and

drilling and mining". The victims Wake up to having absolutely no rights ever again in

America as you are by all means "dead".

The Defendants UC Regents, Johnson Controls cashed out life insurance policies

(showing intent to murder Lisa) and organized a fraud on the White ChriSTIANS that

included involvement of torture by Lisa's parents and sister.

Ed Ahnert is the *President* of the *Exxon Education Foundation* and *Manager* of

Contributions for *Exxon* Corporation.  EXXON Education focuses on Mexican

271

students and Dreamers by targeting White Innocnet Americans for torture and illegal bone and tissue theft.

The inhuman degrading treatment, gangrape, stolen ovum and violent beathing of the faces of the women, involved spinal surgery two inches of the upper jaw removed, and lobotomy. To avoid detection, PMI and Exxon placed the women in secret prisons using fake names and false instruments so they could not detect the facts of the injuries. Lisa has been illegally gangraped (twice) and tortured for 5 years while in custody without ever being arrested or charged with any crime. Defendant's agents drilled out

Given Defendants bankrupted the good Americans (Chapter 11) yet did not give them the benefit of the bankruptcy, all of the victims finances were unlawfully tampered with.

By looking at her mother Sue Peters (aka Janet Valdez) and Chia Soo's false death reports claiming that Sue Kawashimi Peters is dead and having Janet Valdez (of Exxon) sign the order.  But, these are made up people and Exxon and PMI have gotten away with this scheme for years.

LUCIAN ION accepted 2 million dollars to murder and maim and rape Lisa and drill out her spinal column and lobotomize her and caused her to travel overseas with intent on permanent disfigurement and did traffick Lisa for a commercial sex act and took out a Larceny document to steal her tissue and bones and did accept money for Lisa to be tortured by Defendants and they did contact him with that intent using wire, mail and other methods of communication in violation of laws that prohibit planned violent injuries Dr. Lane C. Thaut, Gregor Bran, Abdel SALEM snuck in and drilled out Lisa's spine, drilled out her midface, cut out her facial muscles, cut out her brain tissue, and violently raped her, then injected her with Coronovirus, HPV, HIV an other toxins with attempt to murder her.

Lucian ion promised to remove the Torture Device placed by Elon Musk in 2015, and instead exposed her to deliberate torture and tried to kill her for money.

Dr. Lucian Ion did allow Elon Musk to install another disfiguring torture device into Lisa through Chris Wilkinson and did lobotomize her and gang rape her and took money for the trafficking for body parts across international lines in facility of commerce.

GIVEN ALL Defendants tried to murder Lisa in retaliation for her whistleblowing on 11/27/2018 by causing her to travel overseas to Great Britain by using a trusted Surgeon Lucian Ion who tricked Lisa with promises of removing the torture device placed in 2015 by Andrew Frankel, EL'ON MUSK, and University of Southern Califonia Agents, then violently raped her, drilling out her midface, stealing over 250 ml of bone, brain and other products from her face (calling it food and currency) and lobotomized her with Gregor Bran and Abdel Salam (a Kaiser USC agent) into a facility of commerce to violently rape, drill out Lisa's midface and collect currency claiming "inflation" allowed the attempted murder (according to Xavier Beccera who she had sued in 2017 for the violent gangrape and torture that California agents caused upon her at Lasky Clnic aka

Zenithen aka LG Electronics aka UC Regents aka Exxon aka Phillip Morris International aka Edison International).

Though A False claims act would be in order given Defendants spoliation of fraud documents related to Dahlia Sandough however given the government and its agents tried to murder Lisa, there is no way to properly file a sealed case as the government will only try to murder her again, facts that are well documented on her Youtube channel. Thus Lisa is forced to file this case publically on behalf of all victims of the Education, Cobalt World Bank USC scheme.

Cedars-Sinai documents reveal and the World Bank Group and University of Southern California, Kaiser Family Foundation and Exxon and Phillip Morris whose use of the 849 S. Shenandoah Street address 1616 S. Wooster Address show a deliberate fraud on All Americans, this is a torture, and bone seizure scheme intended to violently injure the women's faces (claiming Racial Healing or Hate Initiatives against Republicans) and rape for money by having ANDREW FRANKEL, LUCIAN ION AND JAY CALVERT, BARRY EPPLEY AND RICHARD DAVIS, GREGOR BRAN, CHRISTINE JANSEN, LESLIE FLEISHMAN acting as collection agents for Banks and with intent to harm legal rights by illegally placing the victims in "Cobalt" aka making them a Ward of the state without presenting the women the option of paying their "debts" or providing a Bill of Rights of Wards.

274

Lisa's parents tortured her, subjected her to rape as a child by trafficking she and her sister as children to Ohio, where Dr. John Douglass and Sue Peters signed up to injure Americans for the National Health Service in conjunction with USC, Rockefeller Foundaiton, World bank and Exxon and PMI.

After seizure of the Innonent women's currency by cutting it out of them and then raping them and sterilizing them to study torture, the doctors, students, practitioners illegally covered the women in permanent filler and shot them with vaccines with intent on permanent mutilation and to deprive the women of their life force, harvested Adrenal Glands and Brain to make pills out of.

Lisa Douglass Plaintiff went for a minor plastic surgery with Andrew Frankel, who put himself out as a plastic surgeon on 1/29/2015, she tried to leave on the morning of Surgery and Celia Flores (of Exxon) and Donald Hewitt (of US FLIGHT SAFETY and USC and UC regents) restrained her and Steven Mandel drugged her with LSD for gangrape and torture which included sterlizaiton, ovum theft and having her face CRACKED open beaten so badly they could steal her bones they could steal bones, muscles and brain matter to sell it for Adrenochrome and other purpose.  Phillip Morris and their agents knew of the conduct then tried to murder Lisa on foreign soil on 11/27/2018 due to her whistleblowing.

Her ovum were stolen and sold to someone which made a baby as evidenced by many documents that will prove her ovum was stolen and sold by OOCYTE technology by USC.

University of Southern California had the FDA oocyte theft corporation that did this to the women and during case number BC648115 admitted to stealing Lisa's organs with claims she "donated them". After he lawsuit, she spent over 148,000 trying to fix her condition so she could smile and breathe.

Then Defendants Stalked Lisa overseas to rape and giver her a lobotomy and to commit crushing injuries on her spine and to CUT off her nose that she had built using her own rib that she paid 148,000 to repair over 4 years of suffering, this time assisted by her overseas surgeon Lucian Ion and her parents who work for Kaiser, Exxon and UC Regents and USC and Leslie Fleishman who posed as a record exec who mocked the murder of Lisa on his Facebook page after luring her with Christine Janssen (who posed as a photographer) but was really a World Bank Employee working for JPL. Christine Jansen permanently disfigured Lisa and put her in a torture situation so she could not breathe and altered photos to make her look like a man, then illegally mutilated her by covering her in petroleum products meant to injure her face so she would lose appeal on her online platform.

Lisa had been working at Los Angeles Valley College and was harassed by William Wallis, the Chair and then suddenly lost her job when she found out they undertook the

MK ULTRA torture program through Exxon's Foundation at the school and this program targeted White Christian Americans for genocide and mutilation in plastic surgery clinics that were really Exxon Refineries.

When asked why she lost her job, no one would tell her. She has never been given any reasonable reason for not giving her classes after she complained about being bullied In one class and sexually harassed by her Chair. Further, Lisa was told she could not speak about "certain" topics, which were Republican in nature and included support of Donald Trump. Then Defendants tried to murder her overseas, using illegal means and methods of communication to rape and torture Lisa for her whistleblowing. This is a hate crime against a Race and specific injury organized to injure White Christina Nationals for profit to commit genocide against us.

The second Crime against her on 11/27/2018 included Pew Research Foundation commission of hate crimes against Democrats allowed such torture rape and disfigurement to take place---against a republican claiming rights to murder, maim and torture a republican. PMI and Exxon were both at the facility as was Cobalt, Nasa, Lockheed Martin and Indian Health Service which allows Indians to claim rights to victims cultural objects through gaming—without consent or privilege of the innocent White Chrisitan Naional ever being given.

This case is an organ theft and violent rape case, wherein those involved place the women and men in secret prisons to destroy rights using fake names, false instruments and illegal criminal conduct and to hide criminal conduct.

This monopoly scheme to steal rights and rape women for "entertainment" in a fight club being run by City and County officials Trauma Program at SAKE on La Brea and two public schools to target White Christians for genocide is unconstitutional and unfair competition.

Lisa was murdered by all legal meaning (placed in Cobalt a secret prison on 1/29/2015 and gangraped and totured so she could not work or make money), tagged by installing a torture device (by Elon Musk) and tracked and has been under surveillance ever since her injuries. Carol Ann Emquies, Lisa's former boss placed Lisa on a black list so she could not sell her work. Many friends and family were involved in Lisa's Torture, including her Ann LaBorde, Victoria Pynchon, Les Weinstein and her own parents and sister who tried to have her murdered with people like Kat Lewin, Mona Simpson and Lucian ion, Andrew Frankel, USC students, Mark Urata, Leslie Flieshman, Christine Jansen and Gregor Bran and Lucian Ion and Abdel Salam (a Kaiser student).

Christine Jansen permanently disfigured Lisa by posting as a photographer when she and Leslie Fleishman worked for JPL with intent to steal eggs and bones on 11/27/2018 overseas, then illegally maimed Lisa to reduce $CO_2$ as a hate crime, then poured filler made from silicone to destroy Lisa's looks after she spent 148,000 repairing what USC

278

and Andrew Frankel, Martha Sayres, Celia Flores, Donald Hewitt, Chia Soo, Chia Chang, Mark Urata and Steven Mandel and others stole from her in 2015.

Christine Jansen illegally, plotted to disfigure and maim Lisa by stealing her currency by cutting it out of her body and covered her with permanent silicone with intent on stealing her facial bones and with intent on maiming her.

Jansen and Flieshman posed as a record exec (Busy B records) and photographer and made fun of Lisa after maiming her covered Lisa with filler after stealing the bones so she would be sick after she had all the filler removed, placed her back in LLC repositioning with intent on torturing Lisa and reducing air and are responsible for permanent disfigurement and damages and made fun of Lisa online calling her a slaughtered Lamb.

Jansen altered the photos and injured Lisa irreparable after she paid 148,000 to be fixed. Thus Jansen is responsible for the stolen currency and all the currency stolen at Weymouth Wells as is Leslie Flieshman, Gregor Bran, Abdel Salem, Thus stole property, health and well being from someone she intended on harming---with intent on murder did organize a crime and undertake it.

NASA has been torturing women at these facilities claiming legal right to explore and rape innocent victims to commit larceny upon these individuals for over 45 years, then destroying their lives so they cannot work---after Lisa was injured NASA agents can be

279

seen high-fiving in images after gang-raping her and stealing her currency at Weymouth Wells. Lisa personally knew Sandy Krasner, aka Paul Krasner who works for the City of Los Angeles and Council Thrift.

When Parents and sisters and friends conspired to deprive Lisa of her life savings and bones and eggs and beauty by deprivation of rights, and stealing currency is abuse of a kind that only CIA torture programs entail.

Lisa had no rights growing up, was violently beaten by her sister, and the parents placed Dina in private schools and let her in on the family (torture) business but kept all assets from Lisa to humiliate and torture her. The parents even paid for Dina's college but not Lisa's and when Lisa finally went back to school AND took loans to do so, UC Regents never told her they could seize anything she owed by cutting it out of her (calling her bones and eggs and brain currency), misusing their rights to torture by invoking CIA which is anti-american and anti White Christian and organized by Islam and Jewish factions to claim rights to hate crimes as will be proven by Pew Research hate crimes against White women to commit genocide.

This is just one example of Hawaii fraud whereas my dead grandmother was used to commit guardianship on an innocent American. My parents did many documents as such.

280



Custodial Parent:   MIRIAM C PETERS
☐ Represented by:

☒ RP  ☒ CP  was/were duly noticed of the hearing but failed to appear.

☒ IRENE L.A. PU'UOHAU-RODRIGUES, Legal Assistant representing the Child Support Enforcement Agency, State of Hawaii. .

☒ Other: *Jett Tokita, CSEA investigator Kauai Branch*

**Based on the evidence presented and pursuant to Section 576E of the Hawaii Revised Statutes, IT IS ORDERED ADJUDGED AND DECREED THAT:**

**SERVICE OF PROCESS:** The parties were properly noticed of this action pursuant to section 576E 4, Hawaii Revised Statutes.

**SUBJECT CHILDREN:** Responsible Parent owes a duty of support to the following children:

Not only was Andrew Frankel a torture scientist not a plastic surgeon but he made Lisa a ward of the state, then turned her over for USC students to gangrape and cut out her bones and eggs to sell them (with Los Angeles City College Trustees and UC Regents, Kaiser; Cedars, Elon Musk and others as will be defined), claiming rights to steal her currency (now that she was a ward claiming up for demolition and torture which is against the law on protected computers and did commit Piracy by cutting out her bones

281

and eggs to disable her and then gangraped her after exposing her illegally to vaccines and other products with intent on murdering her), yet he never identified himself as a Law Enforcement agent or a bank collection agent or asked to look inside her carryons, instead drugged her kidnap and commit demolistion on protected aircraft. Lisa has 23 other victims of the scheme who will testify against he and Lucian Ion for permanent mutilation, spinal injury, and lobotomy (with the assistance of Exxon's Celia Flores and Steven Mandel who drugged Lisa before the gang rape and bone and egg theft with LSD and Lucian Ion 11/27/2018 for rape and torture and not being provided with guardianship bill of rights, before beating the women and cutting their nose and upper jaw off to sell it. Lisa's stolen egg made a baby and she has been kept under illegal slavery guardianship for 5 years.

This is a murder for hire case as well as a stolen property case whereas two surgeons plotted as collection agents for the World Bank, Bank of America and Bank of Israel to turn women over for rape and torture in a gambling fight club run by Lockheed Martin and the City an County of Los Angeles (with Chris Bleth, Nick Phoenix and Thomas Bergensen who had torture documentation to prove their intent on torturing women).

A careful review of statements made by Eric Garcetti, Gavin Newsom and Xavier Beccera, who I sued, shows an organized intent to murder Lisa (after she paid 148,000 to fix her nose so she could breathe) using proxies that include Exxon, Lucian Ion, Leslie Fleishman, Christine Janssen, Gregor Bran, abdel salam Elaskary Phillip Morris International and many others on this list.

Lisa was raped and mutilated by many at Andrew Frnakel's which is used by Australia

and Pakistan to torture white Christians to commit genocide upon them. Sim Choroomi

aka Amir Choroomi took out a policy to rape Lisa and was acting at all times relevant for

University of Southern California a licensee of Phillip Morris.

The following was found showing illegal bone theft and placement of rubber all over Lisa's face with intent on disfigurement and against legal rights.

Advances in Esthetic Implant Dentistry
*books.google.com › books*

Abdelsalam Elaskary - 2019 - Medical
(2011). Dimension of the facial bone wall in the anterior *maxilla*: a cone-beam computed ... INDD 191 *11/27/2018* 9:20:09 AM Peri-implant Tissue Stability 191. Elaksary & Associates Institute and Clinic for Dental Implants and Oral Reconstruction in Alexandria; the current President of the Arab Society

They are murdering and raping WHITE Christians using Arab stages and Islam and Jewish Holocaust Laws to do so.

In Brad Spellberg's Boards and Wards he discusses violent disruption of women and men

and committed criminal actions to deprive innocent Americans of their legal rights to

move freely and then admitted in a recording that he was providing the rapists and

mutiialtoars full indemnity, which is not his right to do. The women want to face who

raped them and see the snuff films made from the rape and torture.

283

Given Defendants attempted to murder Plaintiff overseas ON 11/27/2018 by violently gangraping Lisa and giving her a Lobotomy and another head injury and spinal injury (*after the federal government admitted her gangrape and torture and spinal surgery was illegal and criminal and that she was left in inhumane condition*), Phillip Morris International through their agents and affiliates engaged in rape and torture of an American Citizen and caused her to travel for that torture by using proxies to promise removal of a torture device placed by Elon Musk in 2015 with Nasa and Lisa was gangraped in Spine One (which is a code name for clinics whereas the World Bank takes jurisdiction and enslaves Americans to torture them (BY NFL, Microsoft and University Actors), gang rape them and steal their facial bones using cutters from USC and Keck

284

Medicine in a  Facility organized by Cedars under UC Regents and Los Angeles Community College (a Public University authority).

Lisa's ovum was stolen and created the first Live Birth made from a stolen egg, through ice technology, she did not give consent to enter her vagina or take any tissue ,currency or eggs.

 In California, physical therapists may perform evaluations without a physician referral. However, provision of physical therapy services, as a related service, requires a medical diagnosis obtained from a diagnostician (i.e. medical doctor, chiropractor, etc.)(California Business and Professional Code: Sections 2620-2621).  Lisa has hundreds of documents showing illegal use of other doctors who never saw Lisa or the other victims. These doctors worked for Kaiser and the DEA and Cedars and UC Regents and USC and organized to rape, steal organs from claiing "collection" rights even thought the women had never defaulted on a loan.

California however, uses Priyanka Bhanot to claim women and men have spinal, sleeping and brain issues without ever examining them, committing fraud to then claim the women and men are wards of the state who need violent spinal surgery, lobotomy and torture. Andrew Frankel is not a plastic sugeron but a apinal surgeon who put himself out to the public as a nose surgeon with intent on stealing the women's currency using Exxon, Cedars and World Bank to cover his rape and violence towards women. Frankel and Ion intended to commit violence, rape and torture against good White American Christains at all times relevant and did commit violence upon LIsa and 23 others who will testify.

285

Under 8720 of the California Business code

(a)  Physical therapy means the art and science of physical or corrective rehabilitation or of physical or corrective treatment of any bodily or mental condition of any person by the use of the physical, chemical, and other properties of heat, light, water, electricity, sound, massage, and active, passive, and resistive exercise, and shall include physical therapy evaluation, treatment planning, instruction and consultative services.   The practice of physical therapy includes the promotion and maintenance of physical fitness to enhance the bodily movement related health and wellness of individuals through the use of physical therapy interventions.   *The use of roentgen rays and radioactive materials, for diagnostic and therapeutic purposes, and the use of electricity for surgical purposes, including cauterization, are not authorized under the term "physical therapy" as used in this chapter, and a license issued pursuant to this chapter does not authorize the diagnosis of disease.*

Given Andrew Frankel's consent said no other surgeon or practitioner would touch Lisa the rape and torture was undertaken by fraud. His consent was intended to mislead for ORGAN REMOVAL and non-consensual human experimentation and then he flagged her chart so that all her rights to fair treatment were withheld purposes of her and 14 others. Andrew Frankel sold Lisa and 14 others as a slave for

286

rape and torture and facial bone theft and lobotomy and no agency would look into

him in violation of Thirteenth Amendment rights and Fourth Amendment rights.

Given Lucian Ion wrote that no other surgeon or technician OR PRACTITIONER

would be touching LIsa, to turn her over for rape and torture to USC shows illegal

consent and unlawful torture. At Lucian Ion's hands 10 others were severely injured

by USC. She wrote over 100 letters to him that will prove he knowingly lured her

back with explictin intent on torture.

Given Gregor Bran uses both facilities to rape and lobotomize women with the help

of a lynching mob to traumatize the women, it is clear USC is primarily responsible

for the Experiments undertaken to torture with a ganglike raping and beating of

innocent White Christian American using Jewish Federation guidelines to claim

right to enslave American and burn them at the stakes.

Even the Federal government agrees, Lisa's spinal surgery was unauthorized and charged

those who committed it 45 million dollars to permanently disable her (Medtronic), yet

gave her nothing for the surgery and then injured her again in Great Britain, which is

human trafficking for violent torture and gangrape in retaliation for whistleblowing.

Guardianships have certain rights to know who is your owner and instead Xavier Becerra

as a hate crime ordered Lisa mutilated after she paid over 148,000 to get fixed so she

287

could breathe, he claimed inflation gave him  the right to order her gangraped and bones and brain cut out.

At no point did Andrew Frrankel tell Lisa he was an Exxxon Refinery meant to destroy women's reproductive value or value to society. In City Documents they claim many are murdered at Andrew Frankel's Lasky Clinic, but that is not right under the law unconstitutional abuse of men and women to advertise as a plastic surgeon when you intend to enslve, rape and auction of body parts in a commerce facility that receives federal funding for public education..

Defendant Nick Phoenix and Thomas Bergersen are not who they claim to be, they have a torture front that is both a gambling venue and a fight club that votes on gangrape and maiming American citizens.

Arbi Neil Garrido took out this permit for torture and removal of the elevators of the face, which is illegal. Arbi Neil Garrido works for USC through Great Britain. Search Results
One look into his background, as most involved are Arab or Jewish Affiliated or Sikh's Given the crime is against White Christian Nationals and our city has a Penial mission to steal Penial glands which exist in the brain by torture, is abuse of humans and against torture conventions.

Metropolitan Elevator Company Inc

**Permit #15046-10000-01233 (Elevator Apartment, Plan Check)**
The status was updated on Aug 26, 2015. The permit was provided on 08/18/2015.

Replace Jack Assembly and Buffers State 30861. The permit was given to

Metropolitan Elevator Company Inc, which was represented by Arbi Neli Garrido.

The address of the contractor is 3008 WILSHIRE BOULEVARD LOS ANGELES.

License number 884534 with the expiration date of Sep 30, 2016. Melvin Reyes

(Metropolitan Elevator) is the applicant

## BACKGROUND OF WARNING A JUDGE OF USC'S INTENT TO MURDER

LISA sued for damages and by being placed on a do not buy list cannot sell her art or work normal jobs.

State Case Number BC648115 was thwarted but Judge Green attempted to murder Lisa by extracting the name of her surgeon, having no intent to ever pay her for her injuries but to organize a murder with USC, Keck, Exxon, Xavier Becerra, Elon Musk and others mentioned herein.

Lisa told Judge Green they had tried to murder her and he forced her to say who the surgeon was so that USC could contact him with intent on offering payment to murder Lisa and used communications and wire to do so to steal more of her bones and conduct a lobotomy upon her with attempt to leave her brain dead. Elon Musk took out the experimental permit to torture Lisa without consent or legal privilege. Shelby Miner, Lisa's lawyer took over 100,000 to injure Lisa. Kyle Todd, Daniel Ahn, also took bribes to injure Lisa.

MARIA Hovsepian, Andrew Frankel's lawyer withheld any right to records conspiring against LIsa's rights in State court to her own records due to the payoffs by enormous corporations like Exxon and Phillip Morris and the Texas commission who inhumanely call the women Cougars and Dry holes.

USC is stealing tissue, eggs and bones and muscles and brain matter from healthy White Chrisitans Nationals Americans, then placing them in Cobalt so they have no rights and could make adrenocrhome and Edge products from the stolen tissue. USC gets military funding to torture White Chrisitans Nationals which is genocide and treason against America.

Given Plaintiff's case was thwarted in State Court then USC, and Keck and their agents acting under Phillip Morris and Elon Musk tried to murder Lisa by disfigurement, gangrape and lobotomy and torture on 11/27/2018 by trafficking her outside of the country to cut into her nose in a facility of commerce, cut out her ovaries and brain and face, the following Federal laws apply to such conduct as each was acting with authority of the State Government to conduct torture and install devices intended to kill Lisa and Xavier Beccera asked them to murder Lisa in retaliation for her lawsuit claiming inflation allowed them to cut more of her bones and eggs out (thus unfair violent collection practices and trafficking for sex acts).

Further, Lisa has just paid over 148,000 to be taken out of the torture procedure whereas the cartilage is cut off the top of the nose and sewn in pockets to prevent breathing and

290

smiling. And this doctor, Lucian ion with Gregor Bran reversed what Lisa had just paid

for by removing most of her nose and covering her in damaging filled after cutting off her

jaw bone.

Thus not only is this state action to murder for hire a US citizen but organized by the

most powerful people in the world, NFL, Microsoft, Bill Gates, Mark Zuckerberg and

Elon Musk to gain access to eggs and bones to steal them then attempt to murder by

introduction of cancer, HIV and other biological weaponry (corona), through Lisa's

landlord and her friends that were in competition with her.

Not to mention the plot to murder Lisa organized by Dina Douglass, Sue Peters and John

Douglass, the last two who used fake names Janet Valdez and John Stendahl Miriam

Peters, claiming my dead grandmother has custody of children when she is dead, created

fake crimes to get money unfairly and did so at all times for the State and Exxon and

USC and the World Bank for ISLAM.

Custodial Parent:     MIRIAM C PETERS

☐ Represented by: _____

☒ RP   ☒   CP was/were duly noticed of the hearing but failed to appear.

☒   IRENE L.A. PU'UOHAU-RODRIGUES, Legal Assistant representing the Child Support Enforcement Agency, State of Hawaii.

☒ Other: *Jett Tokita, CSEA investigator Kauai Branch*

**Based on the evidence presented and pursuant to Section 576E of the Hawaii Revised Statutes, IT IS ORDERED ADJUDGED AND DECREED THAT:**

**SERVICE OF PROCESS:** The parties were properly noticed of this action pursuant to section 576E 4, Hawaii Revised Statutes.

**SUBJECT CHILDREN:** Responsible Parent owes a duty of support to the following children:

MAIRE M PETERS

This document with Miriam Peters has to do with false custody of children who do not exist and Miriam Peters could not be notified as she is dead.



Given Lisa sued both University of Southern California and Xavier Beccera in state court in BC648115, (before her laywer took money to attempt to murder her oveseas) and who is on the second section of documents, it is clear, this was retaliation for her rape, egg theft and torture.

USC agents acted with violence against Lisa and 24 other victims who will testify against them by placing people like Lucian Ion and Andrew Frankel and Jay Calvert and Richard Ellenbogen and Geoffrey Keyes and Gregor Bran posing as plastic surgeons with intent to procure women for violent facial crushing injuries, spinal injuries, ovum theft,

gangrape and  torture against their constitutional rights and in violation of Fourth
Amendment, thirteenth Amendment and Eighth Amendment rights.

Sheriff Jim McDonnell and Mr. Svonkin, knew who Lisa was and as a
student and an instructor ordered her and many other White Christians
tortured through their communications department that included
violent rape, and bone and muscle theft (claiming nurses have the
right to reduce their C02 and violently cut out bone and tissue to
prevent the women from breathing or being beautiful (and perform
spinal surgeries illegally and install weapons of war) and physical
therapists can alter and modify posture without ever examining the
women while standing, with intent to violate the law and cause
permanent injury to White Christians (claiming racial healing gives
them the right to commit a Riot or hate crime), then flagging their
charts for permanent removal of rights. Then, when she whistleblew,
organized her job loss with the District and tried to Murder her
overseas.

Defendants did cause Lisa to travel with promise of removing the Elon
Musk installed torture weapon, with intent on rape (for money) and
violent bone and brain tissue removal to kill Lisa on 11/27/2018 at
Weymouth Wells in London.

In Watson v. Phillip Morris related to certain "testing" of cigarette products which turn out to be human subjects who did not consent to nonconsensual violent torture and gangrape, the following terms apply and will make Phillip Morris acting under a federal officer for that rape and torture to maim women they deem socially relevant with intent to impact their market by causing the disfigured women to go into hiding.

Described in the following way, NFL shop, Microsoft and others were at the facility to cut out Lisa's bones and eggs with violence then tortured her with fire weaponry and raped her repeatedly in the vagina and the anus and in violation of constituttioanl rights to not be raped or tortured .

Given the LAPD and FBi would do nothing about the rape and torture, it is clear, they knew what Andrew Frankel's facility was used for inhumane experiments against the American people who were not committing any crimes and were innocent travelers and then targeted her overseas with intent on murder and did cause murder for hire as detailed in the Boeing Documents did sabotage and kill Lisa as admitted to in The Register.

Given the amount of years she tried to sue for right to breathe and have surgery to rebuild her stolen jawbones and cheekbones and find out where her stolen baby is, Defendants organized to conduct murder through a trusted surgeon she found overseas who rebuilt her nose so she could breathe and smile.

295

Defendants not only acted unethically but lay in wait to rape and torture and murder Lisa again to seize more body parts.

Kaiser can be seen paying Lucian Ion as can many others who engaged in her torture on 1/29/2015 and placed her in Cobalt, a secret prison devoted to torture and rape of White Christian American Nationals who are under monitor and surveillance and cannot get normal jobs do to the illegal "do not buy list" which is unfair competition.

Grgeor Bran claimed Lisa was delusional (Through Magnolia health Systems and Woodland.Care) and took out a policy to rape and cut out her brain getting approval from New York Pyschiatric Institute. But Lisa was not delusional, they injured her for money to maim her to make her lose power online.

Lucian Ion told her he found a way to remove the torture device that continually shocks her.  But, she gave no permission to look inside her carryons and she was stalked overseas by Saudia Arabian Minister of Defense who wanted to rape her and maim her. Lucion Ion told the Saudi Arabian Minister of Defense where Lisa would be to traffic her sexually for a commercial gangrape sex act and with intent on violently cutting out her brain and remove another inch of facial bones and all of her muscles in her face with intent on human mutilation that he and a "team" took over 2,000,0000 for. But, in the press her body parts were worth 200 billion to those who conducted the rape and torture.

Los Angeles County Board of Supervisors knew of Lisa's gangrape and torture and egg theft to sell a baby on 1/29/2015 and did commit such torture on 24 other victims who will testify. And engaged in murder for hire with others on the list on 11/27/2018 causing Lisa to travel for paid gangrape and violent torture to steal Lisa's bones and brain and with intent on permanent disfigurement through Lucian Ion, Leslie Fleishman and Christine Janssen and Gregor Bran.

Claiming lis could be trafficking for gangrape as she would owe more money given she never was told she owed any money when raped and violently tortured.

ACTION:
Final rule.
SUMMARY:
In accordance with the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015, this final rule provides the 2018 inflation adjustment to civil penalty amounts that may be imposed for violations of certain DOT regulations. This rule also finalizes the National Highway Traffic Safety Administration's and the Office of the Secretary's catch-up inflation adjustment interim final rules required by the same Act.

DATES:
Effective November 27, 2018.
FOR FURTHER INFORMATION CONTACT:
Alex Zektser, Attorney-Advisor, Office of the General Counsel, U.S. Department of Transportation, 1200 New Jersey Ave. SE, Washington, DC 20590, 202-366-9301, _alexander.zektser@dot.gov_ (email).

But, torture and gang rape is never okay and this seizure was unconstitutional and so is slavery and rape and violates the Fourth Amendment and the Thirteenth Amendment and Eighth Amendment as well as torture laws on gangrape and being sold as a slave for rape and torture. Lisa is not alone, there are many victims of the scheme who are severely disabled from Defendants conduct..

**NFL EXPERIENCE engineered by GMC PLAYER APPEARANCES**

**FOR Thursday, January 29**

*Autograph Stage is only guaranteed Player Autographs/other Activations may be MEET AND GREET ONLY*

| DAY | DATE | START | END | PLAYER | TEAM | LOCATION |
|------|-----------|--------|--------|-------------------------|---------|------------------------------------|
| THURS | 1/29/2015 | 1:00PM | 2:00PM | IRON CHEF MARC FORGIONE | | NFL SHOP |
| THURS | 1/29/2015 | 2:00PM | 3:00PM | TROY AIKMAN | LEGEND | NFL SHOP |
| THURS | 1/29/2015 | 3:00PM | 4:00PM | TORREY SMITH | BLT | GMC Activation Area |
| THURS | 1/29/2015 | 3:00PM | 5:00PM | DeANGELO WILLIAMS | CAR | NFL Experience Autograph Stage |
| THURS | 1/29/2015 | 3:00PM | 5:00PM | TBD | | NFL Experience Autograph Stage |
| THURS | 1/29/2015 | 3:30PM | 4:30PM | ANDRE ELLINGTON | ARZ | FedEx Activation Area |
| THURS * | 1/29/2015 | 3:30PM | 5:30PM | ANTONIO CROMARTIE | ARZ | PLAY 60 YOUTH CLINICS/PLAY 60 ZONE |
| THURS | 1/29/2015 | 4:30PM | 5:00PM | MARK PERLMAN | REFEREE | Game Day Central |
| THURS | 1/29/2015 | 4:30PM | 5:00PM | LANDON TRUSTY | REFEREE | Game Day Central |
| THURS | 1/29/2015 | 5:00PM | 6:00PM | JAY FEELY | ARZ | NFL SHOP |
| THURS | 1/29/2015 | 5:00PM | 6:00PM | JEREMY HILL | CIN | FedEx Activation Area |
| THURS | 1/29/2015 | 5:00PM | 6:00PM | RANDALL CUNNINGHAM | LEGEND | GMC Activation Area |
| THURS | 1/29/2015 | 5:00PM | 7:00PM | NICK FOLES | PHI | Mars Activation Area |
| THURS | 1/29/2015 | 5:00PM | 7:00PM | JUSTIN TUCKER | BLT | Mars Activation Area |
| THURS | 1/29/2015 | 5:00PM | 7:00PM | TODD HEAP | ARZ | NFL Experience Autograph Stage |
| THURS | 1/29/2015 | 5:00PM | 7:00PM | TBD | | NFL Experience Autograph Stage |
| THURS | 1/29/2015 | 5:00PM | 6:30PM | DEMARCO MURRAY | DAL | Microsoft Activation Area |
| THURS | 1/29/2015 | 5:00PM | 6:30PM | TBD - DREW BREES | NO | Microsoft Activation Area |
| THURS | 1/29/2015 | 5:00PM | 6:30PM | TBD - BLAKE BORTLES | JAX | Microsoft Activation Area |
| THURS | 1/29/2015 | 6:00PM | 8:00PM | THOMAS MORSTEAD | NO | PLAY 60 YOUTH CLINICS/PLAY 60 ZONE |
| THURS | 1/29/2015 | 6:00PM | 8:00PM | ERIC EBRON | DET | PLAY 60 YOUTH CLINICS/PLAY 60 ZONE |
| THURS | 1/29/2015 | 6:00PM | 7:00PM | EDDIE LACY | GB | Castrol Activation Area |
| THURS | 1/29/2015 | 6:30PM | 7:00PM | TBD | | PLAY 60 ZONE ZEBRA DANCE |
| THURS | 1/29/2015 | 7:00PM | 8:00PM | DeANGELO WILLIAMS | CAR | GMC Activation Area |
| THURS | 1/29/2015 | 7:00PM | 9:00PM | ANTONIO CROMARTIE | ARZ | NFL Experience Autograph Stage |
| THURS | 1/29/2015 | 7:00PM | 9:00PM | TBD | | NFL Experience Autograph Stage |
| THURS | 1/29/2015 | TBD | TBD | DEMARCO MURRAY | DAL | Stats Zone |



Iron Chef Marc Forgione was present to cut up the body of Lisa Douglass on 1/29/2015. Given the amount of people involved it impractible to sue them all. For some reason they wanted to rape and torture Lisa for her body parts and did sell her eggs to City Fertility and her transplanted egg made a baby as admitted in documents and this is unfair under Bivens.

Her parents falsified records to order Lisa and others murdered, for Saudi Arabia and USC and Exxon and kept them enslaved for the City of Los Angeles, USC and Exxon.

Lisa's Case BC648115 will detail that not only did USC admit to stealing Lisa's bones, eggs and facial muscles and brain, but also that unconsented spinal procedures were done with intent to torture and murder her in great Britain and in Los Angeles at an NFL shop and Microsoft Shop under Chef Magione (who is hired to cut up bodies). An investigation of Phillip Morrris acts in Great Britan prove that not only did Philllip Morris and their agents try to kill Lisa for whistleblowing but that she is owned by the World Bank, RPM and APPLE who routinely tortured American White Women for their eggs and bones calling it currency. Thus, this complaint covered Civil Rights to not be tortured, tested, observed, raped and withheld rights to, as well as SEC Act violations. I have severe brain damage from removal of much of my brain on order of Phillip Morris, who first exposes women and men to Cigarettes, to claim they removed cigarrete containing waste (which was the women and men's trademarks). Then spoiled evidene in conjunction with UC Regents, USC, and the World Bank to hide the criminal activities, false instruments and intent to torture and Murder Lisa and many other white Chrisitnas for Saudi Arabia who under the world bank Keeps us as slaves which is unconsntitionl and against International laws of torture and as free citizens we want our faces and bodies restored, our stolen property and currency and food returned and money to live as our livelihoods through World Bank, LACCD and Phillip Morris have been blackflagged and redlined to prevent healthcare for the damges these Defendants caused and continue to cause. .

Philip Morris removed the case to Federal District Courtunder the federal officer removal statute, which permits removal of an action against "any officer (*or any person acting under that officer*)of the United States or of any agency thereof," 28 U. S. C. §1442(a)(1)(emphasis added). The federal court upheld the removal, ruling thatthe complaint attacked Philip Morris' use of

the *Government's* method of testing cigarettes and thus that petitioners had sued PhilipMorris for "acting under" the Federal Trade Commission. The EighthÇircuit affirmed, emphasizing the FTC's detailed supervision of the cigarette testing process and likening the case to others in which lower courts permitted removal by heavily supervised Government contractors.

*Held:* The fact that a federal agency directs, supervises, and monitors a company's activities in considerable detail does not bring that company within §1442(a)(1)'s scope and thereby permit removal. Pp. 3–

Plaintiff alleges the following based upon personal knowledge as to plaintiff and plaintiff's own acts and upon information and belief as to all other matters based on the investigation conducted by and through plaintiff and interview with other victims which included, among other things, a review of U.S. Securities and Exchange Commission ("SEC") filings by Philip Morris International Inc.; ("Philip Morris" or the "Company"; "EXXON" AND "INTERNATIONAL BUSINESS MACHINES""APPLE" AND IBM AND FACEBOOK FILINGS, Company (plural to include all) press releases, earning calls, analyst reports, and media reports about the Company As well as investigations into the Exxon via University of Southern California, Keck School of Medicine, Cedars, Kaiser and UC Board of Regents and Los Angeles Community  College Board of Trustees, Sharon McCutcheon, Priyanka Bhanot aka Agarwal, Kaiser spoiled documents

Located at 2013 Baldwin Park Medical Center - Kaiser Permanente and Priyanka Saini;

(Lisa's healthplan); WORLD BANK OWNERSHIP OF ME AS A PERSON; APPLE ORDERING

ME (A PROTECTED COMPUTER DESTROYED BY TASLIMI CONSTRUCTION) AND all land

deeds, fake reports and fraud initiated to order gang rape and killing of me by brain

death and cutting off huge chunks of my face and stealing ovum to sell them and so

the NFL can do brain studies and illegal spinal studies

Each Defendant organized violence related to such securities and obstructed justice

against Lisa for her gang rape, ovum theft and facial and spinal and brain mutilation, in

retaliation for speech of Plaintiff and her lawsuit in State Court #BC648115 and then

denied all treatment related to the violent injuries undertaken upon her (for over 5 years)

Defendants all work for "Company" and "Kaiser" and "Exxon" contacted through

communications through her trusted surgeon who was actually selling her for mutilation

as a hate crime against her race and gender and Christianity and Republican status and

did "kill women and men" by stopping their hearts and causing brain death by using an

FDA shock-system to "kill" then cut out by lobotomy "brain" of innocent healthy

Americans seeking plastic surgery to seize their organs (including inter alia their eggs,

face and brain). FURTHER did sabotage aircraft by murder, did destroy protected

computers and did steal eggs bones and currency from the faces and bodies of investors,

to sell them calling them "social media." Phillip Morris admits in research to attempting

to murder LIsa by exposing her lungs to toxins as a hate crime, after gangraping her and

violently tearing out her facial bones eye glands and brain tissue, and "filling a dry hold"

according to Texas Commisison on hate crimes for Exxon and Chevron.

301

WORLD BANK GROUP is a Saudi Arabian group holding Americans in Detention and has engaged in torture and gangrape against them. They have been doing this for years, as will be detailed but are currently the holders of Lisa as a slave in a system that is highly unconstitutional. Did detain her in 2015 through a complex system used by Cedars Sinai, UC Regents and LACCD and USC that lured women to plastic surgery with intent on brutal gangrape and injury by stealing their facial bones, muscles and brain matter as well as their eggs to sell them. That the WORLD BANK GROUP prefers White Christians as slaves, constitutes genocide by a government as they acted for the United States employing cutters to sneak in to steal the women's property knowing they were being held illegally by Cobalt.

Given Eric Garcetti owns the Nuclear Decommissioning License, it is clear, he hired agents to murder Lisa claiming the Shell Oil Contract that would mutilate her "he didn't want exotic persons in his community". Why would he sterilize her and order her gangraped then? That is RICO violation.

World Bank Group's practice violates torture conventions, international laws and United States constitutuional laws that forbid slavery and torture. Due to the numbers working for World Bank Group. Lisa and the other victims have been tracked and tortured overseas and withheld rights to work, mutilated, and gangraped, had their eggs stolen by former employers acting for Educational facilities, which is unlawful, given their agent Koch Industries, Carol Ann Emquies placing them on a do not buy list and Kat Lewin who targeted lisa, ran a bullying campaign against her at UC Irvine and wrote a letter of

intent to murder her for her body parts..

The Scheme goes through all major institutions and has prevented Lisa from gainful employment or healthcare.

At Some point during Lisa's activiies onine World Bank deciced to try to murder her and did such actions with other large multinationals which included Phillip Morris and their agents Andrew Frankel, Lucian Ion, Ashkary Gregor Bran who reside in Great Britain but were acting under authority here. Which is unfair competition to murder someone or mutlate them to lose impact online.

Further, Lisa's parents work for Rockefeller Foundation which put out a sinister books of using Whtie women as slaves for rape and torture.

Though my case cannot possibly cover all agent of the World Bank, I will list the ones I know and detail for your that the World bank is unlawfully humanly harvesting people while living, then stealing their eggs for sale and their brain tissue so they cannot fight back. Through a complex scheme. Mark Lauren Documents cutters that work for the FDA and are USC students. All such violence towards women should stop. Especially since UC Regents is organizing the torture through a public Univesrity using the World Bank to enslave women they find who study their.

Lisa and 24 others have been kept unlawfully for rape, torture and other inhumane abuses

303

by the World Bank Group, and Apple and it's factions. Which is unconstitutional.

BACKGROUND

Lisa and 24 others went for minor plastic surgery and came out with a war weapon installed by Elon Musk (which he said didn't work the first time, so he had to cut out the first one and replace it in 2018 to control, and restrain Lisa). World Bank Group not only kept the women falsely Detained for years, but then tortured them repeatedly by withholding care, and ordering them mutilated and gangraped and lobotomized. These actions cannot be said to fall into any legality under any law.

**Antitrust** laws prohibit a number of business practices that restrain trade—given Lisa and the other victims are restrained by violent means AND their faces and bodies destroyed BY VIOLENT BEATING their spines crushed and their brains stolen, and then they were covered with illegal filler and then flagged so they could not work, Phillip Morris and agents and affiliates did restrain trade in the market. Examples of illegal practices are price-fixing conspiracies, corporate mergers that are likely to cut back the competitive fervor of certain markets, and predatory acts designed to gain or hold on to **monopoly** power. Phillip Morris conducted predatory practice to gain monopoly hold on the market and the women were raped and tortured and also to gain hold the market and deprive the investors of a fair market. Further, the women and men were ordered Dead on Arrival to harvest them, which was not honest and kept the women enslaved when making their investment. Such

304

defendants did cash out insurance after killing the women and men who were primarily White Christians. Such defendants did set forth a curriculum of hate towards White Christians and did brag about the eradication of White Victims in Los Angeles City College Classes where LIsa was teaching, then she lost her job at Los Angeles City College without ever been given a reason why. Further UC Regents cashed out loans and life insurance policies from their own students, which is disgusting abuse of people and illegal in education and unfair lending. Then, they spoiled evidence by scattering it throughout California, where Lisa and the other victims obtained it.

Phillip Morris International did try to murder Lisa for her whistleblowing as can be found in research in London, use contractors and cutters from USC, Keck, Children's Ken Wong, and Chia Chang and Chia Soo, Gregor Bran aka Greg Baran, Andrew Frankel, to steal violently currency located within the body of innocent travelers without consent. Then falsify records, tamper with lawsuits, under the theory that the Holocaust victims had no rights (thus neither did these investors who were enslaved to procure their body parts), so these men and women have no rights either, thus agents of Phillip Morris flagged the women's charts to prevent any surgery to create longterm torture after stealing their currency with knives located from within their body. The women did not smoke, so Phillip Morris exposed them to smoke to then claim they were a smoke delivery system or a cigarette that Morris could Cut and Sew.

Musculotransplant Foundation, Orthofix, Stryker, and One Legacy use contractors like

LA County Art Museum, British Museum, Oxford Museum of Modern art, Metropolitan

Museum of Modern Art, NFLPA (National Football League Players Association), TSA,

DEA, Fowler Museum, Hammer Museum and a system of "cutters" employed by Waste

Management, Mark Lauren, LA County Board of Supervisors, One Legacy, Federal

Reserve, University of Southern California to pose as plastic surgeons (according to Les

Wexner and given fake titles as doctors to procure patients) with intent on defrauding the

public through a system set up to "murder them," for their organs.


Defendants NFL did commit Brain death and cardiac arrest and commit severe head

injuries on innocent travelers seeking plastic surgery to then rape and murder them (by

cutting out giant chunks of their brain and exposing them to toxins so they would die),

even Jared Leto for the airforce set up a sex with dead people organization called

Necromancia to substantiate my claims of intended rape and DOA status allowing rape

with dead people even though we are alive.


Lucian Ion and Andrew Frankel at all times relevant acted for and under the authority of

Phillip Morris International and their agents and affiliates Exxon, Apple, IBM and

Facebook, RPM and Guardian, ELON MUSK, USC, Keck, Raytheon who admits to

"murdering" Lisa in the Press.


Through and organized system of Fraud that included killing victims on paper and

placing them in OTHER JURISDICTIONS like the Crick Society, Cobalt Prison, then

mocking them in the press after mutilation and rape by seizure of their money from

within their body calling it currency, DEFENDANTS engaged in modern slavery of the
victims, prevented healthcare and seized all rights to financial gain or profit through
flagging, redlining and Placing victims on a do not buy list after admitting to "murder"
and "Cutting out bloody chunks of brain and tissue".

SHARON MCCUTCHEON ordered transgender surgeries through and by Getty and
Kaiser Entities claiming the women and men had no rights, after ordering to severely
disable them, THEN spoiled evidence on the streets in Los Angeles. Thus tampering with
their gender appearance and rights to fair and equal treatment by law, then placed them in
prisons like Riker's Island and placed flags on their charts so they would be deprived all
rights to any healthcare or employment. At all times relevant Sharon acted for the Getty
Family, Kaiser and Phillip Morris and Exxon to enslave and torture innocent Americans
she had never met.

Such Defendants spoiled documents found in the City of Los Angeles related to illegal
surgeries and detentions ordered by Priyanka Bhanot, aka Priyanki Sharma aka Priyanka
Saini Agarwal AND unlawful counterfeit medicare documents related to Dalia Sandogh
and Ryan Navi of Kaiser, Phillip Morris International and John's Hopkins (and other
defendants). Plaintiff believes that substantial additional evidentiary support will exist for
the allegations set forth herein after a reasonable opportunity for discovery, though
Plaintiff has ample invoices, psychiatric reports claiming patients need extreme treatment
to their spine and brain, printouts, Blue Shield Insurance invoicing, admissions of
lobotomies and illegal justifications of violent spinal surgeries that will result in

307

permanent disability for the Class but "Company" and "Exxon" retain the power to give

the men and women the right to healthcare through and by Piryanka Bhanot; aka

Priayanki Sharma who without consent created reports from those acting for the

"Company" and "Exxon" and Kaiser in a safe location away from her house so the

government and its entitites cannot destroy it.

Elon Musk further, with intent on purchasing and torturing a human being did put a

misleading statement about Lisa in the press on November 27, 2018 , when he was really

buying a human being for torture as his experimental permit will prove to sew in a chip

that was meant to murder Lisa and prevent her from smiling. LIsa was gangraped by

Musk's employees and all were present during the mutilation  and "gathering of two large

illegal payloads" from within Lisa's body.

On August 7, 2018, Musk tweeted to his 22 million Twitter followers that he could take

Tesla private at $420 per share (a substantial premium to its trading price at the time),

that funding for the transaction had been secured, and that the only remaining uncertainty

was a shareholder vote.  The SEC's complaint alleges that, in truth, Musk had not

discussed specific deal terms with any potential financing partners, and he allegedly

knew that the potential transaction was uncertain and subject to numerous contingencies.

According to the SEC's complaint, Musk's tweets caused Tesla's stock price to jump by

over six percent on August 7, and led to significant market disruption.

"Corporate officers hold positions of trust in our markets and have important

responsibilities to shareholders," said Steven Peikin, Co-Director of the SEC's

Enforcement Division.  "An officer's celebrity status or reputation as a technological

innovator does not give license to take those responsibilities lightly."

308

"Taking care to provide truthful and accurate information is among a CEO's most critical obligations," added Stephanie Avakian, Co-Director of the SEC's Enforcement Division. "That standard applies with equal force when the communications are made via social media or another non-traditional form."

And as such Priyanka Bhanot of Kaiser, UC Regents acted as an agent of Phillip Morris claiming the injuries she ordered conducted made the travelers "not disabled" without ever examining the victims.  In the spoiled documents it claims she is a secondary provider.

Priyanki Agarwal/Bhanot of UC Irvine (where Lisa was procured for rape and torture) claims to be a secondary provider who had no relevant knowledge of the victims, instead twisted, amplified and created false statements constituting torture by withholding healthcare for both Company and Exxon and Kaiser to ensure human experimentation and violent torture on the victims by withholding care and "ordering the investors, and travelers" dead on arrival using people like Sue Peters, and John Stendal (who used fake names to create such fraud) and are Lisa' parents.

Such practices have included denying patients the right to informed consent, using pseudoscientific frameworks such as race science, and torturing people under the guise of **research.**

LISA'S parents Sue Peters and John Douglass also falsified records of (Death) claiming to be Janet Valdez, John Stehndal and others for entities related to the

World Bank, Phillip Morris International, Exxon, Apple, IBM and Facebook, Disney
with intent on murdering innocent Americans and taking away their legal rights
with intent on using Innocent Americans for transplantation for ISLAM for the
County of Los Angeles (who requires transplantation be taken from Living bodies)
and to study torture for Jewish Holocaust by burning (calling it Salem's burning of
the Witches).

At all times relevant Sue Peters and John Douglass and Dina Douglass withheld care
after profiting on Lisa's torture. Sue Peters ad John Douglass were employed by
Kaiser and Exxon, USC, World Bank and Phillip Morris  and the Rockefeller
Foundation and were in a cult that targeted White Chrisitan Nations for this torture
and others on this list and were in a position to ask for Kaiser to help Lisa and did
not.

When Defendants organized her lobotomy with other Defendants they did such to
murder her and with intent to hide criminal conduct. When her Parents Sue and
John Douglass withheld her rights to live there knowing she had spinal crushing
surgery and brain surgery and facial crushing surgery in a fight club situation, they
displayed a tortuous goal not only against their daughter but against all Americans
who were injured by being placed in Cobalt—a fake prison system designed to
deprive rights to White Christians Nationals claiming racial healing and to fulfill
credits for Nurses at LACCD who gives the Nurses legal rights to mutilate healthy
women and men by placing them in a torture technique (as Detailed in the Allied

Nursing Manuel, gives authority to them to Reduce $CO_2$). This torture went through Public Facilities like UC Regents, Museums and was designed with Defendants to torture Protected Computers and Destroy them to steal their Trademarks, cultural objects and life savings.

Sue Douglass and John Douglass tortured their daughter by hiding the fact of the scheme and making fun of her being "cookies" Which is UC Regents Mona Simpson's code word for stolen body parts as defined in her story "Lawns". Further, her parents subjected her to torture by cutting off giant chunks of her hair to sell and make products from as a child, subjecting her to spinal classes, due to being placed in the torture program as a child which is child abuse as Lisa had no spinal injuries or spinal issues except caused bby NFL and Microsoft and Phillip Morris and USC and Exxon and their agents and forced her to undergo an abortion and took 400,000 for her unborn baby to sell it to big pharma yet never helped her or gave her proceeds from their patents and fake crimes they created to defraud the system.

Sue Peters and John Douglass acted with malice towards their daughter and tried to murder her with other Defendants by using spy Kat Okomoto with intent on murdering their daughter in Great Britain and also placed her in a program that prevented her advancing in any career, then claimed she was a "loser" when justifying her murder, when they themselves placed her on a list that withheld normal rights. At all times Sue Peters and John Douglass made false statements with the help of the LAPD, created false crimes and signed implements using false names

with intent on harming White Crhistians through a curriculum of torture enacted for enemies of America through UC Regents and Los Angeles City College and University of Southern California.

.

## PLAINTIFF

Plaintiff Lisa Douglass is a Los Angeles County resident and has been deprived work, insurance and healthcare due to the scheme of murder for hire by Defendants. Plaintiffs 1-24 were severely injured at Andrew Frankel's office, and Lucian Ion's offices in Great Britain by Phillip Morris and their agents as listed and defined.

Lisa was tortured by her parents. They placed her sister in Private Schools and gave her money for college but made sure not to afford lisa any of the same opportunities and placed her In the gifted program which would subject her to inhumane cruelty.

The other victims of Andrew Frankel, Phillip Morris, Lucian Ion (who caused one woman to commit suicide as to his actions of violent cutting off her nose and mutiliating her) and Lucille (Last names unknown) who killed herself from being deprived care after Barry Eppely injured her by cutting out all her bones and muscles and exposing her to "heat" implements created by Phillip Morris's investment calls; live in California and outside of the country, where Phillip Morris routinely "murders women" calling it investments.

.

312

According to fact, my parents Escrow documents go to CT Corp, SAMSUNG, NNAI (aka National Native Association Incorporated and 1-13171, which leads to Harvard.

One cannot gangrape and torture women, yet Phillip Morris has and did attempt to murder Lisa with he help and blessing of people she had already sued, USC< Keck and Xavier Beccera. Thus this is also a murder for hire case, which incorporates unconatitutional "murder for hire" "uninvestigated rape" and "installing torture devices to restrain victims with chemicals and physical muscles restraint".

## UNDISPUTED FACTS

After Lisa Douglas sued for rights to her records and to healthcare in state court BC648115 for two years because she could nto breathe from two inches of her jaw being cut out and all of her facial muscles burned off with lasers and gangraped and her ovum stolen from 2017-2019 and having Exxon and Company PMI and their agents engaging in payoffs to lawyers and experts and withholding right to healthcare or advancement of the case or work or insurance, Lisa was targeted by Company and Exxon, Phillip Morris, IBM, Apple, Facebook, Google and others RPM (her building manager) and Guardian owner Holman for murder in Great Britain to quiet her right to speech and in retaliation of whistleblowing related to the claims herein and then bragged online in magazines about murdering her and cutting off her muscles in her face and stealing her eggs.

313

After University of Southern California Admitted to Seizing LISA'S bones, eggs, tissue and other organs and currency (in CALIFORNIA State Court case BC648115) without consent in state court (available by transcript) *claiming she donated them*, and flagging her chart with her identifiers (to do both constitutes illegal research by disclosure of HIPPA to prevent healthcare and by identifying the victim to prevent healthcare); Judge Terry Green ordered Lisa to expose who the doctor was in Great Britain that had helped 6 victims rebuild their noses after Andrew Frankel used cutters for Phillip Morris to cut them out of their faces and expose them to toxins in attempt to kill them (an agent for PMI, Kaiser, USC, UC Regents and Cedars agent) and then such parties did contact Mr. Lucian Ion of Cavendish, Weymouth, King's College, Crick Society and many others entities to engage in further torture and used communications and mail to get Lisa to come back via air travel through Phillip Morris international, Exxon, IBM, Apple, The World Bank, Rowland, Facebook, Google and attempted to kill Ms. Douglass by stealing more of her brain tissue and cutting off her upper jaw with fire and knives and eggs and bones calling it, "inflation" by a hate crime in stealing more organs, claiming rights to study Republicans and racial healing agendas.

At both facilities because Lisa was ordered dead on paper she was gangraped.

NO LAPD or FBI would look into Lisa's mutilation and gangrape. However, the Medical Board claimed she didn't have proof of Mark Urata Stealing bone and eggs stolen by Paul Hackmeyer. But she actually does have proof as someone threw out they documents showing ovum theft and bone theft in 2015 related to Dr. Andrew Frankel's location.

314

PMI and their agents, licenses and others engaged in a hate crime against Lisa for her speech and tried to kill her for being a social figure with numerous followers. Further, preventing healthcare or disability constitutes unconstitutional actions and slavery under the Fourth Amendment and the Thirteenth Amendment and unfair excessive fines as UC Regents allowed her to take loans without saying the would kill her to extract a debt.

At all times relevant RPM was Lisa's landlord at her building. She had been threatened by Gidon Roseman (acting for RPM) for years claiming he would silence her forever and kill her.

RPM acts under different names RPM wood Finishes Group, Inc. And GIS which acts as their distributor. Frank Gibson is their owner, Though Lisa has been wronged and attempted to be murdered twice by people she knew and did not know, the longterm torture these parties engaged in and payoffs to prevent legal teams and prevention of healthcare is torture and constitutes unlawful human experimentation for profit and denial of legal help the victims, is unconstitutional.

RPM is a Nevada corporation with its primary place of business in Hickory, North Carolina.

g. Ronnie Holman has been President of both Guardian and RPM since October of 2002.

Guardian Innovative Solutions, a Pennsylvania corporation based in Pitcairn,

315

Pennsylvania, is a Gibson family-run business that, together with its predecessors, has

been a warehousing distributor for Guardian for nearly three decades.

b. Frank Gibson is GIS's President.

c. Guardian was incorporated under the laws of the State of Delaware on January 14,
2000.

c. Guardian's primary business location is in Hickory, Delaware, though they also
conduct business in California subject to these allegations.

Each party, including Holman, and RPM acted in conspiracy to commit murder for hire

an innocent citizen who did nothing wrong except be lured by two violent "USC Cedars,

PMI and World Bank" actors, when Lisa was not a threat to anyone and presented no

security risk.


Further, sterilizing white women and men presents genocide and persecution by placing

the women in Cobalt, the CIA's secret prison system. Weymouth Street Hospital Admits

that they do not have all the records as to the attempted murder Lisa and did admit she

was raped in documents that will prove SMART people were at the facility 11/27/2018,

wherein Lucian Ion took out a Larceny document with intent to disfigure and steal Lisa's

facial bones and eggs after she paid 148.000 to rebuild her jaw. Online it can be seen he

took over 2,000,000,000 to disfigure and turn her over to USC and Phillip Morris and

Elon Musk for rape and torture.


Given Lockheed Martin, Nasa and USC and Keck were present at the facility on

11/27/2018 trying to kill Ms. Douglass by lobotomy and torture for her lawsuit and did

use communications to organize the "murder" with Mr. Lucian Ion acting at all times for

316

Phillip Morris, Exxon and USC, UC Regents and LACCD and others to murder Lisa, this is a hate  crime and persecution by a government and it's contractors against an innocent American.

Weymouth Bookings      8:12 AM

RE: WSH - Notice of email to be received encrypted

To:  lisa douglass

Dear Ms Douglass,

We have received your consent form to be able to send you your records. However, please be aware that we can provide records for The Weymouth Street Hospital only.

Kind regards,

**The Bookings Team
Weymouth Street Hospital**

Tel: (020) 7935 1200

## Introduction

1_._ _This Civil Rights _lawsuit asks whether _school systems and publically traded companies can target White Christians for murder and dismantling and sell them for sexual acts and destruction and steal their eggs then redline them to prohibit movement to subject them to torture and loss of Constitutuionally guarded rights under Bivens Fourth Amendment and Thriteenth Amendment and Eighth Amendment?

317

2 .   In addition to seeking the return of their unconstitutionally seized cash, food and other cultural objects and compensatory damages and release death status and removal of the flags on their charts (the secret prison system which allowed defendants to torture victims and evade detection) and order to remove their installed devices. Named Plaintiff Lisa Douglass and Does 1-5 seek declaratory and injunctive relief on behalf of an international class of individuals who have been or will be subjected to unlawful and unconstitutional cash seizure policies or practices at airports across the country and worldwide. Further, our cash includes eggs, and we have proof of vaginal entry and egg theft, which is against the law in California for any purpose and presents unlawful CRSPR and cloning.

10.    THE CITY OF LOS ANGELES, LOS ANGELES COUNTY BOARD OF SUPERVISORS, LOS ANGELES COMMUNITY COLLEGE BOARD OF TRUSTEES, UC Board of TRUSTEES, CEDARS HEALTH SYSTEM AND JOHNS HOPKINS MEDICINE, UC Board of Trustees and their agents follow practices and policies which are discriminatory to white Christians women and men by ordering such seizure as to white women and men's egg's and facial bones and brains calling it "currency"  to study gender reassignment without consent, their agent Priyanka Bhanot claims the women and men have PTSD after she orders their spine drilled out and brain stolen (Priyanka Agarwal works for the World Bank; UC Regents, the Gettys, Phillip Morris International and Lisa's healthplan who denied all care after such torture).

Cedars did falsify deaths and did steal bones and eggs together with tohers.



GENERAL ANESTHESIA SPECIALISTS PARTNERSHIP
PO BOX 515108
LOS ANGELES CA 90051-5108

Phone Number 213-637-9700
Toll Free 877-714-4277
Office Hours 8:00 AM TO 4:00 PM

| Statement Date | Account Number | Amount Due | Amount Paid |
|---|---|---|---|
| 5/18/2011 | 25514 | 740.44 | $ |

VISA

Minimum Payment Due 740.44

Make Check Payable to: GENERAL ANESTHESIA SPECIALISTS PARTNERSHIP

SNGLP
DALIA SANDOGH NAVIDZADEH
849 S SHENANDOAH ST APT 110
LOS ANGELES CA 90035-1789

REMIT PAYMENT TO:
GENERAL ANESTHESIA SPECIALISTS PARTNERSHIP
PO BOX 515108
LOS ANGELES CA 90051-5108

☐ Check this box if your address is incorrect or your insurance information has changed. Please indicate the change(s) on reverse side and return this statement.

PLEASE DETACH AND RETURN THE TOP PORTION WITH YOUR PAYMENT.

## FINANCIAL STATEMENT

| DATE | REF # | DESCRIPTION | CHARGES AND CREDITS | INSURANCE PENDING | GUARANTOR BALANCE |
|---|---|---|---|---|---|
| | | (Continued from the previous page.) | | | |
| 03/04/2010 | | CHARITY WRITE-OFF | -11.23 | | |
| 07/26/2010 | | CHARITY WRITE-OFF | -11.22 | | |
| 07/27/2010 | | Ref # 2711194 from BLUE SHIELD OF CALIFORNIA | -26.20 | | |
| 07/27/2010 | | Coinsurance 22.43 | | | |
| 07/27/2010 | | CONTRACTUAL WRITEOFF REVERSAL | 37.42 | | |
| 05/17/2011 | | REVERSAL OF CONTRACTUAL WRITE OFF | 55.16 | | |
| 07/14/2009 | 99231 | Subsequent hospital care | 204.00 | | 55.16 |
| 07/31/2009 | | Claim to BLUE SHIELD OF CALIFORNIA | | | |
| 08/21/2009 | | Ref # 2033222 from BLUE SHIELD OF CALIFORNIA | -26.19 | | |
| 08/21/2009 | | Contractual write off | -166.58 | | |
| 08/21/2009 | | Copay/Coinsurance 11.23 | | | |
| 02/16/2010 | | Guarantor Responsibility | | | |
| 03/04/2010 | | CHARITY WRITE-OFF | -11.23 | | |
| 07/26/2010 | | CHARITY WRITE-OFF | -0.01 | | |
| 07/27/2010 | | Ref # 2711194 from BLUE SHIELD OF CALIFORNIA | -37.41 | | |
| 07/27/2010 | | Coinsurance 11.24 | | | |
| 07/27/2010 | | CONTRACTUAL WRITEOFF REVERSAL | 37.42 | | |
| 05/17/2011 | | REVERSAL OF CONTRACTUAL WRITE OFF | 55.16 | | |
| 07/15/2009 | 99231 | Subsequent hospital care | 204.00 | | 55.16 |
| 07/31/2009 | | Claim to BLUE SHIELD OF CALIFORNIA | | | |
| 08/21/2009 | | Ref # 2033222 from BLUE SHIELD OF CALIFORNIA | -26.19 | | |
| 08/21/2009 | | Contractual write off | -166.58 | | |
| 08/21/2009 | | Copay/Coinsurance 11.23 | | | |
| 02/16/2010 | | Guarantor Responsibility | | | |
| 03/04/2010 | | CHARITY WRITE-OFF | -11.23 | | |
| 07/26/2010 | | MISC POSITIVE ADJUSTMENTS | 11.23 | | |
| 07/27/2010 | | Ref # 2711194 from BLUE SHIELD OF CALIFORNIA | -48.65 | | |
| 07/27/2010 | | CONTRACTUAL WRITEOFF REVERSAL | 37.42 | | |
| 05/17/2011 | | REVERSAL OF CONTRACTUAL WRITE OFF | 55.16 | | |
| 07/20/2009 | 77003 | Fluoroguide for spine inject | 204.00 | | |
| 08/05/2009 | | Claim to BLUE SHIELD OF CALIFORNIA | | | 71.86 |

PLEASE REMIT PAYMENT WITHIN 10 DAYS OR YOUR ACCOUNT WILL BE TURNED OVER TO AN OUTSIDE AGENCY FOR COLLECTION.

| | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total |
|---|---|---|---|---|---|---|
| Insurance Pending | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Guarantor Responsibility | 0.00 | 0.00 | 0.00 | 0.00 | 740.44 | 740.44 |

GASP

PAY THIS AMOUNT 740.44

General Anesthesia Specialists Partnership 213-637-9700

Page

7.      Defendants University of did spoil evidence and defamed their victims using the press and caused victim to travel with intent on murdering her and for another paid for a commercial sex act which culminated in by cutting out her brain and exposing her to poisons (acting for Phillip Morris, with intent to kill her in an elaborate scheme that included her parents), in retaliation of Free Speech and her The "murder-for-hire" statute, 18 U.S.C. § 1958.

                            .

8.      The research committed to create a product was made by seizing currency by using "cutters" CHIA CHANG; Zachary White; Christina Wheeler; Euseblo Saldan:  O'Shay Nunn; Raymundo Guzman, and Dr. Lucian ion and Gregor Bran (calling Lisa "pills") and others unknown did cut out brain and egg tissue as well as facial tissue and was not intended to benefit the subject and fake instruments were caused to "kill them" and extract payouts from their "death" then fenced tissue to Samsung, Cheil Industries, and others, in violation stolen organ theft laws and in violation of the fourth Amendment and Thirteenth Amendment. These "found" documents claim the women and men had a hard time sleeping so "they would be" drilling out their brain and spinal column to install a restraint system in violation of codes and policies which prevent "ongoing restraint."

1.  UC BOARD OF TRUSTEES and those acting on their behalf (Born This Way Foundation; BRIAN CENTER HEALTH AND REHAB, Lasky Clinic, VIRGINIA MENNONITE REHABILITATION; Weymouth Trading, and WOODLAND CARE CENTER, VMRC and their agents) DID use vacuums and

suctions to harvest tissue, facial bones, brain tissue, bones and eggs which violates the statute with intent on causing brain death and did perform Illegal spinal surgery to place Lisa in restraints so she cannot smile or eat easily, Did falsify facts related to informed consent (calling the women GAMING or PILLS or LOTTERY) and insurance and did illegally steal and fence tissue of the victims signing documents illegally claiming they were "low value" then selling them as real property for billions, then conspired to withhold care after maiming and causing brain damage and intractable injuries and then did spoil documents related to two ongoing cases in State court. Did target students for use in the program through assets beyond their statutory authority to cause injury to the health, brain death, and well being of their students, and employees constituting discrimination in education. And did attempt to commit murder upon Ms. Douglass in Retaliation of whistleblowing **victim to travel with intent on murdering her, in retaliation of Free Speech and her The "murder-for-hire" statute, 18 U.S.C. § 1958**. **These policies or practices violate the Fourth amendment, Eighth amendment, First Amendment and thirteenth Amendment.**

2. ALPHABET, INC, GOOGLE, GOOGLE LLC have policies or practices that violate the constitution by limiting free speech and cutting heads to justify screening initiatives to those that use their platforms by censoring those who had currency seized this way by the TSA and DEA. This violates fourth Amendment and First Amendment rights to free speech and Free Trade and represents torture..

3. Mr. LUCIAN Ion together with others (Warwick Marchant, Gregor Bran,

Andrew Barker, Gordon Varney USC, KECK SCHOOL OF MEDICINE's Mr.

Magee, Exxon, British Museum, Crick Society, UC Regents and others acted

for Phillip Morris International and Exxon and TSA and DEA), did attempt to

murder Ms. Douglass through violent means (of drilling out her spine and

seizing brain and facial bones and tissue on order from Phillip Morris

International and Xavier Beccera signed the order as a State official and

subjecting her to such violence through collaborating with USC and Keck

Medicine, who THEY knew she sued and did subject her to severe brain

injury (AND LOBOTOMY for sale as allografts), and trauma AND beat her face

without consent and did falsify records by lifting her signature and placing it

on an organ donation form, then withheld her right to records and the true

procedures after knowing she had been almost killed by USC agents and UC

Regents agents using TSA and DEA loopholes in 2015. Lisa was raped at both

facilities.

4.   The Study with Weymouth's name on it claims that Many many parties

subjected Plaintiff to violent trauma and then "excavation" ie. organ theft. Mr.

Ion lied repeatedly using devices, artifice and coercion to get Lisa to return

with the intent on raping, maiming and murdering her by lobotomy and

cutting out more of her facial bones.

5.   DR. Lucian Io lied about who A. Kadachi, C. Howell and M. Holland  were and

the fact that he disclosed Lisa's whereabouts in conspiracy to commit murder

323

and cut and cut and cut off her nose (as admitted in The Register's Boeing
Article that claims to have "Killed her" "after cutting off most of the nose and
dragging it downward" and cause brain death upon her by lobotomy, did
order her Dead on Arrival and due to being dead did gang rape her and beat
her until she was almost dead did cause her to travel internationally to
commit brain death and murder (by contract) and violent injury upon her
and failed to protect her from USC, Keck and Children's Hospital's retaliation
through attempted murder causing **victim to travel with intent on
murdering her, in retaliation of Free Speech and her The "murder-for-
hire" statute, 18 U.S.C. § 1958 to knowingly convert her body** . **These
policies or practices violate the Fourth amendment, Eighth amendment,
First Amendment and thirteenth Amendment.**

1. EXXON MOBILE follows policy or practice that violates state and federal laws,
   demolishing women at Lasky Clinic, then claiming critical WHITE systems
   were on fire. Injuring WHITE women by arson and torturing them without
   cause or consent, falsifying consent through their agents, claiming the
   women and men had no insurance then using their influence to prevent
   employment, insurance payouts and medical care, constituting longterm
   torutre, using TSA's and DEA's policy and procedures in violation of causing a
   **victim to travel with intent on murdering her, in retaliation of Free
   Speech and her The "murder-for-hire" statute, 18 U.S.C. § 1958 and did
   organize to mutilation and steal currency from Lisa on 11/27/2018 in
   retaliation for speech**.

2. THE WALT DISNEY corporation, aka "DISNEY" and agents acting on their behalf follows practices and procedures that violate the Thirteenth Amendment by killing WHITE women and men (DOA) and harvesting them and stealing eggs in violation of the Fourth Amendment while they are enjoying a protected right in a facility or park that enjoys federal funding for education and installing biological weapons to make the women and men ill in defiance of genocide laws. **These policies or practices violate the Fourth amendment, Eighth amendment, First Amendment and thirteenth Amendment.**

3. DUPONT CORPORTATION "Dupont" AND THOSE acting on their behalf follow practices and procedures that violate the constitutional right to freedom. DUPONT acted to murder ms. Douglass on 11/27/2018 overseas to cause severe brain damage and called her "pills." In the records. Dupont as such caused a **victim to travel with intent on murdering her, in retaliation of Free Speech and her The "murder-for-hire" statute, 18 U.S.C. § 1958. These policies or practices violate the Fourth amendment, Eighth amendment, First Amendment and thirteenth Amendment.**

4. NASA paid off State Farm Alec Korte to prevent payment for an injury while on the Lyft Platform (owned by Johnson Controls) from STATE FARM that took place on or about 6/07/2018. This payment presents obstruction and is in violation of Fifth Amendment rights to a fair trial, fairness in insurance and fairness in finances. NASA agents, (Ms. Douglass knew Paul Krasner personally) seized currency and injured Ms. Douglass at two facilities with

325

intent on killing her and caused **victim to travel with intent on murdering her, in retaliation of Free Speech and her The "murder-for-hire" statute, 18 U.S.C. § 1958**. These policies or practices violate the Fourth amendment, Eighth amendment, First Amendment and thirteenth Amendment.

5. KOCH INDUSTRIES, CAROL ANN EMQUIE, MOISES EMQUIES. follows practices and procedures that violate the organ transplant law and unjustly profit on these injuries by injuring victims by "acquisition" without any consent or legal privilege subjecting the women to intractable harm. These practices that flag charts as DO NOT BUY create a slave system as the women and men cannot work. CAROL ANN EMQUIES IS MY FORMER employer and undertook such conduct as a hate crime against me. These practices violate the Fourth Amendment and Eighth Amendment involving Cruel and unusual punishment. **These policies or practices violate the Fourth amendment, Eighth amendment, First Amendment and thirteenth Amendment.**

6. BILL GATES through his Bill and Melinda Gates Foundation follows practices and procedures to intentionally maim and mutilate White women & White men going in for plastic surgery claiming it is racial healing, and profits unjustly on bone and tissue theft and other crimes, then flags their charts to create longterm "slavery" of the victims. Bill Gates violates Fourth Amendment rights and First Amendment rights to right to self expression and Thirteenth Amendment rights and creates unfair competition and unjust enrichment in violation of Eighth Amendment and intentional mutilation. **These policies or practices violate**

the Fourth amendment, Eighth amendment, First Amendment and thirteenth Amendment.

7. JOHNSON CONTROLS, INTERNATIONAL BUSINESS MACHINES, did engage in foul play, through bribery and intentional censorship and publication of articles to mock the women and men they stole tissue from publishing articles that mention them in the Register calling them "fresh meat," or admitting to cutting out "ever larger chunks of bloody meat" and "a brain trust" showing intent and commission of a hate crime and murder and ongoing genocide. **These policies or practices violate the Fourth amendment, Eighth amendment, First Amendment and Thirteenth Amendment.**

8. LOS ANGELES CITY COLLEGE BOARD OF TRUSTEES, and the LACC ACADEMIC SENATE, KAREEM ABDUL JABAR, LOS ANGELES COUNTY BOARD OF SUPERVISORS AND ALL associates who use 849 S. SHENANDOAH address (who did spoil documents that Lisa and her associate found which includes Lasky Drive, and Department of Justice documents use of firearms to seize currency by violence) follows polices or practices that involve slavery, torture, intentional fraud of the federal programs and maiming of innocent White Christian Americans through a carefully hidden genocide program that they employ with their agents, USC and UCLA and CEDARS and the STATE DOJ. These policies and practices violate the Constitutional right to be free from slavery, The Thirteenth Amendment and violate the law as torture and touching by unconsented parties is illegal. In these policies are egg theft, sexual assault (as my father admits in his book The LOST LANGUAGE, aka

327

sexual praying) and sexual assault of students or travelers or anyone is illegal and removal of an ovum for transplantation is illegal. **These policies or practices violate the Fourth amendment, Eighth amendment, First Amendment and Thirteenth Amendment and VIOLATED the "murder-for-hire" statute, 18 U.S.C. § 1958 as their agents cut out brain on 11/27/2018, then made fun of cutting out bloody chunks of tissue in the press and "killing" and maiming by cutting off her nose and all hired were acting on behalf of the government.**

9. Gordon Getty, through his museums and in collaboration has polices or practices that violate the Fourth Amendment, Thirteenth Amendment and the Eight Amendment as he wrote a letter admitting to wanting to injure women and men's **reproductive value (ie. Their beauty and right to procreate)** and admitted to Robert Cooter of UC Regents to using gaming theory rather than truth in Advertising to accomplish his slavery goals. This is unfair competition and it is illegal to steal ovum for transplantion for any purpose or mutilate victims, yet his letters show a plot to mutilate victims with the help of Univeristy of Utah, UC Berkeley and UC Irvine (where Lisa Attended graduate school). Thus an admission to violate the law in writing to use a game rather than fair advertizing for his unlawful purpose and did cause **victim to travel with intent on murdering her, in retaliation of Free Speech and whistleblowing and her The "murder-for-hire" statute, 18 U.S.C. § 1958 as his agent Lisa Lapin is on the records 11/27/2018. These policies or practices violate the Fourth amendment, Eighth**

**amendment, First Amendment and thirteenth Amendment.**

10. CHIA SOO through her employers, which include DEA, UCLA, NASA, USC, CEDARS and others, follows practice and procedure to intentionally maim and mutilate white women as identified as a DEA agent and "cutter". She is in violation of rights to be free from violence in a facility that receives money for educational purpose and unjust enrichment at the expense of others. She is in violation of Fourth Amendment, Eighth amendment and It is believed has severely injured 14 women at Lasky Clinic or injured them under her direction and engaged in a hate crime against White women acting for her employers to commit genocide upon them. **These policies or practices violate the Fourth amendment, Eighth amendment, First Amendment and thirteenth Amendment.**

11. KAISER FAMILY FOUNDATION engages in policies or practices that violate the Fourth Amendment, Eighth Amendment and Thirteenth Amendment as the women injured have no rights by law to insurance, medical care or employment due to Blacklisting for Racial healing. At all times relevant Kaiser did pay Mr. Lucian Ion and as such violated the law to organize a lobotomy and spinal surgery to prevent justice did cause **victim to travel with intent on murdering her, in retaliation of Free Speech and whistleblowing and her The "murder-for-hire" statute, 18 U.S.C. § 1958 These policies or practices violate the Fourth amendment, Eighth amendment, First Amendment and thirteenth Amendment.**

12. TERRY GREEN OF CALIFORNIA Judiciary, ACTED IN Conspiracy with

LAFOLLETTE JOHNSON, MARIA HOVSEPIAN, KYLE TODD, DANIEL AHN, SHELBY LEWIN, PATRICK CAIN, GIL BURKWITZ, US LEGAL, to harm Ms. Douglass case, cost her thousands (100,000), by allowing US Legal to alter records, the lawyers to withhold records, and obstruct justice, not only did he call her names in court and say she wasn't really raped, and that her face shortened over 2 inches looked "okay," but he never allowed her to know who had custody and control of the UC Regents Capital program records, which included Medtronic or USC records, thus intentionally causing years of suffering and protracted injury as Lisa was very sick and needed medical care.

13. Judge Terry Green, Maria Hovsepian, Patrick Cain, Gil Burkwitz did this in conspiracy with many others with intent that Lisa would die and ordered her to give the doctor's name in London to organize with others to "murder" Lisa in conspiracy to Murder her in a murder for hire scheme. Luckily for Ms. Douglass USC and UC Regents and others threw out their records in attempt at spoilation, and she found them, at DAVIS Blue Print and around the city, scattered, calling Baggy Clothing, (suspicious) with intent on tissue theft.

14. Thus, I sue each of these actors for obstruction and for my costs in state court which were $100,000.

15. THE GUARDIAN mocked Lisa's first injuries in a publication showing a woman standing on a target calling her Fresh Meat. Lisa used to attend AA, it calls AA a recovery program In a sinister way and mentions murder. The Guardian is located in Great Britian and does a lot of business with USC and it

330

is believed published an article mocking her sexual assault in attempt to mock her injuries. Though freedom of the press is secure in our country, making fun of genocide is not correct. I sue for defamation and damages. They mention Scott Stern who wrote a book "He is the author of The Trials of Nina McCall: Sex, Surveillance, and the Decades-Long Government Plan to Imprison "Promiscuous" Women," while Lisa was known for her beauty and her wit, it seems odd that he would be mentioned when she is in fact in prison by detention.  The article further admits to a crime, "From easier access to substances to sexual harassment, abuse or even outright murder, these programs can inflict further damage." I sue the Guardian owners for Murder for hire and for mocking rape, and torture and using people "as fresh meat". Lisa was a longterm member of AA.

# 'I was fresh meat': how AA meetings push some women into harmful dating

Former peer support group members attest to not-so-safe space that exposes recovering addicts to sexual harassment – and derails their journey to sobriety



▲ 'Men wanted my number and wanted to date me. I was newly sober, clueless and craving love.' Illustration: Chloe Cushman for the Guardian

Situation Publishing mocked Lisa in the Press in an article published on 11/27/2018 calling her "ever increasing large chunks of bloody meat" and saying something about the "Brain trust" and the writer is from the Crick Society, which makes this a plot to kill and mutilate and then make fun of her. Though free speech inciting a violent crime or mocking one is a crime. I sue for defamation and intentional infliction of emotional distress and intent to murder. Situation Publishing, is a British paper started by Mike Magee which is listed on USC's website as a vascular surgeon. Drew Cullen is the owner, I sue him for defamation and inciting violence against humans and for Murder-for_hire and in conspiracy with others. Drew Cullen **Situation Publishing** Ltd. Mr. Cullen also wrote the book on Criminology and its study.

16. Priyanki Agarwal made reports asking for unlawful spinal surgery and lobotomy to patients, claiming they cannot lift their arms or are suicidal, but these patients were not real, they were State Department employees—acting with others to lobotomize and commit crimes on healthy Americans for money. Ms. Priyanki did this knowing she would have full authority to prevent healthcare for the remainder of the women's and men's lives. The records claim the person was having sleep issues, so she orders a lobotomy and spinal surgery upon them, which will forever leave them disabled. She claims to be a 2nd party provider, who none of us saw or ever met. 'Online it claims she works for St. Johns and Kaiser, USC, Cedars, Exxon and PMI.

17. None of the women injured were able to advance their cases due to bribery and payoffs from large multinationals

18. Sue Douglass aka Sue Peters, and John Douglass aka John Stendahl did use fake names to create instruments designed to "kill" citizens and at all times relevant acted for Kaiser, UCLA, USC, Los Angeles County and Los Angeles City, PMI and Exxon to commit said crimes.

19. Due to the numbers involved with gang torture and gang mutilation, this represents lynching by all terms and Lisa Was targeted for her white skin and genetics.

## SUMMARY OF THE ACTION

1. This is a federal securities class action and civil rights class action on behalf of all victims of Philip Morris International common stock "scheme" wherein innocent patients and travelers were bought as "real property" between JANUARY 7, 2015 and November, 27 2019 (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "1934 Act") and under Bivens for unlawful Fourth Amendment seizures and unlawful slavery under the Thirteenth Amendment and cruel and unusual punishment under Eighth Amendment which included rape for money, ovum theft for transplantation bone and muscle theft and currency theft and Identification theft.

2. Philip Morris is one of the largest and most recognizable cigarette and tobacco manufacturing companies in the world. They work in conjunction with Exxon, UCLA, USC and Kaiser, all who are involved in the damages to the plaintiffs in the class. The

Company's subsidiaries and affiliates and their licensees are engaged in the manufacture and sale of cigarettes and other nicotine-containing products in markets outside of the United States. For years, the Company has been facing stagnant or negative sales trends due to declining smoking percentages worldwide. Throughout the Class Period, Defendants used agents to mislead innocent travelers at airports (posing as plastic surgery clinics) that the surgeon was a surgeon and not part of a sales force who intended to seizing innocent travelers bones and eggs and currency and ID related to sales initiatives and flagging rights to withhold rights forever to the victims, preventing movement and fairness in education (as the scheme goes through three major public school systems, Los Angeles unified School District, UC Regents, Los Angeles Community School District and major health systems (Kaiser Family Foundation; Kaiser Permanente, Cedars and UCLA health system). Thus enslaving the the women and men using the Crick Society, Riker's Island and other correctional and scientific labs to hide the truth of  rape, stolen bones and body parts and torture.

3.     At all times relevant, Andrew Frankel and Dr. Lucian Ion, acted with others to screen travelers for their currency and acted as brokers to advise that the investment would be profitable to the travelers and or patients ("investors"). However, the brokers purposefully omitted facts related to the investment, and fail to disclose conflicts of interest, then seized the currency (the women and men's life savings and health) with knives, and other "smoke related products" did poison the sleeping victims and install a "restraint device" to prevent breathing and smiling and IOqs, even though the currency was not in plain sight (which it would have to be in TSA and DEA rules and they would

have had to be posing a security risk to engage in any investigations, which they were

not). Including ovum from the insides of the victims even though no safety concern

existed to perform such violent measures. This currency was worth billions to industry

and in no way in plain sight. However, to get the women to agree to surgery, Andrew

Frankel and Lucian Ion acted with deception, fraud and manipulation and artifice in

communications, through the mail and internet with intent on violently injuring of the

"class" of individuals to steal their bones, eggs and other personal effects for

transplantation (including but not limited to brain matter and spinal bones) and at all

times relevant those person were White Christians showing a hate crime and genocide

against a population—and a look at Pew Research shows hate crimes against White

Christians, Selfies and Republicans as "racial healing".


n On April 4, 2014, PMI announced the initiation

by its affiliate, Philip Morris Holland B.V. (PMH), of consultations on a proposal to

discontinue cigarette production in Bergen op Zoon in the Netherlands. Subject to

the final outcome of the consultations and fulfillment of **certain other**

**conditions, P**MH would anticipate implementing the contemplated decision by

October 2014. During the consultation period, PMI will not be providing information

on the financial implications of this proposal. Showing knowledge of a financial

implication that they deliberately withheld from public view. The word Certain is

used repeatedly which is most often Nuclear Materials and most public do not know,

like "final outcome," is the "murder" of a person and as a publically traded

corporation these were not forward looking statements but deliberate deception on

336

the market, wherein the victims were going to invest. This final outcome violates the

laws of our constitution, First Amendment, Thirteenth Amendment and Fourth

Amendment and for this knowledge PMI tried to murder Lisa overseas on

11/27/2018 with the other Defendants who wanted their scheme of slavery and

violence against White Christians (aka a genocide of millions) to remain hidden).

(M. HOLLAND was in the room to hurt Lisa on 11/27/2018 and 1/29/2015)

n Shareholder Response Center:
Computershare Trust Company, N.A., our
transfer agent, will answer questions about
your accounts, certificates, dividends or
the Direct Stock Purchase and Dividend
Reinvestment Plan.

The following was published related to the first Quarter of the year in 2015

Thank you Nick, and welcome ladies and gentlemen.

I am pleased to report that PMI is off to an excellent start in 2015, with robust fundamentals driving a strong business performance that is benefiting from our investments last year.

As announced in our earnings release this morning, we are raising our 2015 reported diluted EPS guidance, at prevailing exchange rates, by five cents to a range of $4.32 to $4.42. This increase reflects a better-than-expected volume and share performance in the first quarter and an improved outlook for the balance of the year.  ·
Our guidance continues to include approximately $1.15 per share of unfavorable currency at prevailing exchange rates. Excluding the impact of currency, our 2015 guidance represents a growth rate of 9% to 11% compared to our adjusted diluted EPS of $5.02 in 2014.

Although the total estimated unfavorable currency impact on our revised guidance remains unchanged versus our February guidance, *there has been a shift since then in its composition.* The positive impact of the appreciation of the Russian Ruble and the depreciation of the Swiss Franc has been offset by the unfavorable impact of a further strengthening of the U.S. Dollar versus most other currencies, particularly the Euro.

As exchange rates remain volatile, we do not foresee any share repurchases in

337

2015 and this is reflected in today's guidance.

3. As alleged herein, these statements were materially false and misleading when made because Defendants knew, or recklessly disregarded, that Philip Morris was experiencing a faster decline in overall cigarette and e-cigarette (or "heated tobacco") and that composition actually had to do with faces and bodies of humans, not cigarettes, and that retiring a cigarette line meant "falsifying a death" to pay out life insurance policy as will be proven and represented decline sales volumes during the first quarter of 2018 than investors had been led to believe, thereby incentivizing violence and exposure to innocent travelers to "study" the violent effects of such exposure and procurement through an elaborate scheme that included Exxon, the World Bank, UNIVERSITY OF Southern California, NFL Properties, Jewish Federation, Cedars, Keck Medicine, Kaiser, Mark Lauren of the Federal Reserve and many others, that its much-lauded sales initiatives had stalled, and that it was experiencing adverse sales headwinds in key markets, thus the "brokers" omitted crucial facts and misled the women and men to effectively steal their life savings with violent implements. As a result of these misrepresentations, Philip Morris stock traded and stole "stolen major art" and "other cultural objects" like "ovum" which artificially inflated price levels throughout the Class Period. And Phillip Morris agents knew that they were not acting in the investors interest at the time they claimed they would help the women and men, instead, they intended on commission of violence and removal of all rights in America, which is unconstitutional and represents torture. Phillip Morris went as far as placeing the women in fake prisons (Cobalt) to hide their criminal conduct from the investing public.

338

And their brokers encouraged the women to risk their whole life savings knowing that
their currency were to be torn violently out, then artificially inflated (with dangerous
weapons and toxins) while their currency was not in plain sight to then sell and withhold
healthcare by unlawful redlining which is unconstitutional.

4. With the price of Philip Morris stock artificially inflated, Company insiders sold
millions of dollars' worth of their own Philip Morris shareholdings. On February 22,
2018 – one day after making rosy statements about the Company's ongoing sales trends
and expected results to investors – the Company's Chief Executive Officer ("CEO"),
André Calantzopoulos ("Calantzopoulos"), sold 49,000 shares of Philip Morris stock at
$103.66 per share for over $5 million in gross insider trading proceedings. This sale was
unusual in both timing and amount representing a greater than 22% increase over the next
greatest number of shares sold by Defendant Calantzopoulos in a single day in at least the
preceding five years.

5. Then, on April 19, 2018, Philip Morris issued a press release announcing
disappointing results for the Company's first quarter of 2018. Against its easiest prior-
year comparison, the Company reported that combined cigarette and heated tobacco unit
shipment volume had declined by 2.3% during the quarter. The Company also stated that
key sales initiatives had stalled (the same word telegraphed in Boeing documents and
other Press Releases that mocked Lisa's injuries and "killing" calling her "fresh meat"
and admitting to cutting off her nose (that she had paid to rebuild after PMI's first seizure
of her bones, eggs and face and spine in 2015 costing her 148,000), as the Company's

339

heated tobacco unit growth had plateaued due to market demographics and faltering consumer conversion tactics and, further, that cigarette shipments had fallen by 5.3%during the quarter, signaling persistent adverse trends in the business.

6.      On this news, the price of Philip Morris stock declined $15.80 per share, or more than15%, to close at $85.64 per share on April 19, 2018. This represented the worst daily decline for the Company in nearly a decade and a closing price more than 17% below the price at which Defendant Calantzopoulos had sold his Philip Morris stock less than two months before.

7.      As a result of Defendants' wrongful acts and omissions, plaintiff and the Class were violently injured and had their life savings (which were their bones, eggs and brain matter—the corporation identifies as currency) seized and they were hurt irreparably due to PMI and their licensees and affiliates TSA and DEA placing flags to prevent travel and healthcare permanently. In fact PMI placed the women in secret detention and "correctional" facilities without ever being convicted of any crime to withhold healthcare after exposing them to war weapons and toxins with intent on injuring them is unconstitutional and violates Bivens Fourt Amendment, Eighth Amendment and Thirteenth Amendment rigths.

However, after the above revelations entered the market, the price of Philip Morris stock dropped nearly 22% from its Class Period high, causing economic harm and damage to plaintiff and the Class.

340

Further, three of the women were actresses and the bone seizure destroyed their ability to work by Universal, NBC, Paramount and others enormous affiliates, representing the death of the ladies careers as well.

Given PMI placed women in correctional facilities without their being any reason to do so using a complex scheme that included Plots in india to cash out insurance on the "faked deaths" of the women and men, PMI's scheme to hide their crimes also benefitted them financially as planning to cash out policies which will be proven by UC Regents (Metropolitan Life) and Johnson Controls cashed out.

There is ample proof related to these crimes due to Lisa's parents using fake names and Chia Soo Falsifying deaths to steal victims facial bones and organs, then fencing them through the courts.

## BACKGROUND

18. Incorporated in 1987, Philip Morris is a holding company engaged, through its subsidiaries and affiliates, in the manufacture and sale of cigarettes, other tobacco products and other nicotine-containing products outside the United States. In 2008, the Company was spun off from operating company Altria Group, Inc., which focuses on the sale of tobacco products inside the United States. Marlboro is the Company's most recognized and best-selling product.

19. Large tobacco manufacturers have been under the threat of declining sales volumes

341

for years, as the number of smokers has decreased globally, offset somewhat by

population growth. Companies have been able to push through price increases to make up

for falling volumes in order to sustain revenues and profits. In addition, companies such

as Philip Morris have branched out into alternative smokeless products to increase sales

volumes and market share. Using these strategies, Philip Morris was able to increase

annual net revenues from $73.9 billion in fiscal 2015 to $78.1

billion in fiscal 2017, an increase of over 5%.

20. Philip Morris has two main categories of tobacco products: (i) cigarettes; and

(ii) heated tobacco units. The vast majority of the Company's sales derive from

cigarettes, which include the Company's well-known and traditional brands such as

Marlboro. Heated tobacco units were only recently introduced by the Company. Between

2016 and 2017, the Company's total cigarette shipment volumes decreased from about

812.9 billion units to about 761.9 billion units. During this same time, sales of the

Company's heated tobacco products increased from about 7.4 billion units to over 36.2

billion units. Thus, it was critically important to investors and the

Company's long-term prospects that Philip Morris stem the tide of lower cigarette sales

volumes and continue to increase its heated tobacco unit sales volumes.

21. Through a complex scheme using Education Phillip Morris committed hate crimes,

crimes of genocide against White Christians in America and Overseas at Weymouth

Wells and did unlawfully seize victims facial bones and eggs while living, by first

exposing the women through the scheme that included education and healthcare to

cigarette smoke, to then claim the women and men were toxic and had to remove the toxic chemical by cutting out their tissue (cigarette cutting) and then sewing the women back up like they were not even human, then covering the women in dangerous petroleum products made by Stryker that permanently disfigured them, then flagging their charts permanently to forever withhold healthcare. Dreamworks took over  billion dollars for Lisa's body parts and torture, yet that is just ONE affiliate involved in the scheme. Eion Musk took out a torture permit before 11/27/2018 to permanently disfigure Lisa and install a system to hurt her forever, even though her surgeon (a PMI affiliate) promised to remove the torture device. During the surgery she was raped repeatedly, lobotomized and beaten within an inch of her life, then covered in silicon to solidify the disfigurement. Phillip Morris calls this rape and torture "testing."


MATERIALLY FALSE AND MISLEADING

STATEMENTS DURING THE CLASS PERIOD


20. The Class Period begins on January 7, 2015. On that date, a Philip Morris broker sold a patient, a living human being as real property in their media center, who would be injured and sacrificed by cutting out her currency AND THEN poison her and install devices intended to torture her and during the "invtervention" gangraped her and stole her eggs for transplantation and sold them. In a Public Health Article, PMI admits no human subjects were used but that is untruthful. Each human subject can also be called an animal or livestock or common stock and when dead or ordered DOA dead on arrival are not a body but a Carcass as

UC Regents refers to them.  Thus, the following article should have had an IRB board associated and had none. Further, as will be proven the "spoliation of evidence" claims investors and or travelers knew they were at a training facility and that was untruthful. The Cedars documents also claiming the women and men had no insurance and had subjected themselves to "allowing pain management procedures" which they had not. At the time these false instruments were made they knew these statements were not true. And PMI through a network hired men to pose as plastic surgeons which were really bank agents who intended to collect a debt from within the bodies of the victims, then expose them to dangerous toxins to claim rights to cut out smoke infested bone and tissue with intent on selling it in a facility of commerce.


Further, Plaintiff discovered spoiled evidence of Dalia Sandough documents and Ryan Navi documents and Francisco (located through Cedars and 849 S. Shenandoah Street and 152 S. Lasky Dr. and Los Angeles Community College (where Lisa worked) and many other locations related to Lasky Clinic which by all legal definition operated as an airport for planned TSA and DEA seizures), documents show a systematic abuse of human subjects and torture, and illegal redlining, wherein PMI wanted to seize their brains and bones and then deprive them of any healthcare for the remainder of their lives in an organized plot that prevented work, insurance payouts and financial fairness in banking due to their enormous power.

Am J Public Health. 2015 October; 105(10): e68–e75.
Published online 2015 October. doi: 10.2105/AJPH.2015.302767
PMCID: PMC4566529
NIHMSID: NIHMS699533

PMID: 26270280

All of the authors are with the Department of Social and Behavioral Sciences, School of Nursing, University of California, San Francisco.

Corresponding author.

Correspondence should be sent to Patricia A. McDaniel, PhD, Department of Social and Behavioral Sciences, School of Nursing, University of California, San Francisco, 3333 California St, Suite 455, San Francisco, CA 94118 (e-mail: ude.fscu@leinadcm.aicirtap). Reprints can be ordered at http://www.ajph.org by clicking the "Reprints" link.

**Contributors**

P. A. McDaniel conceptualized the study, collected and analyzed data, and wrote the first draft of the article. R. E. Malone reviewed and analyzed data and edited all article drafts.
Peer Reviewed
Accepted May 9, 2015.
Copyright © American Public Health Association 2015

In online records International Jewelry Center is listed for Dalia Sandough which would be untrue as the documents claim Ms. Sandogh had no money and needed charity for her son who needed literally hundreds of broken arms (which represent facial trauma in the coding and egg theft in the coding), spinal surgeries and facial surgeries. International Jewelry also used the Weymouth Location in Great Britain to murder Lisa by cutting off her nose, that she paid to rebuild in early 2018. Thus, Dalia Sandough, being lauded as a donor is fraud. Dalia Sandough is the public and this scheme setting up fake charities with many others. Further Dalia Navi works for Loyola as a lawyer so it is clear she didn't need charity. Thus the fake charity documents will reveal an elaborate scheme to steal bones and eggs, then murder the individual that exposed it using people like Gurmuhk, whoc claimed Lisa was dead and could not testify and her husband Dr. KHALSA mha mta, is on the documents claiming women and men needed "adjustments" and took money for the false statements with intent on stealing currency and bones and

eggs. Thus the huge document dumps  Lisa found in Los Angeles that prove the cost of a life is billions. Further, Dalia Sandough works for the Jewish Federation and is not in need of any charity. A fake Charity is set up to fence and steal tissue from innocent travelers, then enslave them.

In early 2017, Phillip Morris issued a press release announcing its results for the quarter and year ended December 31, 2017 ("FY 2017Press Release"). The FY 2017 Press Release stated that the Company's net revenues, excluding excise taxes, had increased 7.7% for the year to $28.7 billion, up 9.4% year-over-year excluding unfavorable currency impacts. For the quarter, the FY 2017 Press Release stated that the Company's cigarette and heated tobacco unit shipment volumes had increased by 3.8% to 212.1 billion and its net revenues, excluding excise taxes, had increased by 19% to $8.3 billion. The FY 2017 Press Release also provided a 2018 full-year forecast that projected net revenue growth of over 8%, excluding excise taxes. Defendant Calantzopoulos commented on the results, representing that the Company's strong momentum from its fourth quarter results had carried into the new year and set a "strong foundation" in traditional cigarette sales and for accelerating growth in heated tobacco units. The press release stated in pertinent part as follows:

> "A·strong fourth-quarter performance helped drive robust full-year results, exemplified by currency-neutral, double-digit adjusted earnings per share growth, despite previously disclosed challenges in Russia and Saudi Arabia . . . ."
> "The excellent performance of our flagship smoke-free product IQOS – not only in Asia, but also in the vast majority of our launch geographies – underscored its great promise and the commitment of our employees to lead the transformation of our industry towards a smoke-free future. Continued investment behind IQOS in 2018 is expected to further drive its positive momentum."

"For the first time since 2011, we have entered the year with annual guidance that reflects a positive currency impact. **Our combustible product portfolio provides us with a strong foundation.** The confirmed potential of our smoke-free alternatives reinforces our **strong determination to deploy all necessary resources to accelerate their growt**h, which will drive our business success and ability to generously reward our shareholders over the long term."

22. On the same day, Philip Morris held a conference call with analysts and investors to discuss its financial results and operations. Defendants Calantzopoulos and King participated on the call, among others. Regarding the improvement in the Company's total sales volume in the fourth quarter, Defendant Calantzopoulos stated: The sequential improvement in our quarterly volume performance continued in the fourth quarter, with heated tobacco unit growth driving a total shipment volume increase of 3.8% or 1.4%, excluding inventory movements. For the year, heated tobacco unit shipment volume nearly quintupled to reach $36.2 billion.

- 7 -

The sequential growth in our total international market share, excluding China and the U.S., also continued in the fourth quarter. Since the first quarter, our quarterly share for heated tobacco units and cigarettes increased by 0.7 and 1.1

points, respectively.

While our total cigarette share declined by 3.7 points last year, we recorded

strong sequential share growth, beginning in the second quarter. Full year

cigarette industry volume declined by 5.6%, mainly due to the impact of excise

tax driven

price increases on lower-priced brand. In fact, volume in the Premium

segment, which is essentially Marlboro, increased.

25. Later, in response to an analyst question about increased inventory shipments to Japan and the size of the market opportunity there, Defendant Calantzopoulos stated: Look, *we had to build these inventories for the reasons I explained*, so I don't see this decreasing. If I see anything as the volume goes up, it has to be adjusted, obviously, upwards over time. . . . The second one is, look, we have our own projection for total market in Japan, including obviously HeatSticks. And there's nothing in the horizon that would affect – that would cause any change in what happened in the previous years.

26. On February 13, 2018, Philip Morris filed its Annual Report on Form 10-K with the SEC ("2017 Form 10-K"). The 2017 Form 10-K repeated and restated the annual and quarterly financial results and outlook of "over 8.0%" net revenue growth provided in the FY 2017 Press Release. In addition, the 2017 Form 10-K stated that favorable sequential sales trends experienced by the Company in the fourth quarter of 2017 had continued into the first quarter of 2018. For example, the 2017 Form 10-K stated the following in pertinent part:

Excluding the favorable net impact of estimated cigarette and heated tobacco unit inventory movements of approximately 3.3 billion units, our total shipment volume decreased by 3.1%. The favorable inventory movements were driven primarily by approximately 8.5 billion units net in Japan reflecting: the increasing demand for HeatSticks, anticipated to further increase in the first quarter of 2018 following a planned lifting of the restriction on IQOS device sales; the establishment of appropriate distributor inventory levels of heated tobacco units, given the current

348

high **dependence on a single manufacturing center**; and the transition from air freight
to sea freight of heated tobacco units, largely completed in the fourth quarter of 2017.
Defendants Calantzopoulos and King signed the 2017 Form 10-K and certified that it was
**accurate, not misleading and free from fraud**.

27. On February 21, 2018, Defendants Calantzopoulos, King and Olczak presented on
behalf of Philip Morris at the Consumer Analyst Group of New York Conference. In his
prepared remarks, Defendant Calantzopoulos stated that the Company was "progressing"
on various initiatives "to accelerate growth" in heated tobacco unit sales. Defendant
Calantzopoulos later stated that Philip Morris should be considered a "growth stock,"
because "8%-plus currency-neutral net revenue growth is not just a 2017 or 2018
phenomenon" for the Company, but would likely continue into the future based on
existing trends and initiatives in the business. According to Defendant Calantzopoulos,
"returns on our investment to accelerate consumer switching this year will mostly be
realized next year, further improving our year-over-year comparisons. So EPS results
in 2019 are very likely to be better than those this year."

28. As part of his prepared remarks, Defendant Olczak used Japan as an example to
illustrate the purported success of the Company's sales initiatives for increased heated
tobacco unit volumes. Specifically, Defendant Olczak highlighted the Company's
purported success in converting Japan's existing adult population to heated tobacco
products, stating: "As the understanding of the category and its benefits are established in
adult smoker communities, iQOS starts enjoying **word of mouth** as adult smokers share
experiences with friends and peers.

Although this varies according to countries and cultures, it is universally true." He continued, stating that Philip Morris would go "deeper with iQOS into [its] existing launch markets," which included Japan, and that it planned "to further deploy [its] many learnings across these markets to accelerate growth."

29. Defendant Olczak further stated that accelerating growth trends at the end of 2017 had continued into 2018. He stated the following in pertinent part:

[W]e recorded sequential growth in our heated tobacco unit national market shares in 2017. This growth trend continued in January of 2018, with standout performances in Korea, Portugal and Romania. There was a similar growth trend in the focus area off take shares for our markets that are more targeted geographically.

This strong growth continued in January. Our weekly offtake shares in Japan continued to grow in January, both nationally and in the prefectures where the heated tobacco category is the most mature from a competitive standpoint: Fukuoka, Sendai and Tokyo. In Sendai specifically, our weekly offtake share growth in January drove further growth in our heated tobacco category share. In fact, the

category's growth was driven primarily by iQOS.

Our strong share performances for **iQOS continue to be underpinned** by high iQOS switching across markets. This generally reflects rates of full and predominant conversion ranging from around 70% to 90%. iQOS switching rates in certain markets are beginning to reflect the emerging presence of competition in the heated tobacco category as iQOS purchasers experiment with newly available products, even if just temporarily. The most obvious example is Japan, where there

are now several heated tobacco products.

30. The following slides were included with Defendants' presentation and purported to show that Philip Morris had rapidly expanded its heated tobacco unit sales in Japan and had continued to increase market share in the first quarter of 2018, in particular by converting adult smokers and because of the success of the Company's sales initiatives:

31. The statements referenced in ¶¶21-30 above were materially false and misleading when made because they failed to disclose the following adverse facts, which were known to Defendants or recklessly disregarded by them:

(a) that favorable sales trends experienced by the Company in the fourth quarter of 2017 had not continued through the first quarter of 2018;

(b) that declines in the Company's cigarette shipments had accelerated on a sequential basis in the first quarter of 2018, despite a relatively easy prior-year comparison;

(c) that shipments of the Company's heated tobacco units were on track to decline 39% sequentially in the first quarter of 2018;

(d) that the Company's sales initiatives designed to convert adult smokers in Japan to heated tobacco units had faltered, and the Company's near-term growth prospects in key Japanese markets had plateaued;

(e) that the Company's market share for its heated tobacco category in Japan was declining in February 2018 and favorable growth trends had not been sustained

(f) that new product sales initiatives and attempts to generate revenue through

price increases would not be able to sustainably offset declining sales volumes in the Company's combustible products as had been represented to investors; and

(g) that the products were human subjects deployed and combusted to accelerate growth, peer reviewed and investigating by violently cutting out  out bones, eggs and brain matter and their body parts and were gained by unlawful theft exceeding TSA and DEA statutory authority as the women posed no security threats as will be proven and then Lisa was raped and PMI took money for those rapes.

(g) that, as a result of (a)-(f) above, the Company was not on track to sustain *currency neutral* net revenue growth above 8% for 2018 and 2019, and such estimates lacked a reasonable basis.

This situtation of false statements occurred in 2014 as well before Lisa sought Andrew Frankel to help her with a small nose defect Instead Andrew Frankel acts as collection agent for PMI and never identified himself as such, he is also acting for Exxon to destroy women's reproductive health by stealing their oocytes, which is not only illegal and a federal crime but unconscionable. Martha Sayres of Exxon claimed a refinery fire took place and she knew that wasn't true as the fire was the burning and maiming of a person and repiping was stealing bones oocytles and brain.

32. Moreover, Item 303 of SEC Regulation S-K, 17 C.F.R. §229.303(a)(3)(ii), requires Defendants to "[d]escribe any known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on the sales or revenues or income from continuing operations." The failure of the 2017 Form 10-K to disclose the facts listed in ¶31 violated 17

C.F.R. §229.303(a)(3)(ii), because these undisclosed facts were known to Defendants and would (and did) have an unfavorable impact on the Company's sales, revenue and income from continuing operations.

33. Then, on April 19, 2018, Philip Morris reported its financial results for the quarter ended March 31, 2018 ("1Q18 Release"). The Company revealed that it had only achieved cigarette and heated tobacco unit shipment volumes of 173.8 billion units, a decline of 2.3%. This result was significantly worse than consensus estimates of a tottotal volume decline of only 0.6%. Similarly, the Company's cigarette volumes declined 5.3%, despite being compared against an 11.5% decline from the prior-year quarter. The Company's heated tobacco unit sales fared particularly poorly, with   quarterly sales of only 9.6 billion units compared to consensus estimates of 13.2 billion units, which represented a sequential decline of nearly 39%.

34. The 1Q18 Release further revealed that growth had slowed in the same key Japan markets that had been highlighted by Defendants. In addition, the release revealed that the Company was no longer positioned to achieve net revenue growth greater than 8%, notwithstanding Defendant Calantzopoulos' statement more than halfway through the disappointing quarter that this growth rate would be maintained for the foreseeable future. Later, in connection with its second quarter 2018   results, Philip Morris revealed that it was only on track to achieve 3% to 4% projected **currency neutral net revenue** growth for 2018.

35. While the 1Q18 Release disclosed that the Company's sales initiatives were having limited **success in converting "'more conservative adult smoker segments,'"**

353

Defendants further revealed the troubling extent of the problem on an earnings call held that same day. On the call, Defendant King disclosed that the Company's sale of heated tobacco units in Japan had hit a"plateau." Rather than being needed to meet growing demand as was represented to investors, Defendant King stated that Philip Morris's increased shipments to Japan at the end of 2017 had come "close to saturating the early adopters and innovators," as sales initiatives had stalled throughout the quarter. Defendant King also revealed that the Company had achieved Japan market share for March of 15.6%, which implied that February – the same month during which Defendants had touted a "growing" Japan market share of "16.3%" – had been the worst month of the quarter.

36. On this news, the price of Philip Morris stock fell sharply. On April 19, 2018, Philip Morris stock closed at $85.64 per share, a one-day decline of $15.80 per share, or more than 15%, on abnormally large trading volume of more than 45 million shares.

36.     Similar allegations will be proven for Facebook, Apple, IBM and Exxon which will be shown in court. As all are publically traded, Facebook, Apple, IBM, Microsoft and Exxon knowingly misled the Public in order to unfairly injure innocent Americans at Weymouth Wells (aka Weymouth Clinic, aka International Jewelry)  and Lasky Clnic, which Raytheon, Northrop and PMI and Exxon and NFL and Microsoft use to rape and torture innoncent Americans.


ADDITIONAL SCIENTER ALLEGATIONS

37. As alleged herein, Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were

materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated in actions or acquiesced in the issuance or dissemination of such statements or documents intended to manipulate the market price of Philip Morris (and Apple, Microsoft, IBM and Exxon's) common stock as primary violations of the federal securities laws. Defendants, by virtue of their receipt of information reflecting the true facts regarding Philip Morris, Apple, Microsoft, IBM, Facebook and Exxon, IBM, Tesla, NFL's their control over, and/or receipt or modification of Philip Morris,  Apple, Microsoft, IBM, Facebook and Exxon, Apple, Microsoft, IBM, TESLA, NFL's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Philip Morris, participated in the fraudulent scheme alleged herein.

38. The adverse developments at issue impacted the Company's most important revenue streams and related to the Company's most closely watched and important markets and products. Increasing Philip Morris, IBM, Apple, Exxon, Facebook, , Microsoft, IBM, TESLA, NFL's  revenues – despite declining global cigarette consumption – and increasing heated tobacco unit sales were key initiatives throughout the Class Period. The Individual Defendants, in particular, held themselves out to the market as the representatives of the Company most knowledgeable on these topics.

39. In addition, the suspicious timing and nature of the sales of Philip Morris stock during the Class Period by Company insiders adds to the indicia of scienter. On February 22, 2018, Defendant Calantzopoulos sold 49,000 shares of Philip Morris stock at $103.66 per

share, allowing him to reap more than $5 million in gross proceeds from insider trading. This sale occurred only one day after Defendant Calantzopoulos had made materially false and misleading statements to the market as alleged herein and more than halfway through the Company's disappointing first quarter of 2018. This sale also occurred near peak trading prices during the Class Period and at more than $18 above the price Philip Morris shares fell to after revelations of the truth entered the market. In addition, the sale was the largest ever by Defendant Calantzopoulos in his position as CEO of the Company and more than 22% above his next largest sale of Philip Morris stock in at least the preceding five years.

40.    Given Celia Flores who signed up to injure Lisa, Steven Mandel, Andrew Frankel, Lucian Ion, Gregor Bran were all employed to deceive, use artifice and falsely inflate stock by installing dangerous silicone after bone and egg theft (as Texas Commission calls the women "dry holes" to be filled, and used artifice, deception and manipulation in that deception to extract Lisa's  currency with violent weaponry, posing as plastic surgeons with her interests at heart, never identifying themselves as agents for Exxon, APPLE, MICROSOFT, FAcebook, INTERNATIONAL BUSINESS MACHINES or identifying that the property was NFL's shop or an Exxon location or a World Bank or PMI agents collection center showing fraud on those that went there (whereas Martha Sayres used deception in the media claiming there was an explosion when really it was  person that they destroyed), Exxon agents lay in wait with Phillip Morris International Agents and were actually employed by Exxon, Gordon Getty (who admits in a letter to wanting to destroy women's reproductive value—sent to UC

Berkeley wherein the Scheme of owning women as slaves in Croatia is put out by Robert Cooter and UC Irvine's Elizabeth Lloyd) the same facts put forth can be ascertained to Exxon and Rex Tillerson as well who used publish deception to gain stock. Give the huge corporations involved, I assure the evidence agasint these entities will be astounding in favor of the spoliation of that evidence of and in favor of the Plaintiffs.

41. IN a public statement Exxon claims the refinery blew up on 1/29/2015, which obviously was not true and Martha Sayres organized re-piping to steal an equipment's bones and eggs on 1/29/2015 claiming right to retire OLD equipment. Thus, Lisa was set up for human trafficking rape and torture by Exxon and Phillip Morris through a complex scheme that was intentionally meant to mislead the public when investing in common stock, an investment they saved for improvement of their own lives. Given they are buying people as common stock, these statements were deliberately meant to defraud the public so they Phillip Morris Could Infect the women, tortue them, steal their currency by cutting it out of them, watch them, place them on Do Not buy lists to deliberately create a monopoly and unfair competition as the women and men are slaves, in violation of Thirteenth Amendment, Fourth Amendment and Eighth Amendment rights. Further they restrict the stock so they cannot earn money or have healthcare which violates the Fourth Amendment, First Amendment and Thirteenth Amendment.

42.     In a Press Release Facebook Admists that they is keeping certain documents and materials private even though he is a publically traded corporation. Mark Zuckerberg also received 45,000,000 for Lisa's injuries **Webcast and Conference Call Information**

357

Facebook will host a conference call to discuss the results at 2 p.m. PT / 5 p.m. ET today. The live webcast of Facebook's earnings release call can be accessed at investor.fb.com, along with the earnings press release, financial tables and slide presentation. Facebook uses the investor.fb.com website and Mark Zuckerberg's Facebook Page (https://www.facebook.com/zuck) as means of disclosing material non-public information and for complying with its disclosure obligations under Regulation FD. Lisa was highly popular on the site and he had taken her down repeatedly for her popularity.

43. Further Facebook further speaks about 1/292/015 and new product development but did not tell the public as his employees used deception to lure women to injure them and steal their eggs and rape them and torture them by cutting out body parts or trying to control his own market by maiming social figures to lose power. Mark Zuckerberg used the platform to bully Lisa through Neva Kaya and Marlo Page to claim they "hated her selfies" with attempt to make Lisa severely depressed even though he knew she was popular on his social platform did target her for violent Trauma and did accept over 45,000,000 for her stolen eggs and did fence tissue of White Chrisitans he himself had targeted through the site.

Though he claims This press release contains forward-looking statements regarding our future business expectations, which are subject to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are only predictions and may differ materially from actual results due to a variety of factors including: our ability to retain or increase users and engagement levels; our reliance on advertising revenue; our ability to continue to monetize our mobile products; risks associated with new product development and their introduction as well as other new business initiatives; our emphasis on user growth and engagement and the user experience over short-term financial results; competition; litigation; privacy and

358

regulatory concerns; risks associated with acquisitions; security breaches; and our ability to manage growth and geographically-dispersed operations. These and other potential risks and uncertainties that could cause actual results to differ from the results predicted are more fully detailed under the caption "Risk Factors" in our Annual Report on Form 10-K filed with the SEC on January 29, 2015, which is available on our Investor Relations website at investor.fb.com and on the SEC website at www.sec.gov. Additional information will also be set forth in our Quarterly Report on Form 10-Q for the quarter ended March 31, 2015. In addition, please note that the date of this press release is April 22, 2015, and any forward-looking statements contained herein are based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these statements as a result of new information or future events. Following the call, a replay will be available at the same website. A telephonic replay will be available for one week following the conference call at +1 (404) 537-3406 or +1 (855) 859-2056, conference ID 14793964.

Yet, these risk factors were kept from the public deliberately to injure Lisa and Mark Zuckerberg's agents did not present forward looking statements at the time of Lisa's investment and others at Frankel's and were not offered as forward looking statements when Lisa sought Frankel for healthcare and at no times consented to brutal rape, beating and disfigurement to allow Mark Zuckerberg to make money on trauma studies.

42.     IBM, APPLE, FACEBOOK, GOOGLE, UC Regents ALL engaged in payoffs to lawyers and doctors with intent on harming Lisa's lawsuit and did engage actively in cover up of the conduct alleged herein. All are publically traded corporations and deceived the public to have plastic surgeons posing to lure women they could then injure permanently and all of these corporations did pay off lawyers, and doctors and experts to

prevent the advancement of this case. As they took money for Lisa's injuries and used

deception to steal Lisa's currency (claiming right to pay a debt that Lisa had incurred by

going to their schools and using their banking system despite never being in default for

any loans or credit cards until after the violent injury) and had control over their

employees and then censored Lisa on the internet, tampered with her Job at LACCD as

she found out they were committing genocide on WHITE Christian Women which is

unlawful to persecute a group and unfair to make her lose her job as it violates Academic

Freedoms. All they would have had to do is tell her they were conducting the torture, to

please stop speaking about it "in that way" and Lisa would have complied, but she was

given no reason for losing her job and has never been put back on the schedule at Los

Angeles Community College.

In World Bank's Solid Waste Schedule it is clear calling humans waste is not only

offensive but is torture. The World Bank Implementation Status & Results Report

Integrated Solid Waste Management Project (P114515)

1/29/2015 Page 1 of 8

Public Disclosure Copy

Public Disclosure Copy

Integrated Solid Waste Management Project (P114515)

Given Stericycle was at the facility training in cutting out facial bones of innocent

victims, it seems STericycle might be located under Belarus.

Further, a store SAKE, that claims a child died, left out punching gloves covered with blood and musical notes which detail how the scheme is hidden in music. Their website reveal "Grim Reaper" AND "Torture themes" with someone named Savage D, which is a code name for Edison's SONG's nuclear power plant that murdered women routinely without consent, calling it behavior modification. At all times relevant this is planned murder, torture and mutilation. The owner of SAKE appears to be Nick Phoenix but is really the World Bank.

4 1 form4.xml PRIMARY DOCUMENT X0306 4 2015-05-05 0000034088 EXXON MOBIL CORP XOM 0001555145 Woods Darren W EXXON MOBIL CORPORATION 5959 LAS COLINAS BOULEVARD IRVING TX 75039-2298 1 Senior Vice President Common Stock 2015-05-05 4 S 0 5000 90.00 D 160649 D Common Stock 7118.9486 I By Savings Plan Restricted Stock Units Common Stock 6450 6450 D Restricted Stock Units Common Stock 7350 7350 D Each restricted stock unit represents a contingent right to receive a cash payment corresponding to the value of one share of ExxonMobil common stock. The units vest in two equal installments. The first installment vested on the third anniversary and the remaining installment will vest on the seventh anniversary of the grant date (November 25, 2008). The units vest in two equal installments. The first installment vested on the third anniversary and the remaining installment will vest on the seventh anniversary of the grant date (November 24, 2009). /s/ Jerry D. Miller by Power of Attorney 2015-05-06

LOSS CAUSATION AND ECONOMIC LOSS

40. As detailed herein, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Philip Morris common stock and Exxon Common Stock and operated as a fraud or deceit on purchasers of Philip Morris common stock and Exxon Common Stock. As detailed above, when the truth about Philip Morris's misconduct was revealed, the value of the Company's stock declined precipitously as the prior artificial inflation no longer propped up the stock's prices. The decline in Philip Morris's share price was the direct result of the nature and extent of Defendants' fraud finally being revealed to investors and the market. The timing and magnitude of the share price decline negate any inference that the loss suffered by plaintiff was caused by changed market conditions, macroeconomic or industry factors or Company specific facts unrelated to the Defendants' fraudulent conduct. The economic loss, i.e., damages, suffered by plaintiff, was a direct result of Defendants' fraudulent scheme to artificially inflate the price of the Company's stock and the subsequent significant decline in the value of the Company's stock when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

41. At all relevant times, Defendants' materially false and misleading statements or omissions alleged herein directly or proximately caused the damages suffered by plaintiff and the 23 she has direct informed knowledge of. Those statements were materially false and misleading through their failure to disclose a true and accurate picture of Philip Morris's business, operations and financial condition, as alleged herein. Before the time of plaintiff's investments in Philip Morris common stock, Defendants issued materially false and misleading statements and omitted material facts necessary to make Defendants' statements not false or misleading, causing the price of Philip Morris stock

to be artificially inflated. Plaintiff and other Class members purchased Philip Morris
shares at those artificially inflated prices, causing them to suffer damages as complained
of herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE:
## FRAUD-ON-THE-MARKET DOCTRINE

42. At all relevant times, the market for Philip Morris common stock was an efficient
market for the following reasons, among others:

(a) Philip Morris stock met the requirements for listing and was listed and
actively traded on the NYSE, a highly efficient and automated market;

(b) according to the Company's 2017 Form 10-K, Philip Morris had more than
1.5 billion shares of stock outstanding as of January 31, 2018, demonstrating a very
active and broad market for Philip Morris common stock;

(c) as a regulated issuer, Philip Morris filed periodic public reports with the SEC;

(d) Philip Morris regularly communicated with public investors via established
market communication mechanisms, including the regular dissemination of press releases
on national circuits of major newswire services, the Internet and other wide-ranging
public disclosures; and

(e) unexpected material news about Philip Morris was rapidly reflected in and
incorporated into the Company's stock price.

43. As a result of the foregoing, the market for Philip Morris common stock promptly
digested current information regarding Philip Morris from publicly available sources and
reflected such information in Philip Morris's share price. Under these circumstances, a
presumption of reliance applies to plaintiff's purchases and investment of Philip Morris
common stock.

44. A presumption of reliance is also appropriate in this action under the Supreme
Court's holding in Affiliated Ute Citizens v. United States, 406 U.S. 128 (1972), because
plaintiff's claims are based, in significant part, on Defendants' material omissions.
Because this action involves Defendants' failure to disclose material adverse information
regarding Philip Morris's business and operations, positive proof of reliance is not a
prerequisite to recovery. All that is necessary is that the facts withheld be material in the
sense that a reasonable investor might have considered them important in making
investment decisions. Given the importance of Defendants' material misstatements and
omissions set forth above, that requirement is satisfied here.

43. At all relevant times, the market for Exxon's common stock was an efficient
market for the following reasons, among others:

(a) Exxon's common stock met the requirements for listing and was listed and

364

actively traded on the NYSE, a highly efficient and automated market;

(b) according to the Company's 2014 Form 10-K, Exxon had more than 1.5 billion shares of stock outstanding as of January 31, 2018, demonstrating a very active and broadmarket for Exxon common stock;

(c) as a regulated issuer, Exxon filed periodic public reports with the SEC;

(d) Exxon regularly communicated with public investors via established market communication mechanisms, including the regular dissemination of press releases on national circuits of major newswire services, the Internet and other wide-ranging public disclosures; and

(e) unexpected material news about Exxon was rapidly reflected in and incorporated into the Company's stock price.

43. As a result of the foregoing, the market for Exxon common stock promptly digested current information regarding Exxon from publicly available sources and reflected such information in Exxon's share price. Under these circumstances, a presumption of reliance applies to plaintiff's purchases of Exxon common stock.

44. A presumption of reliance is also appropriate in this action under the Supreme Court's holding in Affiliated Ute Citizens v. United States, 406 U.S. 128 (1972), because

plaintiff's claims are based, in significant part, on Defendants' material omissions.

Because this action involves Defendants' failure to disclose material adverse information

regarding Exxon's business and operations, positive proof of reliance is not a prerequisite

to recovery. All that is necessary is that the facts withheld be material in the sense that a

reasonable investor might have considered them important in making investment

decisions. Given the importance of Defendants' material misstatements and omissions set

forth above, that requirement is satisfied here.

43. At all relevant times, the market for Exxon's common stock was an efficient

market for the following reasons, among others:

(a) Exxon's common stock met the requirements for listing and was listed and

actively traded on the NYSE, a highly efficient and automated market;

(b) according to the Company's 2015 Form 10-K, Exxon had more than

1.5 billion shares of stock outstanding as of January 7, 2015, demonstrating a very active

and broadmarket for Exxon common stock;

(c) as a regulated issuer, Exxon filed periodic public reports with the SEC;

(d) Exxon regularly communicated with public investors via established

market communication mechanisms, including the regular dissemination of press releases

on national circuits of major newswire services, the Internet and other wide-ranging

366

public disclosures; and

(e) unexpected material news about Exxon was rapidly reflected in and incorporated into the Company's stock price.

43. As a result of the foregoing, the market for Facebook common stock promptly digested current information regarding Facebook from publicly available sources and reflected such information in Facebook's share price. Under these circumstances, a presumption of reliance applies to plaintiff's purchases of Facebook common stock.

44. A presumption of reliance is also appropriate in this action under the Supreme Court's holding in Affiliated Ute Citizens v. United States, 406 U.S. 128 (1972), because plaintiff's claims are based, in significant part, on Defendants' material omissions. Because this action involves Defendants' failure to disclose material adverse information regarding Exxon's business and operations, positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of Defendants' material misstatements and omissions set forth above, that requirement is satisfied here.

43. At all relevant times, the market for Apple's common stock was an efficient market for the following reasons, among others:

(a) Apple's common stock met the requirements for listing and was listed and actively traded on the NYSE, a highly efficient and automated market;

(b) according to the Company's 2017 Form 10-K, Apple had more than 1.5 billion shares of stock outstanding as of January 31, 2018, demonstrating a very active and broadmarket for Exxon common stock;

(c) as a regulated issuer, Apple filed periodic public reports with the SEC;

(d) Apple regularly communicated with public investors via established market communication mechanisms, including the regular dissemination of press releases on national circuits of major newswire services, the Internet and other wide-ranging public disclosures; and

(e) unexpected material news about Exxon was rapidly reflected in and incorporated into the Company's stock price.

43. As a result of the foregoing, the market for Apple common stock promptly digested current information regarding Apple from publicly available sources and reflected such information in Apple's share price. Under these circumstances, a presumption of reliance applies to plaintiff's purchases of Plaintiff common stock.

44. A presumption of reliance is also appropriate in this action under the Supreme

Court's holding in Affiliated Ute Citizens v. United States, 406 U.S. 128 (1972), because plaintiff's claims are based, in significant part, on Defendants' material omissions. Because this action involves Defendants' failure to disclose material adverse information regarding Exxon's business and operations, positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of Defendants' material misstatements and omissions set forth above, that requirement is satisfied here.

43. At all relevant times, the market for TESLA's common stock was an efficient market for the following reasons, among others:

(a) TESLA's common stock met the requirements for listing and was listed and actively traded on the NYSE, a highly efficient and automated market;

(b) according to the Company's 2017 Form 10-K, Tesla had more than 1.5 billion shares of stock outstanding as of January 31, 2018, demonstrating a very active and broadmarket for Exxon common stock;

(c) as a regulated issuer, TESLA filed periodic public reports with the SEC;

(d) TESLA regularly communicated with public investors via established market communication mechanisms, including the regular dissemination of press releases

369

on national circuits of major newswire services, the Internet and other wide-ranging

public disclosures; and

(e) unexpected material news about TESLA was rapidly reflected in and incorporated

into the Company's stock price.

43. As a result of the foregoing, the market for TESLA common stock promptly

digested current information regarding Exxon from publicly available sources and

reflected such information in Exxon's share price. Under these circumstances, a

presumption of reliance applies to plaintiff's purchases of TESLA common stock.

44. A presumption of reliance is also appropriate in this action under the Supreme

Court's holding in Affiliated Ute Citizens v. United States, 406 U.S. 128 (1972), because

plaintiff's claims are based, in significant part, on Defendants' material omissions.

Because this action involves Defendants' failure to disclose material adverse information

regarding TESLAs business and operations, positive proof of reliance is not a

prerequisite to recovery. All that is necessary is that the facts withheld be material in the

sense that a reasonable investor might have considered them important in making

investment decisions. Given the importance of Defendants' material misstatements and

omissions set forth above, that requirement is satisfied here.

43. At all relevant times, the market for MICROSOFT's common stock was an efficient

market for the following reasons, among others:

(a) MICROSOFT's common stock met the requirements for listing and was listed and actively traded on the NYSE, a highly efficient and automated market;

(b) according to the Company's 2017 Form 10-K, MICROSOFT had more than 1.5 billion shares of stock outstanding as of January 31, 2018, demonstrating a very active and broadmarket for MICROSOFT common stock;

(c) as a regulated issuer, MICROSOFT filed periodic public reports with the SEC;

(d) MICROSOFT regularly communicated with public investors via established market communication mechanisms, including the regular dissemination of press releases on national circuits of major newswire services, the Internet and other wide-ranging public disclosures; and

(e) unexpected material news about MICROSOFT was rapidly reflected in and incorporated into the Company's stock price.

43. As a result of the foregoing, the market for MICROSOFT common stock promptly digested current information regarding Exxon from publicly available sources and reflected such information in Exxon's share price. Under these circumstances, a presumption of reliance applies to plaintiff's purchases of MICROSOFT common stock.

371

44. A presumption of reliance is also appropriate in this action under the Supreme

Court's holding in Affiliated Ute Citizens v. United States, 406 U.S. 128 (1972), because

plaintiff's claims are based, in significant part, on Defendants' material omissions.

Because this action involves Defendants' failure to disclose material adverse information

regarding TESLAs business and operations, positive proof of reliance is not a

prerequisite to recovery. All that is necessary is that the facts withheld be material in the

sense that a reasonable investor might have considered them important in making

investment decisions. Given the importance of Defendants' material misstatements and

omissions set forth above, that requirement is satisfied here.


45.    THOUGH NFL PROPERTIES is private, they illegally used agents to procure

victims for unlawful unconsensual experimentation, REPEATEDLY hitting the women

to give them concussions and facial injuries to steal brain tissue, bones out of the face,

ovum and claim to study head injuries through a public university who ran the Capital

Programs which is unlawful. They committed violence with intent to murder and did

perform unlawful, spinal surgery and brain surgery and SEXUALLY assaulted the

women and took money for the right to sexually assault innocent Americans and did

commit trademark theft and thus are responsible for torture and the injuries as well.


46.    LYFT is a publically traded corporation. John Zimmer and Logan Green

participated in federal fraud by bribing industries to withhold legal rights to their

employees. Lyft did such conduct knowingly as Lisa can see their payoffs online.

47.     Mark Lauren LLC works for the Federal Reserve and illegally placed cutters and sewers to injure women and men for genocide purpose. Mark Lauren's NDA's show deliberate fraud on the American people.

**48.** Google taps ex-Genentech CEO to lead its new health company

*Says Calico will have particular focus on diseases associated with ageing*

**Google has set up a new health and wellness company to tackle the challenge of ageing and associated diseases and has recruited former Genentech CEO Arthur Levinson to lead it.**

Levinson, who is a founding investor in Calico, will remain as Genentech's chairman and a director of its parent company Roche.

Given Arthur Levinson signed up to Destroy me for apple and works for Google's Calico, clear reasons exist for Google's Youtube Tampering with my rights.

RACIST POLICIES AGAINST WHITE CHRISTIANS BY THE PAPERS, NBC UNIVERSAL, UNIVERSAL MUSIC GROUP, SONY MUSIC, MARVEL AND THE SCHOOLS, NETFLIX, POLICY MAKERS, EMILY GREEN

According to fairness in news reporting, Paris Review targets women for bullying and maiming, LA Times Paul Pringle refuses to report on rape and torture of any white women. LA Times and New York times publish their intent to maim, burn and rape

373

women in their Crosswords and Funnies yet refuse to report on the crimes against

humanity against us.

This is not only gender DISCRIMINATion with intent to commit hate crimes but

discrimniaiiont and creates hate crimes against us and they supported fake journalistic

efforts, always claiming it was Blacks and Hispanics who were targeted, knowing it was

White Christians.

This is hoaxes and frauds agisnt the people of the Unites states and the world. They set

the stage for these crimes and they are responsible for failure to report.

Fox News fails to report these crimes. After meeting with Dan Leighton, a producer, he

told me he could not report on the crimes against women at Lasky Clinic. Later I found

that Fox Sports is the one selling us and offering us up as assets.

This is not only unethical but a departure of fair dealing IN journalistic integrity. Further,

David Goldstein slandered me after meeting me. He is a member of Associated Foreign

Press and works for CBS. Lorraine Roe only met with me to find out if I knew her

organization targeted me. This is unfair and bad ethics.

In other words, the journalistic freedom to eradicate a race, is systemic. Those that met

with the women injured only did so as a fact finding to then hand over our evidence to

those parties that knowingly committed lynching on white Christians for Warner

Brothers, Creative Artists, Exxon and the rest of the Defendants. These Frauds and

hoaxes, like Black child productions send the message that Whites have privilege, when

white privilege means providing whites to torture, rape, maim and sterlize. Where are our

babies? Our stolen Ovaries? Ask the papers as they organized the torure and genocide with social media giants, Facebook, Google, Alphabet and Twitter.

## NO SAFE HARBOR

45. Defendants' false or misleading statements alleged to be actionable herein were not forward-looking statements ("FLS"), or were not identified as such by Defendants, but rather were statements of historical and present fact, and thus did not fall within any "Safe Harbor."

46. Defendants' verbal "Safe Harbor" warnings accompanying any of their oral FLS failed to provide meaningful cautionary statements regarding the specific facts and circumstances facing the Company, and thus were ineffective to shield those statements from liability.

47. Defendants are also liable for any false or misleading FLS pleaded because, at the time each FLS was made, the speaker knew the FLS was false or misleading and the FLS was authorized and/or approved by an executive officer of Philip Morris, Facebook, Apple, IBM, Exxon, TESLA who knew that the FLS was false. Further, none of the historic or present tense statements made by Defendants were assumptions underlying or relating to any plan, projection or statement of future economic performance, as they were not stated to be such assumptions underlying or relating to any projection or statement of future economic performance when made.

LYFT Injuries. Lisa has been deprived right to work by her employer, the State of California through LACCD. So she worked for Lyft. ON 6/07/2018 she had an accident,

375

this accident was by Aldy Damian who works for the USDA and USC, who refused to pay out her injuries which were severe spinal injury and brain damage.

John Zimmer and Logan Green, Illegally partipated in slavery, forced service and unfair practice. Though their insurance promises to take care of all accidents, they paid off her mechanic as wll be proven to keep her car with intent of making her lose her apartment.

This is gangstalking.

When she found out about the severity of the brain and apinal damage, she could see NASA employees paying off **Alex Korte of State farm to** withhold rights to money.

Given the bribery and other methods to curtail LIsa's rights, she sues John Zimmer and Logan Green for unfair practice of slavery and forced services as driving makes her spine much worse and such conduct was done to permanently injure her physically and psychologically.

NIKE, INC. Uses UNION in Los Angeles to launder money and stolen body parts through shoes. The documentation shows that UNION and NIKE scheme is so severe, that it included Los Angeles Temples, which are injuring white Christiaans for eradication through holocaust laws. NIKE documents will prove federal and government fraud using Califrnoa to torture innocent Americans for bone, ovary and tissue theft.

Defendant CALIFORNIA REPRODUCTIVE ASSOCIATES, IS stealing ovaries nad

eggs from innocent sleeping individuals seeking plastic surgery. This is not only

unethical but the women do not know who has their own babies.


CLASS ACTION ALLEGATIONS

AGAINST ALL DEFENDANTS

48. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil

Procedure 23(a) and (b)(3) on behalf of a class consisting of all those who invested in

common stock of Exxon, Google, Philip Morris, Facebook, Apple, Microsoft, TESLA,

Google during the Class Period and who were damaged thereby (the "Class") For the

purpose of this lawsuit this class is limited to those women and men affected and who

had their life savings and personal effects seized from within their bodies 2011 to 2020 in

any plastic surgery clinic used by defendants. Excluded from the Class are Defendants

and their immediate families, the officers and directors of the Company, at all relevant

times, members of their immediate families, and Defendants' legal representatives, heirs,

successors or assigns and any entity in which Defendants have or had a controlling

interest.


49. The members of the Class are so numerous that joinder of all members is

impracticable. Throughout the Class Period, Google, Philip Morris and Exxon, Apple,

IBM, Google, TESLA, MICROSOFT, FAcebook stock was actively traded on the NYSE.

And This class is limited to the women and men used as livestock at the clinics and

airports.

377

Because I am not a lawyer and Exxon and PMI have paid off so many lawyers, Nike, Google and others will be able through finances tell who all the victims are need of healthcare to fix the damage that Phillip Morris and Exxon, Microsoft, NFL, Apple, IBM has done to them.

There are likely millions of members in the proposed Class, if not more. Record owners and other members of the Class may be identified from records maintained by Philip Morris or its transfer agent and Exxon, APPLE, IMB, MICROSOFT, TESLA, NIKE Google or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions. Lisa however wants to limit the scope of this particular class to her friends who sought to travel safely and whose life savings were seized in the scheme (with brokers and agents Andrew Frankel 14) and (Lucian Ion as agent, who causes a woman to commit suicide due to his torturous conduct).

50. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law complained of herein.

51. Plaintiff has been blocked from legal counsel due to payoffs but has factual proof in thousands of documents that will fairly and adequately protect the interests of the members of the Class and the fraud enacted upon them.

52. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among

378

the questions of law and fact common to the Class are:

(a) whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b) whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business and operations of Philip Morris and Exxon, Google, IBM, Phillp Morris, Facebook Apple, Tesla, Google;

(c) Whether the price of Philip Morris and Exxon, Facebook, Apple, IBM and Exxon , Google common stock was artificially inflated during the Class Period; and

(d) to what extent the members of the Class have sustained damages and the proper measure of damages. ·

53. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

54.     Given PMI agents tried to murder Lisa by committing lobotomy and rape and stole her other ovary in retaliation for whistleblowing, these members would not feel safe coming forward, as they would be "maimed or murdered" by PMI and their agents.

55. A CLASS action against victims of Google's unfair targeting of white Christians, withholding of monies and unlawful censorship of their product Youtube, Google Staffing, and Calico.

COUNT I

For Violation of §10(b) of the 1934 Act and Rule 10b-5

Against All Defendants

54. Plaintiff incorporates the foregoing paragraphs by reference.

55. Defendants disseminated or approved the false or misleading statements specified

above, which they knew or recklessly disregarded were misleading in that they contained

misrepresentations and failed to disclose material facts necessary in order to make the

statements made, in light of the circumstances under which they were made, not

misleading.

56. Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

(a) Employed devices, schemes and artifices to defraud;

(b) Made untrue statements of material fact or omitted to state material facts

necessary in order to make the statements made, in light of the circumstances under

which they were made, not misleading; or

(c) Engaged in acts, practices and a course of business that operated as a fraud or

deceit upon plaintiff and other members of the Class in connection with their purchases

of Philip Morris common stock.

57. Plaintiff has suffered damages in that, in reliance on the integrity of the market,

plaintiff paid artificially inflated prices for Philip Morris common stock. Plaintiff would

not have purchased or invested in Philip Morris stock at the prices paid, or at all, if

plaintiff had been aware that the market prices had been artificially and falsely inflated by

Defendants' misleading statements.

58. As a direct and proximate result of Defendants' wrongful conduct, plaintiff and other members of the Class suffered damages in connection with their purchases and investment of Philip Morris, Exxon, Google common stock.

COUNT II

For Violation of §20(a) of the 1934 Act

Against the Individual Defendants

59. Plaintiff incorporates the foregoing paragraphs by reference.

60. The Individual Defendants acted as controlling persons of Philip Morris, Google, Microsoft, Facebook, HARPER'S COLLINS within the

meaning of §20(a) of the 1934 Act. By virtue of their high-level positions, stock ownership and their power to control public statements about Philip Morris, the Individual Defendants had the power and ability to control the actions of Philip Morris, Google, Tesla, Microsoft and Facebook and its employees. The Individual Defendants participated in and had awareness of the Company's operations and intimate knowledge of the false and misleading statements filed by the Company with the SEC and disseminated to the investing public. The Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements that plaintiff contends are false and misleading. The Individual Defendants were provided with, or had unlimited access to, copies of the Company's reports, press releases, public filings and other statements alleged by plaintiff to be misleading before and shortly after these statements were issued and had the ability to prevent the issuance

381

of the statements or cause the statements to be corrected.

61. By reason of such conduct, the Individual Defendants are liable pursuant to §20(a) of the 1934 Act.

COUNT III

NON CONSENSUAL EXPERIEMENTATION AND TORTURE and Sexual trafficking for money and "entertainment" by public lynching through harassment, sexual abuse and human trafficking and forced servitude

Against the Individual Defendants, corporations and  their agents

59. Plaintiff incorporates the foregoing paragraphs by reference.

60. The Individual Defendants acted as controlling persons of NFL, GOOLE, MICROSOFT AND FACEBOOK, Harper's Collins, IBM, Hilton, Playboy, Disney and their many agents within themeaning of **Torture & Trademark Theft** (18 U.S.C. 2340A) Section 2340A of Title 18, **United States Code**, prohibits **torture** committed by public officials under color of law against persons within the public official's custody or control. **Torture** is defined to include acts specifically intended to inflict severe physical or mental pain or suffering. In *American Needle, Inc. v. Nat'l Football League*, the Supreme Court held that the NFL's conduct relating to the licensing of team trademarks and other intellectual property constituted concerted action of the type within the scope of Section 1 of the Sherman Act, thus rejecting the NFL's attempt to broadly immunize itself from antitrust liability and allowing apparel-maker American Needle to proceed with its antitrust claim against the league.

61. By virtue of their high-level positions, stock ownership and their power to control public statements about NFL, HARPER'S COLLINS, Microsoft, Google, Exxon, the Individual Defendants had the power and ability to control the actions of NFL, HARPER'S COLLINS, Microsoft, Google, Exxon, IBM, Hilton, Playboy, Disney and its employees. The Individual Defendants participated in and had awareness of the Company's operations and intimate knowledge of the false and misleading statements filed by the Company with the SEC and disseminated to the investing public. The Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements that plaintiff contends are false and misleading. The Individual Defendants were provided with, or had unlimited access to, copies of the Company's reports, press releases, public filings and other statements alleged by plaintiff to be misleading before and shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

52.     Under federal antitrust law, specifically Section 1 of the Sherman Act, competitors generally cannot conspire in ways that impair competition or harm consumers, be it in terms of increased prices or limited choices. If they conspire, they are subject to Section 1 analysis, which, other than for certain kinds of hard core violations that are per se illegal, balances pro and anti-competitive effects under a "Rule of Reason" standard. Courts also generally apply the Rule of Reason in analyzing the competitive effects of legitimate joint ventures among competitors.

61. By reason of such conduct, the Individual Defendants are liable pursuant to §20(a) of

the 1934 Act. And to a Section 1 analysis as they violently injured innocent White

Christians at 201 s. Lasky Dr and then tried to murder Lisa at Weymouth Clinic overseas

in Great Britain using proxies Lucian Ion, Leslie Flieshman and Christine Janssen,

Google, CAA, UTA, WB, Netflix, Exxon,Gregor Bran and the US Military and UCLA to

commit violent cutting of Lisa's muscles and bones and then stealing her currency in the

amount of 100,000 which was locked inside a locker and which they broke in and stole.

Further, to disfigure Lisa, someone covered Lisa in illegal filler made from silicone with

intent to disfigure her and did alter photographs with intent on that planned

disfigurement. Gregor Bran without a license did cut out Lisa's brain tissue (lobotomy

includes allografts for sale) didi unlawfully claim LIsa was delusional and in need of

Lobotomy with Woodland Care, Virginia Mennonite Rehablilitaion, Exxon, PMI, USC<

UC Regents, LACCD and others with intent on murdering LIsa and did rape her violently

at the facility. Lisa was raped at PMI's facility on 1/29/2015 and LAPD refused to

investigate and this was in a faliclyt of commerce used by eductatio facilities and thus a

hate crime against Lisa was committed by said parties and others. Then on 11/27/2018,

Gregor Bran and Abdel Salam raped Lisa again this time stealing her brain tissue and

second ovary, causing her to travel internationally for that sex act and Lucian Ion did

accept money to commit violence upon Lisa in a team and did accept over 2 million

dollars to injure Lisa with Elon Musk and other gigantic multinationals who wanted to

kept the scheme quiet and hurt her interests to disfigure her so she would lose reach

across Google and other social media platforms. USC and Keck Medicine, UC Regents

and LACCD acted with violence in retalation of Lisa's lawsuit and claims of their rape

and torture.

COUNT IV.

Against the World Bank, USC and UC Regents and Los Angeles City College board of Trustees; Gavin Newsom, Elon Musk, Bill Gates; Microsoft; Damone Roberts; Greg Lauren; Playboy; Google, Susuan Wojikci, Larry Page, Les Wexner, NBC Universal, Sony Music Entertainment, Amy Pascal, Disney, UC Regents Board of Trustees, LAUSD, Google, CAA, UTA, WB, Netflix  Board of Trusteees, Eric Garcetti, Gavin Newsom, Nancy Pelosi

NON CONSENSUAL EXPERIEMENTATION AND TORTURE OF WHITE CHRISTIAN Americans & HATE CRIMES AGAINST REPUBLICANS IN EDUCATION and discriminatory treatment in employment and medical care  claiming rights to water, to holocaust and to food

Against the Individual Defendants

59. Plaintiff incorporates the foregoing paragraphs by reference.

60. The Individual Defendants acted as controlling persons of World Bank, USC, UC BOARD OF REGENTS AND LOS ANGELES CITY COLLEGE BOARD OF TRUSTESS, Google, CAA, UTA, WB, Netflix within the MEANING of the ACT and DID create curriculum of genocide against White Christians women (targeting them by AGE and Chrisitan faith) in plastic Surgery clinics to commit torture upon them and rape them and steal their bones and eggs, then illegally redline them from any further healthcare or fair treatment in education claiming communications is permanent (their curriculum boasts of placing women and men in penitentiarys permanently).  Defendants

385

did steal trademarks and try to murder Lisa for her speech and rape her on two occasions,

then withheld all rights to proceeds they made by stealing White Christian womens' body

parts, which is unlawful in education.

Such conduct is **Torture** (18 U.S.C. 2340A) Section 2340A of Title 18, **United States**

**Code**, prohibits **torture** committed by public officials under color of law against

persons within the public official's custody or control. **Torture** is defined to include

acts specifically intended to inflict severe physical or mental pain or suffering.

61. By virtue of their high-level positions, stock ownership and their power to control public statements about World Bank, UC REGENTS, USC, Los Angeles Community City College, Google, CAA, UTA, WB, Netflix and other defendants, the Individual Defendants had the power and ability to control the actions of LACCD, UC REGENTS, USC, Google and its employees, affiliates or associates. The Individual Defendants participated in and had awareness of the Company's operations and intimate knowledge of the false and misleading statements used to gain federal grants and Department of Defense grants that violently injure White Christians seeking plastic surgery.

LOS ANGELES COMMUNITY COLLEGES
OFFICE OF THE CHANCELLOR

ADMINISTRATIVE REGULATIONS did set up auxillary organizations with explicit intent on injuring the rights of White Christians and did set up organizations to act as collection agencies yet posed as plastic surgery clinics and did boast of allowing Umoja Club to cut out body parts for dissection on their website. Umoja is a UN, World Bank organization that also allows UC Regents to deprive rights to white innocent students when collecting a debt due to unfair loan practice and faking a Death to collect on Life inruance policies after killing students that did not meet their rigorous guidelines of indoctrination. Lisa is a republican and as a teacher for both schools, knew of the scheme that started with curriculums posed to deprive rights to White Christians and instead provide the White Body as a platform for racial healing of groups after setting forth this curriculum as defined by Gordon Getty and Robert Cooter, Alan Rodgers and others who deliberately set up a slave system to steal rights and eggs from innoncent White Americans. Using the schools to target the brightest students, Lisa was given many awards, but one award by Mark Richard showed a sinister plot against Lisa.

386

**It claimed** "Mark Richard, author of *Ice at the Bottom of the World* has to say about Lisa Douglass' No Tell Motel:

"I was pulled along by the recklessness of the piece and its concealed knowingness. There is also a brutal unflinching eye in place in this piece that draws the reader in and sets the reader up with this odd credibility for a good, well-deserved sucker punch."

Many who read this found it odd. Odder yet, that Mark Richard works for Exxon and it is clear Lisa was targeted early for torture and abuse through the schools.

Not to mention her mother and father who deprived her the right to attend any private school or college. Thus when Lisa took out loans to attend college, UC Regents never claimed they could cut out her loans from her body after faking her death or cash out life insurance to deprive her of her rights. Carol Ann Emquies placed Lisa on a Do Not Buy List so she could not make money. Mark Zuckerberg hid all her social media to create unfairness in the market. Google blocked her right to make money as Calico (their lab) routinely injured women. Rupert Murdoch paid off her lawyers to try to kill her.

This is a plot so disturbing our whole country has been affected. . The Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements that plaintiff contends are false and misleading. The Individual Defendants were provided with, or had unlimited access to, copies of the Company's reports, press releases, public filings and other statements alleged by plaintiff to be misleading before and shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

```
In auxillary programming, LACCD boast that all services
must be undertaken to benefit the college, which is unfair
to the investors of a service seeking to better their own
lives.
  2. All services, programs and activities that may be
undertaken by an auxiliary organization shall be maintained
for the general benefit of the educational program of the
District and its colleges. Upon Board of Trustee approval,
an auxiliary organization may assume any of the services,
programs and activities listed in Board Rule 13101 in
order: '
```

61. By reason of such conduct, the Individual Defendants are liable pursuant to §20(a) of

the 1934 Act.

387

**62.    Given the school set up the curriculum of flagging charts to prevent freedom and movement of students, they are in violation of** 25 CFR § 11.404 - False imprisonment.

63.    Given even the CIA claims you cannot target someone through a school system in EXEC order 12333, LACCD, UC Regents both where Lisa studied and worked are in violation of a hate crime against her and unlawfully tried to murder and maim her for her speech and academic freedoms and took federal funds to perform such conduct against her.

64.    Given Lisa has been held in detention since 2015 without being accused of any crime, such conduct violates the law and the constitutional rights under the Thirteenth Amendment, Fourth Amendment and Eighth Amendment and First Amendment as Google continuously shadowbans Lisa's site and refuses to pay her back pay.

65.    The parties 1-15 who cannot move freely hold the school responsible for illegal conduct and discrimination against White Christian Nationals in education.

66.    That LIsa was teaching, then told she could not talk about Human Experimentation or Republican support of the President, then suddenly lost her job without ever being given a reason, LIsa also sues for political retaliation by Los Angeles City College and its agents Xaavier Becerra who ordered her maimed while she was teaching for the school.

67.    That LACCD was involved in MK Ultra program by injuring white Christian Nationals they are responsible for Genocide and inequitable treatment of White Women who work there did discriminate against Lisa who tried to warn others of their role in hurting women.

68.    Given LACCD tried to murder LIsa for whistleblowing and would not place her on the schedule they are responsible for conspiracy against rights and for organizing a plot against her through their teacher Joe Ryan.

COUNT V.

Against JOHN ZIMMER AND LOGAN GREEN

67.    Unfair Competition; illegal discrimination against rights; unfair employment practice as to their Lyft Platform.

68.    Lisa was in an accident while driving for Lyft on or about 6/07/2018. Though she got a lawyer, the lawyers were paid off by NASA and other individuals in this case so she could not get paid for her injuries which were severe in nature.

69.    YORK is owned by Johnson Controls who participated in her rape and torture on 1/29/2015.

70.    York and Johnson Controls failed to pay out her medical injuries which proved severe spinal damage and brain damage.

71.    Lisa sues for Unfair competition, torture by an employer and unfair insurance practice by forcing an injured employee to further damage her brain and spine by withholding pay so she could not get better.

72.    I sue for damages.

COUNT VI. Against ALL Defendants

1.  CONSTITUTIONAL WRONGS OF GENOCIDE, HOLOCAUST, MURDER FOR HIRE, exploitation, criminal sex acts, harassment, withholding earnings, intentional violent study against Women by Paris Review, Kanye West, Elon Musk for a RADICAL SELFIE.

2.  Most lawsuits against police officers involve the Civil Rights Act of 1871. (42 U.S.C. § 1983.) A section 1983 claim alleges that the defendant, "under color of law," violated the plaintiff's constitutional rights. The use of excessive force constitutes a valid claim under section 1983 because it violates the Fourth Amendment prohibition against "unreasonable seizures."**victim to travel with intent on murdering her, in retaliation of Free Speech and her The "murder-for-hire" statute, 18 U.S.C. § 1958**. **These policies or practices violate the Fourth amendment, Eighth amendment, First Amendment and thirteenth Amendment.**

3.  EACH DEFENDANT engaged did conspire against White Christian Nationals. And Mike Coulter, Neva Kaya, Lucian Ion,  Susan Wojikci, Larry Page, Gregor Bran, Norm Block, The Guardian, Google, CAA, UTA, WB, Netflix, Luke

389

LeGraff, Jonny Depp, Alison Janney, Mark Burnett, Sue Douglass aka Sue Peters aka Sue Kawashimi, Dina Douglass, aka Andrena Douglass specifically against Lisa, in a way that shows malice forethought and holocaust, genocide and nonconsensual servitude for money.

4. Each Defendant did conspire to LYNCH Lisa to make money and torture her in retaliation of her lawsuit which detailed a conspiracy against White Christian Naitonals for gangrape and torture.

5. 4.        Each defendant violated the laws of the Constitutution claiming right to rape and torture women and men calling it hunting or sport.

6. Each defendants conspired against Lisa under Bivens.

7. Each Defendant did enslave millions of American White Chsitian Naitonals with intent to persecute and enslave them which is a holocaust.

8. Each Defendatn conspired to Unfair banking collection practice by sneaking in to steal bones eggs and brain tissue without ever telling the women it was a bank or They were a Bank or ATM.

9. Each Defendant known and unknown faked their own deaths to procure organs from innocent White Christian Nationals Americans.

10. Each defendants flagged AND BLACKLISTED charts of White Christian Nationals Americans to keep them as slaves and to prevent fairness in education, employment and lending.

11. Each defendants knowingly tortured countless Americans through the fraudulent scheme.

12. Each specified employer did procure Lisa through discriminatory employment practice, fake interviews and hiring practices that violate the contstitutional right to be safe in our persons, and did enslave Lisa against the Thirteenth Amendment, Fourteenth Amendment, Foruth Amendment and Eighth Amendment.

13. In HOLOCAUST cases such as these, Reparations are mandatory.

14. LIsa was raped as a child due to actions and trafficking by Sue Douglass, John Douglass and given she was only 5 years old, they did profit on such injuries unlawfully and they worked at the time for the NHS of Great Britain, committing these crimes for USC, UCLA, Exxon and the FISA courts.

15. Lisa was hit by a bus while in Great Britain and the lawyers were paid off to not offer her money or represent her as she is kept as a slave by Great Britain, City of London and it's officials without consent, stole her rights to fair treatment, did torture her as a child by her being owned by them and did continue that torture for years through withholding rights to insurance payouts, and other facts which will be proven by her mother's sinister documents of federal fraud and treason against a nation.

16. Each Defendant did plot against Lisa for her body parts and with intent to sexually assault her gang rape her and lynch her as will be proven through WB, CAA, documents of Jeffrey Doucette and Ronee Uyeshiro.

17. Each Defendant did violate RICO.

18. As to the State of California, Xavier Becerra did order Lisa raped and tortured claiming Inflation gave him the right to do so. He did traffick Lisa overseas for

the rape and did accept money for the body parts and did extort Lisa by various means and methods of enslavement to pay for his Dreamers program.

As to Google, Alphabet, Susan Wojicki, and Anne Wojckici, Larry Page Youtube and specifically those withholding rights to earnings from Youtube. Each associate of Google and Youtube did violate the law and did disciminate based on First Amendment rights to speech and political affiliations by withholding earnings and did punish victims of their crimes to obstruct justice. I ask for fair earnings and for our withheld monies to be released and for back pay as their agents and Google secret staff engaged in cyber-bullying creating an unfair market. Further, back pay for the amount of time they censored us.

As to the City of London, their police and their acts of slavery. I ask for fair and equal treatment by law To release us held on foreign soils and for payment and rights to our stolen babies and royalties on our stolen facial bones, eggs and muscles by their agents.

Given the propensity to hide crimes through British Museum, LA County Museum and Fowler, Getty Museums, I ask that they disgorge profits of those Americans they are keeping as slaves, and stole MAJOR ART from and to re-instate their rights, through their crimes against humanity.

PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment as follows:

A. Determining that this action is a proper class action, designating plaintiff as Lead Plaintiff and certifying plaintiff as a class representative under Rule 23 of the Federal Rules of Civil Procedure and plaintiff's herself as lead counsel (due to the payoffs of legitimate lawyers by Phillip Morris, Google, Microsoft, Exxon, Harpers Collins, Paris Review and Jewish Telegraph and their agents it would not be fair for the victims to have to have a lawyer who could be paid off for her and the other victims who called over 500 lawyers and some of the lawyers took money to prevent the facts from coming to light); when the lawyers took bribes and are working for Great Britain and under their control, such an act while we are slaves would not be fair

B. Declaring that Defendants violated the 1934 Act and awarding plaintiff and the Class compensatory damages at an amount to be determined at trial and pre-judgment and post-judgment interest thereon;

C. Award plaintiff costs in state court as to the Andrew Frankel and USC case who at all times relevant fall under PMI's and Google's authority and did engage in obstruction and then attempted to murder her by contacting her overseas surgeon Lucian Ion who attempted to kill her with Gregor Bran and USC agents Chia Soo by cutting out her brain tissue and lobotomizing her. She had money locked in a locker and that amount was 150,000 and it was stolen from the Weymouth Facility as well overseas on Great Britain

393

soil.

D. Award Plaintiff release from captivity or the captivity of GREAT BRITAIN or anyone who is holding Lisa and the other victims as as Dead as a guardian so tht her constitutional rights might be restored, whether held by Israel or by Great Britain or the Vatican Itself.

E. Awarding plaintiff's reasonable costs and expenses, including attorneys' fees; and

F. Awarding such other relief as the Court may deem just and proper.

G. Award reparations of holcaust of babies stolen, sterlizaation to cause injury. Selling our babies, selling our art. Mutilaiton and lynching of White Chritian Nationals.

H. Awarding back pay from discrimination at LACCD by state officials who then tried to murder Lisa for her speech as a teacher while employed by the state of Califronia and they tried to murder her.

I. Awarding Lisa and others discriminated on the Google Youtube site their earned money and money for unfair practice in human experimentation by gangstalking on the site unfair withholding of monies earned and their destruction of White Christians by Calico labs

        I.    Repations for 100 years of genocide against white Christians through unfair policy and procedure, throughout the United States, Great Britian, City of London, World Bank, Australia and world wide where US government and its agents are committed unfair genocide on a race.

II.    Return of stolen cultural objects and effects or an amount that reflects their value.

III.    Knowledge of where our children are, who our eggs were sold to, and ability to let the child know we are their true genetic parents.

IV.    Ordering Whtie Christians a protected class.

V.    Ordering the fact true that a Holocaust against White Christians so they can enjoy the same rights as other classes and be protected.

VI.    Disgorge profits and allow share in the royalties of stolen tissue, currency and implanted devices.

VII.    Order flags removed so medical care so the women can have the devices removed and jaw and faces rebuilt so they can breathe.

VIII.    ORDER Paris Review to stop harming women by their study of the violent gaze and gangstalking.

IX.    Order employers to pay back pay for retaliation for whistleblowing and treble damages.

**JURY DEMAND**

I certify that the foregoing is true and correct to the best of my understanding not being a lawyer and being deprived of rights to a lawyer. I certify that this certification was made on July 20, 2020 in the City of Los Angeles, County of Los Angeles in California. And that these statement are made under penalty of perjury to the best of my understanding and comprehension of the events, facts and acts and docuemntion of lynching.

7-20-2020    *Lisa Drygloe*

Plaintiff demands a trial by jury.

DATED: July 20, 2020

Lisa Douglass
PO Box 480913
Los Angeles, CA 90048
323-346-5175
lisa_douglass@icloud.com

## DECLARATION OF LISA DOUGLASS

I, Lisa Douglass, declare and say as follows:

1.      I am a resident of Los Angeles County.  I have personal knowledge of the matters stated in this declaration, and if called as a witness I could and would testify competently as stated herein.

2.      I was recently a plaintiff in a lawsuit called *Douglass v. Frankel* (BC648115).  As a favor to me, my friend Heidi Frahm delivered some documents for me to the opposing lawyers in my case.  Shortly after she began delivering the documents, I witnessed two attorneys in the case (Patrick Cain and Gil Burkwitz) begin to harass and bully her.  They both made Ms. Frahm's document deliveries extremely difficult and time-consuming by, among other things, evading service. They also·began making up terrible lies about Ms. Frahm in court and in court documents in an apparent attempt to bully her so she would not help me in any way with my case.  Further, the facts and acts relating to what happened to me where a public lynching organized through Paris Review, AA, UCLA and others as mentioned with intent on forcing me to perform work as an extra by flagging my chart so I could not work. As an extra, they sent me on jobs and job interviews with intent on procuring me to steal my ovaries, facial bones and with intent on injuring me.

3.      At the March 19, 2019 hearing in my case, after I told the judge that Ms. Frahm would testify about Mr. Cain's behavior, <u>I very clearly heard Mr. Cain say that he had strong evidence that Ms. Frahm is committing unauthorized practice of law.  He said that he could not prove it 100%, but that there was "strong evidence" of it</u>.  At the time, I didn't understand exactly what that meant.  But after the hearing

Ms. Frahm was clearly extremely upset (the most upset I've ever seen her), and she

explained it to me.  A few days later, I drafted a declaration for her to use in a

lawsuit and a Bar complaint against Mr. Cain.

4.     The next week, US Legal erroneously emailed the transcript of the

March 19 hearing to me, even though Ms. Frahm was the one who had ordered it –

not me.  When Ms. Frahm and I saw the transcript, we were both shocked that Mr.

Cain's clear accusations against Ms. Frahm were not in it.  We both emailed the court

reporter, Yolanda Huff, to ask if anything could have been missed or if anyone was

allowed to edit the transcript.  Ms. Huff very rudely responded by making

*outrageous* accusations, such as claiming that I had broken the law by buying the

transcript and giving a copy to Ms. Frahm, which was <u>completely false</u>.  (Again, Ms.

Frahm was the purchaser of the transcript, not me.)

5.     Because the transcript was missing a chunk of testimony and Ms.

Huff's behavior (as well as the defense attorneys') was so bizarre, I suspected that

someone had pressured Ms. Huff to alter the transcript.  Therefore, I had the court

issue a subpoena for Ms. Huff requesting her documents regarding the transcript.  A

true and correct copy of that subpoena is attached as Exhibit A.  Before I could get

the sheriff to serve Ms. Huff's subpoena, Ms. Huff found out about it and made calls

to try to stop the subpoena.  Defense attorney Maria Hovsepian then shockingly

argued in court for the judge to stop the subpoena, and he issued an order that it

could not be served by anyone to Ms. Huff's home.  Since I have been unable to get

any other address to give Ms. Huff the subpoena at (I don't think she has any other

address) - and she has refused to provide one - I have been unable to subpoena her records.

6.      I had the sheriff serve a subpoena on US Legal on April 18, 2019, and a true and correct copy of that subpoena is attached as Exhibit B.  US Legal similarly refused to turn over any documents about the March 19 transcript.  Not only did they refuse to comply with the subpoena, but they did not even respond to a motion to compel the subpoena.

7.      Since this has happened, I have seen an unfortunate change in my friend, Ms. Frahm.  For a while, she would not help me at all with my case because of the defense lawyers' behavior.  Since then, she often seems very despondent.  I have also seen her frequently have to lie down and put ice packs on her face because of headaches.  I find it horrible that she has had to go through these things just because she helped me - for free - by delivering documents and agreeing to be a witness in my case.

8.      Further, my time on Youtube has afforded me a platform to talk about the racial targeteing of White Christians. At the time of my statements I did not have physcia evidence to prove my claims but saw how I was treated by employers, doctors and those that withheld my rights.

9.      During my time on Youtube, my site and my person has been attacked even though I am a protected class due to being raped and tortured and disabled by these actions as mentioned in the case, when Informing Youtube about being targeted, they demonetized me twice.

399

10.     Not only does Google support hate speech against White women and not reprimand those who target by the name "Karen." They also have racist policy related to reports of the targeting .

11.     Google's practice of punishing creators, by withholding their money or demonetizing them to affect policy, is monopolizing certain ideas, and censoring others.

12.     Not only was I targted by people in this case, through the Youtube platform, but censored on Facebook and Instagram after Facebook executed a Police Training using me, which is not constitutional and unfair practice which represents monopoly.

13.     University of Southern California with Kareem Abdul Jabarr and the NHS used their prestige to convince my father to sell me as a child for studies and to deprive me of any rights to work or rights in education.

14.     University of Southern California conspired against Calfiornians to target them through journalistic freedom, obstructed justice of child trafficking, sex acts on children and stolen sold children.

15.     I went to the LAPD and Beverly Hills Police, who mocked me for being gangraped, tortured and did not investigate my claims. I wrote a letter to Officer Spagnelli and told her I was raped and still she would not investigate.

16.     When I tried to give them photos of missing children that I found in my neighborhood where they are stealing children, they refused to take the photographs. I found bags of clothing of children and they refused to investigate.

17.   I found torture documents that prove, LA County, LA City, LA Phil is

unlawfuly using music, Satanic Ritual Abuse to torture women through spells and

other methods that include sexual exploitation with ultimate intent to torture.

Further, they failed to help the women who had been raped by their doctors and

others who use the facility to rape women who rejected them..

18.   When I went to Kaiser and my ovary was missing after I was

mutilated, the doctors would not tell me what happened to me. I begged them to

help me with my mouth and nose as I could not breathe normally. Dr, Gross at

Kaiser told me Andrw Frankel should be in jail for what he did to me, yet the LAPD

and BHPD would not help any of us. The doctors at Kaiser hired Priyanka Bhanot to

lie about me to create a report to cut out the top of my spine and lobotomize me. Her

report shows unlawful intent to sterlize women and perform unnecessary surgeries

on them for Kaiser's profit. They stole my ovary.

19.   CDC admits to stealing my eggs and implanting them, and that those

eggs made a baby in a report published on the internet.

20.   The horse breeding documents where they hide that they use women

for breeding, shows I was nominated for breeding a foal by a UC Regents employee

Travis Miller and referred to me as a "Sexy Blonde" that they intended to use for

unlawful organ theft and breeding.

21.   The government knew about our injuries and tampered with our

rights in courts by payoffs, traceable to Canada and New South Wales.

22.   I ran into a man at City Hall and he was speaking on the phone about

our cases. I recorded him as I was in shock about him claiming LA County has so

401

much money to pay us, yet they have never given us any money for our injuries. In the recorded message he admits that he is going to provide indemnity for those that hurt us through the "LA County's Affiliate Agreement." The man is Brad Spellberg.

23.    Not only did Andrew Frankel guarantee he would not remove tissue due to my Christian Faith, but he also knew they intended to take my ovaries and facial bones and intended to expose me to HIV, perform heart surgery (stent) and thoracic spine surgery after castrating me and raping me.

23.    SAG-Aftra in bad faith, allowed me to join for $3000, so they could target me to cash out life insurance.

24.    The lawyers,, insurance and others members of this case were paid off, took money from News Corp, Bachher Jagdeep paid my Landlord $30,000 for my body parts as he gets money every month to observe my torture hired through UCLA affiliate Semel..

25.    I know that Scientology personnel Maya Lazar has been paid to spy on me in my own bbuilding as she left letters showing she was trying to "go clear," she works for University of British Colombia, the NHS, UCLA, Semel and Scientology, yet we are flagged so that we cannot work.

26.    I contacted my parents for help and they refused to give me money to fix my jaw so I could breathe. So, I pulled their land deeds. They work for UCLA, USC and used their own address to attach my death certificate to. Cashing out my life insurance after torturing me my whole life.

27.    My parents also used fake names to steal aother people's rights and repeatedly faked their deaths, as did Chia Soo.

28.     My parents put me in a study so that I could not fulfill my dreams and
instead was a lab rat for them to earn money on. I was tortured severely as a child,
my hair cut off so they could sell it, exposed to inhumane treatment and forced to
get an abortion against my Chrisitan beliefs as my parents refused to help me
financially and had flagged me to prevent me from making money on my own.

29.     After the abortion, you can see they received a huge sum of money in
the amount of 500,000. Though I do not know if they sold my baby, this looks
extremely suspicious given my clinical trials are attached to their house.

28.     The abuse was severe. I was raped as a small child when my parents
took us to Ohio to set up shop working for the National Health Service. We were left
in a house where we were severely abused and I was raped there.

29.     Before my injuries at Lasky Clinic, Mike Corridori as an agetnt for the
State of California began calling me pretending he was my friend, when really he
wanted to get me to the Peter Strauss Ranch, which legally gave them the right to
screen me for "rape and mutilation."

30.     Michelle Latiolais at UC Irvine, where I was in Grad School ordered
Nicole Kelly, and Vinh ha to bully me. Aaron Peters attempted to rape me and no one
would look into the severe bullying while at UC Irvine.

31.     Michele later wrote a book mocking my injuries and gave me a book
called "Savages," coding what she conspired to do to me using Nicole Kelly and
Emily Green. The money she earned on my injuries went to Chabad according to
fact.

31:     When I reported it to the Psychologist at UC Irvine for some reason they told the Diversity department, which I belive was to secure a plot against me for their profit to amp up the bullying as it was working to make them money.

32.     Michelle Latiolais made sure everyone else had real jobs in college and most were hired already by Paramount to write books to further their agenda.

33.     Aaron Peters, a classmate threatened to kill me and I was scared to come to school after I rebuked his sexual advances.

34.     The bullying took years.

35.     Eventually Jonathan Shaw found me in AA and told me I was a great wrtiter and asked me to come to his class at LA City College with Joe Ryan.

36.     Joe Ryan as an agent for LACCD asked women to come cast spells on me and the entire class was made up of agents of Netflix, Harpers Collins and Disney. They bullied me severely with the main goal of finding my trigger word which had been implanted by taped my father forced me to listen to in childhood.

37.     In AA too, a man approached me and I had been dating a man that became very mean Steven Evetts, this man Johnny Royal, a nurse, told me he was a healing practitioner and wanted to help me get over the abuse of the man I was just formerly dating.

He invited me to his home to cast a spell on me and summoned demons to hurt me, but did not tell me that, he said I would be involved in a healing so I wouldn't think of Steven or the pain he caused me.

404

Instead of what was agreed upon, he performed something that caused me to be injured by demonic satanic ritual abuse. He did not tell me he was a Satanist and I didn't know that he was when I went to his studio.

He is a Satanist but I did not know that, and went in good faith to his home. I met him at Bliss Café where Steven Evetts was.

38.     At the same time My friend Jo Peta kept trying to tell me she liked to say the N word and asked if I liked to say it.

39.     I told her no, but she told me she liked to say it and I remember being uncomfortable. The people in AA had ostracized me and Patty Barret and my other friends stopped talking to me. Laura Clery as an agent for the Hiltons made up a lie about me with Stephen Hilton.

40.     Kate Lubahn of Disney and working for Demi Lovato at the time was sending me letters as an agent for Disney saying hate speech about gay people and making fun of men who could not get erections. She aand others sent pornography to harass me.

41.     I told her not to send the letter she intended but it seemed again these people including Ruby Rose were trying to set me up. To say something against gays or blacks which I would never do.

42.     Alcoholics Anonymous was used by City officials to extort, bribe and find out information so they could use it against innocent Americans and try to find their trigger word so they could cash out their life insurance. My father had implanted the word as a child when I was given tapes to listen to which had the trigger word in it..

43.     They targeted us through an enormous scheme using Bradley Bello, Jonathan Shaw, and teachers and friends in AA who then wrote a book mocking my burning and maiming called "Narcisa." Our Lady of Ashes, which was put out by Johnny Depp's imprint..

44.     The government knows about projects of New York hiding torture crimes on Californians yet did nothing about it. They supported the lynching by failure to help us. They let us be lynched by WB, CAA and knew these projects were ongoing to commit genocide.

45.     We reported rape, spinal surgery, torture and a device implanted that blocked breathing and smiling. And because we were white Christians, they refused to help us.

46.     During Covid not only did our City and State withhold rights to money after taking it from the Federal Government, even though it states I have access to 6000 more dollars, refuses to let me certify for benefits.

47.     Afte the EDD took federal money from the Covid but failed to provide the PUA to my friend.

48.     Our government is not helping the oppressed white Christians in Califronai, when they know Michigan, Oregon, Nike, LACCD, UCLA, Exxon, Microsoft, Google, Facebook, LA times, Paris Revew and many others use unlawful journalist freedom to rape and torture women to earn money.

49.     A government that allows lynching of white women who are Christian is oppressing a Religious observance and torturing those who practice it.

406

50.     After I went overseas to get fixed, my judge forced me to tell him who my surgeon was.

51.     I told him my life was in danger and he still forced me to tell, even though he never forced USC to tell me who raped me and mutilated me and stole my ovary.

52.     The government with Xavier Becerra and US Military trafficked me tosteal my other ovary on 11/27/2018.

53.     I woke up and most of my nose was gone, that I had paid to rebuild. My jaw was shorter again.

54.     I was sent by train to Belgium see a doctor about rebuilding my jaw and stopped by the TSA who knew who I was.

55.     The TSA conspired with Lucian Ion who sent me to Cavendish where I saw the Saudi Minister of Defense Salman Bin Mohamed on or about 11/26/2018.

56.     My US government through the World Bank sent the head of Defense of Saudi Arabia to tell Cavendish to lie to me about the condition of my facial bones which was clearly destroyed and burned off.

57.     I tried to leave the facility and they told me they had to explore to remove the torture device.

58.     Because I had been helped before by the doctor, I told them not to remove any tissue, just the device.

59.     Hoever when I woke up, my face was badly disfigured and my mouth rearranged, which was not what was agreed upon. I was lobotomized and I do believe they took my second ovary in that surgery.

60.     The documents show the US Mitliary and Keck School of medicince came to lobotomize me.

61.     After everything, this is retaliation for my other lawsuit. The one that says what happened.

62.     Later, I got computers and diaries related to the hate crimes against white Christians and the lynching planned by WB, CAA, USC and Google.

63.     I have been upset that the profits have not gone to the victims.

64.     This is a plot against America, my specific case is one on millions.

65.     Yosef Goldenberg thew out documents implicating Zenith, who Frankel works for.

66.     When I went on Extra Calls, I did nto know I was being procured for rape and torture.

67.     I worked on films to make money as I was stripped by my own government and parents and the NHS to be successful despite my talents. They made sure I could not earn money.

68.     This is Unfair Blacklisting.

69.     NICOLE Kelly called me after we graduated from UCI and pretended she ewanted to write a screenplay with me. Neva Kaya did the same thing.

70.     Nicold Kelly asked me to join the Binders so they could Bind spells and vote against my rights,

71.     Nicole kellly purchased an enormous house and I can see who paid her and who paid Neva to do the things described in my case.

72.     Mike Coulter also wrote a letter claiming to have gotten away with murder. Claiming it was Nick Cave's idea. He had invited me to a concert before the incident. Mike wrote an album talking about murdereing me with ketamine to pay for Neva Kaya's dog rescue. The album was a curse claiming I was old and deserved to die. He put out the album using Norm Block, Paul Beahan for Universal Music Group.

72.     Using AA and Schools and the inability to find work. Jamie Anisko invited me to a meeting where Netflix worker Gladys Santilles was.

73.     Carol Ann Emquies has the legal right to blacklist people and I worked for her.   ·

74.     It is believed City of Los angeles, City of West Hollywood, uses AA to deprive people of right to work, then procures them through Personal Assistants or boyfriends. They use sex acts to manipulate cause their agents to sent pornography and harassing messages through their monopoly, which uses Google to withhold rights as well.

75.     I have pulled all the documents that verify the facts in the case, the rest is of my belief and understanding. Spells, music and word usage is allowing parents, education facilities and others to target and torture and steal ovaries from innconet White Chrisitan Women victims and lynch them publically to mock them as Mike Coulter did asking me to sing Needle and the Damage Done. Refereeing to Ketamine.

76.     I did try to leave Lasky Clinic and Celia Flores kept me there against my will knowing what they intended to do to me. She works for Cedars and Exxon.

77.     I did try to report the child trafficking to the police which relates to my case and they refused to investigate.

78.     I did try to leave Weymouth as I got a bad feeling and Lucian Ion with intent to do harm to me, knew the military and Keck was there and talked me into staying so I could be mutilated agains after paying so much money to be fixed.

79.     I have spent over 100,000 in my attempts to remove the device and rebuild my jaw so that I can breathe and no one will help me because our government asks students to flag us so we cannot ever get healthcare again.


I declare under penalty of perjury according to the laws of the State of California that the foregoing in true and correct and does not contain everything as the plot against me to withhold my rights was enormous. But most of those details are in the pleading itself. I was targeted for torture for my freedoms and this case comes out of retaliation of my freedom of speech.


At Los Angeles, California, this  20 July, 2020



Lisa Douglass

410

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 10nd day of July 20, 2020, I drove to court to file the foregoing

CLASS COMPLAINT FOR CLASS-WIDE DECLARATORY AND INJUNCTIVE RELIEF AND FOR INDIVIDUAL RELIEF OF RETURN OF PROPERTY AND COMPENSATORY DAMAGES with the Clerk of Court using the CM/ECF System.

I further certify that I caused a copy of the foregoing Class Action Complaint to be sent by certified mail to the following address:

General Counsel
UNIVERSITY OF SOUTHERN
CALIFORNIA BOARD OF TRUSTEES
3551 Trousdale Dr.
Los Angeles, CA 90071

Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

CITY OF LONDON
MUSEUM OF LONDON
150 London Wall, Barbican,
London EC2Y 5HN, United
Kingdom

General Counsel
THE REGENTS OF UNIVERSITY OF
CALIFORNIA
1111 Franklin St, Oakland, CA 94607

General Counsel
CEDARS SINAI HEALTH SYSTEM
Cedars Care Foundation
8700 Beverly Blvd, Los Angeles, CA
90048

Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Scott W. Brady, U.S. Attorney for the
Western District of Pennsylvania
Civil Process Clerk

Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

411

PHILIP MORRIS INTERNATIONAL
INC.,
ANDRÉ CALANTZOPOULOS,
MARTIN G.
KING and JACEK OLCZAK

ERIC GARCETTI, MAYOR OF LOS
ANGELES
Eric *Garcetti City* of *Los Angeles*. 200 N.
Spring St., *Los Angeles*, CA 9001

GOOGLE INC, GENERAL LEGAL
(ARTHUR LEVINSON OF CALICO AND
APPLE)
1600 Amphitheatre Parkway
Mountain View, California
94043
United States of America

Michel Moore, Chief of POlice
Los angeles police department
100 First Street
100 W 1st St, Los Angeles, CA 90012

ELON MUSK,
SPACE X
Rocket Rd, Hawthorne, CA 90250

General Counsel
NFL PROPERTIES,
345 Park Ave New York, NY

LUCIAN ION
1b Upper Wimpole St, Marylebone,
London W1G 6AB, United Kingdom

RONNIE HOLMAN
THE GUARDIAN & RPM
- 2626 Glenwood Avenue., Suite 550
- Raleigh
- 27608
- NC

FRANK GIBSON

GENERAL INNOVATION
SOLUTIONS
- 2626 Glenwood Avenue,, Suite 550
- Raleigh
- 27608
- NC


General Counsel
INTERNATIONAL BUSINESS
MACHINES
IBM Corporation - Armonk, NY
1 New Orchard RoadArmonk,
NY 10504- 1722

General Counsel
UNIVERSITY OF SOUTHERN
CALIFORNIA BOARD OF TRUSTEES
3551 Trousdale Dr.
Los Angeles, CA 90071

MARK ZUCKERBERG,
FACEBOOK, INC, AND INSTAGRAM
1 Hacker Way, Menlo Park

APPLE
1 INFINITE LOOP
MENLO PARK

BILL GATES, in his official capacity
murdering white Americans using Racial
Healing for Rowland FOUNDATION,
Kaiser and his own foundation hidden in
Kaiser Family Foundation

L BRANDS
3 Limited Pkwy, Columbus, OH 43230

EDGAR BRONFMAN
JEWISH TELEGRAPH AGENCY
70 FACES MEDIA
24 W 30th St, New York, NY 10001

RUPERT MURDOCH
News Corp
1211 Avenue of the Americas
New York, NY 10036

MICROSOFT
ONE MICROSOFT WAY
REDMOND, WASHINGTON
98052-6399

NIKE, INC
(FOR KENNY CARROLL AND RACHEL
GREYBILL)
One Bowerman Dr, Beaverton, OR
97005

NBC UNIVERSAL
Universal Filmed Entertainment
Group, 100 Universal City Plz, Bldg
2160, Universal City, CA 91608-1002

NATIONAL AMUSEMENTS
C B S
846 University Ave
Norwood, MA, 02062-2631

SONY MUSIC ENTERTAINMENT
10202 Washington Blvd, Culver City,
CA 90232

CREATIVE ARTISTS AGENCY
2000 Avenue of the Stars, Los Angeles,
CA 90067

WARNER BROTHERS
461 S California St, Burbank, CA
91505

LA TIMES
2300 E Imperial Hwy, El Segundo, CA
90245

NEW YORK TIMES
620 Eighth Avenue, New York, NY

General Counsel
THE REGENTS OF UNIVERSITY OF
CALIFORNIA
1111 Franklin St, Oakland, CA 94607

414

General Counsel
CEDARS SINAI HEALTH SYSTEM
8700 Beverly Blvd, Los Angeles, CA
90048

General Counsel
INTERNATIONAL BUSINESS
SYSTEMS
IBM Corporation - Armonk, NY
1 New Orchard RoadArmonk,
NY 10504- 1722

City of London Corporation
Guildhall, PO Box 270
London EC2P 2EJ
020 8530 2151

LOS ANGELES MUSEUM OF
MODERN ART
5905 Wilshire Blvd, Los Angeles, CA
90036

UNIVERSAL MUSIC PUBLISHING
2100 Colorado Ave, Santa Monica, CA
90404

RAND CORPORATION
1776 Main St, Santa Monica, CA 90401

NBC UNIVERSAL
5750 Courtyard Pl, Los Angeles, CA
90036

WARNER BROTHERS
4000 Warner Boulevard
Burbank, CA 91522
USA

CREATIVE ARTISTS AGENCY
2000 Avenue of the Stars, Los Angeles,
CA 90067

The WALT DISNEY CORPORATION
State of Delaware is 2711 Centerville
Road, Suite 400, City of Wilmington
19808, County of New Castl

JOHN ZIMMER AND LOGAN GREEN
LYFT
185 Berry Street, Suite 5000 San
Francisco, CA 94107 USA

.

Transportation Security Administration
Office of Chief Counsel, TSA-2
601 S. 12th St.
Arlington, VA 20598-6002

Drug Enforcement Administration
Office of Chief Counsel
8701 Morrissette Drive
Springfield, VA 22152

Drug Enforcement Administration
Pittsburgh District Office
1781 McKees Rocks Rd.
McKees Rocks, PA 15136

Drew Altman
KAISER FAMILY FOUNDATION (LISA'S HEALTHCARE & EMPLOYER)
185 Berry St #2000, San Francisco, CA 94107

JEROME POWELL
FEDERAL RESERVE
950 S Grand Ave, Los Angeles, CA 90015

DAMONE ROBERTS
8383 Wilshire Blvd., Suite 50, Salon 206, Beverly Hills, CA 90211

GORDON GETTY
1 Embarcadero Center # 1350, San Francisco, CA 94111

THE GETTY TRUST
1200 Getty Center Dr, Los Angeles, 90049

PARIS REVIEW
*The Paris Review*
*544 West 27th Street*
*New York, NY 10001* .

.

Rothschild Patent Imaging
77 West Wacker Drive
Suite 3200
Chicago IL 60601
USA

ROCKEFELLER FOUNDATION (PHILANTHROPY)
6300 Wilshire Blvd # 820, Los Angeles, CA 90048

LA TIMES
202 West 1st Street Los Angeles, California United States

NEW YORK TIMES
620 Eighth Avenue, New York, NY 10018

GREG LAUREN
New York
*545 West 25th Street*
*19th Floor*
*New York, NY 10001*

*DE BEERS*
De Beers S.A.; De Beers Consolidated Mines, Ltd; De Beers A.G.
DE BEERS CONSOLIDATED MINES
Cnr. Crownwood Road and Diamond Drive
Theta/Booysens Reserve
Private Bag X01, Southdale 2193
Johannesburg
South Africa

HILTON HOTELS INTERNATIONAL
7930 Jones Branch Drive
McLean, Virginia 22102
USA