AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| *Lisa Douglass and others so situated*<br>*United States of America* <br><br>_____<br>*Plaintiff(s)*<br>v.<br>*United States of America*<br>*see attachment A*<br><br>_____<br>*Defendant(s)* | Civil Action No. **CV20-6448**-DSF (JEMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Attorney Gen. Burr
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington DC 20530
General Counsel: University of
Southern California Board of Trustees
3551 Trousdale Dr. LA CA 90071

General Counsel,
The Regents of University of California
1111 Franklin St, Oakland CA 94607

City of London
Museum of London
150 London Wall, Barbican
London EC2Y 5HN, United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attachment B

Lisa Douglass
PO Box 480913
Los Angeles, CA 90048
323-3465175 Lisa_douglass@icloud.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7-20-20

_____
*Signature of Clerk or Deputy Clerk*

1149

Lisa Douglass
P.O. Box 480913
Los Angeles, CA
90048 90048
323-346-5175
Lisa_douglass@icloud.com

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DOUGLASS and others so situated<br>UNITED STATES OF AMERICA | CIVIL ACTION NO |
| v. | |
| UNITED STATES OF AMERICA | COMPLAINT – CLASS ACTION<br>JURY DEMANDED |
| US DEPARTMENT OF JUSTICE<br>ROTHSCHILD & CO<br>EDGAR BRONFMAN<br>JEWISH TELEGRAPH AGENCY<br>DE BEERS CONSOLIDATED MINES | MONOPOLY<br><br>FIRST AMENDMENT RIGHTS in<br>Religious Observance and Freedom of<br>Speech Online and Elsewhere |
| ERIC GARCETTI, CITY OF LOS<br>ANGELES MAYOR | UNFAIR EMPLOYMENT PRACTICE<br>(HIRED FOR MAIMING AND<br>RAPING); GENOCIDE |
| ARTHUR LEVINSON CEO<br>CALICO (GOOGLE'S LABORATORY)<br>& HEAD OF<br>APPLE, INC | MONEY LAUNDERING<br>FALSE IDENTIES; FAKING DEATHS |
| SUSAN WOJICKI<br>LARRY PAGE<br>GOOGLE, INC | NON CONSENSUAL HUMAN<br>EXPERIMENTS; GANGRAPE;<br>TORTURE |
| LES WEXNER<br>L BRANDS | GANGSTALKING<br><br>CHILD TRAFFICKING; TORTURE<br>AND RAPE |
| RICK BURKLE | MURDER FOR HIRE |
| NANCY PELOSI | Violations of the Thirteenth Amendment<br>SLAVERY AND GENOCIDE |
| ADAM SCHIFF<br>MEDTRONIC | Fourteenth Amendment Violations |
| Michel Moore, Chief of POlice<br>Los angeles police department | 18 U.S.C. § 1503 obstruction by<br>mutilation & rape and ovary theft and<br>lobotomy ordered by Xavier Becerra<br>claiming inflation allowed it in |
| GAVIN NEWSOM, GOVERNOR OF<br>CALIFORNIA | |

Attachment A

1

| | |
|---|---|
| UNIVERSITY OF CALIFORNIA BOARD OF REGENTS<br><br>PRIYANKA BHANOT<br><br>SHARON MCCUTCHEON<br><br>AMY PASCAL<br>SONY MUSIC ENTERTAINMENT<br><br>MARVEL | retaliation of my claims (thus ordered the rape and torture in retaliation of my state court claims(.AFTER I SUED THE STATE while I was an employee of the state)<br><br>RICO §1962<br>§ 806. Harassment or abuse  in debt collection by cutting it out of victims (NAVIENT, BANK OF AMERICA, CITIBANK, NA, USAA FINANCIAL SERVICES) |
| MARK KNOWLES<br>AMERICAN ACADEMY OF DRAMATIC ARTS (KATARINA OTTER) | **18 U.S. Code § 091. Genocide :  18 U.S. Code § 241. Conspiracy against rights : 18 U.S. Code § 1591 Lynching; FOURTH AMENDMENT** |
| PHILIP MORRIS INTERNATIONAL INC., ANDRÉ CALANTZOPOULOS, MARTIN G.<br>KING and JACEK OLCZAK | **1983** of the Federal Civil Rights Act (**42 U.S.C. § 1983**), Violation of Constitutional right to bodily integrity<br><br>**1983** of the Federal Civil Rights Act (**42 U.S.C. § 1983**), Violation of Constitutional Due Process to bodily integrity |
| MARK RUBIN<br>HARVARD CORPORATION<br><br>ERIC GARCETTI, CITY OF LOS ANGELES MAYOR<br><br>ARTHUR LEVINSON CEO CALICO (GOOGLE'S LABORATORY) & HEAD OF<br>APPLE, INC<br><br>SUSAN WOJICKI<br>LARRY PAGE<br>GOOGLE, INC<br><br>WRITER'S GUILD<br><br>SUE PETERS AKA SUE KAWASHIMI<br><br>JOHN DOUGLASS AKA JOHN STEHNDAL<br><br>DINA DOUGLASS AKA ANDRENA | **18 U.S. Code § 249; HATE crime against white Christian women**<br><br>**TORTURE UNDER BIVENS**<br>**TORTURE UNDER EIGHTH AND FOURTH AMENDMENT**<br><br>**1983** of the Federal Civil Rights Act (**42 U.S.C. § 1983**), Unlawful seizure<br><br>**1983** of the Federal Civil Rights Act (**42 U.S.C. § 1983**), No knock warrant with intent to cause bodily harm AND RAPE<br><br>**VIOLATIONS UNDER BIVENS EIGHTH AMENDMENT** |

2

A

DOUGLASS

EXXON

LOS ANGELES COUNTY BOARD OF SUPERVISORS

AND THEIR AGENTS AND AFFILIATES UNDER LA COUNTY'S AFFILIATE AGREEMENT PER BRAD SPELLBERG:

THE WALT DISNEY CORPORATION

CREATIVE ARTISTS AGENCY

PEW RESEARCH (HATE CRIMES)

NICOLE KELLY
ETHOS LABORATORIES & UC REGENTS

RUPERT MURDOCH

POPE FRANCIS
THE VATICAN

GORDON GETTY

CITY OF LONDON CORPORATION

ANDREW CUOMO, NEW YORK GOVERNOR

**De Beers Uk Ltd (agent Colin McGuiness)**

**LEIGH ROTHSCHILD**

**ROTHSCHILD PATENT IMAGING**

——————————,——————————

JOHNNY DEPP

——————————————————

WORLD BANK GROUP

——————————————————

EXXON MOBIL CORPORATION

**8. Crimes Committed Within The Special Maritime Jurisdiction Of The U.S. (18 U.S.C. 7, 113, 114, 1111, 1112, 1201, 2031, 2111)**

28 **U.S.C.** § 994 note Sec. 280003, requires **the United States** Sentencing Commission to increase the penalties for **hate crimes** committed on the basis **of** the actual or perceived **race**, color, religion, national origin, **ethnicity**, or gender **of** any person.

**POLICE SEIZURE :**
**18 USC §1343; 18 USC §1346**
THIRTEENTH AMENDMENT VIOLATIONS18 **U.S. Code § 2340A.** **Torture;** Rape in the United States **is defined by the Department of Justice as "Penetration, no matter how slight, of the vagina or anus with any body part or object, or oral penetration by a sex organ of another person, without the consent of the victim."**
RICO 18 **U.S. Code § 1962. Prohibited activities :** 10 U.S. Code § 920 - Art. 120. **Rape and sexual assault generally**

**ASSET SEIZURE AND FORFEITURE BY VIOLENT MEANS**

OBSTRUCTION INVOLVING CHILD TRAFFICKING

Bad faith in insurance

PUBLIC LYNCHING

Section 2340A—Torture is cited in:
**U.S.C TITLE 18—CRIMES AND CRIMINAL PROCEDURE**
• Section 1841—Protection of

    unborn children    Section
    1841—Protection of unborn

A

3

| | |
|---|---|
| MICROSOFT<br><br>ELON MUSK<br><br><br>ELSEVIER, INC.<br><br>DAVID MISCAVAGE<br>CHURCH OF SCIENTOLOGY<br><br>EXXON<br><br>NEW YORK BOARD OF FINANCE AND RETIREMENT<br><br>Gretchen Whitmer<br>MICHIGAN ANIMAL HUMANE SOCIETY<br><br>NEW YORK PSYCHIATRIC INSTITUTE<br><br>NICK CAVE<br><br>ANNHEUSER BUSCH<br><br>WILL FARRELL, DOCTOR OF HUMANE LETTERS USC (ZEROVILLE CO-ACTOR)<br><br>HARVARD CORPORATION<br><br>GWEN STEFANI<br><br>**Gurmukh Kaur Khalsa**<br>Gurushabd Singh Khalsa<br><br>GOLDEN BRIDGE YOGA<br><br>KANYE WEST<br><br>BABAK AZZISADEH<br>LA PEER PEDIATRICS<br><br>PARIS REVIEW<br><br>The University Board of Trustees | children(a)(1) Whoever engages in conduct that violates any of the provisions of law listed in subsection (b) and thereby causes the death of, or bodily injury (as defined in section 1365) to, a child, who is in utero at the time the conduct takes place, is guilty of a separate offense under this section.<br>(2)(A) Except as otherwise provided in this paragraph, the punishment for that separate offense is the same as the punishment provided under Federal law for that conduct had that injury or death occurred to the unborn child's mother.<br><br>**15 U.S. Code § 2. Monopolizing trade a felony; penalty**<br>**18 U.S. Code § 2340A. Torture**<br><br>Title 18, U.S.C., Section 245 - Federally Protected Activities ; Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law;<br>**18 U.S. Code § 1513 - Retaliating against a witness, victim, or ...:**<br>**DISCRIMINATION AGAINST AGE, GENDERA AND RACE (CALLING US WHITE TRASH IN WB LYNCHING DOCUMENTS); 18 U.S.**<br>Section 2242. Sexual Abuse<br>**Section 2241. Aggravated Sexual Abuse50 U.S. Code § 1520a. Restrictions on use of human subjects for testing of chemical or biological agents**<br><br><br>**War-Crimes**<br>**18 U.S. Code § 1030**<br>STOLEN BABIES; STOLEN ART; STOLEN OVUM; CRIMES AGAINST HUMANITY<br>HOAXES AND FRAUDS<br>CONSPIRACY AGAINST RIGHTS |



4

| *Maharishi University of Management* | UNLAWFUL SPYING FROM WITHIN MY BUILDING BY UCLA EMPLOYEES MONOPOLY |
|---|---|
| **California Commission On Peace Officer Standards And Training — POST—torture of children** | Unlawful ovum theft, and unlawful torture, harassment and spying by placing people inside the building and paying people to report on me after sterlization, gang rape and cutting out my facial bones for money |
| THE WALT DISNEY CORPORATION | CONSPIRACY AGAINST RIGHTS RACIST POLICY |
| UC BOARD OF REGENTS | Identity theft |
| XAVIER BECERRA, ATTORNEY GENERAL (MURDER FOR HIRE) | 18 USC §§ 1030 (a)(7)(C) and |
| ROTHSCHILD IMAGE PATENTING | **18 U.S. Code § 1513. Retaliating against a witness, victim, or an informant** (c)(3)(A)(B)(C)(D)(E)-(i). |
| NEW YORK STATE HILTON HOTEL INTERNATIONAL | GENOCIDE AGAINST WHITE CHRISTIAN NATIONALS; TORTURE |
| ROCKEFELLER FOUNDATION | FAILURE TO INVESTIGATE BLACKLISTING IN SCHOOL |
| NEW YORK | |
| STEVEN MANDEL, MD | |
| Their agents: | HATE CRIME AGAINST WHITE CHRISTIAN REPUBLICANS; CIS-GENDERED WOMEN; AND GENOCIDE AGAINST WHITE CHRISTIANS; GANGRAPE; OVUM THEFT; KIDNAPPING |
| DEL WESTON, AOF FILM, INTERNATIONAL | |
| KENNETH LOMBINO (AKA MR. FERRARI) MERRILL LYNCH | |
| RABBI SCHLOMO | LYNCHING To amend title 18, *United States Code*, to specify *lynching* as a deprivation of civil rights |
| EMILY GREEN FOR UC REGENTS | |
| ESMA YOUNIS | |
| BONEI OLAM (stolen babies) | FRAUDS AND HOAXES FRAUD AGAINST THE FEDERAL GOVERNMENT |
| SAN ANTONIO MILITARY | |
| DUPONT CORPORATION | CONSPIRACY AGAINST RIGHTS BY |

𝐴

5

| | |
|---|---|
| LOCKHEED MARTIN | ESPIONAGE |
| INDIAN HEALTH | HUMAN TRAFFICKING FOR RAPE, TORTURE, SLAVERY AND HARVESTED BODY PARTS IN DEFIANCE OF CHRISTIAN RIGHTS, BELIEFS AND WISHES, FORCED STERILATION BY GOVERNMENT; FORCED MUTILATION ORDERED BY GOVERNMENT OFFICIALS; VIOLENT DEPRIVATION OF RIGHTS, STALKING, SURVEILLANCE IN THE APARTMENT |
| DR LANE THAUT, MD | |
| MICHELE LATIOLAIS | |
| NATHAN OLSEN U.S. AIR FORCE | |
| GORDON GETTY | |
| THE GETTY TRUST | |
| Wells Weymouth , | |
| Lane Thaut , | CIVIL RIGHTS UNDER BIVENS SPOILATION OF EVIDENCE by STATE OF CALIFORNIA; UCLA; USC; RACHEL GREYBILL; KENNY CARROLL; LOS ANGELES CITY COLLEGE; AND THEIR AGENTS |
| ALFRE WOODARD | |
| NESTOR CAMBELL | |
| PAZ VEGA | PUBLIC FRAUDS AND HOAXES JURY TRIAL DEMANDED |
| ROB LOWE | TORTURE OF CHILDREN **Torture** (18 U.S.C. 2340A) Section 2340A of Title 18, **United States Code**, prohibits **torture** committed by public officials under color of law against persons within the public official's custody or control. **Torture** is defined to include acts specifically intended to inflict severe physical or mental pain or suffering |
| Nathan Olson | |
| CUREUS (HUMAN TRAFFICKING AND TORTURE) | |
| Saudi Arabia's Crown Prince Mohammed bin Salman | |
| CALIFORNIA DEPARTMENT OF INSURANCE (intent to commit crimes agasint me) | FEE EXEMPT |
| FOX SPORTS (SELLING WHITE CHRISTIAN WOMEN AS SLAVES FOR TORTURE AND RAPE) | |
| LA COUNTY BOARD OF SUPERVISORS | |

A

LA FOLLETTE JOHNSON

GIL BURKWITZ

**Cordence Worldwide**

PATRICK CAIN

MARIA HOVSEPIAN

ALICE GAMBRELL

CEDARS SINAI HEALTH CARE
FOUNDATION

SONY MUSIC ENTERTAINMENT

---

MARK URATA, MD

CITIBANK, N.A.

BANK OF AMERICA

USAA Financial Services

NAVIENT

ALDY DAMIAN (FAILURE TO PAY FOR
CAR ACCIDENT AS ACTOR FOR USC)

NETFLIX (RACE CRIMES)

KAISER FAMILY FOUNDATION

---

JONATHAN SHAW

---

LOCKHEED MARTIN

---

CAROL ANN EMQUIES
BLACK CHIILD
PRODUCTIONS

JIMMY IOVINE

DAVID GEFFEN

---

NEVA KAYA (PUERTO RICO BUS FOR
LAUNDERING FOR THE STATE OF
CALIFORNIA; STERLIZED AND
ORGAZINED TORTURE UPON ME
FROM AA; playboy and Disney AND NHS
EMPLOYEE)

------------------------------------------
NEW YORK TIMES
MUSIC CARES
LOS ANGELES TIMES

---

COLIN MCGUINESS

MARK BURNETTE
MGM RESORTS

---

NATIONAL AMUSEMENTS

NBC UNIVERSAL MEDIA

LOS ANGELES MUSEUM OF ART

BRITISH MUSEUM OF ART

---

CREATIVE ARTISTS AGENCY

---

ON DEMAND, INC

---

UNIVERSAL MUSIC

---

ALCOHOLICS ANONYMOUS WORLD
CONFERENCE

---

L BRANDS

JIMMY IOVINE

THE GETTY TRUST

LOS ANGELES COMMUNITY COLLEGE
BOARD OF TRUSTEES

LOS ANGELES UNIFIED SCHOOL
DISTRICT

BRAD SPELLBERG

NATIONAL FOOTBALL LEAGUE

KAREEM ABDUL JABAAR

NETFLIX

MARK ZUCKERBERG
FACEBOOK

CHIA SOO

DAMONE ROBERTS

GREG LAUREN

CAL-QUAKE

NIKE

MGM RESORTS

PLAYBOY

WARNER BROTHERS

*A*

MICROSOFT_____

PARIS REVIEW

INTERNATIONAL BUSINESS
MACHINES

KANYE WEST

KAREEM ABDUL JABAAR

LOS ANGELES TIMES

CLV HOLDINGS

ALICE GAMBRELL

_____

MARK GOLDSTEIN
CENTRAL CASTING
ENTERTAINMENT PARTNERS
(SLAVERY AND SELLING SLAVES
WHO THINK THEY ARE GOING for JOB
INTERVIEWS)

SUE DOUGLASS AKA SUE PETERS
(CALIFORNIA PHYSICIANS SERVICE;
USC; AND FISA COURTS)

JOHN DOUGLASS AKA JOHN
STEHNDAHL

RONNIE HOLMAN

 G.P.P., INC. d/b/a
 GUARDIAN INNOVATIVE
 SOLUTIONS,

FRANK GIBSON
 GUARDIAN PROTECTION
 PRODUCTS, INC., RPM WOOD
 FINISHES GROUP, INC.,

GIDON ROSMAN

A

RPM INTERNATIONAL, INC

FRANK KAMER, MD

CAMPUS LIVING VILLAGES, INC
(AUSTRALIA AND TEXAS)

DINA DOUGLASS

MIKE COULTER

WOLFE AIR

VINH HA
BOEING

LES WEXNER

ANDREW FRANKEL

LUCIAN ION

JUDGE TERRY GREEN (Obstruction OF
RIGHTS)

RABBI SCHNUR

YOSEF GOLDBERGER
CAL-QUAKE

SHELLY PERLUSS

TRINA SAUNDERS

LOUIS DEHAAS

SHELBY MINER

KYLE TODD

Narbeh Bagdasarian

DANIEL AHN

--------------------------------------------

A

11

*Defendants.*

**And 1-1000 does Defendants**

LEGAL DESCRIPTION; torture and violent sexual assault with a military weapon and ars[e] with intent to eradicate a race; Warcrimes of gangrape and holocaust; head injury and spina[l] crushing; gangrape and ovum theft;
LOBOTOMY BY KAISER
LYNCHING ORGANIZED BY KAISER

05 -135 9967 (DEATH) FAKE

HIGUERA OFFICE, LLC
515 S. FIGUEROA STREET STE. 1600, LO[S] ANGELES, CA
90071

YITAL IDA REALTY, LLC 515 S. FIGURO[A] STREET, STRE 16TH FLOOR, LOS ANGELES
CA 90071
IDSC-YJV, LLC

YITAI REALTY INVESTMENT USA, LLC
IDS REAL ESTATE GROUP

APPLE INC 1 INFINITE LOOP MS-17-1PO[?] CUPERTINO, CA 95014

EXXON PATENTS STOLEN FROM INNOCENT AMERICANS
87546809; 1412809;1415453;2902588

PATENTS AND OTHER  LEGAL DESCRIPTIONS of property seized

SCPViMcWFBCa

A

**Permit #15041-90000-15550 (Electrical 1 or Family Dwelling, No Plan Check)**

**Permit #15041-90000-15554 (Electrical 1 or Family Dwelling, No Plan C**

87405451

21345695
868125
87

849 S. Shenandoah Street (all parties)

#: *26678840 (MADE IN USA STOLEN ASSET*
Legal Description:
**Document Number(s)**
65544
**Record Description**
**Record ID:** 71105257
**Doc Type:** CONVEYANCE COMMERCIA
**Sub Type:** LOAD TESTS
**Doc Date:** 03/02/2015
**Status:** None
**Doc Version:** None
**AKA Address:** None
**Project Name:** None
**Disaster ID:** None
**Subject:** None
**Product Name:** None
**Manufacturer's Name:** None
**Expired Date:** None
**Receipt Number:** None
**Case Number:** None
**Scan Number:** 5000313201700104124
**Dwelling Units:** None

Taslimi Construction Demolition
20150993364

STOLEN OVARIES

**Permit #15041-10000-30386**
**Permit #15041-10000-26066**
**Permit #15041-10000-38937**
868570 (installed by Andy Anderson)
Air West Mechanical Construction Inc,

A

INSTALLATION LEGAL DESCRIPTION
CHIP INSTALL SERIAL NUMBER:
994697
T 9640342
280818
838229 (USC LOCAL ADDRESS)
868922 USC (MY MOTHER'S HAWAII
DOCS OF FAKE DEATH--HAWAII)

4417 Waverly

**Property Address(es)**
3551 TROUSDALE PKWY
Legal Description:
**Document Number(s)**
130345

**Record Description**
**Record ID:** 71073970
**Doc Type:** CONVEYANCE COMMERCIA
**Sub Type:** REINSPECTION REPORT
**Doc Date:** 01/31/2015
**Status:** None
**Doc Version:** None
**AKA Address:** None
**Project Name:** None
**Disaster ID:** None
**Subject:** None
**Product Name:** None
**Manufacturer's Name:** None
**Expired Date:** None
**Receipt Number:** None
**Case Number:** None
**Scan Number:** 5000313201700105781
**Dwelling Units:** None

**Property Address(es)**
3551 TROUSDALE PKWY

**Legal Description(s)**
**Tract:**
**Block:**    **Lot:**    **Arb:**
**Modifier:**    **Map Reference:**
Memorial ID, *71073979*

**Legal Description Documents**

A

14

**Permit #14016-10000-04701**
986047 (UC CAPITAL SYSTEMS—IE. A PERSON)

CASE NUMBER BC 648115
       85219261
(Contract for install)
 Johnson Controls, Inc. Fire & Security
**991547740 (FLIGHTCAR REPORT)**
514208AB0100 located at 2309 Park Ln Hollywood 33021
Shipment for 27 pieces of personal Effects (2015) (IE. my bones and eggs and muscles and blood)
**Document Number(s)**
137398
• **Heaton Robert B + Barbara** — C21362913030600030 located at 3116 Prospect Ave Lake Placid 33852
• **Juteram-mohammed Glenda** — 494128HH0080 located at 8220 Sunrise Lakes Blvd Sunrise 33322
• **Mousseau Benoit R** — 514110101100 located at 7504 Cleveland St Hollywood 33024
**Record Description**
**Record ID:** 74667101
**Doc Type:** CONVEYANCE COMMERCIA
**Sub Type:** REINSPECTION REPORT
**Doc Date:** 03/04/2019
**Status:** None
**Doc Version:** None
**AKA Address:** None
**Project Name:** None
**Disaster ID:** None
**Subject:** None
**Product Name:** None
**Manufacturer's Name:** None
**Expired Date:** None
**Receipt Number:** None
**Case Number:** None
**Scan Number:** 1060422201975521
**Dwelling Units:** None

**Property Address(es)**
3501 S TROUSDALE PKWY

A

15

**Legal Description(s)**
**Tract:**
**Block:    Lot:    Arb:**
**Modifier:    Map Reference:**
*LEGAL DESCRIPTION: DEATH*
*COUNCIL FILE; 14-0582*
**Permit #15045-90000-00277 (Pressure Vess**
**Commercial, No Plan Check)**
120696
*LEGAL DESCRIPTION; GRAND LARCENY;*
*CONVERSION*
*Oil and gas leases legal description:*
**OIL & GAS LEASES:**
<u>MF109998</u>
Included tracts: 150611-Land type 08
150618 Land Type 08
150619 Land Type 08
150622 Land Type 08
150623 Land Type 08
150626 Land Type 08
150629 Land type 08
150630 Land type 08
150631 Land Type 08
150632 Land Type 08
150635 Land Type 08
150666 Land Type 08
*Firearm Safety Certificate: 224416*
*Legal file # 169151 (Cedars-Sinai Medical*
*group; Physicians Services*
*Legal description: file number 53279*
*Legal description Concurrent oil and Gas*
*MF109998*
*Warrant: 131548163 (magnolia health)*
*Tuttle Gregory Brann.*
*Account number Harry Schein: 114004599*
*Aeshtetic Plastic Surgery*
*1499 S. Harbor City blvd.*
*Ste. 301*
*Melbourne, FL 32901*
*PATENT: 24499416*
  244994
  15

*Jeffrey Hoops; Revelation Engergy*
*Chapter 11*
*332807018*

A

16

*11-27-18-HDA-HI*
*11-8-18 5758*
*NO. BR-093-1(028)*
**(Tissue clonality of de**
**ndritic cell subsets and emergency DCpoiesis**
**revealed by multicolor fate mapping of DC**
**progenitors (illegal gene editing and cloning**
**without consent)** .
86437060
1665539;3151010;3786977;AND OTHERS
*LEGAL DESCRIPTION: FORFEITURE AND*
*SEIZURUE OF BONES, TISSUE, EGGS AND*
*BLOOD FROM LIVING HUMANS WITH*
*INTENT TO MAIM; personal effects*
*Stolen currency*
*& sell ovum to make a baby without legal*
*authority or consent to do so*
*Legal description: Sexual assault with a*
*violent weapon*

*59c Station*

Legal Description; M B 188-1 (legal
description)
Legal Description : 849 S. Shenandoah St. #1
Los Angeles, CA,
Legal Desciption: XEA900241821
Legal Description: Content ID 16271616
Legal Description: Content ID; 16271514
Legal Description: Content ID; 16271373
All Fraud taking place from 849 Shenandoah
Street. Los Angeles
VENDOR Checks 124720414
506 SW 113 WY
Building 11
Pembroke Pines, Florida 33025
Legal Description: CRFA
DEA seizure
1/29/2015 & 11/27/2018
Legal Description: DO NOT BUY LIST
(blacklisted fro sale of art and redlined from
healthcare by Koch Ind. And Carol Ann
Emquies for UC Regents and LACMA)
*Transplants taken on 1/29/2015 at Lasky*
*Clniic*
*ID 16271616*

LAM3MT05236-01 (VACCINES; TERMINAL
*ID 16271514*
*ID 16271373*
*Live Baby belonging to Lisa Douglass made*
*from egg taken on 1/29/2015 and sold*
*according to CDC ART technologies report*
Transplants & CURRENCY taken on
11/27/2018 at Weymouth clinic in the United
Kingdom
Brain, facial muscle, facial bone, eggs and
blood
SPINAL IMPLANT BY MEDTRONIC
INTERNAL MASK TO PREVENT
BREATHING AND SMILING
CHILDHOOD SEXUAL ASSAULT AND
TORTURE BY PARENTS ; LAUSD; LAVS
KAISER AND OTHERS

SECTION    3.    Section 17-5-560 of the 1976 Code is
amended to read:
"Section    17-5-560.    (A)    The coroner, deputy
coroner, medical examiner, or deputy medical examiner
must, in any case investigated, complete and sign the
medical certification portion of the death certificate
within twenty-four hours after being notified of the
death.
(B)    The coroner, deputy coroner, medical examiner,
deputy medical examiner must, in any case investigated
by autopsy, complete and sign a cause of death report as
soon as practicable but no later than seventy-two hours
after completion of the final autopsy report. The cause
death report must include:
(1)    the decedent's name;
(2)    the decedent's date of birth;
(3)    the location of the decedent's death;
(4)    the date of the decedent's death; and
(5)    the cause and manner of the decedent's death.
(B)(C)    The coroner or medical examiner must, at the
time of releasing a body to a funeral director or person
acting as a funeral director, or as soon as practical after
releasing the body, execute and sign the medical
certification of the cause of death on the prescribed for
(C)(D)    In any case where autopsy is scheduled and the
coroner or medical examiner wishes to await its gross
findings to confirm a tentative clinical finding, the
coroner or medical examiner must give the funeral
director notice as to when he expects to have the medic
data necessary for the certification of cause of death. If
the certificate cannot be signed within the prescribed
time set forth, the coroner or medical examiner must
indicate that the cause of death is pending and sign the
certification accordingly. Immediately after the medica
data necessary for determining the cause of death has
been made known, the coroner or medical examiner
must, over his signature, forward the cause of death to
the registrar and notify the funeral director involved th
this action has been taken.
(D)(E)    As used in this section, the terms 'sign', 'signe

A

or 'signature' mean a written signature or an electronic signature authorized in the Electronic Commerce Act, Chapter 5, Title 26."
SECTION   4.   This act takes effect upon approval by the Governor.

Sim Choroomi while unlicensed raped and cut out my facial bones, brain and ovary as an agent of CLV Holding, USC and others on this list.

I was raped and tortured for 5 years by the federal go vernment here and overseas.

Install of a permanent mask to prevent breathing and smiling

$100,000 state court fees and costs associated with BC648115

Defendants and 1-100 ~~co-conspirators~~ DOES

Between 1919 and 2020, United States's government, and Department of Education, Department of Transportation, Rockefeller Foundation, New York Times, Los Angeles Times World Bank, Exxon, Creative Artists AGENCY, Warner Brothers, Universal NBC, Universal Music Group, Sumner Redstone, Harpers Collins,  Planned Parenthood, National Health Foundation (England using California); GOOGLE and The Vatican—through Alcoholics Anonymous CONSPIRED WITH others ON this list and others unknown, carried out a deliberate, calculated attack on White Christian American Women and Men to eradicate the species, targeted them to burn and maim women and steal their eggs AND ovaries and facial bones in surgical procedures after paying people to gang stalk them and bully them (calling it Lynching of White Trash in WB documents which will be proven in court), ostracize them and make up lies about them in the press, education facilities and in their social circles. Thereby enacting institutional racism with intent on maiming

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 10nd day of July 20, 2020, I drove to court to file the foregoing

CLASS COMPLAINT FOR CLASS-WIDE DECLARATORY AND INJUNCTIVE RELIEF AND FOR INDIVIDUAL RELIEF OF RETURN OF PROPERTY AND COMPENSATORY DAMAGES with the Clerk of Court using the CM/ECF System.

I further certify that I caused a copy of the foregoing Class Action Complaint to be sent by certified mail to the following address:

General Counsel
UNIVERSITY OF SOUTHERN CALIFORNIA BOARD OF TRUSTEES
3551 Trousdale Dr.
Los Angeles, CA 90071

Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

CITY OF LONDON
MUSEUM OF LONDON
150 London Wall, Barbican, London EC2Y 5HN, United Kingdom

General Counsel
THE REGENTS OF UNIVERSITY OF CALIFORNIA
1111 Franklin St, Oakland, CA 94607

General Counsel
CEDARS SINAI HEALTH SYSTEM
Cedars Care Foundation
8700 Beverly Blvd, Los Angeles, CA 90048

Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Scott W. Brady, U.S. Attorney for the Western District of Pennsylvania
Civil Process Clerk

Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

411

ß

PHILIP MORRIS INTERNATIONAL
INC.,
ANDRÉ CALANTZOPOULOS,
MARTIN G.
KING and JACEK OLCZAK

ERIC GARCETTI, MAYOR OF LOS
ANGELES
Eric *Garcetti City* of *Los Angeles*. 200 N.
Spring St., *Los Angeles*, CA 9001

GOOGLE INC, GENERAL LEGAL
(ARTHUR LEVINSON OF CALICO AND
APPLE)
1600 Amphitheatre Parkway
Mountain View, California
94043
United States of America

Michel Moore, Chief of POlice
Los angeles police department
100 First Street
100 W 1st St, Los Angeles, CA 90012

ELON MUSK,
SPACE X
Rocket Rd, Hawthorne, CA 90250

General Counsel
NFL PROPERTIES,
345 Park Ave New York, NY

LUCIAN ION
1b Upper Wimpole St, Marylebone,
London W1G 6AB, United Kingdom

RONNIE HOLMAN
THE GUARDIAN & RPM
- 2626 Glenwood Avenue,, Suite 550
- Raleigh
- 27608
- NC

FRANK GIBSON

GENERAL INNOVATION
SOLUTIONS
• 2626 Glenwood Avenue,, Suite 550
• Raleigh
• 27608
• NC

General Counsel
INTERNATIONAL BUSINESS
MACHINES
**IBM Corporation - Armonk, NY**
1 New Orchard RoadArmonk,
NY 10504- 1722

General Counsel
UNIVERSITY OF SOUTHERN
CALIFORNIA BOARD OF TRUSTEES
3551 Trousdale Dr.
Los Angeles, CA 90071

MARK ZUCKERBERG,
FACEBOOK, INC, AND INSTAGRAM
1 Hacker Way, Menlo Park

APPLE
1 INFINITE LOOP
MENLO PARK

BILL GATES, in his official capacity
murdering white Americans using Racial
Healing for Rowland FOUNDATION,
Kaiser and his own foundation hidden in
Kaiser Family Foundation

L BRANDS
3 Limited Pkwy, Columbus, OH 43230

EDGAR BRONFMAN
JEWISH TELEGRAPH AGENCY
70 FACES MEDIA
24 W 30th St, New York, NY 10001

RUPERT MURDOCH
News Corp
1211 Avenue of the Americas
New York, NY 10036

413

ᛒ

MICROSOFT
ONE MICROSOFT WAY
REDMOND, WASHINGTON
98052-6399

NIKE, INC
(FOR KENNY CARROLL AND RACHEL
GREYBILL)
One Bowerman Dr, Beaverton, OR
97005

NBC UNIVERSAL
Universal Filmed Entertainment
Group, 100 Universal City Plz, Bldg
2160, Universal City, CA 91608-1002

NATIONAL AMUSEMENTS
C B S
846 University Ave
Norwood, MA, 02062-2631

SONY MUSIC ENTERTAINMENT
10202 Washington Blvd, Culver City,
CA 90232

CREATIVE ARTISTS AGENCY
2000 Avenue of the Stars, Los Angeles,
CA 90067

WARNER BROTHERS
461 S California St, Burbank, CA
91505

LA TIMES
2300 E Imperial Hwy, El Segundo, CA
90245

NEW YORK TIMES
620 Eighth Avenue, New York, NY

General Counsel
THE REGENTS OF UNIVERSITY OF
CALIFORNIA
1111 Franklin St, Oakland, CA 94607

414

B

General Counsel
CEDARS SINAI HEALTH SYSTEM
8700 Beverly Blvd, Los Angeles, CA
90048

General Counsel
INTERNATIONAL BUSINESS
SYSTEMS
**IBM Corporation - Armonk, NY**
1 New Orchard RoadArmonk,
NY 10504- 1722

City of London Corporation
Guildhall, PO Box 270
London EC2P 2EJ
020 8530 2151

LOS ANGELES MUSEUM OF
MODERN ART
5905 Wilshire Blvd, Los Angeles, CA
90036

UNIVERSAL MUSIC PUBLISHING
2100 Colorado Ave, Santa Monica, CA
90404

RAND CORPORATION
1776 Main St, Santa Monica, CA 90401

NBC UNIVERSAL
5750 Courtyard Pl, Los Angeles, CA
90036

WARNER BROTHERS
4000 Warner Boulevard
Burbank, CA 91522
USA

CREATIVE ARTISTS AGENCY
2000 Avenue of the Stars, Los Angeles,
CA 90067

The WALT DISNEY CORPORATION
State of Delaware is 2711 Centerville
Road, Suite 400, City of Wilmington
19808, County of New Castl

415

*B*

JOHN ZIMMER AND LOGAN GREEN
LYFT
185 Berry Street, Suite 5000 San
Francisco, CA 94107 USA


Transportation Security Administration
Office of Chief Counsel, TSA-2
601 S. 12th St.
Arlington, VA 20598-6002

Drug Enforcement Administration
Office of Chief Counsel
8701 Morrissette Drive
Springfield, VA 22152

Drug Enforcement Administration
Pittsburgh District Office
1781 McKees Rocks Rd.
McKees Rocks, PA 15136

Drew Altman
KAISER FAMILY FOUNDATION (LISA'S HEALTHCARE & EMPLOYER)
185 Berry St #2000, San Francisco, CA 94107

JEROME POWELL
FEDERAL RESERVE
950 S Grand Ave, Los Angeles, CA 90015

DAMONE ROBERTS
8383 Wilshire Blvd., Suite 50, Salon 206, Beverly Hills, CA 90211

GORDON GETTY
1 Embarcadero Center # 1350, San Francisco, CA 94111

THE GETTY TRUST
1200 Getty Center Dr, Los Angeles, 90049


PARIS REVIEW
*The Paris Review*
*544 West 27th Street*
*New York, NY 10001*

*B*

Rothschild Patent Imaging
77 West Wacker Drive
Suite 3200
Chicago IL 60601
USA

ROCKEFELLER FOUNDATION (PHILANTHROPY)
6300 Wilshire Blvd # 820, Los Angeles, CA 90048

LA TIMES
202 West 1st Street Los Angeles, California United States

NEW YORK TIMES
620 Eighth Avenue, New York, NY 10018

GREG LAUREN
New York
*545 West 25th Street*
*19th Floor*
*New York, NY 10001*

*DE BEERS*
**De Beers S.A.; De Beers** Consolidated Mines, Ltd; De Beers **A.G.**

**DE BEERS CONSOLIDATED MINES**
Cnr. Crownwood Road and Diamond Drive
Theta/Booysens Reserve
Private Bag X01, Southdale 2193
Johannesburg
South Africa

HILTON HOTELS INTERNATIONAL
7930 Jones Branch Drive
McLean, Virginia 22102
USA

418

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                                          *Server's signature*

                                                     _____
                                                                          *Printed name and title*

                                                     _____
                                                                          *Server's address*

Additional information regarding attempted service, etc: