JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-6448-GW-JEMx | Date | September 10, 2020 |
| Title | *Lisa Douglass v. United States of America, et al.* | Page | 1 of 3 |

Present: The Honorable   **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS – RULING ON DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) [13]; and DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [18]**

### I.   Background

Plaintiff Lisa Douglass filed a 400-page complaint against nearly 200 defendants alleging a breathtaking set of crimes constituting a world-wide conspiracy targeting "White Christian American Women and Men" and attempting to "eradiate the species." The list of defendants reads like a list of prominent names taken from the news headlines. It includes, among many others, government entities and leaders (*e.g.*, United States, the City of London, the Pope), major technology companies (*e.g.*, Google and Microsoft), media organizations (*e.g.*, The New Times, The Walt Disney Corporation, Netflix), and several prominent actors and actresses (Johnny Depp and Alfre Woodard). Before the Court are unopposed motions to dismiss filed by two of those defendants: the Los Angeles Community College District's board of trustees and the University of California.

### II.   Discussion

The complaint is not only unintelligible in most of its parts, but also, frankly, beyond belief in its entirety. The allegations against USC, for example, include:

- "[L]ynching the [unspecified] women by falsifying their deaths and cashing out life insurance policies . . . ." Compl. at 22.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-6448-GW-JEMx | Date | September 10, 2020 |
| Title | Lisa Douglass v. United States of America, et al. | Page | 2 of 3 |

- Attempting "to commit brain death [against Douglass] by lobotomy by USC agents and the Military . . . ." Compl. at 25
- "it was USC who paid, [sic] Disney who paid all on the list who paid for the right to rape and torture Whtie [sic] Americans." Compl. at 39.

The rest of the allegations are similarly fantastical and irrational.

For *in forma pauperis* complaints such as this one, courts have the authority to dismiss the case if it is satisfied that the claims asserted are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). Section 1915(e)(2)(B) applies equally to prisoner and non-prisoner in forma pauperis cases. *See Newsome v. EEOC*, 301 F.3d 227, 231-33 (5th Cir. 2002) (affirming dismissal of non-prisoner claims for frivolity and failure to state a claim under Section 1915(e)(2)(B)(i) & (ii)); *Cieszkowska v. Gray Line N.Y.*, 295 F.3d 204, 205-06 (2d Cir. 2002) (affirming dismissal of in forma pauperis non-prisoner case for failure to state a claim pursuant to Section 1915(e)(2)); *Barren v. Harrington*, 152 F.3d 1193 (9th Cir. 1998) (affirming dismissal of 1983 action for failure to state a claim by non-prisoner, former detainee against state law enforcement personnel).

"[A] finding of factual frivolousness [under § 1915] is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992). The allegations in this case rise to that level. Douglass has not filed any opposition to these motions and in any event, the Court cannot imagine what she could argue to save this entire lawsuit from being dismissed.[1]

---

[1] Douglass appears to ask for fee exempt status in her complaint. *See* Compl. at 6 (putting "Fee Exempt" label on the cover). Given the factual frivolousness of the suit, the Court denies the request.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-6448-GW-JEMx | Date | September 10, 2020 |
| Title | Lisa Douglass v. United States of America, et al. | Page | 3 of 3 |

### III. Conclusion

The Court finds that the present motions can be decided without the need for further argument. Therefore, pursuant to C.D. Cal. L.R. 7-15, the hearing now set for September 14, 2020 is taken off-calendar.

Additionally, the same inherent defects in Plaintiff's claims against the two moving parties herein are present as to each and every one of the other named defendants. Therefore, rather than suffering through hundreds more motions to dismiss with the inevitable termination at the end, the Court now dismisses the entire case as to all defendants with prejudice.

Based on the foregoing discussion, the Court **GRANTS** the motion. The complaint is dismissed with prejudice as to all defendants.