Lisa Douglass
PO BOX 480913
LOS ANGELES, CA 90038
323-346-5175
lisa_douglass@icloud.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DOUGLASS<br><br>Plaintiff,<br><br>vs.<br><br>United States of America et al<br><br>DEFENDANTS | Case No.: cv20-06448-GW-Jem<br><br>MOTION TO REDACT |

    Now into court, through undersigned pro se, comes Lisa Douglass "Mover"), who moves to redact the complaint filed during Covid-19 on or about July 20, 2020 for the following reasons: Mover filed the complaint into the record in error, in that the document contains personal identifying information that was not redacted. Given the identifying information is causing stress to an individual and given this court dismissed the case, I request that the entire complaint be redacted from public view as I did not separate exhibits and declarations, thus cannot specifically redact that information.

    Mover has not attached a proposed redacted complaint for filing into the record in place of the previously filed document as the case was already dismissed. Instead I ask the court to redact the entire complaint from public view.

Respectfully submitted,

*Lisa Douglass* (signature)

Lisa Douglass

- 1