UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DOUGLASS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. CV 20-6448-GW-JEMx<br><br>**ORDER** |

**ORDER**

Having shown good cause to redact the exhibit, the Court GRANTS the order to seal the entire pleading [1] from public view as it contains identifying information.

Dated: October 22, 2020

_George H. Wu_
_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE